UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>) | **NOTICE OF APPEARANCE** |
| KATHY A. BARAN, Director, California )<br>Service Center, KELVIN MEDLOCK, )<br>Associate Director, California Service )<br>Center, SUSAN M. CURDA, District )<br>Director, and DONALD W. NEUFELD, )<br>Associate Director, Service Center )<br>Operations, U.S. Citizenship and )<br>Immigration Services, )<br>)<br>*Defendants*. )<br>) | CIVIL ACTION NO. 1:16-cv-04756 |

To the Clerk of Court for the United States District Court for the Eastern District of New York, and all parties of record:

The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Plaintiff Martín Jonathan Batalla Vidal, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

I certify that I am admitted to practice before this Court.

Dated: New Haven, Connecticut
August 26, 2016

Respectfully submitted,

/s/ Michael Wishnie

Michael Wishnie, Supervising Attorney (MW 1952)
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06511
Phone: (203) 432-4800
michael.wishnie@yale.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2016, a true and correct copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid, to:

1. Attorney General Loretta Lynch
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. U.S. Attorney's Office for the Eastern District of New York
   Attn: Civil Process Clerk
   271 Cadman Plaza East
   Brooklyn NY 11201

3. Office of the General Counsel
   US Department of Homeland Security
   Washington, D.C. 20528

4. USCIS California Service Center
   Attn: Director Kathy A. Baran
   24000 Avila Rd
   Laguna Niguel, CA 92607

5. USCIS Field Office
   Attn: Susan M. Curda
   300 North Los Angeles Street, Room 6570
   Los Angeles, CA 90012

6. USCIS California Service Center
   Attn: Assistant Director Kelvin Medlock
   24000 Avila Rd
   Laguna Niguel, CA 92607

7. USCIS Headquarters
   Attn: Assistant Director of Service Center Operations Donald Neufeld
   20 Massachusetts Avenue
   Washington, D.C. 20529

                                                    /s/ Michael Wishnie
                                                    Michael Wishnie, Supervising Attorney (MW 1952)
                                                    Jerome N. Frank Legal Services Organization
                                                    Yale Law School
                                                    P.O. Box 209090
                                                    New Haven, CT 06511