## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>KATHY A. BARAN, Director, California )<br>Service Center, KELVIN MEDLOCK, )<br>Associate Director, California Service )<br>Center, SUSAN M. CURDA, District )<br>Director, and DONALD W. NEUFELD, )<br>Associate Director, Service Center )<br>Operations, U.S. Citizenship and )<br>Immigration Services, )<br>)<br>*Defendants*. )<br>) | CIVIL ACTION NO. 1:16-cv-04756  NGG-JO<br> |

To: USCIS California Service Center
    Attn: Director Kathy A. Baran
    24000 Avila Rd
    Laguna Niguel, CA 92677

### SUMMONS IN A CIVIL ACTION

A lawsuit has been filed against you.

Within 60 days you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

> Michael Wishnie
> Jerome N. Frank Legal Services Organization
> PO Box 209090
> New Haven, CT 06520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

> DOUGLAS C. PALMER
> *CLERK OF COURT*

DATE: August 29, 2016              *s/Tiffeny Lee*
                                    *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>) CIVIL ACTION NO. 1:16-cv-04756 NGG-JO<br>KATHY A. BARAN, Director, California )<br>Service Center, KELVIN MEDLOCK, )<br>Associate Director, California Service )<br>Center, SUSAN M. CURDA, District )<br>Director, and DONALD W. NEUFELD, )<br>Associate Director, Service Center )<br>Operations, U.S. Citizenship and )<br>Immigration Services, )<br>)<br>*Defendants*. )<br>) |  |

To:  USCIS Field Office
    Attn: Susan M. Curda
    300 North Los Angeles Street, Room 6570
    Los Angeles, CA 90012

**SUMMONS IN A CIVIL ACTION**

A lawsuit has been filed against you.

Within 60 days you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:
    Michael Wishnie
    Jerome N. Frank Legal Services Organization
    PO Box 209090
    New Haven, CT 06520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

DATE: August 29, 2016          *s/Tiffeny Lee*
                                        *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>) CIVIL ACTION NO. 1:16-cv-04756 NGG-JO<br>KATHY A. BARAN, Director, California )<br>Service Center, KELVIN MEDLOCK, )<br>Associate Director, California Service )<br>Center, SUSAN M. CURDA, District )<br>Director, and DONALD W. NEUFELD, )<br>Associate Director, Service Center )<br>Operations, U.S. Citizenship and )<br>Immigration Services, )<br>)<br>*Defendants*. )<br>) |  |

To:   USCIS California Service Center
      Attn: Assistant Director Kelvin Medlock
      24000 Avila Rd
      Laguna Niguel, CA 92677

**SUMMONS IN A CIVIL ACTION**

A lawsuit has been filed against you.

Within 60 days you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:
   Michael Wishnie
   Jerome N. Frank Legal Services Organization
   PO Box 209090
   New Haven, CT 06520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

DATE:  August 29, 2016            *s/Tiffeny Lee*
                                  *Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, )<br>                                                           )<br>　　*Plaintiff*,                                        )<br>                                                           )<br>　　　　　　v.                                     )<br>                                                           )<br>KATHY A. BARAN, Director, California )<br>Service Center, KELVIN MEDLOCK,   )<br>Associate Director, California Service  )<br>Center, SUSAN M. CURDA, District    )<br>Director, and DONALD W. NEUFELD, )<br>Associate Director, Service Center      )<br>Operations, U.S. Citizenship and         )<br>Immigration Services,                          )<br>                                                           )<br>　　*Defendants*.                                  )<br>                                                           ) | CIVIL ACTION NO. 1:16-cv-04756NGG-JO |

To:    USCIS Headquarters
        Attn: Assistant Director of Service Center Operations Donald Neufeld
        20 Massachusetts Avenue
        Washington, D.C. 20529

**SUMMONS IN A CIVIL ACTION**

    A lawsuit has been filed against you.

    Within 60 days you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:
        Michael Wishnie
        Jerome N. Frank Legal Services Organization
        PO Box 209090
        New Haven, CT 06520

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                DOUGLAS C. PALMER
                                                                *CLERK OF COURT*

DATE:  August 29, 2016                    *s/Tiffeny Lee*
                                                                *Signature of Clerk or Deputy Clerk*