# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

Karen C. Tumlin , Bar No. 234691

was duly admitted to practice in this Court on November 28th, 2005
DATE

and is active and in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on August 24th, 2016
Date



KIRY K. GRAY
Clerk of Court

By _____

Andrea Kannike , Deputy Clerk

G-52 (10/15)                      CERTIFICATE OF GOOD STANDING