UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTÍN JONATHAN BATALLA VIDAL,
Plaintiff,
v.
KATHY A. BARAN, Director, California
Service Center, et al.,
Defendants.
-----------------------------------------------------------X

CASE NO. 1:16-cv-04756

AFFIDAVIT OF KAREN C. TUMLIN
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

State of New York
County of Kings

KAREN C. TUMLIN, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of National Immigration Law Center.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant Plaintiff.

Dated: 8.29.2016

NOTARIZED

Signature of Movant
Firm Name National Immigration Law Center
Address 3435 Wilshire Boulevard
        Suite 1600
Email tumlin@nilc.org
Phone 213.639.3900

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 29 day of Aug, 2016,

By _Karen C. Tumlin_

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Judy A. Layland_

affidavit
Case No 1:16-cv-04756

> JUDY A. LAYLAND
> COMM. # 2053810
> NOTARY PUBLIC - CALIFORNIA
> LOS ANGELES COUNTY
> COMM. EXPIRES JAN. 26, 2018