UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, <br><br> *Plaintiff*, <br><br> v. <br><br> KATHY A. BARAN, Director, California Service Center, U.S. Citizenship and Immigration Services, *et al.* <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:16-cv-04756-NGG-JO |

## DECLARATION OF SERVICE

1. I, Aaron Korthuis, the undersigned, am over the age of 18 and not a party to this lawsuit. I am a law student intern working under the supervision of Michael J. Wishnie, counsel for the Plaintiff in the above-captioned case.

2. On August 29, 2016, I effectuated service on the Defendants by sending the following documents via certified mail to the Department of Homeland Security General Counsel's Office, U.S. Attorney General Loretta Lynch, and the Civil Process Clerk for the U.S. Attorney's Office for the Eastern District of New York:

    - Summonses for Defendants Kathy Baran, Kelvin Medlock, Susan M. Curda, and Donald W. Neufeld, ECF No. 7
    - Complaint, ECF No. 1
    - Complaint Exhibits and Civil Cover Sheet, ECF No. 1-1 to 1-6

3. On August 29, 2016, I effectuated service on Defendant Kathy A. Baran, Director, California Service Center, U.S. Citizenship and Immigration Services (USCIS) by sending the following documents via certified mail to Ms. Baran:

- Summons for Kathy A. Baran, ECF No. 7
- Complaint, ECF No. 1
- Complaint Exhibits and Civil Cover Sheet, ECF No. 1-1 to 1-6

4. On August 29, 2016, I effectuated service on Defendant Kelvin Medlock, Associate Director, California Service Center, USCIS, by sending the following documents via certified mail to Mr. Medlock:

- Summons for Defendant Kelvin Medlock, ECF No. 7
- Complaint, ECF No. 1
- Complaint Exhibits and Civil Cover Sheet, ECF No. 1-1 to 1-6

5. On August 29, 2016, I effectuated service on Defendant Susan M. Curda, USCIS District Director, by sending the following documents via certified mail to Ms. Curda:

- Summonses for Defendant Susan M. Curda, ECF No. 7
- Complaint, ECF No. 1
- Complaint Exhibits and Civil Cover Sheet, ECF No. 1-1 to 1-6

6. On August 29, 2016, I effectuated service on Defendant Donald W. Neufeld, Associate Director, Service Center Operations, USCIS, by sending the following documents via certified mail to Mr. Neufeld:

- Summons for Defendant Donald W. Neufeld, ECF No. 7
- Complaint, ECF No. 1
- Complaint Exhibits and Civil Cover Sheet, ECF No. 1-1 to 1-6

7. I declare under penalty of perjury under the law of the United States of American that the foregoing is true and correct.

Dated: August 30, 2016

                                                                                            /s/ Aaron Korthuis
_____
Aaron Korthuis
Law Student Intern
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
(203)432-4800

Case 1:16-cv-04756-NGG-VMS   Document 9   Filed 08/30/16   Page 4 of 4 PageID #: 89

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016, a true and correct copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid, to:

1. Attorney General Loretta Lynch
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. U.S. Attorney's Office for the Eastern District of New York
   Attn: Civil Process Clerk
   271 Cadman Plaza East
   Brooklyn NY 11201

3. Office of the General Counsel
   US Department of Homeland Security
   Washington, D.C. 20528

/s/ Michael Wishnie
Michael Wishnie, Supervising Attorney (MW 1952)
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520