# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL,<br><br>*Plaintiff*,<br><br>v.<br><br>KATHY A. BARAN, Director, California Service Center, KELVIN MEDLOCK, Associate Director, California Service Center, SUSAN M. CURDA, District Director, and DONALD W. NEUFELD, Associate Director, Service Center Operations, U.S. Citizenship and Immigration Services,<br><br>*Defendants*. | **MOTION FOR LEAVE TO FILE STUDENT APPEARANCES**<br><br>CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

To the Clerk of Court for the United States District Court for the Eastern District of New York, and all parties of record:

The undersigned attorney respectfully moves the Court for leave to file the attached law student appearances for Willem Bloom, Jordan Laris Cohen, Amit Jain, Aaron Korthuis, and Zachary Manfredi as counsel for Plaintiff Martín Jonathan Batalla Vidal.

I certify that I am admitted to practice before this Court.

Dated: New Haven, Connecticut
August 31, 2016

Respectfully submitted,

/s/ Michael Wishnie

Michael Wishnie, Supervising Attorney (MW 1952)
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06511
Phone: (203) 432-4800
michael.wishnie@yale.edu

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 31, 2016, a true and correct copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid, to:

1. Attorney General Loretta Lynch
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. U.S. Attorney's Office for the Eastern District of New York
   Attn: Civil Process Clerk
   271 Cadman Plaza East
   Brooklyn NY 11201

3. Office of the General Counsel
   US Department of Homeland Security
   Washington, D.C. 20528

4. USCIS California Service Center
   Attn: Director Kathy A. Baran
   24000 Avila Rd
   Laguna Niguel, CA 92677

5. USCIS Field Office
   Attn: Susan M. Curda
   300 North Los Angeles Street, Room 6570
   Los Angeles, CA 90012

6. USCIS California Service Center
   Attn: Assistant Director Kelvin Medlock
   24000 Avila Rd
   Laguna Niguel, CA 92677

7. USCIS Headquarters
   Attn: Assistant Director of Service Center Operations Donald Neufeld
   20 Massachusetts Avenue
   Washington, D.C. 20529

            /s/ Michael Wishnie
            Michael Wishnie, Supervising Attorney (MW 1952)
            Jerome N. Frank Legal Services Organization
            Yale Law School
            P.O. Box 209090
            New Haven, CT 06511