UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARTÍN JONATHAN BATALLA VIDAL,

       *Plaintiff*,

       v.

KATHY A. BARAN, Director, USCIS California
Service Center, et al.,

       *Defendants.*
-------------------------------------------------------------------x

Case No. 1:16-cv-04756
LAW STUDENT INTERN
APPEARANCE FORM

1. Certification of Law Student

    I, _____Jordan Laris Cohen_____, certify that:

    (b) I am enrolled in Yale Law School, which is accredited by the American Bar Association;
    (b) I am not receiving any compensation from the client in this matter;
    (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
    (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
    (e) I am either working in the Office of the United States Attorney, participating in a clinical program at Yale Law School, or have been certified as qualified to participate in providing legal representation by the Dean of Yale Law School or his or her designee.

_____[signature]_____    _Aug. 30, 2016_
Signature of Student    Date

2. Certification of Law School Dean or Authorized Designee

    I, ____Robert Post_____, certify that:

    (d) this student has completed at least two semesters of law school work;
    (e) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
    (f) *(complete only if student is a participant in a law school clinic)*
    this student is a participant in a clinical program that is approved by this law school and taught by ____Michael Wishnie_____, who will serve as supervising attorney.

_____[signature]_____    _8/30/2016_
Signature of Dean or Authorized Designee    Date

____Dean_____ (Title or Position)

UNITED STATES DISTRICT COURT

3.  Certification of Supervising Attorney

    As a member of the bar of The United States District Court for the Eastern District of New York, I, ___Michael Wishnie___, certify that:

    (a) I will assume personal professional responsibility for this student's work;
    (b) I will assist this student to the extent necessary;
    (c) I will obtain the approval of the client, or where applicable of the United States Attorney or his or her designee, in writing, for the student to appear in this matter; and
    (d) I will appear with this student in all proceedings before the Court.

    ___[signature]___  ___8/31/16___
    Signature of Attorney    Date

4.  Consent of Client or United States Attorney

    I, ___Maitin Batalla___, authorize this student:

    (a) to appear in court and at other proceedings on my behalf, and
    (b) to prepare documents on my behalf.

    I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

    ___Maitin Batalla___  ___8/23/16___
    Signature of Client or United States Attorney    Date

    (If more than one client is involved, approval from each shall be attached.)

5.  Consent of the Judge

    I authorize this student, pursuant to the consent of the client or United States Attorney, and under the supervision of the above-named attorney:

    (a) to appear in court or other proceedings on behalf of the above client, and
    (b) to prepare documents on behalf of the above client.

    _____    _____
    Signature of Judge    Date