---------------------------------------------------------------x
MARTÍN JONATHAN BATALLA VIDAL,

     *Plaintiff,*

     v.

KATHY A. BARAN, Director, USCIS California Service Center, et al.,

     *Defendants.*
---------------------------------------------------------------x

Case No. 1:16-cv-04756
LAW STUDENT INTERN
APPEARANCE FORM

1. Certification of Law Student

   I, _____Amit Jain_____, certify that:

   (d) I am enrolled in Yale Law School, which is accredited by the American Bar Association;
   (b) I am not receiving any compensation from the client in this matter;
   (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
   (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
   (e) I am either working in the Office of the United States Attorney, participating in a clinical program at Yale Law School, or have been certified as qualified to participate in providing legal representation by the Dean of Yale Law School or his or her designee.

   _[signature]_____  _8/30/16_____
   Signature of Student               Date

2. Certification of Law School Dean or Authorized Designee

   I, ____Robert Post_____, certify that:

   (j) this student has completed at least two semesters of law school work;
   (k) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
   (l) *(complete only if student is a participant in a law school clinic)*
       this student is a participant in a clinical program that is approved by this law school and taught by _Michael Wishnie_____, who will serve as supervising attorney.

   _[signature]_____  _8/30/2016_____
   Signature of Dean or Authorized Designee   Date

   _Dean_____ (Title or Position)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

3.     Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, _____Michael Wishnie_____, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the client, or where applicable of the United States Attorney or his or her designee, in writing, for the student to appear in this matter; and
(d) I will appear with this student in all proceedings before the Court.

_____      _8/31/16_____
Signature of Attorney                          Date

4.     Consent of Client or United States Attorney

I, ____Martin Batalla_____, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

____Martin Batalla_____      _8/23/16_____
Signature of Client or United States Attorney    Date

(If more than one client is involved, approval from each shall be attached.)

5.     Consent of the Judge

I authorize this student, pursuant to the consent of the client or United States Attorney, and under the supervision of the above-named attorney:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

_____      _____
Signature of Judge                            Date