---------------------------------------------------------------x
MARTÍN JONATHAN BATALLA VIDAL,

    *Plaintiff,*

    v.

KATHY A. BARAN, Director, USCIS California Service Center, et al.,

    *Defendants.*
---------------------------------------------------------------x

Case No. 1:16-cv-04756
LAW STUDENT INTERN
APPEARANCE FORM

1.    Certification of Law Student

    I, _____Aaron Korthuis_____, certify that:

(e) I am enrolled in Yale Law School, which is accredited by the American Bar Association;
(b) I am not receiving any compensation from the client in this matter;
(c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
(d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
(e) I am either working in the Office of the United States Attorney, participating in a clinical program at Yale Law School, or have been certified as qualified to participate in providing legal representation by the Dean of Yale Law School or his or her designee.

_____[signature]_____    8/30/16
Signature of Student    Date

2.    Certification of Law School Dean or Authorized Designee

    I, \_\_\_\_Robert Post_____, certify that:

(m) this student has completed at least two semesters of law school work;
(n) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
(o) *(complete only if student is a participant in a law school clinic)*
this student is a participant in a clinical program that is approved by this law school and taught by \_\_Michael Wishnie_____, who will serve as supervising attorney.

_____[signature]_____    8/30/2016
Signature of Dean or Authorized Designee    Date

\_\_\_\_Dean_____ (Title or Position)

3.   Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, ____Michael Wishnie____, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the client, or where applicable of the United States Attorney or his or her designee, in writing, for the student to appear in this matter; and
(d) I will appear with this student in all proceedings before the Court.

_____/s/ Michael Wishnie_____   _____8/31/16_____
Signature of Attorney                          Date

4.   Consent of Client or United States Attorney

I, ____Maitin Batalla____, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____Maitin Batalla_____   _____8/23/16_____
Signature of Client or United States Attorney   Date

(If more than one client is involved, approval from each shall be attached.)

5.   Consent of the Judge

I authorize this student, pursuant to the consent of the client or United States Attorney, and under the supervision of the above-named attorney:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

_____   _____
Signature of Judge                                      Date