UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARTIN JONATHAN BATALLA VIDAL,
                  Plaintiff,

      v.

KATHY A. BARAN, et al.,

                     Defendants.
-----------------------------------------------------------X

CASE NO. 1:16-cv-04756

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to

Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York for an Order allowing the admission of movant, a member of the firm of

_National Immigration Law Center_ and a member in good standing of the Bard(s) of the State(s)

of _California_, as attorney pro hac vice to argue or try this case

in whole or in part as counsel for Plaintiff/Defendant _Plaintiff Martin Jonathan Batalla Vidal_.

There are no pending disciplinary proceedings against me in any State or Federal court. (If there

are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: **8.29.2016**

_Kam C. Mc_
Signature of Movant
Firm Name _National Immigration Law Center_
Address _3435 Wilshire Boulevard, Suite 1600_
_Los Angeles, CA 90010_
Email _tumlin@nilc.org_
Phone _(213) 639-3900_