UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARTÍN JONATHAN BATALLA VIDAL,
Plaintiff,

v.

KATHY A. BARAN, Director, California
Service Center, et al.,
Defendants.
-------------------------------------------------------X

CASE NO. 1:16-cv-04756

AFFIDAVIT OF KAREN C. TUMLIN
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

_____

State of New York
County of Kings

KAREN C. TUMLIN _____, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of __National Immigration Law Center_____.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of California_____.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant  Plaintiff_____.

Dated: 8.29.2016

NOTARIZED

_____
Signature of Movant
Firm Name  National Immigration Law Center
Address  3435 Wilshire Boulevard
_____  Suite 1600
Email  tumlin@nilc.org
Phone  213.639.3900

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 29 day of Aug , 2016,

By _Karen C. Tumlin_____

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Judy a Lay_

affidavit
Case No 1:16-cv-04756

JUDY A. LAYLAND
COMM. # 2053810
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES JAN. 26, 2018