UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN JONATHAN BATALLA VIDAL )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>KATHY A. BARAN, Director, California )<br>Service Center, KELVIN MEDLOCK, )<br>Associate Director, California Service )<br>Center, SUSAN M. CURDA, District Director, )<br>And DONALD W. NEUFELD, Associate Director )<br>Service Center Operations, U.S. Citizenship )<br>and Immigration Services, )<br>)<br>*Defendants.* )<br> ) | NOTICE OF APPEARANCE<br><br>CIVIL ACTION NO. 1:16-cv-04756 |

To the Clerk of Court for the United States District Court for the Eastern District of New York, and all parties of record:

The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Plaintiff Martín Jonathan Batalla Vidal, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

I certify that I am admitted to practice Pro Hac Vice before this Court.

Dated: New York, NY

August 31, 2016

Respectfully submitted

_____

Clement Lee, Supervising Attorney
Make the Road New York
92-10 Roosevelt Ave.
Jackson Heights NY 11373

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2016, a true and correct copy of the foregoing Notice of Appearance was served by first-class mail to:

1. Attorney General Loretta Lynch
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington DC 20530-0001

2. U.S. Attorney's Office for the Eastern District of New York
   Attn: Civil Process Clerk
   271 Cadman Plaza East
   Brooklyn NY 11201

3. Office of the General Counsel
   U.S. Department of Homeland Security
   Washington, D.C. 20528

4. USCIS California Service Center
   Attn: Director Kathy A. Baran
   24000 Avila Rd.
   Laguna Niguel, CA 92607

5. USCIS Field Office
   Attn: Susan M. Curda
   300 North Los Angeles Street, Room 6570
   Los Angeles, CA 90012

6. USCIS California Service Center
   Attn: Assistant Director Kelvin Medlock
   24000 Avila Rd.
   Laguna Niguel, CA 92607

7. USCIS Headquarters
   Attn: Assistant Director of Service Center Operations Donald Neufeld
   20 Massachusetts Ave.
   Washington DC 20529

Clement Lee, Esq., Supervising Attorney
Make the Road New York
92-10 Roosevelt Ave.
Jackson Heights, NY 11373