AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Martin Jonathan Batalla Vidal,<br>*Plaintiff*<br>v.<br>Kathy A. Baran, et al.,<br>*Defendant* | )<br>)<br>) Case No. CV-16-4756<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America, et al.,                                                            .

Date:   09/07/2016                                       s/Scott Dunn
                                                  *Attorney's signature*

                                                  AUSA, Scott Dunn
                                              *Printed name and bar number*

                                          United States Attorney's Office
                                          Eastern District of New York
                                          271 Cadman Plaza East, 7th Fl.
                                              Brooklyn, N.Y. 11201
                                                    *Address*

                                              scott.dunn@usdoj.gov
                                                *E-mail address*

                                                  (718) 254-6029
                                                *Telephone number*

                                                  (718) 254-6081
                                                  *FAX number*