UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL,  )<br>  )<br>*Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>KATHY A. BARAN, Director, California  )<br>Service Center, KELVIN MEDLOCK,  )<br>Associate Director, California Service  )<br>Center, SUSAN M. CURDA, District  )<br>Director, and DONALD W. NEUFELD,  )<br>Associate Director, Service Center  )<br>Operations, U.S. Citizenship and  )<br>Immigration Services,  )<br>  )<br>*Defendants*.  )<br>  ) | NOTICE OF MOTION<br>TO ADMIT COUNSEL<br>*PRO HAC VICE*<br><br>CIVIL ACTION NO. 1:16-cv-04756 |

To:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the Jerome N. Frank Legal Services Organization and a member in good standing of the Bars of the States of New York, California, and Connecticut, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Plaintiff Martín Jonathan Batalla Vidal. There are no pending disciplinary proceedings against me in any State or Federal court.

                                                               Respectfully submitted,


Dated: September 7, 2016                     /s/ Muneer I. Ahmad
                                                               Muneer I. Ahmad
                                                               Jerome N. Frank Legal Services Organization
                                                               Yale Law School
                                                               P.O. Box 209090
                                                               New Haven, Connecticut 06520
                                                               Email: Muneer.Ahmad@yale.edu
                                                               Phone: (203) 432-4800

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL,<br><br>*Plaintiff,*<br><br>v.<br><br>KATHY A. BARAN, Director, California Service Center, KELVIN MEDLOCK, Associate Director, California Service Center, SUSAN M. CURDA, District Director, and DONALD W. NEUFELD, Associate Director, Service Center Operations, U.S. Citizenship and Immigration Services,<br><br>*Defendants.* | AFFIDAVIT OF MUNEER AHMAD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*<br><br>CIVIL ACTION NO. 1:16-cv-04756 |

State of Connecticut
County of New Haven

Muneer I. Ahmad, being duly sworn, hereby deposes and says as follows:

1. I am a Clinical Professor of Law with the Jerome N. Frank Legal Services Organization.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the States of New York, California, and Connecticut.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Martín Jonathan Batalla Vidal.

Dated: September 7, 2016

Muneer I. Ahmad, Clinical Professor of Law
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Email: Muneer.Ahmad@yale.edu
Phone: (203) 432-4800

Signed before me Sept. 7, 2016

Maureen F. Furtak
Notary

MAUREEN F. FURTAK
NOTARY PUBLIC
MY COMMISSION EXPIRES MARCH 31, 2017

# State of Connecticut
# Supreme Court

I, **Paul S. Hartan** Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

***Do hereby certify***, that, in the Superior Court at  New Haven  on the  7th  day of  October, 2011

**Muneer I. Ahmad**

of

**New Haven, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



*In Testimony Whereof*, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day  **August 30, 2016**

*Paul S. Hartan*
Chief Clerk

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

August 24, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MUNEER IFTIKHAR AHMAD, #193862 was admitted to the practice of law in this state by the Supreme Court of California on December 21, 1997; that from the date of admission to July 12, 2002, he was an ACTIVE member of the State Bar of California; that on July 12, 2002, he transferred at his request to the INACTIVE status as of January 1, 2002; that he has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records

NOTE: Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)



## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Muneer Iftihar Ahmad

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **23rd day of September, 1997**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **29th day of August, 2016**.

*Robert D. Mayberger*
Clerk