AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| MARTIN JONATHAN BATALLA VIDAL, <br> *Plaintiff* <br> v. <br> KATHY A. BARAN, et al., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.    1:16-cv-04756 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARTIN JONATHAN BATALLA VIDAL,                                                                          .

Date:     09/07/2016

s/ - Karen C. Tumlin
*Attorney's signature*

Karen C. Tumlin, CA Bar 234691
*Printed name and bar number*

National Immigration Law Center
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010

*Address*

tumlin@nilc.org
*E-mail address*

(213) 639-3900
*Telephone number*

(213) 639-3911
*FAX number*