UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTIN JONATHAN BATALLA VIDAL,
                Plaintiff,

                                                                    ORDER

        - against -

                                                                    16-CV-4756 (NGG) (JO)

DIRECTOR KATHY A. BARAN, et al.,
                Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

        Attorney Muneer I. Ahmad, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 15, 2016, Mr. Ahmad shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Ahmad shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Ahmad shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

        SO ORDERED.

Dated:  Brooklyn, New York
           September 8, 2016

                                                                                  /s/
                                                           JAMES ORENSTEIN
                                                          U.S. Magistrate Judge