UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>) | **NOTICE OF APPEARANCE** |
| KATHY A. BARAN, Director, California )<br>Service Center, KELVIN MEDLOCK, )<br>Associate Director, California Service )<br>Center, SUSAN M. CURDA, District )<br>Director, and DONALD W. NEUFELD, )<br>Associate Director, Service Center )<br>Operations, U.S. Citizenship and )<br>Immigration Services, )<br>)<br>*Defendants*. )<br>) | CIVIL ACTION NO. 1:16-cv-04756 |

To the Clerk of Court for the United States District Court for the Eastern District of New York, and all parties of record:

The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Plaintiff Martín Jonathan Batalla Vidal, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

I certify that I am authorized to practice before this Court.

Dated: New Haven, Connecticut
September 9, 2016

Respectfully submitted,

/s/ Muneer I. Ahmad

Muneer I. Ahmad, Supervising Attorney
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06511
Phone: (203) 432-4800
muneer.ahmad@yale.edu