**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | NOTICE OF MOTION |
| v. | ) | TO ADMIT COUNSEL |
| | ) | *PRO HAC VICE* |
| KATHY A. BARAN, Director, California | ) | |
| Service Center, KELVIN MEDLOCK, | ) | CIVIL ACTION NO. 1:16-cv-04756 |
| Associate Director, California Service | ) | |
| Center, SUSAN M. CURDA, District | ) | |
| Director, and DONALD W. NEUFELD, | ) | |
| Associate Director, Service Center | ) | |
| Operations, U.S. Citizenship and | ) | |
| Immigration Services, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

To:     Opposing Counsel


PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion
and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule
1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern
Districts of New York for an Order allowing the admission of movant, a member of the Jerome
N. Frank Legal Services Organization and a member in good standing of the Bar of the State of
California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for
Plaintiff Martín Jonathan Batalla Vidal. There are no pending disciplinary proceedings against
me in any State or Federal court.


                                        Respectfully submitted,


Dated: September 19, 2016              /s/ Marisol Orihuela
                                       Marisol Orihuela
                                       Jerome N. Frank Legal Services Organization
                                       Yale Law School
                                       P.O. Box 209090
                                       New Haven, Connecticut 06520
                                       Email: Marisol.Orihuela@yale.edu
                                       Phone: (203) 432-4800

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | AFFIDAVIT OF MARISOL |
| v. | ) | ORIHUELA IN SUPPORT OF |
| | ) | MOTION TO ADMIT COUNSEL |
| | ) | *PRO HAC VICE* |
| KATHY A. BARAN, Director, California | ) | |
| Service Center, KELVIN MEDLOCK, | ) | CIVIL ACTION NO. 1:16-cv-04756 |
| Associate Director, California Service | ) | |
| Center, SUSAN M. CURDA, District | ) | |
| Director, and DONALD W. NEUFELD, | ) | |
| Associate Director, Service Center | ) | |
| Operations, U.S. Citizenship and | ) | |
| Immigration Services, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

State of Connecticut
County of New Haven

Marisol Orihuela, being duly sworn, hereby deposes and says as follows:

1. I am a Visiting Clinical Associate Professor of Law with the Jerome N. Frank Legal Services Organization.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Martín Jonathan Batalla Vidal.

Dated: 9/16/16

Marisol Orihuela, Clinical Professor of Law
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Email: Marisol.Orihuela@yale.edu
Phone: (203) 432-4800

MAUREEN F. FURTAK
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MARCH 31, 2017

sworn before me Sept. 16, 2016

Maureen F Furtak
Notary

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 30, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARISOL
ORIHUELA, #261375 was admitted to the practice of law in this state by the
Supreme Court of California on December 8, 2008; that from the date of
admission to September 1, 2010, she was an ACTIVE member of the State Bar of
California; that effective September 1, 2010, she was suspended from the practice
of law in California by order of the Supreme Court for nonpayment of State Bar
membership fees; that said suspension remained in effect to January 7, 2011 upon
which last mentioned date she was reinstated to the ACTIVE status by the
Supreme Court upon payment of all delinquent State Bar fees and penalties; that
she has been since that date, and is at date hereof, an ACTIVE member of the
State Bar of California; and that no recommendation for discipline for
professional or other misconduct has ever been made by the Board of Trustees or
a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records