UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTIN JONATHAN BATALLA VIDAL,
                      Plaintiff,

                ORDER

       - against -

                15-CV-4756 (NGG) (JO)

DIRECTOR KATHY A. BARAN, et al.,
                      Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Marisol Orihuela, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 27, 2016, Ms. Orihuela shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Orihuela shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Orihuela shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated:  Brooklyn, New York
          September 20, 2016

                                                                   /s/
                                              JAMES ORENSTEIN
                                              U.S. Magistrate Judge