UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>) | <br><br><br><br><br>**NOTICE OF APPEARANCE** |
| KATHY A. BARAN, Director, California )<br>Service Center, KELVIN MEDLOCK, )<br>Associate Director, California Service )<br>Center, SUSAN M. CURDA, District )<br>Director, and DONALD W. NEUFELD, )<br>Associate Director, Service Center )<br>Operations, U.S. Citizenship and )<br>Immigration Services, )<br>)<br>*Defendants*. )<br>) | CIVIL ACTION NO. 1:16-cv-04756 |

To the Clerk of Court for the United States District Court for the Eastern District of New York, and all parties of record:

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case as counsel for Plaintiff Martín Jonathan Batalla Vidal, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      I certify that I am authorized to practice before this Court.

Dated: New Haven, Connecticut     Respectfully submitted,
September 20, 2016

                                  /s/ Marisol Orihuela

                                  Marisol Orihuela, Clinical Professor of Law
                                  Jerome N. Frank Legal Services Organization
                                  Yale Law School
                                  P.O. Box 209090
                                  New Haven, CT 06511
                                  Phone: (203) 432-4800
                                  marisol.orihuela@yale.edu