UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTIN JONATHAN BATALLA VIDAL,
                Plaintiff,

            - against -

DIRECTOR KATHY A. BARAN, et al.,
                Defendants.
------------------------------------------------------------X

ORDER

16-CV-4756 (NGG) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Justin B. Cox, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By September 29, 2016, Mr. Cox shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Cox shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Cox shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
         September 22, 2016

                                                                                /s/
                                                JAMES ORENSTEIN
                                                U.S. Magistrate Judge