# EXHIBIT F

**U.S. Department of Homeland Security**
P.O. Box 30111
Laguna Niguel, CA 92607-30111



**U.S. Citizenship
and Immigration
Services**

Date: May 14, 2015

NICHOLAS CHARLES KATZ
301 GROVE STREET
BROOKLYN, NY 11237
RE: BATALLA VIDAL, MARTIN

Refer to file no.:        WAC1590092969

Dear DACA Recipient,

USCIS records indicate that you received a 3-year Employment Authorization Document (EAD), a
3-year approval notice for your Form I-765 (Application for Employment Authorization) and may
also have received a 3-year approval notice for your Form I-821D (Consideration of Deferred Action
for Childhood Arrivals).  The authorized period for deferred action should be 2 years, not 3 years,
and the employment authorization and EAD also should be for 2 years instead of 3 years.

Your case has been re-opened and approved for 2-year periods of deferred action and employment
authorization. USCIS records have been updated to reflect these 2-year approvals.  Your updated 2-
year approval notice(s) and updated EAD reflecting a 2-year validity period will be mailed to the
same address as this notice.

**NOTE:  When you receive your updated 2-year EAD, you must immediately return to USCIS
the EAD that has a 3-year validity period listed.  Failure to do so may result in adverse action
in your case.  Please also return any 3-year approval notices for Form I-821D and for Form I-
765 that you received.**  To return the EAD and any 3-year approval notices, please send the
document(s) along with a copy of this letter in the enclosed postage-paid envelope to:

> California Service Center
> P.O. Box 30111
> Laguna Niguel, CA 92607-30111
> Attn: Kelvin Medlock W/S 22311

The reason for this action is that, after a court order in *Texas v. United States*, No. B-14-254 (S.D.
Tex.), USCIS erroneously issued you a 3-year instead of 2-year EAD.

For additional information on DACA, please visit www.uscis.gov/childhoodarrivals.