UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

MAKE THE ROAD NEW YORK, and MARTÍN
JONATHAN BATALLA VIDAL,

        *Plaintiffs,*

v.

KATHY A. BARAN, Director, California
Service Center, KELVIN MEDLOCK,
Associate Director, California Service
Center, SUSAN M. CURDA, District
Director, DONALD W. NEUFELD,
Associate Director, Service Center
Operations, U.S. Citizenship and
Immigration Services, and LEÓN RODRÍGUEZ,
Director, U.S. Citizenship and Immigration Services,

        *Defendants*.

Case No. 1:16-cv-04756 (NGG) (JO)

**SUMMONS IN A CIVIL ACTION**

TO:    León Rodríguez
          Director, U.S. Citizenship and Immigration Services
          20 Massachusetts Avenue, NW,
          Washington, DC 20529

        A lawsuit has been filed against you.

        Within 60 days you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael J. Wishnie
    Jerome N. Frank Legal Services Organization
    P.O. Box 209090
    New Haven, CT 06520

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                         Douglas C. Palmer
                                                        *CLERK OF COURT*

Date: _____             _____
                                                                               *Signature of Clerk or Deputy Clerk*