## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

MAKE THE ROAD NEW YORK, and MARTÍN
JONATHAN BATALLA VIDAL,

        *Plaintiffs,*

v.

KATHY A. BARAN, Director, California
Service Center, KELVIN MEDLOCK,
Associate Director, California Service
Center, SUSAN M. CURDA, District
Director, DONALD W. NEUFELD,
Associate Director, Service Center
Operations, U.S. Citizenship and
Immigration Services, and LEÓN RODRÍGUEZ,
Director, U.S. Citizenship and Immigration Services,

        *Defendants.*

Case No. 1:16-cv-04756 (NGG) (JO)

### DECLARATION OF SERVICE

1.     I, Jordan Laris Cohen, the undersigned, am over the age of 18 and not a party to this lawsuit. I am a law student intern working under the supervision of Michael J. Wishnie, counsel for the Plaintiff in the above-captioned case.

2.     On October 11, 2016, I effectuated service on Defendant León Rodríguez by sending the following documents via e-mail to Attorney Adam Kirschner, U.S. Department of Justice, Civil Division, who has agreed to accept service for Defendant Rodríguez, at adam.kirschner@usdoj.gov:

- Amended Complaint, ECF No. 29
- Amended Complaint Exhibits, ECF Nos. 29-1 to 29-6
- Summons for Defendant León Rodríguez, ECF No. 32

Dated: October 12, 2016

                                    _____

                                      Jordan Laris Cohen
                                      Law Student Intern
                                      Jerome N. Frank Legal Services Org.

P.O. Box 209090
New Haven, CT 06520
(203) 432-4800

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed by Plaintiffs and served by regular mail on anyone unable to accept electronic filing, on October 12, 2016. Notice of this e-filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

Adam Kirschner (IL 6286601)
U.S. Department of Justice
Civil Division
20 Massachusetts Ave, NW
Washington DC, 20530
Tel: (202) 353-9265
Fax: (202) 616-8470
Email: adam.kirschner@usdoj.gov

For the Defendants, Kathy A. Baran, Kelvin Medlock, Susan M. Curda, Donald W. Neufeld, and León Rodríguez.

/s/ Michael J. Wishnie _____
Michael J. Wishnie (MW 1952)
JEROME N. FRANK
LEGAL SERVICES ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800