UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and ) <br> MARTÍN JONATHAN BATALLA VIDAL, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> KATHY A. BARAN, Director, California ) <br> Service Center, KELVIN MEDLOCK, Associate ) <br> Director, California Service Center, SUSAN M. ) <br> CURDA, District Director, DONALD W. ) <br> NEUFELD, Associate Director, Service Center ) <br> Operations, U.S. Citizenship and Immigration ) <br> Services, and LEÓN RODRÍGUEZ, Director, ) <br> U.S Citizenship and Immigration Services ) <br> ) <br> *Defendants*. ) <br> ) | **MOTION FOR LEAVE TO FILE STUDENT APPEARANCES** <br><br> CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

To the Clerk of Court for the United States District Court for the Eastern District of New York, and all parties of record:

The undersigned attorney respectfully moves the Court for leave to file the attached law student appearances for Susanna D. Evarts and Yun Tang as counsel for Plaintiffs Martín Jonathan Batalla Vidal and Make the Road New York.

I certify that I am admitted to practice before this Court.

Dated: New Haven, Connecticut
October 27, 2016

Respectfully submitted,

/s/ Michael Wishnie

Michael Wishnie, Supervising Attorney (MW 1952)
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06511
Phone: (203) 432-4800
michael.wishnie@yale.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2016, a true and correct copy of the foregoing Notice of Appearance was served to Defendants Kathy A. Baran, Kelvin Medlock, Susan M. Curda, Donald W. Neufeld, and León Rodríguez via ECF filing to Attorney Adam Kirschner, U.S. Department of Justice, Civil Division, who has agreed to accept service for Defendants.

      /s/ Michael Wishnie
      Michael Wishnie, Supervising Attorney (MW 1952)
      Jerome N. Frank Legal Services Organization
      Yale Law School
      P.O. Box 209090
      New Haven, CT 06511