UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Make the Road New York, *et al.*

        -v-

Kathy A. Baran, *et al.*

-----------------------------------------------------------X

Case No. 1:16-cv-04756 (NGG) (JO)

LAW STUDENT INTERN
APPEARANCE FORM

1. Certification of Law Student

   I, __Susanna D. Evarts__, certify that:

   (a) I am enrolled in __Yale__ law school, which is accredited by the American Bar Association;
   (b) I am not receiving any compensation from the client in this matter;
   (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
   (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
   (e) I am either working in the Office of the United States Attorney, participating in a clinical program at __Yale__ law school, or have been certified as qualified to participate in providing legal representation by the Dean of __Yale__ law school or ~~his or her designee~~.

   _____   __10/13/2016__
   Signature of Student           Date

2. Certification of Law School Dean or Authorized Designee

   I, __ROBERT C. POST__, certify that:

   (a) this student has completed at least two semesters of law school work;
   (b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
   (c) *(complete only if student is a participant in a law school clinic)* this student is a participant in a clinical program that is approved by this law school and taught by __Michael Wishnie__, who will serve as supervising attorney.

   _____   __10/17/16__
   Signature of Dean or Authorized Designee   Date

   __DEAN OF THE YALE LAW SCHOOL__
   (Title or Position)

3.     Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, _Michael Wishnie_, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the client, or where applicable of the United States Attorney or his or her designee, in writing, for the student to appear in this matter; and
(d) I will appear with this student in all proceedings before the Court.

_____     10/13/16
Signature of Attorney                     Date

4.     Consent of Client or United States Attorney

I, _MARTIN BATALLA VIDAL_, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_Martin Batalla_____    9/22/16
Signature of Client or United States Attorney    Date

(If more than one client is involved, approval from each shall be attached.)

5.     Consent of the Judge

I authorize this student, pursuant to the consent of the client or United States Attorney, and under the supervision of the above-named attorney:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

_____     _____
Signature of Judge                          Date

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

Make the Road New York, *et al.*

    -v-

Kathy A. Baran, *et al.*

--------------------------------------------------------------X

Case No. 1:16-cv-04756 (NGG) (JO)

LAW STUDENT INTERN
APPEARANCE FORM

1. Certification of Law Student

    I, __Yun Tang__, certify that:

    (a) I am enrolled in __Yale__ law school, which is accredited by the American Bar Association;
    (b) I am not receiving any compensation from the client in this matter;
    (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
    (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
    (e) I am either working in the Office of the United States Attorney, participating in a clinical program at __Yale__ law school, or have been certified as qualified to participate in providing legal representation by the Dean of __Yale__ law school or his or her designee.

    _____    __10/13/2016__
    Signature of Student                            Date

2. Certification of Law School Dean or Authorized Designee

    I, __ROBERT C. POST__, certify that:

    (a) this student has completed at least two semesters of law school work;
    (b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
    (c) *(complete only if student is a participant in a law school clinic)*
       this student is a participant in a clinical program that is approved by this law school and taught by __Michael Wishnie__, who will serve as supervising attorney.

    _____    __10/17/16__
    Signature of Dean or Authorized Designee    Date

    __DEAN OF THE YALE LAW SCHOOL__
    (Title or Position)

3.     Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, _Michael Wishnie_, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the client, or where applicable of the United States Attorney or his or her designee, in writing, for the student to appear in this matter; and
(d) I will appear with this student in all proceedings before the Court.

_____    _10/25/16_
Signature of Attorney      Date

4.     Consent of Client or United States Attorney

I, _Martín Batalla Vidal_, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_Martin Batalla_____    _9/22/16_
Signature of Client or United States Attorney      Date

(If more than one client is involved, approval from each shall be attached.)

5.     Consent of the Judge

I authorize this student, pursuant to the consent of the client or United States Attorney, and under the supervision of the above-named attorney:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

_____    _____
Signature of Judge      Date