# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and<br>MARTÍN JONATHAN BATALLA VIDAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>KATHY A. BARAN, Director, California Service Center, KELVIN MEDLOCK, Associate Director, California Service Center, SUSAN M. CURDA, District Director, DONALD W. NEUFELD, Associate Director, Service Center Operations, U.S. Citizenship and Immigration Services, and LEÓN RODRÍGUEZ, Director, U.S Citizenship and Immigration Services<br><br>*Defendants*. | CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY BRIEFING SCHEDULE

The Court hereby GRANTS Plaintiffs' unopposed motion to stay the briefing schedule.

Plaintiffs' response to Defendants' Motion to Dismiss and Motion in Opposition to Plaintiffs' Motion for Summary Judgment is due on February 20, 2017. Defendant's reply is due on March 20, 2017.

The hearing currently scheduled for January 25, 2017 will be postponed until briefing is completed.

Dated: _____         _____

HONORABLE NICHOLAS G. GARAUFIS
Senior United States District Judge