UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and <br> MARTÍN JONATHAN BATALLA VIDAL, <br><br> *Plaintiffs*, <br><br> v. <br><br> KATHY A. BARAN, Director, California <br> Service Center, et al., <br><br> *Defendants*. | **FIRST JOINT MOTION TO STAY BRIEFING SCHEDULE** <br><br> CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

Plaintiffs and Defendants jointly request that this Court stay the current briefing schedule until April 17, 2017. On November 21, 2016, this Court approved Plaintiffs' first unopposed motion to stay the briefing schedule, extending the deadline for Plaintiffs' response to Defendants' Motion to Dismiss and Motion in Opposition to Plaintiffs' Motion for Summary Judgment from November 30, 2016 until February 20, 2017. *See* Order Granting Pls.' Unopposed Mot. to Stay Briefing Schedule, ECF No. 36. The parties believe that a continued stay would promote judicial economy by allowing the parties and this Court to have a better understanding of how the *Texas v. United States* litigation will proceed. *See Texas v. United States*, Civil Action No. 14-254 (S.D. Tex.), ECF No. 435 (January 19, 2017) (staying further proceedings in that case until March 17, 2017).

Both parties request that the new briefing schedule allow Defendants 28 days to file their reply, moving Defendants' reply date from March 20, 2017 to May 15, 2017.

Dated: New Haven, Connecticut  Respectfully submitted,
February 13, 2017

/s/ Michael Wishnie

Michael Wishnie, Supervising Attorney (MW 1952)
Jerome N. Frank Legal Services Organization
Yale Law School

P.O. Box 209090
New Haven, CT 06511
Tel.: (203) 432-4800
michael.wishnie@yale.edu

*Attorney for Plaintiffs*

/s/ Adam D. Kirschner

Adam D. Kirschner (IL Bar #6286601)
Daniel J. Halainen (MA Bar #694582)
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave, NW
Washington, D.C. 20530
Tel.: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*