UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and<br>MARTÍN JONATHAN BATALLA VIDAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>KATHY A. BARAN, Director, California<br>Service Center, et al.,<br><br>*Defendants*. | CIVIL ACTION NO. 1:16-cv-04756<br>(NGG) (JO) |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO STAY BRIEFING SCHEDULE**

The Court hereby GRANTS Plaintiffs' and Defendants' first joint motion to stay the briefing schedule. Plaintiffs' response to Defendants' Motion to Dismiss and Motion in Opposition to Plaintiffs' Motion for Summary Judgment is due on April 17, 2017. Defendants' reply is due on May 15, 2017.

Dated: _____    _____

HONORABLE NICHOLAS G. GARAUFIS
Senior United States District Judge