UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

D/F

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and MARTÍN JONATHAN BATALLA VIDAL, ) ) ) *Plaintiffs*, ) ) v. ) ) KATHY A. BARAN, Director, California Service Center, et al., ) ) ) *Defendants*. ) ) | CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY BRIEFING SCHEDULE

The Court hereby GRANTS Plaintiffs' and Defendants' first joint motion to stay the briefing schedule. Plaintiffs' response to Defendants' Motion to Dismiss and Motion in Opposition to Plaintiffs' Motion for Summary Judgment is due on April 17, 2017. Defendants' reply is due on May 15, 2017.

Dated: February 14, 2017

s/Nicholas G. Garaufis

HONORABLE NICHOLAS G. GARAUFIS
Senior United States District Judge