# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK and MARTÍN JONATHAN BATALLA VIDAL,  *Plaintiffs*,  v.  KATHY A. BARAN, *et al.*  *Defendants*. | No. 1:16-cv-04756-NGG-JO |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Daniel Halainen in the above-captioned matter as counsel for all defendants. All future correspondence and other communications regarding this case should be directed to Mr. Halainen at the address and phone number below.

Dated: March 27, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Daniel Halainen*
DANIEL HALAINEN
Trial Attorney (MA Bar 694582)
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: (202) 616-8101
Fax: (202) 616-8470
Email: daniel.j.halainen@usdoj.gov

*Counsel for Defendants*