# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and<br>MARTÍN JONATHAN BATALLA VIDAL,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>KATHY A. BARAN, Director, California<br>Service Center, et al.,<br><br>      *Defendants*. | **SECOND JOINT MOTION TO<br>STAY BRIEFING SCHEDULE**<br><br>CIVIL ACTION NO. 1:16-cv-04756<br>(NGG) (JO) |

Plaintiffs and Defendants jointly request that this Court stay the current briefing schedule indefinitely and schedule a joint status report for September 15, 2017. On February 15, 2017, this Court approved Plaintiffs' and Defendants' joint request to stay the briefing schedule in this case until April 17, 2017. Order Granting Joint Mot. to Stay Briefing Schedule, ECF No. 38. The parties believe that a continued stay would promote judicial economy by allowing the parties and this Court to have a better understanding of how the *Texas v. United States* litigation will proceed. *See Texas v. United States*, Civ. No. 14-254 (S.D. Tex.), ECF No. 439 (Mar. 22, 2017) (staying further proceedings in that case until June 15, 2017).

Dated: New Haven, Connecticut  
April 4, 2017

Respectfully submitted,

/s/ Michael Wishnie

Michael Wishnie, Supervising Attorney (MW 1952)  
Jerome N. Frank Legal Services Organization  
Yale Law School  
P.O. Box 209090  
New Haven, CT 06511  
Tel.: (203) 432-4800  
michael.wishnie@yale.edu

*Attorney for Plaintiffs*

/s/ Daniel Halainen

Daniel J. Halainen (MA Bar #694582)
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave, NW
Washington, D.C. 20530
Tel.: (202) 616-8101
Fax: (202) 616-8470
Daniel.J.Halainen@usdoj.gov

*Attorneys for Defendants*

2