UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and<br>MARTÍN JONATHAN BATALLA VIDAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>KATHY A. BARAN, Director, California<br>Service Center, et al.,<br><br>*Defendants*. | CIVIL ACTION NO. 1:16-cv-04756<br>(NGG) (JO) |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO STAY BRIEFING SCHEDULE**

The Court hereby GRANTS Plaintiffs' and Defendants' joint motion to indefinitely stay the briefing schedule. Plaintiffs' and Defendants' joint status report to the Court is due on September 15, 2017.

Dated: _____    _____

HONORABLE NICHOLAS G. GARAUFIS
Senior United States District Judge