*D/F*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

MAKE THE ROAD NEW YORK, and
MARTÍN JONATHAN BATALLA VIDAL,

      *Plaintiffs,*

      v.

KATHY A. BARAN, Director, California
Service Center, et al.,

      *Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 1:16-cv-04756
(NGG) (JO)

## [PROPOSED] ORDER GRANTING JOINT MOTION
## TO STAY BRIEFING SCHEDULE

The Court hereby GRANTS Plaintiffs' and Defendants' joint motion to indefinitely stay the briefing schedule. Plaintiffs' and Defendants' joint status report to the Court is due on September 15, 2017.

Dated: April 4, 2017

s/Nicholas G. Garaufis

HONORABLE NICHOLAS G. GARAUFIS
Senior United States District Judge