AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Martin Jonathan Batalla Vidal  )
*Plaintiff*                    )
v.                             )   Case No.   CV-16-4756
Kathy A. Baran, et al.,        )
*Defendant*                    )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:   05/15/2017

s/Joseph Marutollo
*Attorney's signature*

AUSA, Joseph Marutollo
*Printed name and bar number*

United States Attorne's Office
Eastern District of New York
271 Cadman Plaza, East, 7th fl.
Brooklyn, NY 11201
*Address*

JMarutollo@usa.doj.gov
*E-mail address*

(718) 254-6288
*Telephone number*

(718) 254-6081
*FAX number*