# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and <br> MARTÍN JONATHAN BATALLA VIDAL, <br><br> *Plaintiffs*, <br><br> v. <br><br> KATHY A. BARAN, Director, California <br> Service Center, et al., <br><br> *Defendants*. | **NOTICE OF CHANGE OF ADDRESS** <br><br> CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      Justin B. Cox, attorney for Plaintiffs, gives notice of a change of address. Please note that, effective immediately, the new address will be:

> Justin B. Cox
> National Immigration Law Center
> P.O. Box 170208
> Atlanta, GA 30317
> Telephone: (678) 279-5441

Please direct all future correspondence to the new address.

Dated: August 4, 2017                              Respectfully submitted,

                                                                        /s/ Justin B. Cox
                                                                       Justin B. Cox  (*pro hac vice*)
                                                                       NATIONAL IMMIGRATION LAW CENTER
                                                                       P.O. Box 170208
                                                                       Atlanta, GA 30317
                                                                       T: (678) 279-5441
                                                                       cox@nilc.org

                                                                       Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Justin B. Cox
Justin B. Cox
