# Meredith Cabell

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, August 25, 2017 4:02 PM |
| **To:** | Meredith Cabell |
| **Subject:** | Pay.gov Payment Confirmation: NYED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 264FBKGT
Agency Tracking ID: 0207-9785605
Transaction Type: Sale
Transaction Date: Aug 25, 2017 5:01:33 PM

Account Holder Name: Karen Tumlin
Transaction Amount: $150.00
Card Type: AmericanExpress
Card Number: ************1030


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.