UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTIN JONATHAN BATALLA VIDAL,
                     Plaintiff,

              - against -

KATHY A. BARAN, et al.,
                     Defendants.
-----------------------------------------------------------X

ORDER

16-CV-4756 (NGG) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      The motion is denied without prejudice to renewal in conformity with this court's local rules, which require that an application for admission *pro hac vice* include a certificate from the state court of each state in which the applicant is a member of the bar confirming that the applicant is a member in good standing of the state court's bar. *See* Loc. Civ. R. 1.3(c). If and when the applicant seeks renewal, she must file a second motion for leave to appear *pro hac vice*. If the court grants the motion, counsel may request a refund of the second filing fee with the Clerk of the Court.

      SO ORDERED.

Dated: Brooklyn, New York
       August 29, 2017

                                                                                /s/
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge