UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

BATALLA VIDAL, Martin Johnathan v. Baran, et al.

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

1:16-cv-04756

-------------------------------------------------------X

TO:   Opposing Counsel
      Scott Dunn
      Adam Kirschner

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of National Immigration Law Center and a member in good standing of the bar(s) of the State(s) of California, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Martin Jonathan Batalla Vidal, et al.

There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 8/25/2017

Signature of Movant
Firm Name National Immigration Law Center
Address 3435 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90010
Email hanson@nilc.org
Phone 213-639-3900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

BATALLA VIDAL, et al.,
*Plaintiffs*
v.
BARAN, et al.,
*Defendants*

AFFIDAVIT OF Jessica R. Hanson
IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE
1:16-cv-04756

-------------------------------------------------------X

State of New York
County of Kings

JESSICA R. HANSON           ,being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of __National Immigration Law Center__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __California__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by ~~any court~~. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant __Plaintiffs__.

Dated: __8/25/2017__

_____
Signature of Movant
Firm Name __National Immigration Law Center__
Address __3435 Wilshire Boulevard, Suite 1600__
__Los Angeles, CA 90010__
Email __hanson@nilc.org__
Phone __213-639-3900__

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this __25__ day of __Aug.__, 2017,

By __Jessica R. Hanson__

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __Judy A. Layland__

JUDY A. LAYLAND
COMM. # 2053810
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES JAN. 26, 2018

2