AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Batalla Vidal, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-04756 |
| Kathy A. Baran, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 09/07/2017

/s/ Jessica R. Hanson
*Attorney's signature*

Jessica R. Hanson, CA Bar 313247
*Printed name and bar number*

National Immigration Law Center
3435 Wilshire Blvd., Suite 1600
Los Angeles, CA 90010
*Address*

hanson@nilc.org
*E-mail address*

(213) 639-3900
*Telephone number*

(213) 639-3911
*FAX number*