AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Batalla Vidal, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:16-cv-04756 |
| Kathy A. Baran, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                              .

Date:   09/07/2017                                              /s/ Mayra B. Joachin
                                                        *Attorney's signature*

                                                        Mayra B. Joachin, CA Bar 306065
                                                        *Printed name and bar number*

                                                        National Immigration Law Center
                                                        3435 Wilshire Blvd., Suite 1600
                                                        Los Angeles, CA 90010
                                                        *Address*

                                                        joachin@nilc.org
                                                        *E-mail address*

                                                        (213) 639-3900
                                                        *Telephone number*

                                                        (213) 639-3911
                                                        *FAX number*