UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK and MARTÍN JONATHAN BATALLA VIDAL,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KATHY A. BARAN, *et al.*<br><br>    *Defendants*. | No. 1:16-cv-04756-NGG-JO |

## NOTICE OF APPEARANCE

Please take notice that Brett A. Shumate, Deputy Assistant Attorney General for the Federal Programs Branch, Civil Division, United States Department of Justice, enters his appearance on behalf of Defendants in the above-captioned case.

Dated: September 12, 2017    Respectfully submitted,

                CHAD A. READLER
                *Acting Assistant Attorney General*

                BRIDGET M. ROHDE
                *Acting U.S. Attorney*

                */s/ Brett A. Shumate*
                BRETT A. SHUMATE (D.C. Bar #974673)
                *Deputy Assistant Attorney General*
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                950 Pennsylvania Avenue, N.W.
                Washington, D.C. 20530
                Tel.: (202) 514-2331
                Email: Brett.A.Shumate@usdoj.gov

JENNIFER D. RICKETTS
*Branch Director*
Civil Division, Federal Programs Branch

JOHN R. TYLER
*Assistant Branch Director*
Civil Division, Federal Programs Branch

DANIEL HALAINEN
*Trial Attorney*
Civil Division, Federal Programs Branch

JOSEPH A. MARUTOLLO
*Assistant U.S. Attorney*
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Tel.: (718) 254-6288
Fax: (718) 254-7489
Email: joseph.marutollo@usdoj.gov

*Counsel for Defendants*