UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and MARTÍN JONATHAN BATALLA VIDAL, <br><br> *Plaintiffs,* <br><br> v. <br><br> KATHY A. BARAN, Director, California Service Center, et al., <br><br> *Defendants.* | LAW STUDENT INTERN APPEARANCE FORM <br><br> CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

1. Certification of Law Student

    I, __David Chen__, certify that:

    (a) I am enrolled in __Yale__ law school, which is accredited by the American Bar Association;
    (b) I am not receiving any compensation from the client in this matter;
    (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
    (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
    (e) I am either working in the Office of the United States Attorney, participating in a clinical program at __Yale__ law school, or have been certified as qualified to participate in providing legal representation by the Dean of __Yale__ law school or his or her designee.

    _____    __9/12/17__
    Signature of Student                    Date

2. Certification of Law School Dean or Authorized Designee

    I, __Heather K. Gerken__, certify that:

    (a) this student has completed at least two semesters of law school work;
    (b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
    (c) *(complete only if student is a participant in a law school clinic)*
        this student is a participant in a clinical program that is approved by this law school and taught by __Michael Wishnie and Muneer Ahmad__, who will serve as supervising attorney.

_____     9/11/17
Signature of Dean or Authorized Designee        Date

Dean, Yale Law School
(Title or Position)

3. Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, Michael J Wishnie, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the client, or where applicable of the United States Attorney or his or her designee, in writing, for the student to appear in this matter; and
(d) I will appear with this student in all proceedings before the Court.

_____     9/12/17
Signature of Attorney             Date

4. Consent of Client or United States Attorney

I, Martín Batalla Vidal, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

Martin J Batalla Vidal       9/7/17
Signature of Client or United States Attorney   Date

I, Make The Rd NY, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____     9/7/17
Signature of Client or United States Attorney   Date