UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and MARTÍN JONATHAN BATALLA VIDAL, <br><br> *Plaintiffs*, <br><br> v. <br><br> KATHY A. BARAN, Director, California Service Center, et al., <br><br> *Defendants*. | LAW STUDENT INTERN APPEARANCE FORM <br><br> CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

1. Certification of Law Student

   I, __Hannah Schoen__, certify that:

   (a) I am enrolled in __Yale__ law school, which is accredited by the American Bar Association;
   (b) I am not receiving any compensation from the client in this matter;
   (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
   (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
   (e) I am either working in the Office of the United States Attorney, participating in a clinical program at __Yale__ law school, or have been certified as qualified to participate in providing legal representation by the Dean of __Yale__ law school or his or her designee.

   _____    __9/12/17__
   Signature of Student                Date

2. Certification of Law School Dean or Authorized Designee

   I, __Heather K. Gerken__, certify that:

   (a) this student has completed at least two semesters of law school work;
   (b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
   (c) *(complete only if student is a participant in a law school clinic)*
       this student is a participant in a clinical program that is approved by this law school and taught by __Michael Wishnie and Muneer Ahmad__, who will serve as supervising attorney.

_____   9/11/17
Signature of Dean or Authorized Designee           Date

Dean, Yale Law School
(Title or Position)

3.  Certification of Supervising Attorney

    As a member of the bar of The United States District Court for the Eastern District of
    New York, I, _Michael J Wishnie_____, certify that:

    (a) I will assume personal professional responsibility for this student's work;
    (b) I will assist this student to the extent necessary;
    (c) I will obtain the approval of the client, or where applicable of the United States Attorney or his
        or her designee, in writing, for the student to appear in this matter; and
    (d) I will appear with this student in all proceedings before the Court.

    _____   9/12/17
    Signature of Attorney                Date

4.  Consent of Client or United States Attorney

    I, _Martín Batalla Vidal_____, authorize this student:

    (a) to appear in court and at other proceedings on my behalf, and
    (b) to prepare documents on my behalf.

    I am aware that this student is not a law school graduate and is not admitted to the bar, and that he
    or she will appear under the supervision of a duly admitted attorney and/or professor of law who is
    a member of the bar of The United States District Court for the Eastern District of New York.

    _Martin J Batalla Vidal_____   9/7/17
    Signature of Client or United States Attorney   Date

    I, _Make The Rd NY_____, authorize this student:

    (a) to appear in court and at other proceedings on my behalf, and
    (b) to prepare documents on my behalf.

    I am aware that this student is not a law school graduate and is not admitted to the bar, and that he
    or she will appear under the supervision of a duly admitted attorney and/or professor of law who is
    a member of the bar of The United States District Court for the Eastern District of New York.

    _____   9/7/17
    Signature of Client or United States Attorney   Date