UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MAKE THE ROAD NEW YORK, and )
MARTÍN JONATHAN BATALLA VIDAL, )
)
    *Plaintiffs*, )   LAW STUDENT INTERN APPEARANCE
)   FORM
    v. )
)   CIVIL ACTION NO. 1:16-cv-04756
KATHY A. BARAN, Director, California )   (NGG) (JO)
Service Center, et al., )
)
    *Defendants*. )

1. Certification of Law Student

   I, __Emily Villano__, certify that:

   (a) I am enrolled in __Yale__ law school, which is accredited by the American Bar Association;
   (b) I am not receiving any compensation from the client in this matter;
   (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
   (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
   (e) I am either working in the Office of the United States Attorney, participating in a clinical program at __Yale__ law school, or have been certified as qualified to participate in providing legal representation by the Dean of __Yale__ law school or his or her designee.

__[signature]__       __9/12/17__
Signature of Student      Date

2. Certification of Law School Dean or Authorized Designee

   I, __Heather K. Gerken__, certify that:

   (a) this student has completed at least two semesters of law school work;
   (b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
   (c) *(complete only if student is a participant in a law school clinic)*
      this student is a participant in a clinical program that is approved by this law school and taught by __Michael Wishnie and Muneer Ahmad__, who will serve as supervising attorney.

_____     9/11/17
Signature of Dean or Authorized Designee    Date

Dean, Yale Law School
(Title or Position)

3. Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, __Michael J Wishnie_____, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the client, or where applicable of the United States Attorney or his or her designee, in writing, for the student to appear in this matter; and
(d) I will appear with this student in all proceedings before the Court.

_____     9/12/17
Signature of Attorney    Date

4. Consent of Client or United States Attorney

I, __Martín Batalla Vidal_____, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

__Martín J Batalla Vidal_____     9/7/17
Signature of Client or United States Attorney    Date

I, __Make The Road NY_____, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____     9/7/17
Signature of Client or United States Attorney    Date