# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK and<br>MARTÍN JONATHAN BATALLA VIDAL,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KATHY A. BARAN, *et al.*,<br><br>    *Defendants*. | )<br>)<br>)<br>)<br>)<br>) No. 1:16-cv-04756-NGG-JO<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Brad P. Rosenberg, United States Department of Justice, Civil Division, Federal Programs Branch, as counsel of record for all Defendants in the above-captioned case.

Dated: September 13, 2017                     Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIDGET M. ROHDE
Acting U.S. Attorney

BRETT M. SHUMATE
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar #467513)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-3374
Fax:  (202) 616-8460
Email:  brad.rosenberg@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*