

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

September 13, 2017

**By ECF**
Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Batalla Vidal, et al., v. Baran, et al.*,
              CV-16-4756 (Garaufis, J.) (Orenstein, M.J.)

Dear Judge Garaufis:

      Defendants are in receipt of Plaintiffs' September 11, 2017 letter identifying the claims Plaintiffs wish to assert in a second amended complaint, the interests of additional parties Plaintiffs wish to add as plaintiffs, and the additional parties Plaintiffs wish to name as defendants.  ECF No. 52.  Although Defendants do not agree with the proposed additional allegations, Defendants will not oppose Plaintiffs' proposed motion to file a second amended complaint, recognizing that courts freely give leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2).  Instead, Defendants will seek leave to dismiss the proposed second amended complaint pursuant to Federal Rule of Civil Procedure 12.  At the September 14, 2017 conference, Defendants will be prepared to request a briefing schedule for the government's anticipated dispositive motion.

                                          Respectfully submitted,

| | |
|---|---|
| BRIDGET M. ROHDE | CHAD A. READLER |
| Acting United States Attorney | Acting Assistant Attorney General |
| | |
| JOSEPH A. MARUTOLLO | BRETT A. SHUMATE |
| Assistant United States Attorney | Deputy Assistant Attorney General |
| United States Attorney's Office | |
| Eastern District of New York | JOHN R. TYLER |
| 271-A Cadman Plaza East, 7th Floor | Assistant Branch Director |
| Brooklyn, NY 11201 | |
| Tel.: (718) 254-6288 | */s/ Brad P. Rosenberg* |
| Fax: (718) 254-7489 | BRAD P. ROSENBERG |
| Email: joseph.marutollo@usdoj.gov | (D.C. Bar No. 467513) |
| | Senior Trial Counsel |
| | U.S. Department of Justice |

Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-3374
Fax: (202) 616-8460
Email: brad.rosenberg@usdoj.gov

*Counsel for Defendants*