## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2017, a true and correct copy of the foregoing Motion for Leave to File Student Appearances was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                              /s/ Michael Wishnie
                              Michael Wishnie, Supervising Attorney (MW 1952)
                              Jerome N. Frank Legal Services Organization
                              Yale Law School
                              P.O. Box 209090
                              New Haven, CT 06511
                              Tel: (203) 432-4800
                              Fax: (203) 432-1426
                              michael.wishnie@ylsclinics.org