UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAKE THE ROAD NEW YORK and MARTÍN
JONATHAN BATALLA VIDAL,
Plaintiffs
V.

KATHY A. BARAN, Director, California
Service Center, et al.,
Defendants.
----------------------------------------------------------X

Case No: 1:16-cv-04756

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of National Immigration Law Center and a member in good standing of the bar(s) of the State(s) of New York, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiffs MAKE THE ROAD NEW YORK and MARTÍN JONATHAN BATALLA VIDAL. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Dated: 9/19/17

Signature of Movant
Firm Name National Immigration Law Center
Address 1121 14th Street, NW, Ste. 200
Washington, D.C. 20005
Email rosenthal@nilc.org
Phone 202-216-0261

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
MAKE THE ROAD, MARTIN JONATHAN
BATALLA VIDAL
       Plaintiffs,
v.
KATHY A. BARAN, Director, California
Service Center, et al.,
       Defendants.
-------------------------------X

AFFIDAVIT OF JOSHUA A. ROSENTHAL
IN SUPPORT OF MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

State of New York
County of Kings

Joshua A. Rosenthal, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of National Immigration Law Center.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of New York

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]_____

_____

_____

_____

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiffs MAKE THE ROAD NEW YORK and MARTÍN JONATHAN BATALLA VIDAL.

Dated: 9/19/2017

Signature of Movant
Firm Name National Immigration Law Center
Address 1121 14th Street, NW, Ste. 200
Washington, D.C. 20002
Email rosenthal@nilc.org
Phone 202-216-0261

SUBSCRIBE AND SWORN TO BEFORE ME
THIS 19 DAY OF Sep., 2017
BY Joshua A. Rosenthal

NOTARY PUBLIC

**My Commission Expire**
August 31, 2019

2