UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants.* | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Case No. 1:16-cv-04756 (NGG) (JO) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants KATHY A. BARAN, Director, California Service Center, KELVIN MEDLOCK, Associate Director, California Service Center, SUSAN M. CURDA, District Director, DONALD W. NEUFELD, Associate Director, Service Center Operations, U.S. Citizenship and Immigration Services, and LEON RODRIGUEZ, Director, U.S. Citizenship and Immigration Services, all sued in their official capacities.

Dated: September 19, 2017

Respectfully submitted,

/s/ Michael J. Wishnie

| | |
|---|---|
| David Chen, Law Student Intern<br>Susanna D. Evarts, Law Student Intern<br>Victoria Roeck, Law Student Intern*<br>Healy Ko, Law Student Intern*<br>Hannah Schoen, Law Student Intern<br>Emily Villano, Law Student Intern<br>Muneer I. Ahmad, Esq. (*pro hac vice*)<br>Marisol Orihuela, Esq. (*pro hac vice*)<br>Michael J. Wishnie, Esq. (MW 1952)<br>JEROME N. FRANK LEGAL SVCS. ORG.<br>michael.wishnie@yale.edu<br>Phone: (203) 432-4800<br><br>Amy S. Taylor, Esq. (AT 2056)<br>Deborah Axt, Esq. (DA 4885)<br>MAKE THE ROAD NEW YORK<br>301 Grove Street<br>Brooklyn, NY 11237<br>Phone: (718) 418-7690 | Jessica R. Hanson, Esq. (*pro hac vice*)<br>Mayra B. Joachin, Esq. (*pro hac vice*)<br>Melissa Keaney, Esq. (*pro hac vice*)<br>Karen C. Tumlin, Esq. (*pro hac vice*)<br>NATIONAL IMMIGRATION LAW CENTER<br>P.O. Box 70067<br>Los Angeles, CA 90070<br>Phone: (213) 639-3900<br><br>Justin B. Cox, Esq. (*pro hac vice*)<br>NATIONAL IMMIGRATION LAW CENTER<br>PO Box 170208<br>Atlanta, GA 30317<br>Phone: (678) 279-5441<br><br>Joshua A. Rosenthal, Esq.†<br>NATIONAL IMMIGRATION LAW CENTER<br>1121 14th Street NW, Suite 200<br>Washington, DC 20005<br>Phone: (202) 216-0261 |

*Attorneys for Plaintiffs*

\* Motion for law-student appearance forthcoming
† Motion for *pro hac vice* admission pending

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2017, a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Michael Wishnie
      Michael Wishnie, Supervising Attorney (MW 1952)
      Jerome N. Frank Legal Services Organization
      Yale Law School
      P.O. Box 209090
      New Haven, CT 06511
      Tel: (203) 432-4800
      Fax: (203) 432-1426
      michael.wishnie@ylsclinics.org