# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK and MARTÍN JONATHAN BATALLA VIDAL, *Plaintiffs*, v. KATHY A. BARAN, *et al.* *Defendants*. | No. 1:16-cv-04756-NGG-JO |

## MOTION TO WITHDRAW

Defendants respectfully move for Adam D. Kirschner and Daniel Halainen of the U.S. Department of Justice to withdraw as counsel for Defendants in the above-captioned matter. Mr. Kirschner and Mr. Halainen are now assigned to other matters.

Senior Trial Counsel Brad P. Rosenberg and Trial Attorney Stephen Pezzi of the U.S. Department of Justice will continue to serve as counsel of record for Defendants.

Dated: September 20, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIDGET M. RHODE
Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director

JOHN R. TYLER
Assistant Branch Director

BRAD P. ROSENBERG
ADAM D. KIRSCHNER
Senior Trial Counsel

*/s/ Daniel Halainen*
STEPHEN M. PEZZI
DANIEL HALAINEN (MA Bar 694582)
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: (202) 616-8101
Fax: (202) 616-8470
Email: daniel.j.halainen@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Tel: (718) 254-6288
Fax: (718) 254-7489
Email: joseph.marutollo@usdoj.gov

*Counsel for Defendants*