UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK and<br>MARTÍN JONATHAN BATALLA VIDAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>KATHY A. BARAN, *et al.*<br><br>*Defendants*. | No. 1:16-cv-04756-NGG-JO |

## DECLARATION OF DANIEL HALAINEN

I, Daniel Halainen, hereby declare as follows:

1. I am an attorney with the U.S. Department of Justice and authorized to represent the United States in this Court. I respectfully request that I be permitted to withdraw my appearance for Defendants in the above-captioned matter. I am now assigned to other matters.

2. Senior Trial Counsel Brad P. Rosenberg and Trial Attorney Stephen Pezzi of the U.S. Department of Justice will continue to serve as counsel of record for Defendants.

3. I am not retaining or charging a lien.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at: Washington, D.C.
September 20, 2017

By: _____
Daniel Halainen