UNITED STATES DISTRICT COURT<br>
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAKE THE ROAD NEW YORK and MARTÍN JONATHAN BATALLA VIDAL, *Plaintiffs*, v. KATHY A. BARAN, *et al.* *Defendants*. | ) ) ) ) ) ) ) No. 1:16-cv-04756-NGG-JO ) ) ) ) ) ) |

<b><u>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW</u></b>

The Court hereby GRANTS Defendants' motion for Adam D. Kirschner and Daniel Halainen to withdraw as attorneys of record for Defendants.

Dated: _____            _____

HONORABLE NICHOLAS G. GARAUFIS
United States District Judge