AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:16-cv-04756 |
| Kathy A. Baran, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                       .

Date:  09/21/2017

/s/ Joshua A. Rosenthal
*Attorney's signature*

Joshua A. Rosenthal, NY Bar  5274840
*Printed name and bar number*

National Immigration Law Center
1121 14th Street NW, Ste. 200
Washington, D.C. 20005
*Address*

rosenthal@nilc.org
*E-mail address*

(202) 216-0261
*Telephone number*

(202) 216-0266
*FAX number*