UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BATALLA VIDAL et al., | ) ) | |
| Plaintiffs, | ) ) | Case No. 1:16-cv-04756 (NGG) (JO) |
| v. | ) ) | |
| TRUMP et al., | ) ) | |
| Defendants. | ) ) | |
| NEW YORK et al., | ) ) | |
| Plaintiffs, | ) ) | Case No. 1:17-cv-05228 (NGG) (JO) |
| v. | ) ) | |
| TRUMP et al., | ) ) | |
| Defendants. | ) ) | September 29, 2017 |

**JOINT PROPOSED SCHEDULE FOR BI-WEEKLY STATUS CONFERENCES**

Pursuant to Magistrate Judge Orenstein's September 27, 2017 Order, the Plaintiffs and Defendants in *Batalla Vidal v. Trump* and *New York v. Trump*, who have conferred, jointly and respectfully request the following schedule for bi-weekly status conferences to address any outstanding discovery disputes. Beginning on Wednesday, October 11, 2017, the parties request that such status conferences be held every other Wednesday between 1:00 PM and 4:00 PM. To accommodate the Thanksgiving holiday, the parties request that the conference that would have been held on Wednesday, November 22, 2017 be rescheduled to Wednesday, November 29, 2017.

As such, the parties respectfully request that conferences be held on the afternoons of Wednesday, October 11, 2017; Wednesday, October 25, 2017; Wednesday, November 8, 2017; Wednesday, November 29, 2017; and Wednesday, December 13, 2017. Attorneys representing the Plaintiff States of Massachusetts and Washington in *New York v. Trump* respectfully request

1

permission of the Court to participate telephonically in all status conferences pertaining to discovery. The other parties will seek permission to participate telephonically, if necessary, on as-needed basis.

To the extent any particular status conference proves to be unnecessary, the parties will meet and confer and promptly notify the Court, and request that the status conference be removed from the Court's calendar.

Dated: September 29, 2017
New Haven, Connecticut

      Respectfully submitted,

      /s/ Michael J. Wishnie

| | |
|---|---|
| David Chen, Law Student Intern | Jessica R. Hanson, Esq. (*pro hac vice*) |
| Susanna D. Evarts, Law Student Intern | Mayra B. Joachin, Esq. (*pro hac vice*) |
| Victoria Roeck, Law Student Intern | Melissa Keaney, Esq. (*pro hac vice*) |
| Healy Ko, Law Student Intern | Karen C. Tumlin, Esq. (*pro hac vice*) |
| Hannah Schoen, Law Student Intern | NATIONAL IMMIGRATION LAW CENTER |
| Emily Villano, Law Student Intern | P.O. Box 70067 |
| Muneer I. Ahmad, Esq. (*pro hac vice*) | Los Angeles, CA 90070 |
| Marisol Orihuela, Esq. (*pro hac vice*) | Phone: (213) 639-3900 |
| Michael J. Wishnie, Esq. (MW 1952) | |
| JEROME N. FRANK LEGAL SVCS. ORG. | Justin B. Cox, Esq. (*pro hac vice*) |
| michael.wishnie@yale.edu | NATIONAL IMMIGRATION LAW CENTER |
| Phone: (203) 432-4800 | PO Box 170208 |
| | Atlanta, GA 30317 |
| Amy S. Taylor, Esq. (AT 2056) | Phone: (678) 279-5441 |
| Deborah Axt, Esq. (DA 4885) | |
| Scott Foletta, Esq. (Bar No. 5343314)* | Joshua A. Rosenthal, Esq. (*pro hac vice*) |
| Alexia Schapira, Esq. (Bar No. 4625547)* | NATIONAL IMMIGRATION LAW CENTER |
| MAKE THE ROAD NEW YORK | 1121 14th Street NW, Suite 200 |
| 301 Grove Street | Washington, DC 20005 |
| Brooklyn, NY 11237 | Phone: (202) 216-0261 |
| Phone: (718) 418-7690 | |
| | *Attorneys for Batalla Vidal Plaintiffs* |

*Application for admission in EDNY forthcoming

/s/  Lourdes Rosado
(via phone authorization)

| | |
|---|---|
| ERIC T. SCHNEIDERMAN<br>Attorney General of the State of New York<br>Lourdes M. Rosado, Bureau Chief<br>Sania Khan, Assistant Attorney General<br>Diane Lucas, Assistant Attorney General<br>Ajay Saini, Assistant Attorney General<br>Civil Rights Bureau<br>Office of the New York State Attorney General<br>120 Broadway, 23rd Floor<br>New York, New York 10271<br>Lourdes.Rosado@ag.ny.gov<br>Sania.Khan@ag.ny.gov<br>Diane.Lucas@ag.ny.gov<br>Ajay.Saini@ag.ny.gov<br>Tel. (212) 416-6438<br>Fax (212) 416-8074 | MAURA HEALEY<br>Attorney General for the Commonwealth of Massachusetts<br>Jonathan B. Miller  (Bar No. JM3508)<br>Genevieve C. Nadeau  (*pro hac vice*)<br>Abigail B. Taylor  (*pro hac vice*)<br>Assistant Attorneys General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>jonathan.miller@state.ma.us<br>genevieve.nadeau@state.ma.us<br>abigail.taylor@state.ma.us<br>Tel. (617) 727-2200<br><br>BOB FERGUSON<br>Attorney General of the State of Washington<br>Robert W. Ferguson  (*pro hac vice*)<br>Attorney General<br>Colleen M. Melody  (*pro hac vice*)<br>Civil Rights Unit Chief<br>Marsha Chien  (*pro hac vice*)<br>Assistant Attorney General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>ColleenM1@atg.wa.gov<br>MarshaC@atg.wa.gov<br>Tel. (206) 464-7744<br><br>*Attorneys for Plaintiff States* |

/s/ Stephen Pezzi
(via email authorization)

CHAD A. READLER
Acting Assistant Attorney General

BRIDGET M. ROHDE
Acting United States Attorney

BRETT M. SHUMATE

3

Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Branch Director

BRAD P. ROSENBERG
Senior Trial Counsel

STEPHEN M. PEZZI (D.C. Bar #995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel.: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Tel: (718) 254-6288
Fax: (718) 254-7489
Email: joseph.marutollo@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2017, a true and correct copy of the foregoing Joint Proposed Schedule for Bi-Weekly Status Conferences was served on Defendants. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                            /s/ Michael Wishnie
                            Michael Wishnie, Supervising Attorney (MW 1952)
                            Jerome N. Frank Legal Services Organization
                            Yale Law School
                            P.O. Box 209090
                            New Haven, CT 06511
                            Tel: (203) 432-4800
                            Fax: (203) 432-1426
                            michael.wishnie@ylsclinics.org