# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>ELAINE C. DUKE, Acting Secretary, Department )<br>of Homeland Security, JEFFERSON )<br>BEAUREGARD SESSIONS III, Attorney General )<br>of the United States, and DONALD J. TRUMP, )<br>President of the United States, )<br>)<br>*Defendants*. )<br>) | **MOTION FOR LEAVE TO FILE LAW STUDENT APPEARANCES**<br><br>Case No. 1:16-cv-04756 (NGG) (JO) |

To the Clerk of Court for the United States District Court for the Eastern District of New York, and all parties of record:

The undersigned attorney respectfully moves the Court for leave to file the attached law student appearances for Victoria Roeck and Healy Ko as counsel for Plaintiffs.

I certify that I am admitted to practice before this Court.

Dated: New Haven, Connecticut  
October 3, 2017

Respectfully submitted,

/s/ Michael Wishnie

Michael Wishnie, Supervising Attorney (MW 1952)  
Jerome N. Frank Legal Services Organization  
Yale Law School  
P.O. Box 209090  
New Haven, CT 06511  
Phone: (203) 432-4800  
michael.wishnie@ylsclinics.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2017, a true and correct copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Michael Wishnie  
      Michael Wishnie, Supervising Attorney (MW 1952)  
      Jerome N. Frank Legal Services Organization  
      Yale Law School  
      P.O. Box 209090  
      New Haven, CT 06511  
      Tel: (203) 432-4800  
      Fax: (203) 432-1426  
      michael.wishnie@ylsclinics.org