UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTÍN JONATHAN BATALLA VIDAL, et al., )
)
)
      *Plaintiffs*, )
)
      v. )
)
ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, et al., )
)
)
      *Defendants*. )

**LAW STUDENT INTERN APPEARANCE FORM**

Case No. 1:16-cv-04756 (NGG) (JO)

1. Certification of Law Student

   I, Victoria Roeck, certify that:

   (a) I am enrolled in Yale Law School, which is accredited by the American Bar Association;
   (b) I am not receiving any compensation from the client in this matter;
   (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
   (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
   (e) I am either working in the Office of the United States Attorney, participating in a clinical program at Yale Law School, or have been certified as qualified to participate in providing legal representation by the Dean of Yale Law School or his or her designee.

   _____[signature]_____    Date 9/25/17
   Signature of Student

2. Certification of Law School Dean or Authorized Designee

   I, HEATHER GERKEN, certify that:

   (a) this student has completed at least two semesters of law school work;
   (b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
   (c) *(complete only if student is a participant in a law school clinic)*
       this student is a participant in a clinical program that is approved by this law school and taught by Michael Wishnie, Muneer Ahmad, and Marisol Orihuela, who will serve as supervising attorneys.

   _____[signature]_____    Date 9/22/17
   Signature of Dean or Authorized Designee

   Dean of Yale Law School    (Title or Position)

3.  Certification of Supervising Attorney

    As a member of the bar of The United States District Court for the Eastern District of New York, I, Michael Wishnie, certify that:

    (a) I will assume personal professional responsibility for these students' work;
    (b) I will assist these students to the extent necessary;
    (c) I will obtain the approval of the clients, or where applicable of the United States Attorney or his or her designee, in writing, for the students to appear in this matter; and
    (d) I will appear with the students in all proceedings before the Court.

    _____    9/25/17
    Signature of Attorney                 Date


4.  Consent of Client or United States Attorney

    I, __Martin J Batalla__, authorize these students:

    (a) to appear in court and at other proceedings on my behalf, and
    (b) to prepare documents on my behalf.

    I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

    __Martin J Batalla_____    9/26/17
    Signature of Client or United States Attorney    Date

    I, __Carolina Fung Feng__, authorize these students:

    (a) to appear in court and at other proceedings on my behalf, and
    (b) to prepare documents on my behalf.

    I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

    __Carolina Fung Feng_____    9/26/2017
    Signature of Client or United States Attorney    Date

I, __Carlos Vargas__, authorize these students:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____   __9/26/17__
Signature of Client or United States Attorney   Date

I, __Antonio Alarcon__, authorize these students:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____   __09/28/17__
Signature of Client or United States Attorney   Date

I, __Mariano Mondragon__, authorize these students:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

__Mariano Mondragon__   __9/30/17__
Signature of Client or United States Attorney   Date

I, __Eliana Fernandez__, authorize these students:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

__[signature]__     __9/26/17__
Signature of Client or United States Attorney     Date

I, __Make The Rd NY__, authorize these students:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

__[signature]__     __9/25/17__
Signature of Client or United States Attorney     Date