# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and<br>MARTÍN JONATHAN BATALLA VIDAL,<br><br>    *Plaintiff*,<br><br>    v.<br><br>KATHY A. BARAN, Director, California<br>Service Center, et al.,<br><br>    *Defendants*. | **CHANGE OF ADDRESS**<br><br>CIVIL ACTION NO. 1:16-cv-04756<br>(NGG) (JO) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Karen C. Tumlin, attorney for Plaintiff, gives notice of a change of address. Please note that, effective immediately, the new address will be:

> Karen C. Tumlin, Esq.†
> NATIONAL IMMIGRATION LAW CENTER
> 3450 Wilshire Blvd, #108-62
> Los Angeles, CA 90010
> Phone: (213) 639-3900

Please direct all future correspondence to the new address.

Dated:  October 5, 2017               Respectfully submitted,

                                               /s/ *Karen C. Tumlin*
                                               Karen C. Tumlin† (*pro hac vice*)
                                               NATIONAL IMMIGRATION LAW CENTER
                                               3450 Wilshire Blvd, #108-62
                                               Los Angeles, CA 90010
                                               Phone: (213) 639-3900
                                               tumlin@nilc.org

                                               Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Karen C. Tumlin*
Karen C. Tumlin† (*pro hac vice*)