### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and MARTÍN JONATHAN BATALLA VIDAL, <br><br>*Plaintiff*, <br><br>v. <br><br>KATHY A. BARAN, Director, California Service Center, et al., <br><br>*Defendants*. | **CHANGE OF ADDRESS** <br><br>CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Mayra B. Joachin, attorney for Plaintiff, gives notice of a change of address. Please note that, effective immediately, the new address will be:

>Mayra B. Joachin, Esq.†
>NATIONAL IMMIGRATION LAW CENTER
>3450 Wilshire Blvd, #108-62
>Los Angeles, CA 90010
>Phone: (213) 639-3900

Please direct all future correspondence to the new address.

Dated: October 5, 2017                    Respectfully submitted,

                                                        /s/ *Mayra B. Joachin*
                                                        Mayra B. Joachin† (*pro hac vice*)
                                                        NATIONAL IMMIGRATION LAW CENTER
                                                        3450 Wilshire Blvd, #108-62
                                                        Los Angeles, CA 90010
                                                        Phone: (213) 639-3900
                                                        joachin@nilc.org

                                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Mayra B. Joachin*
Mayra B. Joachin† (*pro hac vice*)
