# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and<br>MARTÍN JONATHAN BATALLA VIDAL,<br><br>*Plaintiff*,<br><br>v.<br><br>KATHY A. BARAN, Director, California<br>Service Center, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)   **CHANGE OF ADDRESS**<br>)<br>)   CIVIL ACTION NO. 1:16-cv-04756<br>)   (NGG) (JO)<br>)<br>)<br>)<br>) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Jessica R. Hanson, attorney for Plaintiff, gives notice of a change of address. Please note that, effective immediately, the new address will be:

> Jessica R. Hanson, Esq.†
> NATIONAL IMMIGRATION LAW CENTER
> 3450 Wilshire Blvd, #108-62
> Los Angeles, CA 90010
> Phone: (213) 639-3900

Please direct all future correspondence to the new address.

Dated:  October 5, 2017               Respectfully submitted,

                                       /s/ *Jessica R. Hanson*
                                      Jessica R. Hanson† (*pro hac vice*)
                                      NATIONAL IMMIGRATION LAW CENTER
                                      3450 Wilshire Blvd, #108-62
                                      Los Angeles, CA 90010
                                      Phone: (213) 639-3900
                                      hanson@nilc.org

                                      Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              /s/ *Jessica R. Hanson*
                                              Jessica R. Hanson† (*pro hac vice*)