| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 10/11/2017 |
| | U.S. MAGISTRATE JUDGE | TIME: | 2:00 p.m. |

*Martin Batalla Vidal, et al. v. Elaine C. Duke, et al.*, 16-CV-4756 (NGG) (JO)
*State of New York, et al. v. Donald Trump, et al.*, 17-CV-5228 (NGG) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:

*Batalla Vidal* Plaintiffs — Marisol Orihuela, Joshua Rosenthal, Victoria Roeck (in person); Susanna Evarts, Michael J. Wishnie, Karen C. Tumlin, Justin B. Cox, Jessica Hanson, Mayra B. Joachin (by telephone)

*State of New York* Plaintiffs — Sania W. Khan, Diane O. Lucas (in person); Marsha Chien, Genevieve C. Nadeau, Abigail Taylor (by telephone)

Defendants — Stephen M. Pezzi

SCHEDULING:
1. The next status conference will be held on October 25, 2017, at 2:00 p.m.
2. A further status conference will be held on November 8, 2017, at 2:00 p.m.
3. A further status conference will be held on November 30, 2017, at 2:00 p.m.
4. A further status conference will be held on December 13, 2017, at 2:00 p.m.

SUMMARY:

1. The conference previously scheduled for November 29, 2017, was adjourned to November 30, 2017, at 2:00 p.m.

2. I provided information to the parties about former colleagues and friends of mine who are involved in the litigation. I see no need to disqualify myself *sua sponte*, but any party seeking my disqualification on the basis of that information may file a motion by October 18, 2017.

3. As set forth on the record, I overruled the defendants' objections to the depositions of Donald Neufeld and Gene Hamilton. Other discovery disputes were not ripe for resolution today. The plaintiffs shall file a letter motion to compel the defendants to complete their production of the administrative record by October 13, 2017, and the defendants shall respond by October 16, 2017.

SO ORDERED

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge