UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTÍN JONATHAN BATALLA VIDAL, et al.　　　SCHEDULING ORDER
　　　　　　　　　　Plaintiffs,
　　　- against -
ELAINE C. DUKE, et al.,　　　　　　　　　　　　16-CV-4756 (NGG) (JO)
　　　　　　　　　　Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
STATE OF NEW YORK, et al.　　　　　　　　　　17-CV-5228 (NGG) (JO)
　　　　　　　　　　Plaintiffs,
　　　- against -
DONALD TRUMP, et al.,
　　　　　　　　　　Defendants.
-----------------------------------------------------------------X

James Orenstein, Magistrate Judge:

　　　At a conference on October 11, 2017, I made certain discovery rulings as to which the parties may seek review. *See* Fed. R. Civ. P. 72(a). Because the exigencies of this case make it impractical to allow the parties the full 14 days to file objections that would normally be available, I direct any party seeking review of this or any other ruling I make in this case to file objections no later than two business days after the ruling at issue unless otherwise ordered. *See, e.g., Hispanic Counseling Ctr., Inc. v. Inc. Vill. of Hempstead,* 237 F. Supp. 2d 284, 290 (E.D.N.Y. 2002). Responses to such objections shall be due two business days after the objections are filed unless otherwise ordered.

　　　SO ORDERED.

Dated:　Brooklyn, New York
　　　　October 11, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　___/s/___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　James Orenstein
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge