# EXHIBIT A

| DOCID | To | FROM | CC | SUBJECT LINE | TOPIC | DOCDATE | CUSTODIAN | DHSHQ Privilege | DHSHQ Priv Descriptions |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00000001 | | | | | DHS memorandum regarding executive discretion in immigration | 8/1/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy |
| DACA_RLIT00000002 | | | | | Deliberations on talking points regarding DACA | 8/11/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000003 | | | | | Deliberations on talking points regarding DACA | 8/14/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000006 | | | | | Pre-briefing document for meeting regarding status and future of DACA | 8/23/2017 | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000007 | | | | | DHS memorandum regarding OLC memo on DAPA | 8/22/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000015 | | | | | Deliberations on talking points regarding DACA | 9/5/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000025 | | | | | Notes from deliberations regarding DACA | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000027 | | | | | Background information provided for deliberations regarding DACA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Deliberations regarding DACA policy; Draft document created litigation |
| DACA_RLIT00000028 | | | | | Notes on DHS memorandum regarding immigration reform priorities and DACA | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000031 | | | | | Notes from deliberations regarding DACA policy | 9/5/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000033 | | | | | Notes from deliberations on talking points regarding DACA | 9/5/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000034 | | | | | Deliberations on talking points regarding DACA | 9/5/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000057 | | | | | Notes on article regarding DACA program | 8/15/2012 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000059 | | | | | DHS memorandum containing information for use in deliberations regarding DACA, immigration enforcement policy, and other matters in litigation | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy; deliberations regarding immigration enforcement policy and matters in litigation |
| DACA_RLIT00000061 | | | | | Notes on deliberations on talking points regarding DACA and other immigration enforcement priorities | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000066 | | | | | Notes on Texas v. United States decision by the Fifth Circuit | 11/25/2015 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy; Deliberations regarding rescission of DACA program |

| Bates | From | CC | To | Attachment | Description | Date | Custodian | Privilege | Basis |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00000067 | | | | | Notes on DHS memorandum summarizing deliberations regarding rescission of DACA and how it would be implemented | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process;EP - Executive Privilege | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000068 | | | | | Notes on media articles regarding DACA | multiple | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000069 | | | | | Draft White House memorandum regarding litigation related to DACA | 8/23/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process;EP - Executive Privilege | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000070 | | | | | Notes on participant list for deliberations regarding DACA | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000072 | | | | | Notes on prior statements by the President regarding DACA | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding rescission of DACA program |
| DACA_RLIT00000073 | | | | | Notes on pre-briefing document for meeting regarding status and future of DACA | 8/23/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000074 | | | | | Notes on memorandum regarding options for DACA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000075 | | | | | Notes on DHS memorandum discussing future of DACA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00000102 | John K. Mashburn (WH); Matthew J. Flynn (WH); Anthony M. Paranzino (WH) | Frank Wuco (DHS) | Elizabeth Neumann (DHS); Chad Wolf (DHS) | 170831 DHS Daily Cabinet Affairs Report | Email regarding Cabinet report containing deliberations on DACA | 8/31/2017 | Duke, Elaine C | DP - Deliberative Process; EP - Executive Privilege | Deliberations regarding DACA policy |

| Bates | To | From | CC | Subject | Description | Date | Custodian | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00000103 | | | | | Cabinet report containing deliberations on DACA | 8/31/2017 | Duke, Elaine C | DP - Deliberative Process; EP - Executive Privilege | Deliberations regarding DACA policy |
| DACA_RLIT00000226 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | Memo + Outline | Email regarding draft DHS memoranda discusssing rescission of DACA and implementation | 9/3/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000227 | | | | | Draft DHS memorandum regarding rescission of DACA | 9/3/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000228 | | | | | Draft DHS memorandum regarding implementation of rescission of DACA | 9/3/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program; Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000230 | Kevin K. McAleenan (DHS); Elaine C. Duke (DHS); Claire Grady (DHS); Gene Hamilton (DHS) | Chad Wolf (DHS) | Thomas Homan (DHS) | RE: Preparations for Pending Policy Announcement | Email discussion regarding strategies for implementing rescission of DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000231 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: Memo + Outline | Email discussions regarding rescission of DACA and talking points regarding rescission | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program; Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided by counsel |
| DACA_RLIT00000232 | Kevin K. McAleenan (DHS); Elaine C. Duke (DHS); Claire Grady (DHS); Gene Hamilton (DHS) | Chad Wolf (DHS) | Thomas Homan (DHS) | RE: Preparations for Pending Policy Announcement | Email discussion regarding strategies for implementing rescission of DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000234 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: Calls | Email discussion of deliberations regarding rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process;PII - Personal Privacy | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000235 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: Memo + Outline | Email regarding draft DHS memoranda discusssing rescission of DACA and implementation | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Deliberations regarding rescission of DACA program; Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided by counsel |
| DACA_RLIT00000236 | | | | | Draft DHS memorandum regarding rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000237 | Elaine C. Duke (DHS); | Chad Wolf (DHS) | | RE: Draft Memo | Email discussion regarding draft memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program; |
| DACA_RLIT00000238 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | Chad Wolf (DHS) | AS1 Public Statement | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000239 | | | | | Draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000240 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000241 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000242 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | Chad Wolf (DHS) | AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000243 | | | | | Draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000245 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | FW: Draft Memo | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;PII - Personal Privacy;DP - Deliberative Process | program;Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided by counsel |
| DACA_RLIT00000246 | | | | | Draft DHS memorandum regarding rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000247 | Elaine C. Duke (DHS) | Chad Wolf (DHS) | | DHS Press Release | Email regarding draft press release discussing DACA rescission | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000248 | | | | | Draft press release discussing DACA rescission | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000450 | John F. Kelly (WH); Kirstjen M. Nielsen (WH) | Elaine C. Duke (DHS) | Chad Wolf (DHS) | DACA | Email discussion regarding potential rescission of DACA and implementation | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process;EP - Executive Privilege | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |

