**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Joint Status Report with the Clerk of the Court through the ECF system on October 18, 2017, which system provided a copy of the notice to all parties.

> */s/* Muneer I. Ahmad
> Muneer I. Ahmad
> JEROME N. FRANK LEGAL SVCS. ORG.
> muneer.ahmad@ylsclinics.org
> Phone: (203) 432-4800