

October 23, 2017

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Batalla Vidal et al. v. Duke et al.*, No. 16cv4756 (NGG) (JO)

Dear Judge Orenstein:

This letter is submitted on behalf of Plaintiffs in the above-captioned action. In the joint status report filed on Wednesday, October 18, 2017, ECF No. 88, Plaintiffs notified the Court of their plans to file letter briefs by October 23, 2017 requesting that depositions be reopened.

On Friday, October 20, 2017, the U.S. Court of Appeals for the Second Circuit stayed discovery, ECF No. 91, and Plaintiffs understand the stay to cover reopening depositions. Consequently, Plaintiffs write to respectfully inform the Court that they will not be filing the letter briefs described in the joint status report absent further instruction or guidance from the Court.

    Respectfully submitted,                                              Dated: October 23, 2017

/s/ Mayra B. Joachin

David Chen, Law Student Intern
Susanna D. Evarts, Law Student Intern
Victoria Roeck, Law Student Intern
Healy Ko, Law Student Intern
Hannah Schoen, Law Student Intern
Emily Villano, Law Student Intern
Muneer I. Ahmad, Esq.[†]
Marisol Orihuela, Esq.[†]
Michael J. Wishnie, Esq. (MW 1952)
JEROME N. FRANK LEGAL SVCS. ORG.
michael.wishnie@yale.edu
Phone: (203) 432-4800

Jessica R. Hanson, Esq.[†]
Mayra B. Joachin, Esq.[†]
Karen Tumlin, Esq.[†]
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Phone: (213) 639-3900

Justin Cox, Esq.[†]
NATIONAL IMMIGRATION LAW CENTER
PO Box 170208
Atlanta, GA 30317

www.nilc.org

LOS ANGELES (Headquarters)
3435 Wilshire Blvd., Suite 1600
Los Angeles, CA 90010
213 639-3900
213 639-3911 fax

WASHINGTON, DC
1121 14th Street, NW, Suite 200
Washington, DC 20005
202 216-0261
202 216-0266 fax

Amy S. Taylor, Esq. (AT 2056)  
Deborah Axt, Esq. (DA 4885)  
MAKE THE ROAD NEW YORK  
301 Grove Street  
Brooklyn, NY 11237  
Phone: (718) 418-7690  

Phone: (678) 279-5441  

Joshua A. Rosenthal, Esq.†  
NATIONAL IMMIGRATION LAW CENTER  
1121 14th Street NW  
Suite 200  
Washington, DC 20005  
Phone: (202) 216-0261  

*Attorneys for Plaintiffs*

† *Appearing* pro hac vice