## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Letter with the Clerk of the Court through the ECF system on October 23, 2017, which system provided a copy of the notice to all parties.

                                                                       */s/* Mayra B. Joachin
                                                                        Mayra B. Joachin