

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

October 25, 2017

**By ECF and Fax**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Batalla Vidal, et al., v. Baran, et al.*, 16-cv-4756 (NGG) (JO)
           *State of New York, et al., v. Donald Trump, et al.*, 17-cv-5228 (NGG) (JO)

Dear Judge Garaufis:

    Pursuant to the Court's October 24, 2017 briefing schedule, Defendants will file and serve by noon on October 27, 2017 a brief in support of a motion to dismiss these actions. Defendants respectfully request permission to exceed by up to 15 pages Your Honor's 25-page limit for memoranda of law. This page enlargement is necessary in order for Defendants to fully present their dismissal arguments in these cases. Defendants do not expect their memorandum of law to exceed 40 pages. Plaintiffs' counsel do not oppose this request.

    Defendants thank the Court for its consideration of this request.

    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General

    BRIDGET M. ROHDE
    Acting United States Attorney

    BRETT A. SHUMATE
    Deputy Assistant Attorney General

    JENNIFER D. RICKETTS
    Director, Federal Programs Branch

    JOHN R. TYLER
    Assistant Branch Director

    BRAD P. ROSENBERG
    Senior Trial Counsel

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar #995500)
KATE BAILEY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 305-8576
Fax:  (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*

CC:

All Counsel of Record (by ECF)