**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security, *et al.*,<br><br>        Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | No. 17-cv-5228 (NGG) (JO) |

**ERRATA TO MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS, FILED OCTOBER 27, 2017**

      It has come to Defendants' attention that the Memorandum of Law in Support of Defendants' Motion to Dismiss filed on this date inadvertently contained, on certain pages, incorrect page citations when referencing the Rescission Policy, as well as an incorrect citation to certain pleadings. Defendants apologize for these oversights and correct the record as follows:

| PAGE: LINE | CITATION | CORRECTED CITATION |
|---|---|---|
| 9:15 | *Id*. at 4 (AR 254) | *Id*. at 3 (AR 254) |
| 9:17 | *Id*. (AR 255) | *id*. at 4 (AR 255) |
| 9:22 | *Id*. at 5 (AR 255) | *Id*. at 4 (AR 255) |

| 15:13 | Rescission Policy at 5 (AR 255) | Rescission Policy at 4 (AR 255) |
|---|---|---|
| 15:17 | Rescission Policy at 4 (AR 254) | Rescission Policy at 3 (AR 254) |
| 15:19 | Rescission Policy at 2-5 (AR 253-55) | Rescission Policy at 2-4 (AR 253-55) |
| 24:16 | Rescission Policy at 5 (AR 255) | Rescission Policy at 4 (AR 255) |
| 24:20 | *Id.* at 4 (AR 254) | *Id.* at 3 (AR 254) |
| 26:1-2 | *See Batalla Vidal* Compl. ¶¶ 2, 22; see also *New York* Compl. ¶¶ 83-84; 253-56 | *See Batalla Vidal* Sec. Am. Compl. pp. 2, 22; see also *New York* First Am. Compl. ¶¶ 80-83 |
| 26:6-7 | Rescission Policy at 4 (AR 254) | Rescission Policy at 3 (AR 254) |
| 26:18-19 | Rescission Policy at 4 (AR 254) | Rescission Policy at 3 (AR 254) |
| 30:10-11 | Rescission Policy at 5 (AR 255) | Rescission Policy at 4 (AR 255) |
| 30:15 | Rescission Policy at 5 (AR 255) | Rescission Policy at 4 (AR 255) |
| 30:20 | *id.* at 6 (AR 256) | *id.* at 5 (AR 256) |
| 36:3 | DACA Memo at 2 (AR 2) | DACA Memo at 2-3 (AR 2-3) |

Dated: October 27, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIDGET M. ROHDE
Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Branch Director

2

BRAD P. ROSENBERG
Senior Trial Counsel

*/s/ Joseph A. Marutollo*
JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

STEPHEN M. PEZZI (D.C. Bar #995500)
KATE BAILEY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 305-8576
Fax:  (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*