# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of October, two thousand and seventeen.

Before:    Dennis Jacobs,
           Robert D. Sack,
           Barrington D. Parker,
                *Circuit Judges.*

_____

In Re: Elaine C. Duke, Acting Secretary of Homeland Security,

---------------------------------------------------------------

Elaine C. Duke, Acting Secretary of Homeland Security,
Jefferson B. Sessions III, United States Attorney General,
Donald J. Trump, President of the United States, United States Citizenship and Immigration Services, United States Immigration and Customs Enforcement, United States of America,

*Petitioners*,

v.

Martin Jonathan Batalla Vidal, Make the Road New York, Antonio Alarcon, Eliana Fernandez, Carlos Vargas, Mariano Mondragon, Carolina Fung Feng, on behalf of themselves and all other similarly situated individuals, State of New York, State of Massachusetts, State of Washington, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Iowa, State of New Mexico, State of North Carolina, State of Oregon, State of Pennsylvania, State of Rhode Island, State of Vermont, State of Virginia, State of Colorado,

*Respondents*.

_____

**ORDER**
Docket No. 17-3345

The stay entered on Friday, October 20, 2017 pending this hearing today by a three-judge panel is hereby extended until determination of the mandamus petition filed Monday, October 23, 2017. Resolution of the mandamus petition is deferred until such time as the district court has considered and decided expeditiously issues of jurisdiction and justiciability. Response briefs on the mandamus petition may be filed promptly. The filing of any other or further briefs is deferred until further notice.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/24/2017