## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Letter with the Clerk of the Court through the ECF system on October 31, 2017, which system provided a copy of the notice to all parties.

*/s/* Joshua A. Rosenthal
Joshua A. Rosenthal
