## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS with the Clerk of the Court through the ECF system on November 1, 2017, which system provided a copy of the notice to all parties.

                                                                                        */s/* Jessica R. Hanson
                                                                                         Jessica R. Hanson