

December 12, 2017

*Via CM/ECF*

Mr. Douglas C. Palmer, Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Batalla, et al. v. Nielsen, et al.,* Case No. 16-7456 (NGG) (JO)

Dear Mr. Palmer:

I write to inform the Court that on December 11, 2017, Plaintiffs in the above captioned case inadvertently filed an incorrect Certificate of Service in conjunction with their Third Amended Complaint, ECF Document 113. Attached please find the correct Certificate of Service.

If you have any questions or concerns, please do not hesitate to contact me at cabell@nilc.org or at 270-316-9228.

Regards,

/s/Meredith Cabell

Meredith Cabell
Paralegal
NATIONAL IMMIGRATION LAW CENTER

Enclosures:  1

www.nilc.org

LOS ANGELES (Headquarters)
3435 Wilshire Blvd., Suite 1600
Los Angeles, CA 90010
213 639-3900
213 639-3911 fax

WASHINGTON, DC
1121 14th Street, NW, Suite 200
Washington, DC 20005
202 216-0261
202 216-0266 fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2017, a true and correct copy of the foregoing Third Amended Complaint was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Jessica R. Hanson
      Jessica R. Hanson, Esq.
      NATIONAL IMMIGRATION LAW CENTER
      3450 Wilshire Blvd., #108-62
      Los Angeles, CA 90070
      Phone: (213) 639-3900