D/F



NATIONAL
IMMIGRATION
LAW CENTER

December 8, 2017

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Batalla Vidal et al. v. Duke et al.*, No. 16cv4756 (NGG) (JO)

Dear Judge Garaufis:

This letter is submitted on behalf of Plaintiffs in the above-captioned action. Pursuant to the Court's October 2, 2017 briefing schedule, Plaintiffs will file and serve their motion for preliminary injunction on December 15, 2017. Plaintiffs respectfully request leave to file a memorandum of law that exceeds the 25-page limit that would otherwise apply by 15 pages, for a total of 40 pages. Plaintiffs do not expect their memorandum of law to exceed 40 pages. Defendants' counsel do not oppose this request.

Respectfully submitted,

/s/ Mayra B. Joachin

David Chen, Law Student Intern
Susanna D. Evarts, Law Student Intern
Victoria Roeck, Law Student Intern
Healy Ko, Law Student Intern
Hannah Schoen, Law Student Intern
Emily Villano, Law Student Intern
Muneer I. Ahmad, Esq.†
Marisol Orihuela, Esq.†
Michael J. Wishnie, Esq. (MW 1952)
JEROME N. FRANK LEGAL SVCS. ORG.
michael.wishnie@yale.edu
Phone: (203) 432-4800

Amy S. Taylor, Esq. (AT 2056)
Deborah Axt, Esq. (DA 4885)

Jessica R. Hanson, Esq.†
Mayra B. Joachin, Esq.†
Trudy S. Rebert, Esq.*
Karen Tumlin, Esq.†
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Phone: (213) 639-3900

Justin Cox, Esq.†
NATIONAL IMMIGRATION LAW CENTER
PO Box 170208
Atlanta, GA 30317
Phone: (678) 279-5441

www.nilc.org

LOS ANGELES (Headquarters)
3435 Wilshire Blvd., Suite 1600
Los Angeles, CA 90010
213 639-3900
213 639-3911 fax

WASHINGTON, DC
1121 14th Street, NW, Suite 200
Washington, DC 20005
202 216-0261
202 216-0266 fax

Scott Foletta, Esq.*
Alexia Schapira, Esq.*
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Phone: (718) 418-7690

Joshua A. Rosenthal, Esq.[†]
NATIONAL IMMIGRATION LAW CENTER
1121 14th Street NW
Suite 200
Washington, DC 20005
Phone: (202) 216-0261

*Attorneys for Plaintiffs*

[†] *Appearing* pro hac vice
* *Pro hac vice* motion forthcoming

cc: Counsel for Defendants (*via ECF*)
    Counsel for State Plaintiffs in No. 1:17-cv-05228-NGG-JO (*via email*)

Application granted.
So ordered.

s/Nicholas G. Garaufis

12/14/17