UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals, <br><br>                *Plaintiffs*, <br><br>                     *v.* <br><br>KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States, <br><br>                *Defendants.* | **TABLE OF EXHIBITS** <br><br> Case No. 1:16-cv-04756 (NGG) (JO) |

| EXHIBIT | DOCUMENT NAME |
|---|---|
| A | Tom Jawetz & Nicole Prchal Svajlenka, *Thousands of DACA Recipients Are Already Losing Their Protection From Deportation*, Center for American Progress (Nov. 9, 2017), http://ampr.gs/2ma0uYQ |
| B | Decl. of Roberto Gonzales, Ph.D.★ |
| C | Tr. of Dep. of Donald Neufeld (Oct. 18, 2017) |
| D | Tr. of Dep. of James McCament (Oct. 17, 2017) |
| E | U.S. Dep't of Homeland Security, *National Standard Operation Procedures (SOP), Deferred Action for Childhood Arrivals (DACA) (Form I-821D and Form I-765), Version 2.0* (Apr. 4, 2013) |
| F | Defs.' Objs. & Resps. to Pls.' First Set of Req. for Admission to Elaine Duke, Acting Sec'y of Homeland Security (Oct. 18, 2017) |
| G | Decl. of Fernando S. Mendoza★ |
| H | Decl. of Jens Hainmueller & Duncan Lawrence★ |
| I | Decl. of Viridiana Carrizales★ |

| J | Decl. of Dierdre O'Brien★ |
|---|---|
| K | Decl. of Jonathan Schwartz★ |
| L | Decl. of Alan Essig, Meg Wiehe, & Misha Hill★ |
| M | Defs.' Objs. & Resps. to Pls.' First Set of Req. for Admission to Att'y Gen. Jeff Sessions (Oct. 18, 2017) |
| N | U.S. Dep't of Justice, *Attorney General Jeff Sessions Delivers Remarks on DACA* (Sept. 5, 2017), http://bit.ly/2jYDmcl |
| O | Jill Colvin, *Thousands Eligible for DACA Renewals Failed To Apply In Time*, Assoc. Press, Oct. 19, 2017, *available at* http://bit.ly/2kzKgEq |
| P | Liz Robbins, *Post Office Fails to Deliver on Time, and DACA Applications Get Rejected*, N.Y. Times, Nov. 10, 2017, at A17, *available at* http://nyti.ms/2zvOoyd |
| Q | Liz Robbins, *Number of DACA Applications Stuck in the Mail Tops 900*, N.Y. Times, Nov. 30, 2017, at A23, *available at* http://nyti.ms/2AiDXhP |
| R | Maya Rhodan, *She's Planning for College. But She'll Miss President Trump's Deadline to Avoid Deportation*, Time, Sept. 22, 2017, *available at* http://ti.me/2fEx1Ra |
| S | Jonathan Blitzer, *A DACA Recipient Describes the Feeling of Watching Her Legal Status Expire*, The New Yorker, Dec. 8, 2017, *available at* http://bit.ly/2Bo02wO |
| T | Decl. of Suárez-Orozco, Ph.D.★ |
| U | Decl. of Emily Nishi★ |
| V | Decl. of Dr. John Stobo★ |
| W | U.S. Dep't of Homeland Security, *Frequently Asked Questions: Rescission Of Deferred Action For Childhood Arrivals (DACA)* (Sept. 5, 2017), http://bit.ly/2eBLz2X |
| X | U.S. Citizenship and Immigration Services, *Guidance on Rejected DACA Requests and Frequently Asked Questions* (Nov. 30, 2017) |
| Y | The White House, *Remarks by President Trump in Press Conference* (Feb 16, 2017), http://bit.ly/2lp8KCt |
| Z | Assoc. Press, *Transcript of AP Interview With Trump*, Apr. 23, 2017, *available at* http://bit.ly/2uwsUzg |
| AA | Decl. of Dr. Clarence Braddock★ |
| BB | Decl. of Shawn Brick★ |
| CC | Decl. of Holmes-Sullivan★ |
| DD | Decl. of Janet Napolitano★ |
| EE | Decl. of Diana Tellefson★ |

