# EXHIBIT GG

JEFFREY M. DAVIDSON (SBN 248620)
ALAN BERSIN (SBN 63874)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com,
abersin@cov.com
*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*

THEODORE J. BOUTROUS, JR. (SBN 132099)
ETHAN D. DETTMER (SBN 196046)
JESSE S. GABRIEL (SBN 263137)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Email: tboutrous@gibsondunn.com,
edettmer@gibsondunn.com,
jgabriel@gibsondunn.com
*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn*

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Supervising Deputy Attorney General
JAMES F. ZAHRADKA II (SBN 196822)
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1247
Email: James.Zahradka@doj.ca.gov
*Attorneys for Plaintiff State of California*

JOSEPH W. COTCHETT (SBN 36324)
NANCY L. FINEMAN (SBN 124870)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: nfineman@cpmlegal.com
*Attorneys for Plaintiff City of San Jose*

JONATHAN WEISSGLASS (SBN 185008)
STACEY M. LEYTON (SBN 203827)
ERIC P. BROWN (SBN 284245)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jweissglass@altber.com
*Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>Defendants. | CASE NO. 17-CV-05211-WHA<br><br>**DECLARATION OF KATHRYN EIDMANN** |

| | | |
|---|---|---|
| 1 | STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA, | CASE NO. 17-CV-05235-WHA |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | v. | |
| 5 | U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA, | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | CITY OF SAN JOSE, a municipal corporation, | CASE NO. 17-CV-05329-WHA |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA, | |
| 13 | | |
| 14 | | |
| | Defendants. | |
| 15 | | |
| 16 | DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN, | CASE NO. 17-CV-05380-WHA |
| 17 | | |
| 18 | | |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security, | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DECLARATION OF KATHRYN EIDMANN
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | CASE NO. 17-CV-05813-WHA |

### DECLARATION OF KATHRYN EIDMANN

I, KATHRYN EIDMANN, declare as follows:

1. I am a Supervising Senior Staff Attorney at Public Counsel. Public Counsel is the nation's largest not-for profit law firm specializing in delivering pro bono legal services. Founded in 1970, Public Counsel strives to protect the legal rights of disadvantaged children, represent immigrants who have been the victims of torture, persecution, domestic violence, trafficking, and other crimes, and foster economic justice by providing individuals and institutions in underserved communities with access to quality legal representation. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. I am the Robins Kaplan Supervising Senior Staff Attorney in Public Counsel's Opportunity Under Law Project. In this capacity, I bring impact litigation to advance economic justice, including in the areas of education equity, children's rights, economic rights, and immigrants' rights. I currently supervise a team of six attorneys, two community organizers, and one paralegal. I have worked at Public Counsel since January 2013. (The Opportunity Under Law Project was called the Impact Litigation Project until approximately August 2014). Previously, I was a litigation associate at the law firm of Munger, Tolles & Olson LLP and clerked for Judge Thomas B. Griffith of the U.S. Court of Appeals, District of Columbia Circuit. I graduated from Yale Law School in 2009 and Harvard College in 2006.

3. I came to know Viridiana Chabolla (Viri) through her work at Public Counsel. I participated in Viri's hiring at Public Counsel. Together with Catherine Lhamon, the Directing Attorney of the Impact Litigation Project at the time, I initially interviewed Viri in April 2013. At the time, I was particularly impressed with Viri's emotional intelligence, passion, and commitment to working on behalf of disenfranchised communities. Over the course of four years, Viri worked closely with me and the other lawyers in our unit to develop and pursue innovative education equity and civil rights litigation as a community organizer in Public Counsel's Opportunity Under Law project.

4. Viri's contribution to Public Counsel has been quite significant. She was the driving force behind *Cruz v. California*, an education rights class action that resulted in the elimination of contentless courses through statewide legislation. *Cruz v. California* involved students at low-income

elementary, middle, and high schools in the Bay Area and Southern California, who were receiving less meaningful learning time than students in better-resourced California schools serving more affluent students. After two years of litigation, we were successfully resolved the litigation. A new state law, AB 1012 was passed to eliminate the scheduling and course assignment practices that led to students losing valuable learning time statewide. The California Department of Education, the State Board of Education, and the State Superintendent of Public Instruction additionally agreed to immediately assist six schools in Compton, Los Angeles, and Oakland to secure compliance with AB 1012.

