

# FACT SHEET: HISTORY & GEOGRAPHY
*Department of Planning, Building & Code Enforcement, Planning Division*

## HISTORIC ORIGIN

**FOUNDED:**
November 29, 1777 (as Pueblo de San Jose, California's first civilian settlement)

**INCORPORATED:**
March 27, 1850 (as City of San Jose)

## TERRITORY

Incorporated area = 180.2 square miles


*Downtown San Jose, Circa 1950*


*Downtown San Jose, 2000*

## GEOGRAPHIC DATA

**COORDINATES:**

Longitude:         -121.89
Latitude:            37.33

(at Cesar Chavez Plaza, Downtown)

## ELEVATION

Minimum: Sea level (Alviso)
Maximum: 4,372'
(Copernicus Peak, near Lick Observatory at Mt. Hamilton)



Department of Planning, Building & Code Enforcement, 200 East Santa Clara Street, San Jose, CA 95113-1905  Ph: 408-535-3555; Fax: 408-292-6055

Page 1 of 10



# FACT SHEET: DEMOGRAPHICS
*Department of Planning, Building & Code Enforcement, Planning Division*

## POPULATION FACTS

San Jose is the:
- Largest City in the nine-County Bay Area
- 3rd Largest City in California
- 10th Largest City in the United States

## POPULATION HISTORY

| Year | Number of Persons |
|---|---|
| 1777 | 66 |
| 1850 | 4,000 |
| 1900 | 21,500 |
| 1950 | 95,280 |
| 1960 | 204,196 |
| 1970 | 459,913 |
| 1980 | 629,442 |
| 1990 | 782,248 |
| 2000 | 894,943 |
| 2010 | 945,942 |
| **2016** | **1,042,094** |

Source: US Census Bureau; California Department of Finance

## AGE COMPOSITION

| Age Groups | % of Total |
|---|---|
| Under 18 years | 23.4% |
| 18-24 years | 9.4% |
| 25-44 years | 30.1% |
| 45-64 years | 25.4% |
| 65 and over years | 11.7% |
| **Median Age** | **36.5 years** |

Source: US Census Bureau, American Community Survey; 2014

## LANGUAGE SPOKEN AT HOME

| Language | % of Total |
|---|---|
| English | 43.2% |
| Spanish | 23.5% |
| Asian/Pac. Is. | 25.6% |
| Other | 7.7% |

Source: US Census Bureau, American Community Survey; 2014



Source: City of San Jose

## HOUSEHOLD SIZE

| Year | Number of Households | Persons Per Household |
|---|---|---|
| 1970 | 130,607 | 3.35 |
| 1980 | 218,177 | 2.96 |
| 1990 | 250,135 | 3.08 |
| 2000 | 276,598 | 3.20 |
| 2010 | 301,366 | 3.09 |
| **2014** | **312,227** | **3.21** |

Source: US Census Bureau; California Department of Finance

## RACIAL COMPOSITION



Self-Identified Race/Ethnicity: Asian 34.2%, African-American 2.8%, White 26.7%, Other 3.5%, Hispanic 32.8%

Source: US Census Bureau, American Community Survey; 2014



# FACT SHEET: EDUCATION
*Department of Planning, Building & Code Enforcement, Planning Division*

## EDUCATIONAL ATTAINMENT

|  | Percent |
|---|---|
| Graduate or Prof. Degree | 16% |
| Bachelor's Degree | 24% |
| Associate Degree | 7% |
| Some College, No Degree | 18% |
| High School Diploma (or Equiv.) | 18% |
| Less than High School Diploma | 17% |



Source: US Census Bureau, American Community Survey; 2014

## EDUCATIONAL FACILITIES

### PRIMARY AND SECONDARY SCHOOL DISTRICTS

- Alum Rock Union Elementary School District
- Berryessa Union Elementary School District
- Cambrian School District
- Campbell Union Elementary School District
- Campbell Union High School District
- Cupertino Union School District
- East Side Union High School District
- Evergreen School District
- Franklin-McKinley School District
- Fremont Union High School District
- Luther Burbank School District
- Moreland School District
- Mount Pleasant School District
- Oak Grove Elementary School District
- Orchard School District
- Union Elementary School District

