UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KIRSTJEN NIELSEN, Secretary, Department of Homeland Security, *et al.*, <br><br> *Defendants*. | No. 1:16-cv-04756 (NGG) (JO) <br><br> December 15, 2017 |

**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION**

**PLEASE TAKE NOTICE** that Plaintiffs shall move before the Honorable Nicholas G. Garaufis, U.S.D.J., at the U.S. District Court for the Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on January 18, 2018, for an Order pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2) certifying a class of Plaintiffs defined as: (1) all persons with deferred action through DACA as of September 5, 2017; and (2) all persons who are or will be eligible for deferred action under the terms of the original DACA guidance issued by the Department of Homeland Security ("DHS") in 2012; (3) *except* the individual recipients of, or applicants for, deferred action through DACA who are Plaintiffs in other actions challenging the DACA Termination pending in a U.S. District Court as of December 11, 2017.

This motion is based on the accompanying Memorandum of Law and the Declarations and Attachments annexed thereto, together with Declarations and Exhibits annexed to Plaintiffs' motion for a preliminary injunction filed on this same date, and any other evidence that may be presented to the Court before or at the hearing on this motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule endorsed by the

Court on November 16, 2017, Defendants' opposition papers shall be served no later than January 13, 2018.

    Respectfully submitted,

/s/ Michael J. Wishnie
Dated: December 15, 2017

| | |
|---|---|
| David Chen, Law Student Intern<br>Susanna D. Evarts, Law Student Intern<br>Victoria Roeck, Law Student Intern<br>Healy Ko, Law Student Intern<br>Hannah Schoen, Law Student Intern<br>Emily Villano, Law Student Intern<br>Muneer I. Ahmad, Esq.[†]<br>Marisol Orihuela, Esq.[†]<br>Michael J. Wishnie, Esq. (MW 1952)<br>JEROME N. FRANK LEGAL SVCS. ORG.<br>127 Wall Street<br>New Haven, CT 06511<br>Phone: (203) 432-4800 | Jessica R. Hanson, Esq.[†]<br>Mayra B. Joachin, Esq.[†]<br>Karen C. Tumlin, Esq.[†]<br>Trudy S. Rebert, Esq.[*+]<br>NATIONAL IMMIGRATION LAW CENTER<br>3450 Wilshire Blvd, #108-62<br>Los Angeles, CA 90010<br>Phone: (213) 639-3900 |
| Amy S. Taylor, Esq. (AT 2056)<br>Deborah Axt, Esq. (DA 4885)<br>Scott Foletta, Esq. (SF 9452)<br>Alexia Schapira, Esq. (AS 8222)<br>Natalia Renta, Esq.[*]<br>MAKE THE ROAD NEW YORK<br>301 Grove Street<br>Brooklyn, NY 11237<br>Phone: (718) 418-7690 | Justin Cox, Esq.[†]<br>NATIONAL IMMIGRATION LAW CENTER<br>PO Box 170208<br>Atlanta, GA 30317<br>Phone: (678) 279-5441<br><br>Joshua A. Rosenthal, Esq.[†]<br>NATIONAL IMMIGRATION LAW CENTER<br>1121 14th Street NW<br>Suite 200<br>Washington, DC 20005<br>Phone: (202) 216-0261<br><br>*Attorneys for Plaintiffs* |

[†] *Appearing* pro hac vice
*Pro hac vice* motion forthcoming
+Admitted only in Louisiana