| Bates | From | To | CC | Subject | Description | Date | Custodian | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00000451 | Thomas Homan (DHS) | Elaine C. Duke (DHS) | Chad Wolf (DHS); Elizabeth Neumann (DHS) | Article | Email discussion regarding information for deliberations on potential rescission of DACA | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000513 | Chad Wolf (DHS); Jonathan Hoffman (DHS); Gene Hamilton (DHS) | Elaine C. Duke (DHS) | | For our discussions | Email discussion regarding information for deliberations on DACA | 8/9/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |
| DACA_RLIT00000695 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: Memo + Outline | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000697 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: Memo + Outline | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided |
| DACA_RLIT00000698 | Kevin McAleenan (DHS) | Elaine C. Duke (DHS) | | RE: Preparations for Pending Policy Announcement | Email discussion regarding potential rescission of DACA and implementation | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00000703 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | Calls | Email discussion on deliberations regarding DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000705 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: Draft Memo | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided |
| DACA_RLIT00000706 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000707 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Public Statement | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000708 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000709 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00000711 | Chad Wolf (DHS) | Elaine C. Duke (DHS) | | RE: AS1 Statement to DHS Employees | Email regarding draft talking points for DACA | 9/5/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001249 | Elaine C. Duke (DHS); Claire Grady (DHS); Chad Wolf (DHS); Gene Hamilton (DHS) | Kevin McAleenan (DHS) | Thomas Homan (DHS) | Preparations for Pending Policy Announcement | Email discussion regarding potential rescission of DACA and implementation | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00001250 | Chad Wolf (DHS); Elaine C. Duke (DHS); Claire Grady (DHS); Gene Hamilton (DHS) | Kevin McAleenan (DHS) | Thomas Homan (DHS) | RE: Preparations for Pending Policy Announcement | Email discussion regarding potential rescission of DACA and implementation | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00001372 | Kevin McAleenan (DHS); Elaine C. Duke (DHS); Claire Grady (DHS); Chad Wolf (DHS); Gene Hamilton (DHS) | Thomas Homan (DHS) | | RE: Preparations for Pending Policy Announcement | Email discussion regarding potential rescission of DACA | 9/4/2017 | Duke, Elaine C | PII - Personal Privacy;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission |
| DACA_RLIT00001396 | Elaine C. Duke (DHS); Chad Wolf (DHS); Joseph Maher (DHS); Dimple Shah (DHS) | Gene Hamilton (DHS) | | **CLOSE HOLD** | Email discussion regarding draft letter discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process; EP - Executive Privilege | Deliberations regarding rescission of DACA program; Contains legal advice provided by counsel and information from Executive review |
| DACA_RLIT00001397 | | | | | Draft letter discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding rescission of DACA program; Contains legal advice provided by counsel |
| DACA_RLIT00001399 | Elaine C. Duke (DHS); Chad Wolf (DHS) | Gene Hamilton (DHS) | | Draft Memo | Email discussion regarding draft DHS memoradum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001400 | | | | | Draft DHS memorandum discussing rescission of DACA | 9/4/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001586 | Nancy Clark (DHS) | Nancy Clark (DHS) | | SIGNIFICANT CORRESPONDENCE REPORT: 08.02.17 | Internal email summarizing correspondence from Rep. Lewis regarding DACA | 8/2/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy |

| Bates | | | | | Description | Date | Author/From | Privilege | Basis |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00001873 | | | | | Notes on DHS memorandum summarizing deliberations regarding rescission of DACA and how it would be implemented | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00001874 | | | | | Notes on DHS memorandum regarding OLC memo on DAPA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001875 | | | | | Notes on pre-briefing document for meeting regarding status and future of DACA | 8/23/2017 | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001876 | | | | | Draft White House memorandum regarding litigation related to DACA | 8/24/2017 | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process;EP - Executive Privilege | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding litigation risk;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001877 | | | | | Notes on CNN article discussing DACA | 8/29/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001878 | | | | | Notes on Washington Post article discussing DACA | 9/2/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001879 | | | | | Notes on DHS memorandum regarding potential rescission of DACA and implementation | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding DACA policy;Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |

| Bates | | | | | Description | Date | Author | Privilege | Basis |
|---|---|---|---|---|---|---|---|---|---|
| DACA_RLIT00001880 | | | | | Notes on DHS memorandum regarding OLC memo on DAPA | unknown | Duke, Elaine C | AC - Attorney Client Privilege;WP - Work Product;DP - Deliberative Process | Attorney mental impressions regarding matter in litigation or anticipated litigation;Deliberations regarding DACA policy;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy |
| DACA_RLIT00001881 | | | | | Notes on CNN article discussing DACA | 9/1/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001882 | | | | | Notes on media articles regarding DACA | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001883 | | | | | Notes on Politico article discussing DACA | 8/24/2017 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001885 | | | | | Notes on 2014 OLC memo to the Secretary of DHS and counsel to the President regarding prioritization of removal | 11/19/2014 | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |
| DACA_RLIT00001887 | | | | | Notes from deliberations regarding DACA rescission | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00001888 | | | | | Notes from deliberations regarding DACA rescission | 9/1/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding implementation of DACA; rescission;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001889 | | | | | Notes on draft memorandum regarding rescission of DACA and implementation | unknown | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program |
| DACA_RLIT00001890 | | | | | Notes from deliberations regarding DACA rescission | 8/30/2017 | Duke, Elaine C | AC - Attorney Client Privilege;DP - Deliberative Process | Deliberations regarding implementation of DACA rescission;Deliberations regarding rescission of DACA program;Seeking or providing legal advice regarding DACA policy;Seeking or providing legal advice regarding implementation of DACA rescission;Seeking or providing legal advice regarding rescission of DACA program |
| DACA_RLIT00001891 | | | | | Notes on media articles regarding DACA | multiple | Duke, Elaine C | DP - Deliberative Process | Deliberations regarding rescission of DACA program |

# EXHIBIT B

President Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500


August 14, 2017


Dear President Trump:

      As immigration law teachers and scholars, we write to express our position that the executive branch has legal authority to implement Deferred Action for Childhood Arrivals (DACA 2012). This letter provides legal analysis about DACA 2012. In our view, there is no question that DACA 2012 is a lawful exercise of prosecutorial discretion. Our conclusions are based on years of experience in the field and a close study of the U.S. Constitution, administrative law, immigration statutes, federal regulations and case law. As the administration determines the future of DACA 2012, understanding its legal foundation and history is critical.

      DACA 2012 was announced by the President, and implemented in a memorandum by the Secretary of Homeland Security, on June 15, 2012.[1] It enables qualifying individuals to request a temporary reprieve from removal known as "deferred action." Deferred action is one form of prosecutorial discretion in immigration law and has been used for decades by the Department of Homeland Security (DHS) (and formerly the Immigration and Naturalization Service (INS)) and over several administrations.[2]

      Whether a requesting individual receives deferred action under DACA 2012 is at the discretion of DHS. Qualifying individuals may request DACA 2012 if they came to the United States before the age of sixteen; are currently in school or have graduated; have continuously resided in the United States since June 15, 2007; have not been convicted of a felony, "significant misdemeanor," or three or more non-significant misdemeanors; do not otherwise pose a threat to public safety or national security; and otherwise warrant protection as a matter of discretion.[3]

---

[1] *See* Barack Obama, President, Remarks by the President on Immigration (June 15, 2012), https://obamawhitehouse.archives.gov/the-press-office/2012/06/15/remarks-president-immigration; Memorandum from Janet Napolitano, Sec'y, Dep't of Homeland Sec., to David V. Aguilar, Acting Comm'r, U.S. Customs & Border Prot. et al. (June 15, 2012), https://www.dhs.gov/xlibrary/assets/s1-exercising-prosecutorial-discretion-individuals-who-came-to-us-as-children.pdf.