| FF | Decl. of Natalie Cardenas★ |
|---|---|
| GG | Decl. of Kathryn Eidmann★ |
| HH | Decl. of Kathryn Abrams★ |
| II | Decl. of Pamela Beckwith★ |
| JJ | Decl. of Bill Blazar★ |
| KK | Decl. of Miriam Feldblum★ |
| LL | Decl. of Norberto Duenas★ |
| MM | Tr. of Dep. of Gene Hamilton (Oct. 20, 2017) |
| NN | Tr. of Dep. of James D. Nealon (Oct. 13, 2017) |
| OO | Mem. from Doris Meissner, Immigration and Naturalization Service Commissioner, to Regional Directors, *Exercising Prosecutorial Discretion* 1, Nov. 17, 2000 |
| PP | Sam Bernsen, Immigration and Naturalization Service General Counsel, *Legal Opinion Regarding Service Exercise of Prosecutorial Discretion* 1, July 15, 1976 |
| QQ | Donald J. Trump, @realDonaldTrump, TWITTER (Sept. 5, 2017, 5:38 PM), http://bit.ly/2AAi5vD |
| RR | U.S. Citizenship and Immigration Services, *Guidance on Rejected DACA Requests and Frequently Asked Questions* (Dec. 14, 2017) https://www.uscis.gov/daca2017/mail-faqs |
| SS | [Redacted] Letter from Plaintiffs' Counsel Amy Taylor to Defendants' Counsel Stephen Pezzi, *Re: Follow Up on Rejected DACA Renewal Applications*, Dec 4, 2017 |
| TT | Pet. for Writ of Cert., *United States v. Texas*, No. 15-674, 2015 WL 7308179 (filed Nov. 20, 2015) |
| UU | Br. for 108 Companies as *Amici Curiae* Supporting Pls.' Mot. for Provisional Relief, *Regents of Univ. of Cal. v. Trump*, No. 17-CV-05211-WHA (N.D. Cal. filed Nov. 1, 2017) |
| VV | Decl. of Lisa Gonzales★ |
| WW | Dara Lind, *EXCLUSIVE: The Postal Service Kept Him From Renewing His DACA. Now He's In Immigration Detention*, Vox, Dec. 13, 2017, http://bit.ly/2o6MGiM |
| XX | Decl. of Edgardo Garcia★ |
| YY | Decl. of George Gascón★ |
| ZZ | Decl. of Nancy E. O'Malley★ |
| AAA | Decl. of Jeffrey F. Rosen★ |

3

| | |
|---|---|
| BBB | Decl. of Sheriff Laurie Smith⋆ |
| CCC | Decl. of Gustavo Galicia, DACA recipient |
| DDD | Decl. of Karen C. Tumlin, Plaintiffs' counsel |
| EEE | Decl. of Carlos Vargas, Plaintiff |
| FFF | Decl. of Hirokazu Yoshikawa |
| GGG | Decl. of Mariano Mondragon, Plaintiff |
| HHH | Decl. of Martín Batalla Vidal, Plaintiff |
| III | Decl. of Carolina Fung Feng, Plaintiff |
| JJJ | Decl. of Antonio Alarcon, Plaintiff |
| KKK | Decl. of Tom Wong |
| LLL | Decl. of Eliana Fernandez, Plaintiff |
| MMM | Decl. of Javier Valdés, Co-Executive Director, Plaintiff Make the Road New York |
| NNN | Decl. of Ike Brannon |
| OOO | Decl. of Stephen H. Legomsky |
| PPP | Decl. of Leighton Ku |
| QQQ | Talking Points – DACA Rescission |
| RRR | The White House, *Press Briefing by Press Secretary Sarah Sanders* (Sept. 5, 2017), http://bit.ly/2kxBJld |

⋆ *Denotes declaration filed in support of Plaintiffs' Motion for a Preliminary Injunction in* Regents of University of California v. Nielsen, *No 3:17-cv-05211-WHA (N.D. Cal. Nov. 1, 2017)*