5. Viri's work was indispensable to the initiation and ultimate success of *Cruz v. California*. Viri identified, developed, and maintained relationships with scores of student declarants and teachers throughout Southern California, including coordinating all communications regarding declarations, discovery, and potential trial testimony. She did much of the work that attorneys would otherwise be doing, including interviewing witnesses and drafting declarations.

6. Public Counsel trusted Viri to represent our work in the community and in the media. She initiated and fostered relationships with numerous, diverse community-based organizations, work that has been instrumental in developing consistent and reliable advocacy partners. She also served effectively as a spokesperson for Spanish-language media.

7. Viri is an intelligent, capable, and skilled advocate, as well as an empathetic, passionate, and inspiring person. She developed impressive rapport and skillfully gained the trust of clients, witnesses, and community partners. She demonstrated remarkable sensitivity and empathy in appropriately addressing emotional, delicate, or challenging conversations. She treated everyone she encountered with honor and respect, taking time and care not only to develop, but to maintain, longstanding and effective relationships with clients and community members. She quietly did a tremendous amount of work that sometimes went unnoticed to foster a solid and trusting relationship with clients: sending birthday and graduation cards, providing help with college admissions, or stopping by to offer emotional support to young people in crisis.

8. Viri is incredibly hard-working and demonstrated impressive flexibility, reliability, and responsiveness in response to the urgency and unpredictability that often characterize litigation, often

working late at night, early in the mornings, and all through the weekends. Through her work at Public Counsel, Viri has already become a tremendously skilled advocate. She has a rare combination of intellect and interpersonal skills that will no doubt make her an outstanding attorney.

9. I have had several conversations with Viri over the years about her professional plans after leaving Public Counsel. Based on these conversations, I understand that Viri would not have elected to attend law school if she did not have DACA status, which would permit her to obtain employment in the legal field after she completes her studies.

10. Based on numerous conversations I had with her over the years, I understand that Viri is pursuing a legal degree so she can advocate on behalf of families and communities like her own. She is precisely the type of lawyer that our profession desperately needs. If DACA were rescinded and Viri were not able to obtain employment as at attorney, the years of training and preparation that Viri has spent working to prepare to enter the legal field would be lost. Moreover, immigrant and low-income communities—communities that are often in desperate need of legal services but are often unable to obtain these services due to resource limitations—would be deprived of a rare advocate who is not only capable and zealous, but has a deep and nuanced understanding of the concerns and perspectives of the community derived from her own personal experiences.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2017, in Los Angeles, California.

_____
KATHRYN EIDMANN

# EXHIBIT HH

| | |
|---|---|
| JEFFREY M. DAVIDSON (SBN 248620)<br>ALAN BERSIN (SBN 63874)<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94111-5356<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>Email: jdavidson@cov.com,<br>abersin@cov.com<br>*Attorneys for Plaintiffs The Regents of the University of California and Janet Napolitano, in her official capacity as President of the University of California*<br><br>THEODORE J. BOUTROUS, JR. (SBN 132099)<br>ETHAN D. DETTMER (SBN 196046)<br>JESSE S. GABRIEL (SBN 263137)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>Email: tboutrous@gibsondunn.com,<br>edettmer@gibsondunn.com,<br>jgabriel@gibsondunn.com<br>*Attorneys for Plaintiffs Dulce Garcia, Miriam Gonzalez Avila, Saul Jimenez Suarez, Viridiana Chabolla Mendoza, Norma Ramirez, and Jirayut Latthivongskorn* | XAVIER BECERRA<br>Attorney General of California<br>MICHAEL L. NEWMAN<br>Supervising Deputy Attorney General<br>JAMES F. ZAHRADKA II (SBN 196822)<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>Telephone: (510) 879-1247<br>Email: James.Zahradka@doj.ca.gov<br>*Attorneys for Plaintiff State of California*<br><br>JOSEPH W. COTCHETT (SBN 36324)<br>NANCY L. FINEMAN (SBN 124870)<br>COTCHETT, PITRE & McCARTHY, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>Email: nfineman@cpmlegal.com<br>*Attorneys for Plaintiff City of San Jose*<br><br>JONATHAN WEISSGLASS (SBN 185008)<br>STACEY M. LEYTON (SBN 203827)<br>ERIC P. BROWN (SBN 284245)<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br>Email: jweissglass@altber.com<br>*Attorneys for Plaintiffs County of Santa Clara and Service Employees International Union Local 521* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and JANET NAPOLITANO, in her official capacity as President of the University of California,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security,<br><br>    Defendants. | CASE NO. 17-CV-05211-WHA<br><br>**DECLARATION OF KATHRYN ABRAMS** |