### UNIFIED SCHOOL DISTRICTS

- Morgan Hill Unified School District
- San Jose Unified School District
- Santa Clara Unified School District

### UNIVERSITIES AND COLLEGES

- Evergreen Valley College
- Lincoln Law School of San Jose
- San Jose City College
- San Jose State University
- Silicon Valley University
- St. Mary's College of California
- University of San Francisco

Source: City of San Jose; Santa Clara County Office of Education; 2012



# FACT SHEET: INCOME
*Department of Planning, Building & Code Enforcement, Planning Division*

## PERSONAL INCOME

**Household Income**
Median        $87,210
Average       $111,952

**Family Income**
Median        $96,706
Average       $119,753

**Nonfamily Income**
Median        $57,029
Average       $81,429

**Per Capita Income**    $33,142

Source: US Census Bureau, American Community Survey; 2014

## INCOME DISTRIBUTION AND WAGES



**Income Distribution (Households)**

- Under $15,000: 7%
- $15,000 - $34,999: 12%
- $35,000 - $49,999: 9%
- $50,000 - $74,999: 15%
- $75,000 - $99,999: 12%
- $100,000 - $149,999: 19%
- $150,000 - $199,999: 11%
- $200,000 or More: 14%

Source: US Census Bureau, American Community Survey; 2014



**Average Wages by Major Industry (Santa Clara County)**

- Information: $266,552
- Manufacturing: $168,220
- Management: $163,332
- Professional/Technical: $123,032
- Wholesale Trade: $123,032
- Utilities: $110,968
- Finance and Insurance: $140,088



# FACT SHEET: EMPLOYMENT AND EMPLOYERS

*Department of Planning, Building & Code Enforcement, Planning Division*

## INDUSTRY EMPLOYMENT

| Industry Category | Employment in San Jose MSA* (thousands) | Percent |
|---|---|---|
| **Total, All Industries** | **1083.1** | 100.0% |
| Total Farm | 5.4 | 0.5% |
| Total Nonfarm | 1077.7 | 99.5% |
| Goods Producing | 208.2 | 19.2% |
| Mining | 0.2 | 0.0% |
| Construction | 46.4 | 4.3% |
| Manufacturing | 161.6 | 14.9% |
| Durable Goods | 150.5 | 13.9% |
| Computer and Peripheral Equipment | 48.9 | 4.5% |
| Semiconductor and Elec. Component | 41.8 | 3.9% |
| Electronic Instrument | 12.7 | 1.2% |
| Other | 47.1 | 4.3% |
| Nondurable Goods | 11.1 | 1.0% |
| Service Providing | 869.5 | 80.3% |
| Trade, Transportation and Utilities | 138.4 | 12.8% |
| Wholesale Trade | 36.5 | 3.4% |
| Retail Trade | 86.0 | 7.9% |
| Transp., Warehousing and Utilities | 15.9 | 1.5% |
| Information | 78.4 | 7.2% |
| Financial Activities | 35.5 | 3.3% |
| Professional and Business Services | 229.2 | 21.2% |
| Educational and Health Services | 162.9 | 15.0% |
| Leisure and Hospitality | 100.8 | 9.3% |
| Other | 28.2 | 2.6% |
| Government | 96.1 | 8.9% |
| Federal Government | 9.9 | 0.9% |
| State and Local Government | 86.2 | 8.0% |

*San Jose Metropolitan Statistical Area (MSA) is equivalent to Santa Clara and San Benito Counties.

Note: numbers may not sum due to rounding.