[2] *See* Shoba Sivaprasad Wadhia, *Beyond Deportation The Role of Prosecutorial Discretion in Immigration Cases* 14-32 (2015) ("Wadhia, *Beyond Deportation*"); Shoba Sivaprasad Wadhia, *The History of Prosecutorial Discretion in Immigration Law*, 64 Am. U. L. Rev. 1285, 1296-97 (2015) ("Wadhia, *History of Prosecutorial Discretion*"); Michael A. Olivas, *Dreams Deferred: Deferred Action, Prosecutorial Discretion, and the Vexing Case(s) of DREAM Act Students*, 21 Wm. & Mary Bill of Rts. J. 463, 475–92 (2012); Shoba Sivaprasad Wadhia, *Sharing Secrets: Examining Deferred Action and Transparency in Immigration Law*, 10 U.N.H. L. Rev. 1, 21-22 (2012) ("Wadhia, *Sharing Secrets*").

[3] DHS requires that DACA applicants: "1. Were under the age of 31 as of June 15, 2012; 2. Came to the United States before reaching your 16th birthday; 3. Have continuously resided in the United States since June 15, 2007, up to the present time; 4. Were physically present in the United States on June 15, 2012, and at the time of making your

1

Individuals who are granted DACA 2012 receive a two-year period in deferred action and also gain eligibility to apply for employment authorization.

The legal authority for DACA 2012 originates from the U.S. Constitution. Article II, Section Three (the Take Care Clause) states in part that the President "shall take Care that the Laws be faithfully executed."[4] Inherent in the function of the "Take Care Clause" is the ability of the President to target some immigration cases for removal and to use prosecutorial discretion favorably in others. As described by the U.S. Supreme Court:

> [W]e recognize that an agency's refusal to institute proceedings shares to some extent the characteristics of the decision of a prosecutor in the Executive Branch not to indict—a decision which has long been regarded as the special province of the Executive Branch, inasmuch as it is the Executive who is charged by the Constitution to "take Care that the Laws be faithfully executed."[5]

As early as 1976, former INS General Counsel Sam Bernsen executed a legal opinion that identified the Take Care Clause as the primary source for prosecutorial discretion in immigration matters. He wrote: "The ultimate source for the exercise of prosecutorial discretion in the Federal Government is the power of the President. Under Article II, Section 1 of the Constitution, the executive power is vested in the President. Article II, Section 3, states that the President 'shall take care that the laws be faithfully executed.'"[6]

The U.S. Supreme Court has also recognized the role of prosecutorial discretion in the immigration system. In *Arizona v United States*, the Court noted that "[a] principal feature of the removal system is the broad discretion exercised by immigration officials . . . . Federal officials, as an initial matter, must decide whether it makes sense to pursue removal at all . . . ."[7]

Congress created the Immigration and Nationality Act (the Act or INA) in 1952 and it remains the primary statutory authority for immigration law today.[8] Importantly, Congress has delegated most discretionary immigration functions to DHS. Section 103 of the Act provides that

---

request for consideration of deferred action with USCIS; 5. Had no lawful status on June 15, 2012; 6. Are currently in school, have graduated or obtained a certificate of completion from high school, have obtained a general education development (GED) certificate, or are an honorably discharged veteran of the Coast Guard or Armed Forces of the United States; and 7. Have not been convicted of a felony, significant misdemeanor, or three or more other misdemeanors, and do not otherwise pose a threat to national security or public safety." *Consideration of Deferred Action for Childhood Arrivals (DACA)*, U.S. Citizenship & Immigr. Servs., https://www.uscis.gov/humanitarian/consideration-deferred-action-childhood-arrivals-daca (last updated Dec. 22, 2016).

[4] U.S. Const. art. II, § 3.
[5] Shoba Sivaprasad Wadhia, *In Defense of DACA, Deferred Action, and the DREAM Act*, 91 Tex. L. Rev. See Also 59, 63 (2013) (quoting *Heckler v. Chaney*, 470 U.S. 821, 832 (1985)).
[6] Memorandum from Sam Bernsen, Gen. Counsel, Immigration & Naturalization Serv., to Comm'r, Immigration & Naturalization Serv. 2 (July 15, 1976), https://www.ice.gov/doclib/foia/prosecutorial-discretion/service-exercise-pd.pdf.
[7] 567 U.S. 387, 396.
[8] *See* Pub. L. No. 82-414, 66 Stat. 163 (codified as amended in scattered sections of 8 U.S.C.); *Immigration and Nationality Act*, U.S. Citizenship & Immigr. Servs., https://www.uscis.gov/laws/immigration-and-nationality-act (last updated Sept. 10, 2013).