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF MAINE, STATE OF MARYLAND, and STATE OF MINNESOTA,<br><br>        Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security, and the UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE NO. 17-CV-05235-WHA |
| CITY OF SAN JOSE, a municipal corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, ELAINE C. DUKE, in her official capacity, and the UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE NO. 17-CV-05329-WHA |
| DULCE GARCIA, MIRIAM GONZALEZ AVILA, SAUL JIMENEZ SUAREZ, VIRIDIANA CHABOLLA MENDOZA, NORMA RAMIREZ, and JIRAYUT LATTHIVONGSKORN,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, DONALD J. TRUMP, in his official capacity as President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY, and ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>        Defendants. | CASE NO. 17-CV-05380-WHA |

DECLARATION OF KATHRYN ABRAMS
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)

| | |
|---|---|
| COUNTY OF SANTA CLARA and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JEFFERSON BEAUREGARD SESSIONS, in his official capacity as Attorney General of the United States; ELAINE DUKE, in her official capacity as Acting Secretary of the Department of Homeland Security; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | CASE NO. 17-CV-05813-WHA |

I, KATHRYN ABRAMS, DECLARE:

1. I am a professor of law at the University of California Berkeley ("UC Berkeley"). The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. I have been a professor of law since 1985 and a professor at UC Berkeley for sixteen years. My research includes examination of dissident and performative citizenship in the undocumented immigrants' rights movement, feminist jurisprudence, voting rights and constitutional law. I teach several classes at UC Berkeley, presently including *Law and Social Change: The Immigrant Rights Movement* and *Constitutional Law*. My primary research project right now is regarding the mobilization of the immigrants' rights movement in Arizona, and in conjunction with this I have collaborated with undergraduate students through the Undergrad Research Apprenticeship Program ("URAP").

3. I am currently working with Joel Sati, a Deferred Action for Childhood Arrivals ("DACA")-recipient student. I first met Joel Sati during the Berkeley JSD admitted students' day. He was a much sought after, promising candidate with an already distinguished academic record.

### Joel's Significant Contributions to My Class at UC Berkeley

4. Joel is now my Graduate Student Instructor ("GSI") for the course *Law and Social Change: The Immigrant Rights Movement*. Our class meets once a week for three hours for approximately 13 weeks during the semester. It includes about 20 students in their second through fourth years of college at UC Berkeley.

5. This fall my father became seriously ill, and I had to leave Berkeley to care for him in Michigan. This posed a serious challenge for delivering my classes as scheduled. I spoke to the Director of Legal Studies, and we decided I would work with several graduate students who could assist with the development of and support for the *Law and Social Change: The Immigrant Rights Movement* course.

6. I worked with Joel and another graduate student to prepare a lecture on the history of DACA and the modern immigrations rights movement, which they were scheduled to co-deliver without me. The night before the lecture, the other grad student unexpectedly dropped the commitment to teach the class. This left me in a difficult position, but Joel immediately stepped up to help. I taught the first

---
1
DECLARATION OF KATHRYN ABRAMS
All DACA Cases (Nos. 17-5211, 17-5235, 17-5329, 17-5380, 17-5813)