Source: California Employment Development Department, Labor Market Information Division; May 2016



# FACT SHEET: EMPLOYMENT AND EMPLOYERS

*Department of Planning, Building & Code Enforcement, Planning Division*

## UNEMPLOYMENT RATES



Source: California Employment Development Department, Labor Market Information Division; May 2016

## MAJOR PRIVATE / PUBLIC EMPLOYERS

| No. | Company/Organization | San Jose Employees |
|---|---|---|
| 1 | County of Santa Clara | 17,800 |
| 2 | Cisco Systems | 14,000 |
| 3 | City of San Jose | 5,945 |
| 4 | San Jose State University | 4,300 |
| 5 | Western Digital/HGST | 3,000 |
| 6 | eBay | 2,800 |
| 7 | Paypal, Inc. | 2,800 |
| 8 | IBM Corporation | 2,800 |
| 9 | Adobe Systems | 2,100 |
| 10 | Kaiser Permanente | 2,100 |
| 11 | Good Samaritan Hospital | 2,000 |
| 12 | Target Corporation | 1,900 |
| 13 | Brocade Communication | 1,700 |
| 14 | Cadence Design Systems Inc. | 1,600 |
| 15 | Maxim Integrated Products | 1,600 |

Source: Office of Economic Development, City of San Jose; 2014

## MAJOR HIGH TECH EMPLOYERS

| No. | Company | Product | San Jose Employees |
|---|---|---|---|
| 1 | Cisco Systems | Computer Equipment | 13,600 |
| 2 | eBay | Online Auction | 4,700 |
| 3 | IBM | Computer Equipment | 4,200 |
| 4 | Hitachi | Storage | 2,070 |
| 5 | Adobe Systems | Software | 2,000 |
| 6 | Cadence Design Systems | Software | 1,800 |
| 7 | Sanmina-SCI | Electronics Manufacturing | 1,770 |
| 8 | Maxim Integrated | Semiconductors | 1,650 |
| 9 | Brocade Communications | Computer Equipment | 1,470 |
| 10 | Ericsson | Telecommunications | 1,360 |
| 11 | Xilinx | Semiconductor Equipment | 1,300 |
| 12 | Altera | Semiconductors | 970 |
| 13 | BD Bioscience | Biotechnology | 920 |
| 14 | SuperMicro | Computer Equipment | 920 |
| 15 | Micrel Semiconductor | Semiconductors | 660 |

Source: Office of Economic Development, City of San Jose; 2013



# FACT SHEET: HOUSING

*Department of Planning, Building & Code Enforcement, Planning Division*

## HOUSING RENTALS

| Unit Type | Asking Rental Rate |
|---|---|
| Studio | $1,802 |
| 1 Bedroom | $2,244 |
| 2 Bedroom | $2,792 |
| 3 Bedroom | $3,368 |
| *Average* | **$2,473** |

Source: RealFacts; First Quarter 2016



Ohlone Court Apartments, South San Jose

## HOUSING SALES

| Unit Type | Sales | Average Price | Median Price | Days on Market |
|---|---|---|---|---|
| Single-Family Detached | 299 | $889,423 | $811,000 | 36 |
| Condominium/Townhouse | 155 | $543,903 | $500,000 | 28 |

Source: Santa Clara County Assoc of Realtors; January 2016

## HOUSING TENURE AND VACANCY

| Tenure | |
|---|---|
| Owner Occupied Units | 56.1% |
| Renter Occupied Units | 43.9% |
| *Vacancy Rate* | 4.5% |

Source: US Census Bureau, American Community Survey; 2014



Los Esteros Apartments, North San Jose

## HOUSING UNITS BY TYPE

| | Total Units | Single-Family Detached | Single-Family Attached | Multi-Family | Mobile Homes |
|---|---|---|---|---|---|
| San Jose | **323,195** | 176,881 | 36,745 | 100,179 | 9,390 |
| Santa Clara County | **651,171** | 348,959 | 67,992 | 216,121 | 18,099 |

Source: California Department of Finance; 2014



# FACT SHEET: HOUSING

*Department of Planning, Building & Code Enforcement, Planning Division*

## RESIDENTIAL CONSTRUCTION



### New Housing by Unit Type

| Year | Single-Family | Multi-Family | Total |
|---|---|---|---|
| 2005 | 846 | 1,742 | 2,588 |
| 2006 | 604 | 1,875 | 2,479 |
| 2007 | 482 | 1,644 | 2,126 |
| 2008 | 260 | 1,709 | 1,969 |
| 2009 | 86 | 221 | 307 |
| 2010 | 82 | 2,382 | 2,464 |
| 2011 | 109 | 937 | 1,046 |
| 2012 | 193 | 3,304 | 3,497 |
| 2013 | 280 | 3,459 | 3,739 |
| 2014 | 394 | 4,066 | 4,460 |
| 2015 | 160 | 1,860 | 2,020 |
| Average | 318 | 2,109 | 2,427 |