2

"[t]he Secretary of Homeland Security shall be charged with the administration and enforcement of this Act and all other laws relating to the immigration and naturalization of aliens . . . ."[9]

Congress has repeatedly acknowledged that the Executive has power to grant "deferred action" for certain categories of people such as victims of crimes and human trafficking.[10] Additionally, previous administrations have announced deferred action programs to protect qualifying individuals. For example, under the George W. Bush administration, U.S. Citizenship and Immigration Services (part of DHS) announced a deferred action program for students affected by Hurricane Katrina[11] and later developed a program for the widows of U.S. citizens.[12] Moreover, Congress also recognized legal authority for immigration prosecutorial discretion in INA § 242(g), which bars judicial review of three specific prosecutorial discretion decisions by the agency: to commence removal proceedings, to adjudicate cases, and to execute removal orders.[13]

Another important legal source for deferred action is Title 8 of the Code of Federal Regulations. Section 274a.12(c)(14) dates to 1981 and is the product of notice and comment rulemaking.[14] This regulation specifically identifies deferred action by name and allows individuals granted deferred action to apply for work authorization upon a showing of "economic necessity."[15] Over the last two decades, thousands of individuals have applied for and received work authorization based on a deferred action grant.[16]

There are also agency guidance documents related to deferred action issued by DHS (and formerly INS) over the last four-plus decades. The 1976 legal opinion by former INS General Counsel Sam Bernsen cites to the Take Care Clause of the U.S. Constitution, as well as statutory and case law from as early as 1825 to affirm the exercise of prosecutorial discretion in immigration.[17] It was around this time when INS published its first guidance on deferred action in the form of an "Operations Instruction." This "Operations Instruction" stated "(ii) Deferred action. In every case where the district director determines that adverse action would be unconscionable because of the existence of appealing humanitarian factors, he shall recommend consideration for deferred action category."[18] Since 1975, deferred action has been identified in several subsequent

---

[9] 8 U.S.C. § 1103(a)(1) (2012).
[10] *See* 8 U.S.C. § 1227(d)(4) (2012), INA § 237(d)(4).
[11] *See* Press Release, U.S. Citizenship and Immigration Services, USCIS Announces Interim Relief for Foreign Students Adversely Impacted by Hurricane Katrina (Nov. 25, 2005),
https://www.uscis.gov/sites/default/files/files/pressrelease/F1Student_11_25_05_PR.pdf; *see also* 70 Fed. Reg. 70,992 (Nov. 25, 2005).
[12] *See* DHS Establishes Interim Relief for Widows of U.S. Citizens, U.S. Department of Homeland Security (June 9, 2009), http://www.dhs.gov/news/2009/06/09/dhs-establishes-interim-relief-widows-us-citizens. *See generally* Wadhia, *Beyond Deportation*, *supra*, ch.4.
[13] 8 U.S.C. § 1252(g) (2012).
[14] *See* 8 C.F.R. § 274a.12(c)(14); *Unconstitutionality of Obama's Executive Actions on Immigration: Hearing Before the H. Comm. on the Judiciary*, 114th Cong. (2015) (statement of Stephen H. Legomsky);
*Reining in Amnesty: Texas v. U.S. and Its Implications: Hearing Before the Subcomm. on Oversight, Agency Action, Fed. Rights & Fed. Courts, S. Comm. on the Judiciary*, 114th Cong. (2015) (statement of Jill E. Family); Shoba Sivaprasad Wadhia, *Demystifying Employment Authorization and Prosecutorial Discretion in Immigration Cases*, 6 Colum. J. Race & L. 1 (2016) ("Wadhia, *Demystifying Employment Authorization*").
[15] 8 C.F.R. § 274a.12(c)(14).
[16] *See* Wadhia, *Demystifying Employment Authorization*, *supra*, at 25.
[17] Memorandum from Sam Bernsen, *supra*, at 2.
[18] (Legacy) Immigration and Naturalization Service, Operations Instructions, O.I. § 103.1(a)(1)(ii) (1975); *see also*

3

guidance documents.[19] Guidance documents are common in administrative law and are a recognized form of agency action under the Administrative Procedure Act.[20]

At tension with the aforementioned body of law is a letter sent by ten state Attorneys General to the administration requesting that DACA 2012 be rescinded.[21] This letter refers to DACA 2012 as "unlawful" and does so without citing to the foundational legal authorities behind deferred action. Furthermore, the letter conflates deferred action, "lawful presence" and work authorization in ways that are legally unsound and unclear. Finally, the letter itself shoehorns arguments into *Texas v. United States*, a lawsuit that never included the core of DACA 2012, and instead involved policies that are at this point in time moot.[22] Moreover, a previous lawsuit challenging DACA 2012 failed on jurisdictional grounds and would inevitably inform any future challenge.[23]