Source: City of San Jose; 2015



Three Sixty Residences, Downtown



Tierra Encantada, Alum Rock



Palma Sorrento, Edenvale



# FACT SHEET: QUALITY OF LIFE

*Department of Planning, Building & Code Enforcement, Planning Division*



**CULTURAL / RECREATIONAL RESOURCES**



**Family Resources**

Children's Discovery Museum
Christmas in the Park
Downtown Farmer's Market
Dr. Martin Luther King, Jr. Library
Happy Hollow Park and Zoo
History Park
HP Pavilion
Japanese Friendship Garden in Kelley Park
Lake Cunningham Park/Raging Waters
Lick Observatory
Logitech Ice at San Jose
Mexican Heritage Plaza
Outback Adventures
Peralta Adobe and Fallon House Historic Site
Prusch Farm Park
Rosicrucian Egyptian Museum
San Jose Municipal Rose Garden
San Jose Museum of Art
San Jose Museum of Quilts and Textiles
The Tech Museum of Innovation
Winchester Mystery House

**Nightlife / Performing Arts Resources**

Ballet San Jose Silicon Valley
Broadway San Jose
Children's Musical Theater San Jose
Opera San Jose
San Jose Jazz
San Jose Repertory Theatre
San Jose Stage Company
Symphony Silicon Valley





**Professional Sports Resources**

Amgen Tour of California (Professional Cycling)
San Jose Giants (Minor League Baseball)
San Jose SaberCats (Arena Football League)
San Jose Sharks (National Hockey League)
San Jose Stealth (National Lacrosse League)

Source: City of San Jose; 2011



# FACT SHEET: QUALITY OF LIFE

*Department of Planning, Building & Code Enforcement, Planning Division*

## TRANSPORTATION

**Air** (Norman Y. Mineta San Jose Int'l)
| | |
|---|---:|
| Annual Passengers | 8.4 million |
| Major Passenger Airlines | 11 |
| Nonstop Service Destinations | 32 |

**Rapid Transit** (BART)   Scheduled
**Under Construction (Berryessa)**   2018

**Commuter Rail** (Caltrain)   Systemwide
| | |
|---|---:|
| Weekday Ridership | 42,354 |
| Stations | 33 |

**Light Rail**   Countywide
| | |
|---|---:|
| Annual Ridership | 10.0 million |
| Stops | 62 |

**Bus**   Countywide
| | |
|---|---:|
| Annual Ridership | 32.0 million |
| Stops | 4,300 |

Mean Travel Time to Work   26.8 minutes

Source: City of San Jose, 2014;
US Census Bureau, American Community Survey; 2014





## PUBLIC SAFETY

**Crime Rate**
(Crimes per 1,000 population)



| City | Rate |
|---|---:|
| San Jose | 27.6 |
| Boston | 33.6 |
| Denver | 39.6 |
| Phoenix | 43.0 |
| Dallas | 67.3 |
| Portland | 57.1 |
| Seattle | 42.5 |

**San Jose is rated as one of the "Safest Big Cities" in the nation.**

Source: Federal Bureau of Investigation; 2014

## CLIMATE

**Seasonal Temperatures**

| Month | Avg. Temp |
|---|---|
| January | 50 °F |
| April | 58 °F |
| July | 70 °F |
| October | 63 °F |
| Annual | 60 °F |

**Seasonal Rainfall**

| Month | Avg. Rainfall |
|---|---|
| January | 2.78 in. |
| April | 1.17 in. |
| July | 0.06 in. |
| October | 0.90 in. |
| Annual | 14.42 in. |