While the scope of this letter is to describe the legal foundation for DACA 2012, it is important to highlight the history and inevitability of prosecutorial discretion in immigration enforcement. Prosecutorial discretion exists because the government has limited resources and lacks the ability to enforce the law against the entire undocumented population. Recognizing this resource limitation, Congress has charged the Secretary of DHS with "establishing national immigration enforcement policies and priorities."[24] Prosecutorial discretion and policies like DACA 2012 also have a humanitarian dimension, and such factors have long driven deferred action decisions. Finally, DACA 2012 has been an unqualified policy success, allowing over three-quarters of a million recipients to continue their education, receive professional licensing, find employment, and pay taxes into Social Security and other tax coffers.[25]

---

Wadhia, *Beyond Deportation, supra* at ch. 2; Shoba Sivaprasad Wadhia, *The Role of Prosecutorial Discretion in Immigration Law*, 9 Conn. Pub. Int. L.J. 243, 247-52 (2010); Shoba Sivaprasad Wadhia, *Sharing Secrets*, *supra*, at 9-11 (2012); Leon Wildes, *John Lennon v. The U.S.A.: The Inside Story of the Most Bitterly Contested and Influential Deportation Case in United States History* (2016).

[19] Wadhia, *History of Prosecutorial Discretion*, *supra*; Shoba Sivaprasad Wadhia, *The Aftermath of United States v. Texas: Rediscovering Deferred Action*, Yale J. on Reg.: Notice & Comment Blog (Aug. 8, 2017, 12:19 PM), http://yalejreg.com/nc/the-aftermath-of-united-states-v-texas-rediscovering-deferred-action-by-shoba-sivaprasad-wadhia.

[20] *Reining in Amnesty: Texas v. U.S. and Its Implications: Hearing Before the Subcomm. on Oversight, Agency Action, Fed. Rights & Fed. Courts, S. Comm. on the Judiciary*, 114th Cong. (2015) (statement of Jill E. Family)

[21] Letter from Ken Paxton, Att'y Gen. of Texas et al., to Jefferson B. Sessions, Att'y Gen. of the United States (June 29, 2017) https://www.texasattorneygeneral.gov/files/epress/DACA_letter_6_29_2017.pdf?cachebuster:5.

[22] *Texas v. United States* involves challenges to two deferred action policies announced two years after the original DACA policy was announced. The two later policies, popularly known as "DACA +" and "DAPA," were enjoined by a federal district court in Brownsville, Texas, and later by the Fifth Circuit Court of Appeals. *Texas v. United States*, 809 F.3d 134 (5th Cir. 2015). Although the Supreme Court reviewed the case, the Court was equally divided. *United States v. Texas*, 136 S. Ct. 2271 (2016) (per curiam). A majority of the Supreme Court never ruled on the case, and the litigation never reached beyond the preliminary injunction stage. On June 15, 2016, DHS issued a memorandum rescinding DAPA. Memorandum from John F. Kelly, Dep't of Homeland Security Sec'y, to Kevin K. McAleenan, Acting Comm'r U.S. Customs and Border Prot., et al., (June 15, 2017), https://www.dhs.gov/sites/default/files/publications/DAPA%20Cancellation%20Memo.pdf.

[23] *Crane v. Johnson*, 783 F.3d 244, 252 (5th Cir. 2015).

[24] 6 U.S.C. § 202(5) (2016).

[25] *See, e.g.*, Tom K. Wong et al., *New Study of DACA Beneficiaries Shows Positive Economic and Educational Outcomes*, Center for American Progress (Oct. 18, 2016), https://www.americanprogress.org/issues/immigration/news/2016/10/18/146290/new-study-of-daca-beneficiaries-shows-positive-economic-and-educational-outcomes.

4

This letter outlines the legal foundation for DACA 2012 and confirms that maintaining such a policy falls squarely within the Executive's discretion. The legal authority for the Executive Branch to operate DACA 2012 is crystal clear. As such, choices about its future would constitute a policy and political decision, not a legal one. As the administration decides how best to address DACA 2012, we hope that the legal foundation and history for this policy is addressed wisely and that decisions on the future of DACA 2012 are made humanely.

Thank you for your attention.