# EXHIBIT MM

**Gene Hamilton**
Martin Vidal, et al v. Elaine Duke, et al                          10/20/2017

```
                                                              1
 1         IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF NEW YORK
 2
 3    --------------------------x
                                 )
 4    MARTIN JONATHAN BATALLA    )
      VIDAL, et al.,             )
 5                               )
              Plaintiffs,        )
 6                               ) Case Nos.
              v                  ) 1:16-CV-04756(NGG)(JO)
 7                               ) 3:17-CV-05211
      ELAINE C. DUKE, Acting     )
 8    Secretary Department of    )
      Homeland Security          )
 9    JEFFERSON BEAUREGARD       )
      SESSION III, Attorney      )
10    General of the United      )
      States,and DONALD J TRUMP,)
11    President of the UNITED    )
      STATES,                    )
12                               )
              Defendants.        )
13                               )
      --------------------------x
14
15         Deposition of GENE HAMILTON
16              Washington, DC
17         Friday, October 20, 2017
18                9:17 a.m.
19
20    Job No.: 37567
21    Pages: 1 - 233
22    Reported by: Donna Marie Lewis, RPR, CSR (HI)
```

**Olender Reporting, Inc.**        (888) 445-3376              **WORLDWIDE**
**Washington, D.C.**               Baltimore, MD                   Florida

205

1  multiple edits made to the document.

2     Q    Did you draft that memorandum?

3          MR. GARDNER:  You can answer that yes or

4  no.

5          THE WITNESS:  Principally, yes.

6  BY MS. TUMLIN:

7     Q    On what date did you first draft that

8  memo?

9     A    I don't know.

10    Q    What month?

11    A    August or September.  I don't remember

12 it was late August, early September.

13    Q    Okay.  You previously testified that the

14 final decision to terminate DACA was not made

15 until Acting Secretary Duke signed the memorandum

16 which you principally drafted.  Is that correct?

17    A    That is correct.

18    Q    Did you also draft an alternative

19 memorandum that kept the DACA program in place?

20         MR. GARDNER:  Objection.  Calls for

21 information subject to the deliberative process

22 privilege.  I instruct the witness not to answer.

Gene Hamilton
Martin Vidal, et al v. Elaine Duke, et al                              10/20/2017

```
                                                                   207
 1    the DACA program had been made.  Correct?
 2         A    That -- that is generally correct,
 3    although I will say again, no final decision is
 4    ever made until there is ink on paper.  That is
 5    the fundamental difference.  There may have been
 6    tentative decision, but until a secretary of a
 7    cabinet department makes a decision in writing or
 8    in whatever method is appropriate for the
 9    circumstance the decision is technically not
10    final.
11         Q    Was there a substantively alternative
12    version of a DACA memorandum that was circulating
13    prior to September the 5th that could have been
14    signed by Acting Secretary Duke?
15              MR. GARDNER:  Objection. Calls for
16    disclosure of information subject to deliberative
17    process privilege.  I instruct the witness not to
18    answer.
19    BY MS. TUMLIN:
20         Q    Okay.  Does DHS have a policy on how to
21    deal with litigation risk?
22
```

**Gene Hamilton**

**Martin Vidal, et al v. Elaine Duke, et al**  10/20/2017

208

1   A   Do we have a policy on how to deal with
2   litigation risk?
3       Q   Uh huh.
4       A   Nothing in writing.
5       Q   Okay.  So there is -- is there any
6   policy on how to deal with threats to sue by state
7   or local officials?
8       A   No.  And that sounds like the craziest
9   policy you could ever have in a department.  You
10  could never do anything if you were always worried
11  about being sued.
12      Q   Are you familiar with the executive
13  order issued by President Trump with respect to
14  sanctuary jurisdictions?
15      A   That -- I believe that is in Executive
16  Order 13768.  I am familiar.
17      Q   And are you aware that several
18  municipalities have sued the federal government on
19  the basis of that executive order?
20      A   In general I am, yes.
21      Q   Are you aware that some of these
22  lawsuits have successfully blocked parts of the

REPORTER'S CERTIFICATE

I, DONNA M. LEWIS, RPR, Certified Shorthand Reporter, certify;

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness, Gene Hamilton, was put under oath by me;

That the testimony of the witness, the questions propounded and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

I declare that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness, my hand and notary seal this 22nd day of October, 2017.

Donna M. Lewis, RPR
Notary Public

My Commission expires:
March 14, 2018