*Shoba Sivaprasad Wadhia* (signature)

Shoba Sivaprasad Wadhia Esq.*
Samuel Weiss Faculty Scholar &
Clinical Professor of Law
Director, Center for Immigrants' Rights Clinic
Penn State Law

Jill E. Family
Commonwealth Professor of Law and Government
Widener University Commonwealth Law School

Michael A. Olivas
William B. Bates Distinguished Chair in Law
University of Houston Law Center

CC:   John F. Kelly, White House Chief of Staff
      Elaine C. Duke, Acting Secretary of Homeland Security

*All institutional affiliations are for identification purposes only and do not signify institutional endorsement of this letter*

Stephen Yale-Loehr
Professor of Immigration Law Practice
Cornell Law School

Hiroshi Motomura
Susan Westerberg Prager Professor of Law
University of California Los Angeles

5

Lenni Benson
Professor of Law, Director Safe Passage Project Clinic
New York Law School

Roxana C. Bacon
Adjunct Professor
University of Miami School of Law

Renee C. Redman
Adjunct Professor of Law
University of Connecticut School of Law

Kristina M. Campbell
Professor of Law
UDC David A. Clarke School of Law

Caitlin Barry
Director, Farmworker Legal Aid Clinic
Villanova University Charles Widger School of Law

Jessica Anna Cabot
Clinical Teaching Fellow
University of Connecticut School of Law

Sarah Song
Professor of Law and Political Science
U.C. Berkeley School of Law

Geoffrey Hoffman
Director, University of Houston Law Center Immigration Clinic
University of Houston Law Center

Randi Mandelbaum
Distinguished Clinical Professor of Law
Rutgers Law School

Stephen Legomsky
John S. Lehmann University Professor Emeritus
Washington University School of Law

Maryellen Fullerton
Professor of Law
Brooklyn Law School

Polly J. Price
Asa Griggs Candler Professor of Law
Emory University School of Law

Linda Bosniak
Distinguished Professor
Rutgers Law School

David Baluarte
Associate Clinical Professor of Law
Washington and Lee University School of Law

Jennifer Lee
Assistant Clinical Professor of Law
Temple University Beasley School of Law

Karen Musalo
Bank of America Foundation Chair in International Law
Professor & Director, Center for Gender and Refugee Status
U.C. Hastings College of the Law

Melynda Barnhart
Visiting Associate Professor
New York Law School

Janet Beck
Visiting Assistant Clinical Professor
University of Houston Law Center

6

Kevin Ruser
Professor of Law
University of Nebraska College of Law

Dr. Barbara Harrell-Bond
Emerita Professor, Refugee Studies Centre
University of Oxford

Deborah M. Weissman
Reef C. Ivey II Distinguished Professor of Law
University of North Carolina School of Law

César Cuauhtémoc García Hernández
Associate Professor of Law
University of Denver Sturm College of Law

Miriam Marton
Assistant Clinical Professor of Law
University of Tulsa College of Law

Michael J. Wishnie
William O. Douglas Clinical Professor of Law Yale Law School

Hiroko Kusuda
Clinic Professor
Loyola New Orleans College of Law

David Abraham
Professor of Immigration and Citizenship Law University of Miami School of Law

Elissa Steglich
Clinical Professor
University of Texas School of Law

Marisa Cianciarulo
Associate Dean for Academic Affairs and Professor of Law
Chapman University

Benjamin Casper Sanchez
Director, James H. Binger Center for New Americans
University of Minnesota Law School

Leti Volpp
Robert D. and Leslie Kay Raven Professor of Law
U.C. Berkeley School of Law

Michael J Churgin
Raybourne Thompson Centennial Professor in Law
University of Texas at Austin

Enid Trucios-Haynes
Professor of Law
Brandeis School of Law, University of Louisville

Christopher N. Lasch
Associate Professor
University of Denver Sturm College of Law

Rubén G. Rumbaut
Distinguished Professor
University of California, Irvine

Maureen A. Sweeney
Associate Professor
University of Maryland Carey School of Law

Alina Das
Professor of Clinical Law
New York University School of Law

Violeta R. Chapin
Clinical Professor of Law
University of Colorado Law School

Kate Griffith
Associate Professor
Cornell University School of Industrial and Labor Relations

Stephen Wizner
William O. Douglas Clinical Professor Emeritus and Professorial Lecturer
Yale Law School

Peter Margulies
Professor of Law
Roger Williams University School of Law

Prerna Lal
Staff Attorney and Clinical Supervisor
EBCLC, a clinic of Berkeley Law
U.C. Berkeley School of Law

Theo Liebmann
Clinical Professor of Law
Hofstra Law School

Sylvia Lazos
Justice Myron Leavitt Professor
William S Boyd School of Law, University of Nevada Las Vegas

Rachel E. Rosenbloom
Professor of Law
Northeastern University School of Law

John A Scanlan
Emeritus Professor of Law
Maurer School of Law, Indiana University-Bloomington

Denise Gilman
Director, Immigration Clinic
University of Texas Law School

Stella Burch Elias
Professor
University of Iowa College of Law

Jennifer Moore
Professor of Law
University of New Mexico School of Law

Charles Shane Ellison
Special Assistant Professor of Law in the Immigrant and Refugee Clinic
Creighton University School of Law

Marissa Montes
Co-Director, Immigrant Justice Clinic
Loyola Law School

Howard F. Chang
Earle Hepburn Professor of Law
University of Pennsylvania Law School

Estelle M. McKee
Clinical Professor
Cornell Law School

Laila L. Hlass
Professor of Practice
Tulane University School of Law

Stewart Chang
Associate Professor of Law and Director of the Center for International and Comparative Law
Whittier Law School

Sarah Sherman-Stokes
Associate Director of the Immigrants' Rights and Human Trafficking Program
Boston University School of Law

Sabi Ardalan
Assistant Clinical Professor
Harvard Law School

8

Charles H. Kuck
Adjunct Professor
Emory Law School

Rebecca Sharpless
Clinical Professor
University of Miami School of Law

Jennifer Nagda
Lecturer
University of Pennsylvania Law School

Linda Tam
Clinical Instructor
U.C. Berkeley School of Law

Philip L. Torrey
Managing Attorney, Harvard Immigration
and Refugee Clinical Program
Harvard Law School

David B. Thronson
Professor of Law and Associate Dean for
Experiential Education
Michigan State University College of Law

Veronica T. Thronson
Clinical Professor of Law, Director,
Immigration Law Clinic
Michigan State University College of Law

Peter L. Markowitz
Professor of Law
Cardozo School of Law

Christina Pollard
Visiting Assistant Professor
University of Arkansas School of Law

Laura A Hernandez
Professor of Law
Baylor Law School

Rebecca Kitson
Adjunct Professor of Law
University of New Mexico School of Law

Irene Scharf
Professor of Law
University of Mass Dartmouth School of Law

Maria Woltjen
Lecturer
University of Chicago Law School

Michelle A. McKinley
Bernard B. Kliks Professor of Law
University of Oregon School of Law

Gabriel J. Chin
Edward L. Barrtt Jr. Chair & Martin Luther
King Jr. Professor of Law
U.C. Davis School of Law

Ericka Curran
Immigration Clinic Professor
Florida Coastal School of Law

Jennifer Lee Koh
Professor of Law
Western State College of Law

Anil Kalhan
Associate Professor of Law
Drexel University Kline School of Law

Kari Hong
Assistant Professor
Boston College Law School

Holly S. Cooper
Lecturer and Co-Director of the Immigration
Law Clinic
U.C. Davis School of Law

9

Julia Vazquez
Directing Attorney & Lecturer of Law
Southwestern Law School

Anita Sinha
Assistant Professor of Law
American University, Washington College of Law

Victor C. Romero
Professor of Law
Penn State Law

Alan Hyde
Distinguished Professor
Rutgers Law School

Kit Johnson
Associate Professor of Law
University of North Dakota School of Law

Mary Holper
Associate Clinical Professor
Boston College Law School

Jon Weinberg
Professor of Law
Wayne State University

Gloria Valencia-Weber
Professor Emerita
University of New Mexico School of Law

Sarah Paoletti
Practice Professor of Law and Director,
Transnational Legal Clinic
University of Pennsylvania School of Law

Monika Batra Kashyap
Visiting Assistant Professor of Law
Seattle University School of Law

Margaret H. Taylor
Professor of Law
Wake Forest University School of Law

Kathleen Kim
Professor of Law
Loyola Law School Los Angeles

Susan Hazeldean
Assistant Professor
Brooklyn Law School

Joanne Gottesman
Clinical Professor of Law and Director,
Immigrant Justice Clinic
Rutgers Law School

Sabrina Rivera
Staff Attorney/Adjunct Faculty
Western State College of Law

Lynn Marcus
Professor of the Practice; Co-Director,
Immigration Law Clinic
University of Arizona James E. Rogers College of Law

Raquel E. Aldana
Associate Vice Chancellor for Chancellor for Academic Diversity and Professor of Law
U.C. Davis School of Law

Andrew Moore
Associate Professor of Law
University of Detroit Mercy School of Law

10

Jayesh Rathod
Professor of Law
American University, Washington College of Law

Mariela Olivares
Associate Professor of Law
Howard University School of Law

Muneer I. Ahmad
Clinical Professor of Law and Deputy Director for Experiential Education
Yale Law School

Sheila Velez Martinez
Jack and Lovell Olender Professor of Asylum Refugee and Immigration Law
University of Pittsburgh School of Law

Richard A. Boswell
Professor of Law
U. C. Hastings College of the Law

Ediberto Roman
Professor of Law & Director of Immigration and Citizenship Initiatives
Florida International University

11