Hirokazu Yoshikawa: Curriculum Vitae

November 2017

New York University
Steinhardt School of Culture, Education and Human Development
726 Broadway, 5th Floor
New York, NY 10003
E-mail: hiro.yoshikawa@nyu.edu
Phone: (212) 998-5107
Fax: (212) 995-4199

ACADEMIC EMPLOYMENT

| | |
|---|---|
| 2013 - | Courtney Sale Ross Professor of Globalization and Education, Steinhardt School of Culture, Education and Human Development, and University Professor, New York University. Affiliations: Center for Research on Culture, Development and Education; Metropolitan Center on Equity and Transformation in Schools; Institute on Human Development and Social Change; Steinhardt School Department of Applied Psychology, Doctoral Program in Psychology and Social Intervention (PSI) and Masters Program in Human Development and Social Intervention. |
| 2014 - | Co-Director (with J. Lawrence Aber), Global TIES for Children Center (Transforming Intervention Effectiveness and Scale) at New York University. Center, across NYU New York and NYU Abu Dhabi campuses, devoted to improving measurement in and evaluation of programs and policies for child and youth development in low-income and conflict-affected countries. |
| 2011 - 2013 | Walter H. Gale Professor of Education and Academic Dean, Harvard Graduate School of Education. |
| 2006 - 2011 | Professor of Education, Harvard Graduate School of Education. Affiliations: Masters Programs in Risk and Prevention (renamed Prevention Science and Practice) and Human Developmental and Psychology (HDP); Doctoral concentrations in Culture, Communities and Education, Human Development and Education, and Quantitative Policy Analysis in Education. |
| 2005 - 2006 | Professor of Applied Psychology, Steinhardt School of Culture, Education and Human Development, New York University. |
| 2004 - 2005 | Associate Professor of Psychology (tenured), Faculty of Arts and Sciences, New York University. Affiliations: Doctoral Program in Community Psychology and Doctoral Concentration in Developmental Psychology. |
| 1998 - 2004 | Assistant Professor of Psychology, Faculty of Arts and Sciences, New York University. Affiliations: Doctoral Program in Community Psychology and Doctoral Concentration in Developmental Psychology. |

EDUCATION

| | |
|---|---|
| 1998 | Ph.D., New York University, Psychology (Clinical Psychology). |
| 1992 | M.A., Psychology, New York University. |
| 1989 | M.M. (Masters in Music), Piano performance, The Juilliard School. |
| 1987 | B.A. *summa cum laude*, English literature, Yale University. |

HONORS AND NATIONAL / INTERNATIONAL ADVISORY ROLES

| | |
|---|---|
| 2017 | *Sesame Seeds: Restoring Hope and Opportunity to a Generation of Refugee Children* proposal to the MacArthur Foundation 100 & Change initiative (partnership between Sesame Workshop, International Rescue Committee and NYU) selected as one of four finalist proposals for $100 million competition. Role: Research and Evaluation Lead. |
| 2017 - | Member, Task Force for Sustainable Development Goal (SDG) Target 4.2, UNESCO Institute for Statistics Global Alliance to Monitor Learning. |
| 2016-2017 | Member, Data Task Force, ECD Action Network. |
| 2016 - | Member, Advisory Board, New York City Children's Cabinet. |

| | |
|---|---|
| 2015 - | Member, Board of Trustees, Russell Sage Foundation. |
| 2015 - | Member, Advisory Board, Early Childhood Program, Open Society Foundations. |
| 2015 - | Member, Advisory Board, Global Education Monitoring Report, UNESCO. |
| 2014 | Elected Member, National Academy of Education. |
| 2014 - 15 | Member, National Academy of Sciences / Institute of Medicine Committee on Integrating Immigrants into American Society (see Waters & Pineau, 2015 consensus study volume below). |
| 2014 - 16 | Member, National Academy of Sciences / Institute of Medicine Forum on Investing in Young Children Globally. |
| 2014 | Senior Policy Advisor, U.S. Department of Health and Human Services, Office of the Assistant Secretary for Planning and Evaluation, Office of Human Services Policy. |
| 2013 - | Co-Chair (with Madhav Chavan, co-founder of Pratham), Thematic Group on Early Childhood Development, Education and the Transition to Work (2013-2015), Thematic Network on Sustainable Development Goal 4 (2015-current), and Member, Leadership Council, United Nations Sustainable Development Solutions Network (UN SDSN). Research and technical network, under the auspices of the U.N. Secretary General and chaired by Jeffrey Sachs, advising on the development and implementation of the post-2015 global development goals. |
| 2013 | Roberta Simmons Prize, Society for Research in Adolescence. |
| 2012 | Outstanding Educator Award, Urban College of Boston, Boston, MA. |
| 2012 | Award for Distinguished Contributions to Theory and Research in Community Psychology, Society for Community Research and Action (Division 27 of the American Psychological Association). |
| 2012-2015 | National Board on Education Sciences, Member (Presidential nomination confirmed by the Senate). |
| 2011 -- 2017 | Member, Board of Directors, Foundation for Child Development (2014 – present: Secretary of the Board and Chair of the Governance Committee). |
| 2010 - 2012 | Member, Advisory Committee on Head Start Research and Evaluation, U.S. Department of Health and Human Services. |
| 2010 - | Advisory Committee on Early Childhood Development, Inter-American Development Bank. |
| 2010 | Chair, Committee on the Science of Family Research: A Workshop, National Academy of Sciences/ National Research Council and Institute of Medicine. |
| 2010 | Best Edited Book, Society for Research on Adolescence, for Shinn and Yoshikawa (2008), *Toward Positive Youth Development: Transforming Schools and Community Programs*. |
| 2009 - 2011 | Member, Board on Children, Youth and Families, National Academy of Sciences. |
| 2009 - 2015 | Selection Committee Member, William T. Grant Foundation Scholars Program. |
| 2009 | Emerging Leadership Award, Committee on Socioeconomic Status, American Psychological Association. |
| 2008-2009 | Russell Sage Foundation Visiting Scholar. |
| 2007 | Ethnic Minority Mentorship Award, Division 27 (Society for Community Research and Action) of the American Psychological Association. |
| 2005 - 2010 | Member, Board of Directors, Zero to Three: The National Center for Infants and Toddlers. |
| 2005 | Boyd McCandless Early Career Award, Division 7 (Developmental Psychology) of the American Psychological Association. |
| 2004 | Awarded Fellowship at the Center for Advanced Study in the Behavioral Sciences, Palo Alto, CA. |
| 2003 | Suinn Ethnic Minority Achievement Award, American Psychological Association (awarded to 4-professor community psychology program at NYU, for mentorship of ethnic minority graduate students). |
| 2001 - 2003 | Member, National Academy of Sciences / Institute of Medicine Committee on Family and Work Policies. |
| 2001 | Louise Kidder Early Career Award, Society for the Psychological Study of Social Issues (Division 9 of the American Psychological Association). |
| 2001 | American Psychological Association Minority Fellowship Program Early Career Award. |
| 2001 - 2006 | William T. Grant Foundation Faculty Scholars Award. |
| 1999 – 2001 | Visiting Professor, University of California – San Francisco Center for AIDS Prevention Studies, HIV / AIDS Prevention in Ethnic Minority Communities Program. |
| 1999 - 2000 | Member, Advisory Committee on Head Start Research and Evaluation, U.S. DHHS.  Member of DHHS panel to recommend research design for the National Head Start Impact Study mandated by Congress. |
| 1999 | Society for Community Research and Action Dissertation Award.  Award given by Division 27 of the |

|  | American Psychological Association for the best dissertation in community psychology. |
| 1994-1997 | American Psychological Association Minority Fellowship. |

## GRANTS AWARDED

| 2017 | PI, *Adaptation of MELQO (Measuring Early Learning and Quality Outcomes) for national evaluation of Instituciones Educativas de Inicial (IEI) and Programas no Escolarizados de Educación Inicial (PRONOEI) in Peru.* World Bank and Peruvian Ministry of Education. |
| 2017-2018 | PI, *A National, Science-Based Policy Proposal for Supporting Early Childhood Development in El Salvador***.** UNICEF El Salvador. |
| 2017 | Co-PI, *Policy Review on Quality in Early Care and Education: A Meta-Analysis* (PI: Antje von Suchodoletz). Organization for Economic Cooperation and Development (OECD). |
| 2017-2020 | Co-PI, *The Listening Project: Addressing the Crisis of Connection in Education via Semi-Structured Interview Training of Teachers and Students* (PI Niobe Way; other Co-PIs Alisha Ali, David Kirkland and Joseph Nelson), Spencer Foundation: Lyle Spencer grant. $941,000. |
| 2017 | PI, *Dissemination Grant for From Cradle to Kindergarten volume* (Co-PI: Ajay Chaudry).  Heising-Simons Foundation. $50,000. |
| 2017-2022 | Co-Investigator, *Income and Child Development in the First Three Years of Life* (PI Greg J. Duncan). Subcontract on NICHD R01 grant.  $3,300,000. |
| 2017-2022 | Co-PI (PI J. Lawrence Aber), *Global TIES for Children Center* (renewal of core funding grant).  NYU Abu Dhabi Research Institute. $3,507,000. |
| 2017 | Co-PI, *Benchmarks and Indicators of Everyday Readiness for Life among the Youngest New Yorkers (Birth to Three)* (PI: Catherine Tamis-LeMonda). Robin Hood Foundation; commissioned by the New York City Children's Cabinet. |
| 2017-2019 | Co-PI, *Promoting Children's Learning Outcomes in Conflict-Affected Countries: Evidence for Action in Niger* (PI: J. Lawrence Aber), ESRC – Department for International Development (DfID). 500,000 British pounds. |
| 2017-2019 | PI, *Education Quality and Learning for All (EQUAL): The Middle East / North Africa Section of a Global Research Network in Support of United Nations Sustainable Development Goal 4* (co-investigators: J. Lawrence Aber).  Capacity-building network of researchers in the Middle East / North Africa working on measurement and evaluation to achieve progress on United Nations Sustainable Development Goal 4. Catalyst Trust for Universal Education.  $750,000. |
| 2016-2018 | PI, *Education Quality and Learning for All (EQUAL): A Global Research Network in Support of United Nations Sustainable Development Goal 4* (co-investigators: J. Lawrence Aber, Madhav Chavan, Rukmini Banerji, and Chandrika Bahadur).  Capacity-building network of researchers in regions of East Africa, West Africa, Middle East / North Africa working on measurement and evaluation to achieve progress on United Nations Sustainable Development Goal 4. Ford Foundation.  $600,000. |
| 2016-2018 | Co-PI, *Project for the Advancement of Our Common Humanity (PACH) Curriculum Development and Implementation* (PI: Niobe Way; Co-PI: Alisha Ali). Einhorn Family Charitable Trust. |
| 2015 – 2016 | PI, *Measurement Work on the International Development and Early Learning Assessment (IDELA)*, Save the Children USA. Project on psychometric analyses across multiple countries on the IDELA direct measure of early childhood development and learning, with Peter Halpin and Sharon Wolf of NYU. |
| 2015 – 2016 | PI, *Developing an Observational Measure of the Quality of Preprimary Education in Colombia*, ICFES, Colombian government. With Sharon Lynn Kagan and Angelica Ponguta. $122,000. |
| 2015 – 2016 | Co-PI, *"Piloting & Adapting the TIPPS Classroom Quality Tool in Indian Public Schools"* (PI Edward Seidman), Piramal Education Foundation, India. |
| 2015 - 2018 | Co-PI, *"Mechanisms of Health Promotion in Diverse Youth Through Gay-Straight Alliances"* (PI Paul Poteat; Co-PI Jerel Calzo).  NIH R01.  $1,600,000. |
| 2015, 2016 | Co-Investigator, *"A Strategic Vision for Early Care and Education in the United States"* (PI Ajay Chaudry; co-investigator Christina Weiland), two grants from the Annie E. Casey Foundation. |
| 2014-2016 | Co-Investigator, *Income and Child Development in the First Three Years of Life* (collaborative project with Kimberly Noble, Katherine Magnuson, Greg Duncan, Lisa Gennetian, Charles Nelson and Nathan Fox investigating the causal effects of parent income on brain and cognitive as well as socio-emotional development in the first 3 years of life, through an unconditional-cash-transfer experiment. Funding from the Annie E. Casey Foundation, Kellogg Foundation, Ford Foundation. |
| 2014 - 2017 | Co-PI (PI Christina Weiland), *Sustaining the Boost: Long-Term Effects of the Boston Public Prekindergarten Program.*  U.S. Department of Education, Institute on Educational Sciences.  $1,419,000. |

| | |
|---|---|
| 2014-2017 | Co-PI (PI J. Lawrence Aber). *NYU Global TIES for Children Center*. Core funding from the NYU Abu Dhabi Research Institute. $1,100,000. |
| 2013 | PI, *Analysis of the Early Childhood Development Policy of Colombia*. Bogota: Office of the President of Colombia. $124,000. |
| 2013-2018 | Co-PI (PI Lindsay Chase-Lansdale), *Expanding the Cycle of Opportunity: Simultaneously Educating Parents and Children in Head Start*. U.S. DHHS Administration for Children and Families, $2,500,000. |
| 2013-2016 | PI (Co-PI's Greg Duncan, Katherine Magnuson, Holly Schindler). *Effects of Early Childhood Programs on Children: A Comprehensive Meta-Analysis*. National Institutes of Health, NICHD R01 (Grant # 7R01HD073172), $1,700,000. |
| 2013 | Co-PI (PI Martha Zaslow). *Policy Brief on Prekindergarten Policy and Child Development*. Foundation for Child Development grant to the Society for Research in Child Development to produce policy brief on the evidence base on preschool education to inform federal preschool proposals. Coordinator and lead author for research team including Christina Weiland, Jeanne Brooks-Gunn, Margaret Burchinal, Linda Espinosa, William Gormley, Jens Ludwig, Katherine Magnuson, Deborah Phillips, and Martha Zaslow). $30,000. |
| 2012-2013 | Co-PI (PI Paul Poteat), *Contextualizing Gay-Straight Alliances: Who They Serve and Variability in How They Function as Youth Settings: A Pilot Study*. William T. Grant Foundation officer's grant. $25,000. |
| 2011 – 2012 | Co-Investigator and site director for Massachusetts, "Immigrant Access to Health and Human Services" (US DHHS – Assistant Secretary for Planning and Evaluation grant to The Urban Institute). Site director for project examining immigrant families' access to the Supplemental Nutrition Assistance Program (SNAP), Temporary Assistance for Needy Families (TANF), Medicaid, and the State Children's Health Insurance Program (SCHIP). Collaborators: Ajay Chaudry, [at the time of funding at the Urban Institute (PI)]; Krista Perreira, UNC Chapel Hill; and Robert Crosnoe, University of Texas, Austin. |
| 2010-2013 | Co-PI (PI Pia Britto; Co-PI Jan Van Ravens). *Governance and finance of early childhood development services in low-income countries*. Study of policy architecture of early childhood development services in Cambodia, Laos PDR, Kenya, Uganda, and Peru. UNICEF Innocenti Research Centre and Bernard Van Leer Foundation. |
| 2011-2013 | Co-PI (PI Pamela Morris, New York University; Co-PI Howard Bloom, MDRC). *Moderators, Mechanisms, Methods and Measurement in the Head Start Impact Study: Informing the Head Start of the Future*. Administration for Children and Families, US DHHS. $1,200,000. |
| 2011-2013 | PI (Co-PI's Greg Duncan, Katherine Magnuson, Holly Schindler). *Effective Early Childhood Education Programs: Meta-Analytic Lessons from High Quality Program Evaluations*. Institute for Educational Sciences, US Department of Education. $700,000. |
| 2011-2013 | Co-PI (PI Catherine Snow). *Un Buen Comienzo: Improving the quality of preschool education in Chile: Phase II*. Fundación Educacional Oportunidad,. Project to conduct a cluster-randomized experiment testing an intensive professional development program to improve language, literacy, and health outcomes in low-income preschool children in Chile. $1,127,000. |
| 2009-2011 | PI (Co-PI's Christina Weiland, Nonie Lesaux, Richard Murnane, John Willett). *Preparing to Succeed: An Efficacy Trial of Two Early Childhood Curricula*. Institute for Educational Sciences, US Department of Education. $1,200,000. |
| 2008-2010 | Co-PI (PI Vanessa Fong). *Family life and child development in urban China*. Harvard China Fund. $125,000. |
| 2008-2010 | Co-PI (PI Catherine Snow). *Un Buen Comienzo: Improving the quality of preschool education in Chile: Phase I*. Fundación Educacional Oportunidad,. $2,650,000. Project to conduct a cluster-randomized experiment testing an intensive professional development program to improve language, literacy, and health outcomes in low-income preschool children in Chile. |
| 2008 | PI (Co-PI Catherine E. Snow). *Un Buen Comienzo: Improving the quality of preschool education in Chile*. Harvard University Center on the Developing Child. $75,000. |
| 2007-2009 | Co-PI (PI Richard Weissbourd). *Summer Institute on Integrated Preschool to Third Grade Interventions to Promote School Success, and Follow-On Consultation for National Network Building*. Foundation for Child Development: $100,000; Stone Foundation; $125,000; Strategic Knowledge Fund (co-funded by the Kellogg Foundation and the Foundation for Child Development): $100,000. Total $325,000. |
| 2007-2012 | Co-PI (PI Catherine S. Tamis-LeMonda; other Co-PI's Diane Hughes and Niobe Way), "IRADS: The Study of Culture, Social Settings, and Child Development across School Transitions," National Science Foundation. NSF BCS-0721383: $2,500,000. |

| 2007-2008 | PI (Co-PI Richard Weissbourd), Leon Lowenstein Foundation, "Three to Third: An Integrated Early Childhood to Third Grade Intervention to Promote School Success." $245,000. |
|---|---|
| 2007 | Principal Investigator, William T. Grant Foundation, "Dissemination of Research on Parental Employment and Youth Development to Policy Makers and Influentials." $24,000. |
| 2007-2008 | Co-PI (PI Catherine E. Snow). Fundación Educacional Oportunidad, "*Un Buen Comienzo:* Building Better Preschool Education in Chile." $200,000. |
| 2006 | PI. William T. Grant Foundation, "Supplement to Anti-Poverty Policy, Cultural Variation, and Survival Strategies of Young Mothers." Funded African American and Mexican samples of this study. $24,865. |
| 2006 -2012 | Co-PI, Buffett Early Childhood Fund, "National Forum on Early Childhood Program Evaluation" (Jack Shonkoff, PI). $1,658,961. |
| 2005-2006 | PI, National Science Foundation, "New York University Center for Research on Culture, Development, and Education: Chinese Subsample." $30,000. |
| 2002-2007 | Co-PI, National Science Foundation, "New York University Center for Research on Culture, Development, and Education" $2,500,000 (PI: Catherine Tamis-LeMonda; Other co-PI's Diane Hughes, and Niobe Way). |
| 2004-2006 | Co-Investigator, "The Orchestra's Guide to the Universe", NASA IDEAS grant. (PI: Arthur Bloom; other Co-Investigator: Ilana Harrus). $50,000. Program development and evaluation grant from NASA to fund an arts and science integration program that partners professional orchestras and NASA astronomers with low-resource middle schools. Pilot implementation partners include Prince George's County Public Schools, University of Maryland Orchestra, and NASA's Hubble Space Telescope program. Role: Director of longitudinal evaluation using survey, observational, and qualitative interview methods. |
| 2001-2004 | PI, National Science Foundation, "Effects of Experimental Changes in Income and Employment on Middle-Childhood Learning: Racial/Ethnic Differences in Mediating Pathways." $418,000 (Co-PI's: Pamela Morris and Lisa Gennetian of MDRC). |
| 2001-2006 | PI, William T. Grant Foundation, "Anti-Poverty Policy,  Cultural Variation, and Survival Strategies of Young Mothers: Quantitative and Ethnographic Approaches." $300,000. |
| 2001-2002 | Co-PI, National Science Foundation, "New York University Center for Research on Culture, Development, and Education: Planning Grant." $90,000. |
| 2001-2003 | Investigator, "The Next Generation: Effects of Welfare and Anti-Poverty Policies on Children," sub-contract from the Manpower Demonstration Research Corporation (MDRC). $18,985. |
| 1999 - 2000 | PI, "Tailoring Diffusion of Innovation Models to the Diversity of Asian / Pacific Islander Social Networks." Grant from the Center for AIDS Prevention Studies, University of California - San Francisco, under sub-contract from the National Institutes of Health (Collaborative HIV Prevention with Minority Communities). $79,000. |
| 1996-1997 | PI,  "Welfare Dynamics, Parenting, and Child Development", DHHS Office of the Assistant Secretary for Planning and Evaluation (#96ASPE 280A) awarded pre-Ph.D; Edward Seidman "ghosted" as Principal Investigator. $78,000. |

TEACHING and PUBLIC DATA RESOURCES (regular and on-line modules and courses)

| 2017 - | *Meta-Analysis Database of Rigorous Early Childhood Education Program Evaluations in the United States, 1960-2007* (H. Yoshikawa, G.J. Duncan, K. Magnuson, H. Schindler, J.P. Shonkoff, & K. Ziol-Guest). Public database, ICPSR, University of Michigan. |
|---|---|
| 2017 - | Massive Open On-Line Course (MOOC), *The Best Start in Life: Early Childhood Development for a Sustainable Future*. MOOC of the SDG Academy, Sustainable Development Solutions Network. Primary faculty member (other faculty members: Catherine Tamis-LeMonda, NYU; Jack Shonkoff and Aisha Yousafzai, Harvard University; in partnership with UNICEF headquarters). In addition, targeted offerings to the World Bank Africa Early Years Fellowship; University of Haifa Early Childhood Fellowship; staff in all UNICEF country offices worldwide. Offerings: February-April, 2017; September-November, 2017. To date: 7,400 students. |
| 2013 - | Courses taught at New York University, Steinhardt School of Culture, Education and Human Development, Department of Applied Psychology: *Research Methods II* (undergraduate level); *Intervention and Prevention in Early Childhood Contexts* (graduate level); *Child Development and Social Policy in Global Contexts* (graduate level). |
| 2006 - 2011 | Courses taught at the Harvard Graduate School of Education (all graduate level; there are no undergraduate students at HGSE): *Risk and Resilience from Birth to Young Adulthood: Strategies of Prevention and* |

*Intervention* (H331); *Child Development and Public Policy: Domestic and International Perspectives* (AH120); *Understanding, Observing and Studying Quality in Early Childhood Settings and Child Outcomes* (H265); *Integrating Perspectives in Education: Doctoral Core Seminar* (S460).

1998 - 2006  Courses taught in the Department of Psychology, New York University: *Introduction to Community Psychology* (undergraduate level); *Child Development and Public Policy* (undergraduate and doctoral level); *Intervention and Social Change* (doctoral core community psychology course; also taught at the undergraduate level); *Community Psychology Doctoral Practicum; Evaluation Research* (doctoral level).

## PUBLICATIONS (names of students and advisees at time of publication submission in italics)

### Books

1. Chaudry, A., Morrissey, T., Weiland, C., & Yoshikawa, H. (2017).  *Cradle to kindergarten: A new plan to combat inequality.*  New York: Russell Sage Foundation.
2. McCartney, K., Yoshikawa, H., & Forcier, L. (2014).  (Editors).  *Improving the odds for America's children: Future directions in policy and practice* (with foreword by Congressman George Miller; afterword by Marian Wright Edelman).  Cambridge, MA: Harvard Education Press.
3. *Yoshikawa, H.* (2011).  *Immigrants raising citizens: Undocumented parents and their young children.*  New York: Russell Sage Foundation.  Reviewed in *Choice* ("highly recommended"), *School Library Journal, Washington Monthly, Social Service Review, Social Forces, Teachers College Record, Race and Justice, Child Law Review, Journal of Comparative Policy Analysis, Journal of Youth and Adolescence, Journal of Community Practice, Harvard Educational Review* (and see "Press Coverage" below).  Cited in multiple March 2016 amicus briefs on the U.S. vs. Texas Supreme Court case on Deferred Action for Parents of Americans executive action.
4. Shinn, M., & Yoshikawa, H. (2008).  (Eds.).  *Toward positive youth development: Transforming schools  and community programs.*  New York: Oxford University Press.
5. Yoshikawa, H., Weisner, T.S., & Lowe, E. (2006). (Eds.). *Making it work: Low-wage employment, family life, and children's development.*  New York: Russell Sage Foundation.  Reviewed in *Social Service Review.*
6. Revenson, T.A., D'Augelli, A., French, S.E., Hughes, D., Livert, D., Seidman, E., Shinn, B., & Yoshikawa, H. (Editors) (2002).  *A quarter century of community psychology.*  New York: Plenum.
7. Revenson, T.A., D'Augelli, A., French, S.E., Hughes, D., Livert, D., Seidman, E., Shinn, B., & Yoshikawa, H. (Editors) (2002).  *Ecological research to promote social change: Methodological advances from community psychology.*  New York: Plenum.

### Journal Special Issues and Sections

Tseng, V., Kiang, L., Mistry, J., Mistry, R., Wang, Y., & Yoshikawa, H. (2016). (Editors). Special section on Asian American child development.  *Child Development, 87,* 989-1068.

Yoshikawa, H., & Way, N. (Editors).  (2008).  Beyond families: Contexts of child and youth development in immigrant families (themed issue).  *New Directions in Child and Adolescent Development.*

### Articles (names of students and advisees at time of publication submission in italics)

1. Murphy, K.M., Yoshikawa, H, & Wuermli, A. (2017).  *Implementation research for early childhood development programming in humanitarian contexts.*  Manuscript under review.
2. *Rojas, N.,* Yoshikawa, H., *Rangel, M.L., Melvin, S.,* Gennetian L., Noble, K., Duncan, G.J., & Magnuson, K. (2017). *The experiences of an unconditional cash transfer among low-income mothers of infants: A mixed-methods study.*  Manuscript under review.
3. Halpin, P., Wolf, S., Yoshikawa, H., Rojas, N.M., Kabay, S.B., Pisani, L., & Dowd, A.J. (2017). *Evaluating the factor structure and measurement invariance of the International Development and Early Learning Assessment (IDELA) across five countries.* Manuscript under review.
4. Chong, E.S.K., Poteat, V.P., Calzo, J., Yoshikawa, H., (2017). *Fostering youth self-efficacy to address transgender and racial diversity issues: the role of gay-straight alliances.*  Manuscript under review.
5. Yoshikawa, H., Wuermli, A.J., Raikes, A., Kim, S., & Kabay, S.B. (2017).  *Achieving high quality early childhood development program and policies at national scale: Directions for research in global contexts.* Manuscript under review.
6. *Zhang, C.,* Fong, V.L., Yoshikawa, H., Way, N., Chen, X., Lu, Z., & Deng, H. (2017). *Maternal or paternal*

*grandmother? The transformation of patrilineal practice in grandparent care in urban China among families with infants.* Manuscript under review.

7. Zhang, C., Yoshikawa, H., Fong, V.L., Way, N., Chen, X., Lu, Z., & Deng, H. (2017). *Grandmother childcare support and parenting stress of first-time parents in urban China: A mixed-methods study from Nanjing.* Manuscript under review.

8. Calzo, J.P., Poteat, V.P., Yoshikawa, H., Russell, S.T., & Bogart, L.M. (2017). *Person-environment fit and positive youth development in the context of high school gay-straight alliances.* Manuscript under review.

9. McCoy, D.C., Salhi, C., Yoshikawa, H., Black, M.M., Britto, P.R., & Fink, G. (2017). *Home- and center-based learning opportunities in low- and middle-income countries.* Manuscript under review.

10. Chen, X., Zhao, S., Chen, X., Way, N., Yoshikawa, H., Zhang, G., Chen, H., & Li, D. (2017). *Autonomy- and connectedness-oriented behaviors of toddlers and mothers at different historical times in urban China.* Manuscript under review.

11. Li, W., Duncan, G.J., Leak, J., Magnuson, K.A., Schindler, H., & Yoshikawa, H. (2017). *Early childhood education program impacts: Variation and persistence by starting age and program duration.* Manuscript under review.

12. Chase-Lansdale, P.L., Sommer, T.E., Sabol, T.J., Chor, E., Brooks-Gunn, J., Yoshikawa, H., King, C., & Morris, A. (2017). *The added effects of a two-generation human capital intervention on parents and children in Head Start.* Manuscript under review.

13. Ng, F., Tamis-LeMonda, C.S, & Yoshikawa, H. (2017). *Executive function in preschool as a predictor of school readiness skills in kindergarten: Evidence from an ethnically diverse sample.* Manuscript under review.

14. *Whipps, M.,* Yoshikawa, H., & Tamis-LeMonda, C.S. (2017). *Infant bed sharing in three ethnic groups.* Manuscript under review.

15. Nieto, A.M., Leyva, D., & Yoshikawa, H. (2017). *Sharing is reading: Guatemalan Mayan book-sharing styles and their relation to schooling and children's narrative contributions.* Manuscript under review.

16. *Kabay, S.B.,* Wolf, S., & Yoshikawa, H. (in press). 'So that his mind will open:" Parental perceptions of preschool in peri-urban Ghana. *International Journal of Educational Development.*

17. *McCoy, D.C.,* Yoshikawa, H., Ziol-Guest, K., Duncan, G.J., Magnuson, K., Schindler, H., & Shonkoff, J. (in press). Effects of early childhood education programs on high school graduation, grade retention, and special education placement: A meta-analysis. *Educational Researcher.*

18. Poteat, V.P., Heck, N., Yoshikawa, H., & Calzo, J. (in press). Gay-straight alliances as settings for discussing health topics: individual and group factors associated with discussions of substance use, mental health, and sexual health. *Health Education Research.*

19. Sommer, T., Sabol, T., Chor, E., Schneider, W, Chase-Lansdale, P.L., Brooks-Gunn, J., Small, M.L., & Yoshikawa, H. (in press). A two-generation human capital approach to anti-poverty policy. *RSF Journal of the Social Sciences.*

20. Shaefer, L., Duncan, G.J. ,Edin, K., Garfinkel, I., Harris, D., Smeeding, T., Waldfogel, J., Wimer, C., & Yoshikawa, H. [all authors first in alphabetical order] (in press). A universal child allowance: A plan to reduce poverty and income instability among children in the United States. *RSF: Russell Sage Foundation Journal of the Social Sciences.*

21. Poteat, V.P., Yoshikawa, H., Calzo, J., Russell, S.T., & Horn, S. (in press). Gay-straight alliances as settings for youth inclusion and development: Future conceptual and methodological directions. *Educational Researcher.*

22. Liu, P., Chen, X., Zhao, S., Way, N., Yoshikawa, H., Zhang, G., Liang, Z., Ke, X., Lu, Z., & Deng, H. (in press). MAOA gene polymorphism and maternal parenting in predicting externalizing and internalizing problems and social competence among Chinese children: Testing genetic vulnerability and differential susceptibility models. *Infant and Child Development.*

23. Wolf, S., Halpin, P., Yoshikawa, H., Pisani, L., Dowd, A.J., & Borisova, I. (2017). Assessing the construct validity of Save the Children's International Development and Early Learning Assessment (IDELA). *Early Childhood Research Quarterly, 41,* 21-36.

24. McCoy, D., Zuilkowski, S.S., Yoshikawa, H., & Fink, G. (2017). Early childhood care and education and school readiness in Zambia. *Journal of Research on Educational Effectiveness, 10,* 482-506.

25. Bowne, J.B., Magnuson, K.A., Duncan, G.J., Schindler, H., Yoshikawa, H., & Ziol-Guest, K. (2017). A meta-analysis of class sizes and ratios in early childhood education programs: Are thresholds of quality associated with greater impacts on cognitive, achievement, and socio-emotional outcomes? *Educational Evaluation and Policy Analysis.*

26. Yoshikawa, H., Whipps, M., & Rojas, N. (2017). Commentary: New directions in developmentally informed intervention research for vulnerable populations. *Child Development, 88,* 459-465.

27. Kiang, L., Huynh, V., Cheah, C., Wang, Y., & Yoshikawa, H. (2017).  Beyond the model minority.  *Asian American Journal of Psychology, 8,* 1-6.

28. Leyva, D., Tamis-LeMonda, C.S., Yoshikawa, H., & Jimenez-Robbins, C. (2017).  Grocery games: How ethnically diverse low-income mothers support children's reading and mathematics. *Early Childhood Research Quarterly, 40,* 63-76.

29. Raikes, A., Yoshikawa, H., Britto, P.R., & Iruka, I. (2017).  Children, youth and developmental science in the 2015-2030 Global Sustainable Development Goals.  *Social Policy Reports of the Society for Research in Child Development, 30*(3), 1-23.

30. Halim, M.L., Moy, K.H., & Yoshikawa, H. (2017).  Perceived ethnic and language-based discrimination and Latina immigrant women's mental and physical health. *Journal of Health Psychology, 22,* 68-78.

31. Yoshikawa, H., Suarez-Orozco, C.S., & Gonzales, R.G. (2017).  Unauthorized status and youth development in the United States: Society for Research on Adolescence consensus statement. *Journal of Research on Adolescence, 27,* 4-19.

32. *Gomez, C.J.,* & Yoshikawa, H. (2017).  Earthquake impacts: Estimating the effects of the 2010 Chilean earthquake on preschool children's learning outcomes. *Early Childhood Research Quarterly, 38,* 127-136.

33. *Bowne, J.B.,* Yoshikawa, H., & Snow, C.E. (2017).  Relationships of teachers' language and explicit vocabulary instruction to children's vocabulary growth in kindergarten.  *Reading Research Quarterly, 52,* 7-29.

34. Yoshikawa, H., Weiland, C., & Brooks-Gunn, J. (2016).  When does preschool matter? *The Future of Children, 26*(2), 21-36.

35. Poteat, V.P., Heck, N.C., Yoshikawa, H., & Calzo, J. (2016).  Advancing greater engagement in gay-straight alliances: Individual and structural contributors. *American Educational Research Journal, 53,* 1732-1758.

36. Kiang, L., Cheah, C., Huynh, V.W., Wang, Y., & Yoshikawa, H. (2016).  Annual review of Asian American psychology, 2015. *Asian American Journal of Psychology, 7,* 219-255.

37. Poteat, V. P., Calzo, J. P., & Yoshikawa, H. (2016). Promoting Youth Agency Through Dimensions of Gay–Straight Alliance Involvement and Conditions that Maximize Associations. *Journal of youth and adolescence, 45*(7), 1438-1451.

38. *Del Toro, J.,* & Yoshikawa, H. (2016).  Intersectionality in quantitative and qualitative research in psychology. *Psychology of Women Quarterly, 40,* 347-350.

39. Schindler, H.S., & Yoshikawa, H. (2016). How to identify and communicate what works in evaluation science. *Criminology and Public Policy, 15,* 661-667.

40. *Grindal, T.A., Bowne, J.B.,* Yoshikawa, H., Duncan, G.J., Magnuson, K.A., Schindler, H., & Shonkoff, J.S. (2016).  The added impact of parenting education in early childhood education programs: A meta-analysis. *Children and Youth Services Review, 70,* 238-249.

41. *McCoy, D. C.,* Morris, P., Connors, M. C., Gomez, C., & Yoshikawa, H. (2016). Differential effectiveness of Head Start in urban and rural communities.  *Journal of Applied Developmental Psychology, 43,* 29-42.

42. Britto, P.R., Lye, S., Proulx, K., Yousafzai, A., Perez-Escamilla, R., Rao, N., Ip, P., Fernald, L., McMillan, M., Hanson, M., Wachs, T., Yoshikawa, H., Yao, H., Vaivada, T., Cerezo, A., Leckman, J., & Bhutta, Z. (2016). Nurturing care: Science and effective interventions to promote early childhood development.  *The Lancet.*

43. Mistry, J., Li, J., Yoshikawa, H., Tseng, V., Tirrell, J., Kiang, L., Mistry, R., & Wang, Y. (2016).  An integrated conceptual framework for the development of Asian American children and youth. *Child Development, 87,* 1014-1032.

44. Tseng, V., Kiang, L., Mistry, J., Mistry, R., Wang, Y., & Yoshikawa, H. (2016). Taking stock and moving forward: Research on Asian American child development. *Child Development, 87,* 989-994.

45. Tseng, V., Kiang, L., Mistry, J., Mistry, R., Wang, Y., & Yoshikawa, H. (2016). Response to commentaries on taking stock and moving forward: Research on Asian American child development. *Child Development, 87,* 1066-1068.

46. Yoshikawa, H., Mistry, R., & Wang, Y. (2016).  Advancing methods in research on Asian American children and youth. *Child Development, 87,* 1033-1050.

47. *Arbour, M.C.,* Yoshikawa, H., Willett, J.B., Weiland, C., Snow, C.E., Mendive, S., Barata, M.C., & Treviño; E. (2016).  Experimental impacts of a preschool intervention in Chile on children's language outcomes: moderation by student absenteeism. *Journal of Research on Educational Effectiveness.*

48. Magnuson, K.A., Kelchen, R., Duncan, G.J., Schindler, H., Shager, H., & Yoshikawa, H. (2016). Do the effects of early childhood education programs differ by gender?  A meta-analysis. *Early Childhood Research Quarterly, 36,* 521-536.

49. *Arbour, M.C.,* Murray, K., Yoshikawa, H., Arriet, F., Moraga, C., Cordero, M. (2016). Emotional, physical and social needs of displaced 0-5 year-old children nine months after the 2010 Chilean earthquake. *Disasters.*

50. Slopen, N.B., Shonkoff, J.S., Albert, M., Yoshikawa, H., Stoltz, R., & Williams, D. (2016). Racial disparities in adverse childhood experiences among children in the United States: Interactions with family immigration history and poverty. *American Journal of Preventive Medicine, 50,* 47-56.

51. Mendive, S., Weiland, C., Yoshikawa, H., & Snow, C.E. (2016). Opening the black box: Intervention fidelity in a randomized trial of a preschool teacher professional development program in Chile. *Journal of Educational Psychology, 108,* 135-145.

52. *Bowne, J.B.,* Yoshikawa, H., & Snow, C.E. (2016). Experimental impacts of a Chilean teacher professional development program in early childhood on explicit vocabulary instruction across the curriculum. *Early Childhood Research Quarterly, 34,* 27-39.

53. Sabol, T.J., Sommer, T.E., Chase-Lansdale, P.L., Brooks-Gunn, J., Yoshikawa, H., King, C., Kathawalla, U., Alamuddin, R., *Gomez, C.,* & Ross, E.C. (2015). Parents' persistence and certification in a dual-generation program. *Children and Youth Services Review, 58,* 1-10.

54. Daelmanns, B., Black, M., Lombardi, J., Lucas, J., Richter, L., Silver, K., Britto, P., Yoshikawa, H., Perez-Escamilla, R., Macmillan, H., Dua, T., Bouhouch, R., Bhutta, Z., Darmstadt, G., & Rao, N. (2015). Effective interventions and strategies for improving early childhood development. *British Medical Journal (BMJ), 351 (Supplement 1),* 23-26.

55. Poteat, V. P., Scheer, J. R., Marx, R. A., Calzo, J. P., & Yoshikawa, H. (2015). Gay-straight alliances vary on dimensions of youth socializing and advocacy: factors accounting for individual and setting-level differences. *American Journal of Community Psychology, 55*(3-4), 422-432.

56. Ng, F., Tamis-LeMonda, C.S., Yoshikawa, H., & Sze, I.N. (2015). Inhibitory control in preschool predicts early math skills in first grade: Evidence from an ethnically diverse sample. *International Journal of Behavioral Development, 39,* 139-149,

57. *McCoy, D.,* Connors, M.C., Morris, P.A., Yoshikawa, H., & Friedman-Krauss, A.H. (2015). Neighborhood economic disadvantage and children's cognitive and social-emotional development: Exploring Head Start classroom quality as a mediating mechanism. *Early Childhood Research Quarterly, 32,* 150-159.

58. *Grindal, T.A.,* West, M.R., Willett, J., & Yoshikawa, H. (2015). The impact of home-based childcare provider unionization on the cost, type and availability of subsidized childcare in Illinois. *Journal of Policy Analysis and Management, 34,* 853-880.

59. Arbour, M., Yoshikawa, H., Atwood, S., Duran, F. R., Godoy, F., Trevino, E., & Snow, C. E. (2015). Quasi-experimental study of a learning collaborative to improve public preschool quality and children's language outcomes in Chile. *BMJ Quality and Safety, 24*(11), 727.

60. Schindler, H., *Kholoptseva, J., Oh, S.S.,* Yoshikawa, H., Duncan, G.J., Magnuson, K., & Shonkoff, J. (2015). Maximizing the potential of early childhood education to prevent externalizing behavior problems: a meta-analysis. *Journal of School Psychology, 53,* 243-263.
    *Awarded Journal of School Psychology article of the year award.*

61. Leyva, D., Weiland, C., Barata, M.C., Yoshikawa, H., Snow, C.E., Treviño, E., & Rolla, A. (2015). Teacher-child interactions in Chile and their associations with kindergarten outcomes. *Child Development, 86,* 781-799.

62. Yoshikawa, H., Leyva, D., Snow, C.E., Treviño, E., Barata, M.C., Weiland, C., Arbour, M.C., Gomez, C., & D'Sa, N. (2015). Impacts on classroom quality and child outcomes of an initiative to improve the quality of preschool education in Chile: A cluster-randomized trial. *Developmental Psychology 51,* 309-322.

63. Lipsey, M., Weiland, C., Yoshikawa, H., Wilson, S., & Hofer, K. (2015). Estimating preschool effects using the age cutoff regression-discontinuity design: Methodological issues and implications for application. *Educational Evaluation and Policy Analysis, 37,* 296-313.

64. Poteat, V.P., Yoshikawa, H., Calzo, J., Gray, M.L., DiGiovanni, C.D., Lipkin, A., Mundy-Shepherd, A., Perrotti, J., & Shaw, M. (2015). Contextualizing gay-straight alliances: student, advisor, and structural factors related to positive youth development among members. *Child Development, 86,* 176-193.

65. Weiland, C., & Yoshikawa, H. (2014). Does higher peer socioeconomic status predict gains in language and executive function skills in prekindergarten? *Journal of Applied Developmental Psychology, 35,* 422-432.

66. Weiland, C., Barata, M.C., & Yoshikawa, H. (2014). The co-occurring development of executive function skills and receptive vocabulary in preschool-aged children: A look at the direction of the developmental pathways. *Infant and Child Development, 23,* 4-21.

67. *Ramos-Olazagasti, M.A.,* Yoshikawa, H., & Shrout, P. (2014). Predicting the timing of maternal employment after birth in a low-income, ethnically diverse sample. *Community, Work, and Family, 17,* 96-114.

68. Chen, X., Zhang, G., Liang, Z., Zhao, S., Way, N., Yoshikawa, H., & Deng, H. (2014). Relations of behavioural inhibition with shyness and social competence in Chinese children: moderating effects of maternal parenting. *Infant and Child Development, 23*, 343-352.

69. Tamis-LeMonda, C. S., Song, L., Luo, R., Kuchirko, Y., Kahana-Kalman, R., Yoshikawa, H., & Raufman, J. (2014). Children's vocabulary growth in English and Spanish across early development and associations with school readiness skills. *Developmental Neuropsychology, 39*, 69-87.

70. Britto, P.R., Yoshikawa, H., Van Ravens, J., Ponguta, L.A., Reyes, M., Oh, S.S., Dimaya, R., Nieto, A.M., & Seder, R. (2014). Strengthening systems for integrated early childhood development services: Cross-national analyses of governance. *Proceedings of the New York Academy of Sciences, 1308,* 245-255.

71. Gupta, T., Way, N., McGill, R. K., Hughes, D, Santos, C. E., Jia, Y., Yoshikawa, H., Chen, X., & Lu, Z. (2013). Gender-typed behavior in friendships and wellbeing: A cross-cultural study of urban boys. *Journal of Research on Adolescence, 23,* 57-68.

72. Calzada, E., Tamis-LeMonda, C.S., & Yoshikawa, H. (2013). *Familismo* in Mexican and Dominican families from low-income, urban communities. *Journal of Family Issues, 34,* 1696-1724.

73. *Ramos, M.O.,* Shrout, P.E., & Yoshikawa, H. (2013). Risk and promotive processes in Puerto Rican youths' internalizing trajectories in Puerto Rico and New York. *Development and Psychopathology, 25,* 775-771.

74. *Weiland, C.,* & Yoshikawa, H. (2013). The impacts of an urban public prekindergarten program on children's mathematics, language, literacy, executive function, and emotional skills. *Child Development, 84*, 2112-2130.

75. Yoshikawa, H., *Kholoptseva, J.,* & Suárez-Orozco, C.S. (2013). The role of public policies and community-based organizations in the developmental consequences of parent undocumented status. *Social Policy Reports of the Society for Research in Child Development, 27*(3), 1-24.

76. Suárez-Orozco, C.S., & Yoshikawa, H. (2013). Undocumented status and children's development: Reflections on developmental and ethical challenges for this population. *New Directions for Child and Adolescent Development, 141,* 61-78.

77. Tamis-LeMonda, C.S., Sze, I., Ng, F., Kahana-Kalman, R., & Yoshikawa, H. (2013). Maternal teaching during play with 4-year-olds: Variation by ethnicity and family resources. *Merrill-Palmer Quarterly, 59*, 361-398.

78. *Halim, M.L.,* Yoshikawa, H., & Amodio, D.M. (2013). Cross-generational effects of discrimination among immigrant mothers: Perceived discrimination affects children's health care visits for illness. *Health Psychology, 32*, 203-211.

79. *Weiland, C., Ulvestad, K.,* Sachs, J., & Yoshikawa, H. (2013). Associations between classroom quality and children's vocabulary and executive function skills in an urban public prekindergarten program. *Early Childhood Research Quarterly, 28*, 199-209.

80. Gassman-Pines, A., Godfrey, E.B., & Yoshikawa, H. (2013). Maternal preferences moderate the effects of mandatory employment and education programs on children. *Child Development, 84*, 198-208.

81. Shager, H.M., Schindler, H.S., Duncan, G.J., Magnuson, K.A., Yoshikawa, H., & Hart, C. (2013). Can research design explain variation in Head Start research results? A meta-analysis of cognitive and achievement outcomes. *Educational Evaluation and Policy Analysis, 35*, 76-95.

82. Way, N., Okazaki, S., Zhao, J., Kim, J., Chen, X., Yoshikawa, H., Jia, Y., & Deng, H. (2013). Social and emotional parenting: Mothering in a changing Chinese society. *Journal of Asian American Psychology, 4,* 61-70.

83. Tamis-LeMonda, Song, L., Leavell, A.S., Kahana-Kalman, R., & Yoshikawa, H. (2012). Ethnic differences in mother-infant language and gestural communications are associated with specific skills in infants. *Developmental Science, 15*, 384-397.

84. *Ramos, M.O.,* Shrout, P.E., Yoshikawa, H., Bird, H.R., & Canino, G.J. (2012). The longitudinal relationship between parental reports of asthma and anxiety and depression symptoms among two groups of Puerto Rican youth. *Journal of Psychosomatic Research, 73,* 283-288.

85. *Roy, A.L.,* Hughes, D., & Yoshikawa, H. (2012). Exploring neighborhood effects on health and life satisfaction: Disentangling neighborhood racial density and neighborhood income. *Race and Social Problems, 4*(3-4), 193-204.

86. *Ng, F.Y.F.,* Godfrey, E.B., Tamis-LeMonda, C.S., *Hunter, C.J.,* & Yoshikawa, H. (2012). Dynamics of mothers' goals for children in ethnically diverse families across the first three years of life. *Social Development, 21,* 821-848.

87. *Weiland, C.,* & Yoshikawa, H. (2012). The effects of large-scale economic change and policies on children's developmental contexts and developmental outcomes. *Child Development Perspectives, 6*, 342-350.

88. Yoshikawa, H. (2012). Integrating methods in the science of family health: New directions. *JAMA Pediatrics, 166*, 659-661.

89. Yoshikawa, H., Way, N., & Chen, X. (2012). Large-scale economic change and youth development: The case

of urban China.  *New Directions in Youth Development, 135,* 39-55.

90. Song, L., Tamis-LeMonda, C.S., Yoshikawa, H., Kahana-Kalman, R., & Wu, I. (2012).  Language context, language experiences, and lexical development in Dominican and Mexican infants across the first two years.  *Developmental Psychology, 48,* 1106-1123.

91. Yoshikawa, H., Aber, J.L., & Beardslee, W.R. (2012).  Poverty and the mental, emotional and behavioral health of children and youth: Implications for prevention science.  *American Psychologist, 67,* 272-284.

92. *Weiland, C.,* Wolfe, C., Hurwitz, M., Clements, D., Sarama, J., & Yoshikawa, H. (2012).  Early mathematics assessment: Validation of the short form of a prekindergarten and kindergarten mathematics measure.  *Educational Psychology, 32,* 311-333.

*93.* Godfrey, E.B., & Yoshikawa, H. (2012).  Caseworker-recipient interactions: Welfare office differences, economic trajectories and child outcomes. *Child Development, 83,* 382-398.

94. Britto, P., Yoshikawa, H., & Boller, K. (2011).  Quality of early childhood development programs and policies in global contexts: Rationale for investment, conceptual framework and implications for equity.  *Social Policy Reports of the Society for Research in Child Development, 25*(2), 1-31.

**95.** Zhang, M., Chen, X., Way, N., Yoshikawa, H., Deng, H., Ke, X., Yu, W., Chen, W., He, C., Chi, X., & Lu, Z. (2011).  The association of infant self-regulatory behavior with MAOA gene polymorphism: Evidence from China.  *Developmental Science, 14,* 1059-1065.

*96.* Moreno, L., Treviño, E., Reyes, J., Godoy, F., Yoshikawa, H., Snow, C.E., Rolla, A., Arbour, M., Barata, M.C., & Mendive, S. (2011). Aftershocks of Chile's earthquake for an ongoing, large-scale experimental evaluation.  *Evaluation Review, 35,* 103-11.

97. Suárez-Orozco, C., Yoshikawa, H., Teranishi, R., & Suárez-Orozco, M. (2011).  Growing up in the shadows: The developmental implications of unauthorized status.  *Harvard Educational Review, 81,* 438-472.

98. Yoshikawa, H., & Kalil, A. (2011).  The effects of parental documentation status on the developmental contexts of young children in immigrant families**.** *Child Development Perspectives, 5,* 291-297.

*99.* *Hagelskamp, C.,* Hughes, D., Yoshikawa, H., & Chaudry, A. (2011).  Negotiating motherhood and work: A typology of role identity associations among low-income, urban women. *Community, Work and Family, 14,* 335-366.

100. *Kim, S.W.,* Fong, V.L., Yoshikawa, H., Way, N., Chen, X., Deng, H., & Lu, Z. (2010).  Income, work preferences, and gender roles among parents of infants in urban China: a mixed-method study from Nanjing.  *China Quarterly, 204,* 939-959. Reprinted in Harriet Evans and Julia Strauss (eds.). (2011), *Gender in Flux: Agency and its Limits in Contemporary China* (pp. 123-143). Cambridge, UK: Cambridge University Press.

*101.* Yoshikawa, H., Gassman-Pines, A., Morris, P.A., Gennetian, L.A., & Godfrey, E.B. (2010).  Racial/ethnic differences in effects of welfare policies on school readiness and later school achievement. *Applied Developmental Science, 14,* 137-153.

102. *Wilson, P.A.,* Diaz, R.M., Yoshikawa, H., & Shrout, P. (2009).  Drug use, interpersonal attraction, and communication: Situational factors as predictors of episodes of unprotected anal intercourse among Latino gay men.  *AIDS and Behavior, 13*(4), 691-699.

*103.* *Jia, Y.,* Way, N., Ling, G., Yoshikawa, H., Chen, X., Ke, X., & Lu, Z. (2009).  The influence of student perceptions of school climate on socio-emotional and academic adjustment: A comparison of Chinese and American adolescents.  *Child Development, 80,* 1514-1530.

104. Tamis-LeMonda, C.S., Yoshikawa, H., & Kahana-Kalman, R. (2009).  Father involvement in immigrant and ethnically diverse families from the prenatal period to the second year: Prediction and mediating mechanisms. *Sex Roles, 60,* 496-509.

*105.* Tseng, V., & Yoshikawa, H. (2008).  Reconceptualizing acculturation.  *American Journal of Community Psychology, 42,* 355-358.

*106.* Yoshikawa, H., & Way, N. (2008).  From peers to public policy: Broader social contexts of the development of children and youth in immigrant families.  *New Directions in Child and Adolescent Development, 121,* 1-9.

107. Yoshikawa, H. Godfrey, E.B., *& Rivera, A.C.* (2008).  Access to institutional resources as a measure of social exclusion: Relations with family process and cognitive development in the context of immigration.  *New Directions in Child and Adolescent Development, 121,* 73-96.

108. Yoshikawa, H., Weisner, T.S., Kalil, A., & Way, N. (2008).  Mixing qualitative and quantitative research methods in developmental science: Uses and methodological choices.  *Developmental Psychology, 44,* 344-354.

109. [Reprinted in 2013 in the APA journal *Qualitative Psychology, 1*(supplement), 3-18].

110. *Chae, D.H.,* & Yoshikawa, H. (2008).  Perceived group devaluation, depression, and HIV risk behavior among Asian gay men.  *Health Psychology, 27,* 140-148.

111. Tamis-LeMonda, C.S., Way, N., Hughes, D., Yoshikawa, H., Kahana-Kalman, R., & Niwa, E. (2008). Parents' goals for children: The dynamic co-existence of collectivism and individualism in cultures and individuals. *Social Development, 17,* 183-209.

112. *Hsueh, J.,* & Yoshikawa, H. (2007). Working nonstandard schedules and variable shifts in low-income families: Associations with parental psychological well-being, family functioning, and child well-being. *Developmental Psychology, 43,* 620-632.

113. Yoshikawa, H. (2006). Placing community psychology in the context of the social, health and educational sciences: Directions for interdisciplinary research and action. *American Journal of Community Psychology, 38,* 31-34.

114. *Gassman-Pines, A.,* & Yoshikawa, H. (2006). The effects of anti-poverty programs on children's cumulative levels of poverty-related risk. *Developmental Psychology, 42,* 981-999.

115. *Lugo-Gil, J.,* & Yoshikawa, H. (2006). *Assessing expenditures on children among low-income, immigrant and ethnically diverse families.* Working Paper 06-36, National Poverty Center, University of Michigan. http://npc.umich.edu/publications/u/working_paper06-36.pdf .

116. *Gassman-Pines, A.,* & Yoshikawa, H. (2006). Five-year effects of an anti-poverty program on entry into marriage among never-married mothers. *Journal of Policy Analysis and Management, 25,* 11-30. Reprinted in M. Pirog (2009). (Ed.) *Social experimentation, program evaluation, and public policy.* New York: Wiley-Blackwell.

117. Pedersen, S., Seidman, E., Yoshikawa, H., *Rivera, A.C.,* Allen, L., & Aber, J.L. (2005). Contextual competence: Multiple manifestations among urban adolescents. *American Journal of Community Psychology, 35,* 65-82.

118. Yoshikawa, H., *Wilson, P.A.,* Chae, H.W., & Cheng, J. (2004). Do family and friendship networks protect against the effects of discrimination on mental health and HIV risk among Asian and Pacific Islander gay men? *AIDS Education and Prevention, 16,* 84-100.

119. *Wilson, P.A.,* & Yoshikawa, H. (2004). Experiences of and responses to discrimination among Asian and Pacific Islander gay men: Their relationship to HIV risk. *AIDS Education and Prevention, 16,* 65-83.

120. Yoshikawa, H., *Wilson, P.A., Hsueh, J., Rosman, E.A.,* Kim, J., & Chin, J. (2003). What frontline CBO staff can tell us about culturally anchored theories of change in HIV prevention for Asian / Pacific Islanders. *American Journal of Community Psychology, 32,* 143-158.

121. Yoshikawa, H., Magnuson, K.A., Bos, J.M., & *Hsueh, J.* (2003). Effects of welfare and anti-poverty policies on adult economic and middle-childhood outcomes differ for the "hardest to employ." *Child Development, 74,* 1500-1521.

122. *Rosman, E.A.,* Yoshikawa, H., & Knitzer, J. (2002). Towards an understanding of the impact of welfare reform on children with disabilities and their families: Setting a research and policy agenda. *Social Policy Reports of the Society for Research in Child Development, 16*(4), 1-16.

123. Yoshikawa, H., *Rosman, E.A., & Hsueh, J.* (2002). Resolving paradoxical criteria for the expansion and replication of early childhood care and education programs. *Early Childhood Research Quarterly, 17,* 3-27.

124. Yoshikawa, H., & Seidman, E. (2001). Multi-dimensional profiles of welfare and work dynamics: Development, validation, and relationship to child cognitive and mental health outcomes. *American Journal of Community Psychology, 29,* 907-936.

125. Yoshikawa, H., & *Hsueh, J.* (2001). Child development and public policy: Toward a dynamic systems perspective. *Child Development, 72,* 1887-1903.

126. Yoshikawa, H., *Rosman, E.A., & Hsueh, J.* (2001). Variation in teenage mothers' experiences of child care and other components of welfare reform: Selection processes and developmental consequences. *Child Development, 72,* 299-317.

127. *Rosman, E.A.,* & Yoshikawa, H. (2001). Welfare reform's effects on children of adolescent mothers: Moderation by race/ethnicity, maternal depression, father involvement, and grandmother involvement. *Women and Health, 32,* 253-290.

128. Knitzer, J., Yoshikawa, H., Cauthen, N., & Aber, J.L. (2000). Welfare reform, family support, and child development: Perspectives from policy analysis and developmental psychopathology. *Development and Psychopathology, 12,* 619-632.

129. Yoshikawa, H., & Zigler, E. (2000). Mental health in Head Start: New directions for the twenty-first century. *Early Education and Development, 11,* 247-264.

130. Yoshikawa, H. (1999). Welfare dynamics, support services, mothers' earnings, and child cognitive development: Implications for contemporary welfare reform. *Child Development, 70,* 779-801.

131. Seidman, E., Chesir-Teran, D., Friedman, J.L., Yoshikawa, H., Allen, R., & Roberts, A. (1999). The risk and protective functions of perceived family and peer microsystems among urban adolescents in poverty. *American Journal of Community Psychology, 27,* 211-237.

132. Seidman, E., Yoshikawa, H., Roberts, A., Chesir, D., Aber, J.L., Allen, L., & Friedman, J.L. (1998).  The influence of structural and experiential neighborhood factors and developmental stage on the antisocial behavior of urban adolescents in poverty.  *Development and Psychopathology, 10*, 259-282.

133. Ickovics, J.R., & Yoshikawa, H. (1998).  Preventive interventions to reduce heterosexual HIV risk for women: Current perspectives, future directions.  *AIDS, 12* (supplement A), S197-S207.

134. Seidman, E., Allen, L., Aber, J.L., Mitchell, C., Feinman, J., Yoshikawa, H., Comtois, K., Golz, J., Miller, R.L., Ortiz-Torres, B., & Roper, G.C. (1995).  Development and validation of adolescent-perceived microsystem scales: Social support, hassles and involvement.  *American Journal of Community Psychology, 23*, 355-388.

135. Yoshikawa, H. (1995).  Long-term effects of early childhood programs on social outcomes and delinquency.  *The Future of Children, 5*(3), 51-75 (Special Issue: Long-Term Effects of Early Childhood Programs).

136. Yoshikawa, H. (1994).  Prevention as cumulative protection: Effects of early family support and education on chronic delinquency and its risks.  *Psychological Bulletin, 115*, 28-54.

**Chapters (students and advisees italicized)**

1. Yoshikawa, H. (in preparation).  Family-school partnerships among mixed-status immigrant families in the United States.  In C. McWayne, F. Doucet, & S.M. Sheridan (Eds.), *Research on Family-School Partnerships: Ethnocultural Diversity and the Home-to-School Link*.  New York: Springer.

2. Oburu, P., & Yoshikawa, H. (in preparation). Potential roles of multiple stakeholder partnerships in addressing conceptual and implementation challenges of Sustainable Development Goal 4. In S. Verma & A. Petersen (Eds.), *Developmental science and the 2015-2030 Sustainable Development Goals*.  New York: Springer.

3. Motta, A.C., & Yoshikawa, H. (in preparation). Challenges of Sustainable Development Goal 4 for a culturally diverse world: Infusing culture in ECD policy in Colombia's "Modalidad Propia." In S. Verma & A. Petersen (Eds.), *Developmental science and the 2015-2030 Sustainable Development Goals*.  New York: Springer.

4. Yoshikawa, H., Wuermli, A., & Aber, J.L. (in press). Mitigating the impact of forced displacement and refugee and unauthorized migration on youth: Integrating developmental processes with intervention research. In M. Suarez-Orozco & M. Sorondo (Eds.), *Humanitarianism and migration*. Berkeley, CA: University of California Press.

5. Yoshikawa, H. (in press).  Resisting "us vs. them:" Immigrants and our common humanity. In N. Way, A. Ali, C. Gilligan, & P. Noguera (Eds.), *Advancing our common humanity: Towards a single science to address the crisis of disconnection*. New York: New York University Press.

6. *Wuermli, A.,* & Yoshikawa, H. (2017).  Dual-generation approaches to address adolescent motherhood and human development in the context of economic downturns and poverty in low- and middle-income countries. In A. Petersen, F. Motti, C. Spiel, & S. Verma (Eds.), *Positive youth development in global contexts of social and economic change*.  Baltimore, MD: Taylor and Francis.

7. *Rojas, N.,* & Yoshikawa, H. (2016).  Undocumented status and positive child development in the United States and Europe.  In N. Cabrera & N. Gonzales (Eds.), *Positive development of minority children*.  New York: Springer.

8. *Gomez, C.,* & Yoshikawa, H. (2016).  Understanding and integrating structure and culture in family interventions.  In M. Bond, C.B. Keys, & I. Serrano-Garcia (Eds.)*, Handbook of community psychology*.  Washington, DC: American Psychological Association.

9. *Whipps, M.,* & Yoshikawa, H. (2016). Studying undocumented parents and their citizen children in the United States.: the role of social justice in research. In S. Horn, L Liben, & M. Ruck (Eds.), *Equity and justice in developmental science: Implications for young people, families and communities* (pp. 231-255). London: Elsevier.

10. Arbour, M.C., Yoshikawa, H., Duran Mellado, F.R., Zeribi, K.A., Marzolo Malagarriga, M., & Snow, C.E. (2016). Continuous quality improvement and collaborative learning to improve adaptability and scalability in a professional development programme for preschool teachers in Chile. In Consultative Group on Early Childhood Development (Ed.), *Global report on equity and early childhood* (pp. 110-120). Leiden, Netherlands: Consultative Group on Early Childhood Development and International Step-by-Step

Association.

11. Huston, A.C., Duncan, G.J., & Yoshikawa, H. (2016).  Mixed methods contributions to understanding anti-poverty policies: Four case studies.  In C. M. Hay (Ed.), *Methods that matter: Integrating mixed methods for more effective social science research.*  Chicago: University of Chicago Press.

12. Yoshikawa, H., *Nieto, A.M.,* Sommer, T.E., Chase-Lansdale, L., & *Senders, O.* (2016).  Money, time and peers in antipoverty programs for low-income families. In C.S. Tamis-LeMonda and L. Balter (Eds.), *Child psychology: A handbook of contemporary issues.*  New York: Taylor and Francis.

13. Suarez-Orozco, C., & Yoshikawa, H. (2015).  The shadow of undocumented status.  In C. Suarez-Orozco, M.M. Abo-Zena, & A.K. Marks (Eds.), *Transitions: The development of children of immigrants* (pp. 97-118). New York: New York University Press.

14. Suarez-Orozco, C., Yoshikawa, H., & Martin, M. (2015).  Future directions: Implications for research, practice and policy. In C. Suarez-Orozco, M.M. Abo-Zena, & A.K. Marks (Eds.),  *Transitions: The development of children of immigrants* (pp. 297-322). New York: New York University Press.

15. Yoshikawa, H, & McCartney, K. (2014).  A future for preschool in the U.S.: Integrating innovations from global perspectives.  In K. McCartney, H. Yoshikawa, & L. Forcier (Editors).  *Improving the odds for America's children: Policies for the future.*  Cambridge, MA: Harvard Education Press.

16. McCartney, K., Yoshikawa, H., & Forcier, L. (2014).  Preface.  In K. McCartney, H. Yoshikawa, & L. Forcier (Editors).  *Improving the odds for America's children: Policies for the future.*  Cambridge, MA: Harvard Education Press.

17. *Nieto, A.M.,* & Yoshikawa, H. (2013).  Beyond families and schools: Future directions in practice and policy for children in immigrant families. In E.T. Gershoff, R.S. Mistry, & D.A. Crosby (Eds.), *Societal contexts for child development.*  New York: Oxford University Press.

18. *Barata, M.C.,* & Yoshikawa, H. (2013).  Mixed methods in the study of child well-being.  In A. Ben-Arieh, J. Casas, I. Frones, & J.E. Korbin (Eds.), *Handbook of child well-being* (pp. 2879-2893).  New York: Springer.

19. Yoshikawa, H., & *Nieto, A.M.* (2013).  Paradigm shifts and new directions in research on early childhood development programs in low- and middle-income countries.  In P. Britto, P. Engle, & C. Super (Eds.), *Handbook of global early childhood development research and its impact on policy* (pp. 487-500).  New York: Oxford University Press.

20. Fong, V., Zhang, C., Kim, S.W., Yoshikawa, H., Way, N., Chen, X., Lu, Z., & Deng, H. (2012). Gender role expectations and Chinese mothers' aspirations for their toddler daughters' independence and excellent.  In A. Kipnis (Ed.), *Chinese modernity and the individual psyche* (pp. 89-118).  New York: Palgrave Macmillan.

21. *Zhao, X.,* & Yoshikawa, H. (2012). Parent and child citizenship status and youth development.  In E. Grigorenko (Ed.), *U.S. Immigration and Education: Cultural and Policy Issues Across the Lifespan*  (pp. 59-76). New York: Springer.

22. *Bowne, J.B.,* & Yoshikawa, H. (2012).  Children of undocumented parents.  In J.A. Banks (Ed.)*, Encyclopedia of diversity in education.*  Thousand Oaks, CA: Sage.

23. *Schindler, H.S.,* & Yoshikawa, H. (2012).  Preventing crime in the preschool years.  In D. Farrington and B. Welsh (Eds.), *The Oxford handbook of crime prevention* (pp. 70-88).  New York: Oxford University Press.

24. *Yuan, Y.M.,* & Yoshikawa, H. (2011).  Conceptualizing and improving Asian American youth programs: A setting-level approach.  In F. T. Leong, L. Juang, D.B. Qin, & H.E. Fitzgerald (Eds.), *Asian American and Pacific Islander Children and Mental Health: Volume 2. Prevention and Treatment* (pp. 225-250).  Santa Barbara, CA: ABC-CLIO.

25. *Oh, S.S.,* & Yoshikawa, H. (2011). Examining spiritual capital across ecological systems: Developmental implications for children and adolescents in immigrant families.  In C. Garcia Coll (Ed.) *The impact of immigration on children's development* (pp. 77-98).  Basel, Switzerland: Karger.

26. Yoshikawa, H., & *Currie, M.* (2011).  Culture, public policy, and child development.  In X. Chen & K. Rubin (Eds.), *Socioemotional Development in Cultural Context* (pp. 53-71).  New York: Guilford press.

27. Yoshikawa, H., &  *Ramos Olazagasti, M.A.* (2010).  The neglected role of community narratives in culturally anchored prevention and public policy.  In M.S. Aber, K. Maton, & E. Seidman (Eds.), *Empowering settings and voices for social change* (pp. 173-192).  New York: Oxford University Press.

28. Tamis-LeMonda, C.S., *Niwa, E.,* Kahana-Kalman, R., & Yoshikawa, H. (2008).  Breaking new ground: Chinese, Mexican, and Dominican fathers in New York City.  In S. Chuang & R. Moreno (Eds.), *On new shores: Understanding immigrant fathers in North America* (pp. 231-256).  New York: Lexington Books.

29. Yoshikawa, H., & Shinn, M. (2008).  Improving youth-serving social settings: Intervention strategies for schools, youth programs, and communities. In M.Shinn & H. Yoshikawa (Eds.), *The power of social settings: Promoting youth development by changing schools and community programs* (pp. 350-363).  New York: Oxford University Press.

30. Shinn, M., & Yoshikawa, H. (2008). Introduction. In M.Shinn & H. Yoshikawa (Eds.), *The power of social settings: Promoting youth development by changing schools and community programs* (pp. 3-20).  New York: Oxford University Press.

31. Yoshikawa, H., McCartney, K, Myers, R., Bub, K., Lugo-Gil, J., Knaul, F., & Ramos, M. (2006).  Educación Preescolar en México.  In F. Reimers (Ed.), *Aprender Mas y Mejor: Políticas, Programas y Oportunidades de Aprendizaje en Educación Básica en México 2000-2006*.  Mexico City: Fonda Cultura y Economica.

32. *Wilson, P.A.,* & Yoshikawa, H. (2007).  Improving access to quality health care among African American, Asian and Pacific Islander, and Latino lesbian, gay, and bisexual populations.  In I.H. Meyer & M.E. Northridge (Eds.), *The health of sexual minorities: Public health perspectives on lesbian, gay, bisexual, and transgender populations* (pp. 607-637). New York: Springer.

33. Yoshikawa, H., & Godfrey, E.B. (2007).  Using developmental evidence on behavioral school readiness to inform prevention and policy.  In A.C. Crouter & A. Booth (Eds.), *Early disparities in school readiness* (pp. 259-268).  Mahwah, NJ: Erlbaum.

34. Yoshikawa, H., Weisner, T.S., & Lowe, E.D. (2006).  Raising children where work has disappeared.  In H. Yoshikawa, T.S. Weisner, & E. Lowe (Eds.), *Making it work: Low-wage employment, family life, and children's development* (pp. 1-24).  New York: Russell Sage Foundation.

35. Yoshikawa, H., Lowe, E.D., Weisner, T.S., *Hsueh, J., Enchautegui-de-Jesus, N., Gassman-Pines, A., Godfrey, E.B.,* Howard, E., Mistry, R., & *Roy, A.L.* (2006).  Pathways through low-wage work.  In H. Yoshikawa, T.S. Weisner, & E. Lowe (Eds.), *Making it work: Low-wage employment, family life, and children's development* (pp. 27-53).  New York: Russell Sage Foundation.

36. Yoshikawa, H., Gassman-Pines, A., Weisner, T.S., & Lowe, E.D. (2006).  Summary and policy implications: Improving the world of work for low-income parents and their children.  In H. Yoshikawa, T.S. Weisner, & E. Lowe (Eds.), *Making it work: Low-wage employment, family life, and children's development* (pp. 307-335).  New York: Russell Sage Foundation.

37. Yoshikawa, H., Lowe, E.D., *Gassman-Pines, A.,* Bos, J.M., Weisner, T.S., *Nikulina, N., & Hsueh, J.* (2006).  Pathways through low-wage work: Do they matter for children?  In H. Yoshikawa, T.S. Weisner, & E. Lowe (Eds.), *Making it work: Low-wage employment, family life, and children's development* (pp. 54-74).  New York: Russell Sage Foundation.

38. *Enchautégui-de-Jesus, N.,* Yoshikawa, H., & McLoyd, V.C. (2006).  How mothers in New Hope experienced job quality.  In H. Yoshikawa, T.S. Weisner, & E. Lowe (Eds.), *Making it work: Low-wage employment, family life, and children's development* (pp. 75-96).  New York: Russell Sage Foundation.

39. *Roy,A.L.,* Yoshikawa, H., *& Nay, S.* (2006).  Discrimination in the low-wage workplace: The unspoken barrier to employment.  In H. Yoshikawa, T.S. Weisner, & E. Lowe (Eds.), *Making it work: Low-wage employment, family life, and children's development* (pp. 124-144).  New York: Russell Sage Foundation.

40. Weisner, T.S., Yoshikawa, H., Lowe, E.D., & Carter, F. (2006).  "I Want What Everybody Wants": Goals, Values, and Work in the Lives of New Hope Families.  In H. Yoshikawa, T.S. Weisner, & E. Lowe (Eds.), *Making it work: Low-wage employment, family life, and children's development* (pp. 147-172).  New York: Russell Sage Foundation.

41. *Gassman-Pines, A.,* Yoshikawa, H., & *Nay, S.* (2006).  Can money buy you love?  Dynamic employment characteristics, the New Hope program and entry into marriage.  In H. Yoshikawa, T.S. Weisner, & E. Lowe (Eds.), *Making it work: Low-wage employment, family life, and children's development* (pp. 206-232).  New York: Russell Sage Foundation.

42. *Godfrey, E.B.,* & Yoshikawa, H. (2006).  Do formal work support services work?  Experiences of the New Hope and Wisconsin Works (W-2) programs.  In H. Yoshikawa, T.S. Weisner, & E. Lowe (Eds.), *Making it work: Low-wage employment, family life, and children's development* (pp. 273-304).  New York: Russell Sage Foundation.

43. Yoshikawa, H., Morris, P.A., Gennetian, L.A., *Roy, A.L., Gassman-Pines, A., & Godfrey, E.B.* (2006).  Effects of anti-poverty and employment policies on middle-childhood school performance: Do they vary by race/ethnicity, and if so, why?  In A.C. Huston & M. Ripke (Eds.), *Middle childhood: Contexts of*

*development*.  New York: Cambridge University Press.

44. Yoshikawa, H., *Wilson, P.A.,* Shinn, M., & Peterson, J.L. (2005).  Multiple pathways to community-level impacts in HIV prevention: Implications for conceptualization, implementation, and evaluation of interventions.  In E.J. Trickett & W. Pequegnat (Eds.), *Community interventions and AIDS* (pp. 28-55).  New York: Oxford University Press.

45. Fuligni, A.J., & Yoshikawa, H. (2004).  Parental investments in children in immigrant families.  In A. Kalil & T. DeLeire (Eds.), *Parent investments in children: Resources and behaviors that promote success* (pp. 139-161).  Mahwah, NJ: Lawrence Erlbaum.

46. Fuligni, A.J., & Yoshikawa, H. (2003).  Socioeconomic resources, parenting, and child development among immigrant families.  In M. Bornstein & R. Bradley (Eds.), Socioeconomic status, parenting, and child development (pp. 107-124).  Mahwah, NJ: Lawrence Erlbaum.

47. Yoshikawa, H., & Shinn, M. (2002).  Facilitating change: Where and how should community psychology intervene?  In T.A. Revenson, A. D'Augelli, A. S.E. French, D. Hughes, D. Livert, E. Seidman, M. Shinn, & Yoshikawa, H. (Editors), *A quarter century of community psychology* (pp. 33-49).  New York: Plenum.

48. Yoshikawa, H., & Seidman, E. (2000).  Competence among urban adolescents in poverty: Multiple forms, contexts, and developmental processes.  In R. Montemayor, G.R. Adams, & T.P. Gullotta (eds.), *Advances in adolescent development: Vol. 10: Adolescent diversity in ethnic, economic, and cultural contexts* (pp. 9-42).  Thousand Oaks, CA: Sage Publications.

49. Yoshikawa, H. (2000).  Community prevention and intervention: Prevention with young children. In A.E. Kazdin (Ed.), *Encyclopedia of psychology*.  Washington, DC: American Psychological Association and New York: Oxford University Press.

50. Allen, L., Denner, J., Yoshikawa, H., Seidman, E., & Aber, J.L. (1996).  Acculturation and depression among Latina urban girls.  In B.J.R. Leadbeater & N. Way (Eds.), *Urban adolescent girls: Resisting stereotypes, creating identities* (pp. 337-352).  New York: New York University Press.

## U.S. AND INTERNATIONAL POLICY PUBLICATIONS (students and advisees in italics)

1. *Kabay, S.B., Rojas, N.,* Yoshikawa, H., & *Rosenbach, S.R.* (2017).  *Instrumento de Valoración de Desarrollo y Aprendizaje de Niños (IVDAN) Direct Child Assessment Results from Eje Cafetero: Full Technical Report.*  New York: NYU Global TIES for Children Center

2. *Rojas, N.M.,* Yoshikawa, H., *Kabay, S.B., & Rosenbach, S.B.* (2017).  *Instrumento do Medición de Calidad de al Educación Inicial para Colombia (IMCEIC) Observational Quality Results from Eje Cafetero: Full Technical Report.* New York: NYU Global TIES for Children Center

3. *Rojas, N.M.,* Yoshikawa, H., *Rosenbach, S.B., & Kabay, S.B.* (2017).  *Associations between the IMCEIC and the IVDAN from Eje Cafetero: Full Technical Report.* New York: NYU Global TIES for Children Center.

4. *Rosenbach, S.R.,* Miller, E.B., Yoshikawa, H., *Rojas, N.M., & Kabay, S.B.* (2017). *Instrumento de Valoración de Desarrollo y Aprendizaje de Niños (IVDAN) Teacher and Parent Report Results from Eje Cafetero: Full Technical Report.*  New York: NYU Global TIES for Children Center.

5. Tamis-LeMonda, C.S., Yoshikawa, H., & Kuchirko, Y. (2017).  *Everyday Readiness for the Youngest New Yorkers (birth to three): Overview and Structure of Indicators, Messages and Measures.* Overview of Birth to Three indicators, messages and measures for New York City; commissioned by the New York City Children's Cabinet.

6. Yoshikawa, H., Raikes, A., & Wuermli, A. (2017).  *Measurement options for Sustainable Development Goal Target 4.2, Indicator 1.*  Working paper commissioned by UNESCO Institute for Statistics, Global Alliance to Monitor Learning.

7. Yoshikawa, H. (2017). The developmental challenges faced by children of undocumented immigrants.  http://bold.expert/the-developmental-challenges-faced-by-children-of-undocumented-immigrants/

8. Yoshikawa, H. (2017).  Integrating rigor and relevance in research: Three questions (commentary solicited by the William T. Grant Foundation). http://wtgrantfoundation.org/digest/integrating-rigor-relevance-research-three-questions

9. Chase-Lansdale, P.L., Sommer, T.E., Sabol, T.S., Chor, E., Brooks-Gunn, J., Yoshikawa, H., King, C., & Morris, A. (2017).  *What are the effects of pairing Head Start services for children with career pathways training for parents?*  Policy brief, Ascend at the Aspen Institute.

10. ECD Action Network Data Task Force (2017; primary author for 2 of 5 documents within this set). *Global and national-level data, measurement and research draft deliverables and global goods for the Early Childhood Development Action Network*. World Bank and UNICEF: Early Childhood Development Action Network.

11. Huebner, G., Boothby, N., Aber, J.L., Darmstadt, G., Diaz, A., Masten, A., Yoshikawa, H., Sachs, J., et al. (2016). *Beyond survival: The case for investing in young children globally*. Washington, DC; National Academies of Medicine, Science and Engineering.

12. Riley, A., Dixon-Roman, E., Entwistle, B., Etzel, R., Masten, A., McGeary, K.A., & Yoshikawa, H. (2016) [all authors after first author alphabetical]. *Why the United States needs a national birth cohort study*. Washington, DC; National Academies of Medicine, Science and Engineering.

13. Harvard Center on the Developing Child (2016). *From best practices to breakthrough impacts: A science-based approach to building a more promising future for young children and families facing adversity*  [contributing author as member of the National Forum on Early Childhood Policy and Programs]. Cambridge, MA: Author.

14. Waters, M., & Pineau, M.G. (2015). (Eds.). *The Integration of Immigrants into American Society:* (Consensus Report of the National Academy of Sciences Committee on the Integration of Immigrants into American Society; contributing author and member of the Committee).  Washington, DC: National Academy Press.

15. Aboud, F., Rao, N., Yoshikawa, H., & Technical Advisory Group on Quality of Early Learning Environments (2015).  *Measure of the Early Learning Environment*.  Observational measure of quality for low- and middle-income countries commissioned by the Measuring Early Learning and Quality Outcomes (MELQO) project (co-sponsored by the Brookings Institution, UNESCO, the World Bank, and UNICEF).  Piloted in national samples in Tanzania and (adaptation; see below) in Colombia, 2015 and 2016.

16. Ministry of Education, Colombia; Kagan, S.L., Ponguta, A., & Yoshikawa, H. (2016).  *Colombian Early Learning Quality (CELQI) instrument*.  Observational measure of the quality of preprimary education in Colombia.  Measure commissioned by the Ministry of Education of Colombia. Adapted and piloted in the countries of Nicaragua and Peru, 2016.

17. Yoshikawa, H., & *Kabay, S.B.* (2015).  *The evidence base on early childhood care and education in global contexts*. Background paper, UNESCO 2015 Global Monitoring Report on Education for All.  Paris: UNESCO. Available at: http://unesdoc.unesco.org/images/0023/002324/232456e.pdf

18. Suarez-Orozco, C., Yoshikawa, H., & Tseng, V. (2015). *Intersecting inequalities: Research to reduce inequality for immigrant-origin children and youth*. Report, William T. Grant Foundation. Available at: http://blog.wtgrantfoundation.org/post/111903703827/intersecting-inequalities-research-to-reduce

19. [Consensus Statement] (2014).  *Research strongly supports investment in early childhood education*.  Consensus statement, signed by over 1,000 researchers, summarizing Yoshikawa, Weiland, Brooks-Gunn, Burchinal, Espinosa, Gormley, Ludwig, Magnuson, Phillips, & Zaslow (2013) policy brief synthesizing the evidence on preschool education (see below).  Available at: https://sites.google.com/site/ececonsensusletter/ Statement utilized in briefings in Capitol Hill on ESEA and in testimony to the Seattle City Council on universal preK implementation.

20. Yoshikawa, H. (2014).  Testimony presented at U.S. House of Representatives hearing on "The Impact of Current Immigration Policy on Women and Children," May.

21. Yoshikawa, H. (2014). Testimony to the Senate HELP Committee, Full-Committee Hearing on Supporting Children and Families through Investments in High-Quality Early Education, February 6, 2014.  http://www.help.senate.gov/imo/media/doc/Yoshikawa.pdf

22. Yoshikawa, H, & Weiland, C. (2014).  Testimony to the Seattle City Council on universal preschool: http://clerk.seattle.gov/public/meetingrecords/2014/cbriefing20140203_4a.pdf

23. Yoshikawa, H., Ponguta, A., Nieto, A.M., Van Ravens, J., Portilla, X., Britto, P.R., & Leyva, D. (2014). *Mecanismos de Implementación, Gobernanza, Financiación y Sostenibilidad de la Estrategia De Cero a Siempre*. Early childhood policy brief: President's office, Colombia (multiple recommendations incorporated into the 2015-2019 National Development Plan of the country of Colombia).

24. Yoshikawa, H., Weiland, C., *Ulvestad, K.,* Perreira, K., Crosnoe, R., Chaudry, A., Fortuny, K., & Pedroza, J. (2014).  *Improving access of low-income immigrant families to health and human services: The role of community-based organizations* (Policy Brief No. 4, Immigrant Access to Health and Human Services Project).  Washington, DC: The Urban Institute.

25. Kalil, A., Yoshikawa, H., & Ziol-Guest, K. (2014).  Developmental psychology and poverty in global contexts: The role of the family.  Background paper for *Barriers and Opportunities at the Base of the Pyramid*. Istanbul: UNDP Instanbul International Center for Private Sector in Development.

26. Arbour, M.C., Yoshikawa, H., & Treviño, E. (2014).  *Análisis de asistencia a los niveles de transición 1 y 2 en escuelas municipales de Santiago de Chile*.  Santiago de Chile: Fundación Educacional Oportunidad.

27. Thematic Group on Early Childhood Development, Education and the Transition to Work, U.N. Sustainable Development Solutions Network (2014; primary author). *Young children as a basis for sustainable development (Issue Brief).* Issue brief to inform the post-2015 global development goals regarding children. http://unsdsn.org/resources/publications/young-children-as-a-basis-for-sustainable-development/

28. Yoshikawa, H., Ponguta, L.A., *Nieto, A.M.,* Van Ravens, J., *Portilla, X.A.,* Britto, P.R., & Leyva, D. (2014). *Evaluating Mechanisms for Governance, Finance and Sustainability of Colombia's Comprehensive Early Childhood Development Policy De Cero a Siempre (Report to the President's Office of Colombia).* New York: New York University.

29. Chavan, M., Yoshikawa, H, & Thematic Group on Early Childhood Development, Education and the Transition to Work (2013). *The future of our children: Lifelong, multi-generational learning for sustainable development.* New York, Paris, and New Delhi: U.N. Sustainable Development Solutions Network.

30. Yoshikawa, H., Weiland, C., Brooks-Gunn, J., Burchinal, M., Espinosa, L., Gormley, W., Ludwig, J.O., Magnuson, K.A., Phillips, D.A., & Zaslow, M. (2013). *Investing in our future: The evidence base on preschool education.* New York: Foundation for Child Development and Ann Arbor, MI: Society for Research in Child Development. Available at: http://fcd-us.org/sites/default/files/Evidence%20Base%20on%20Preschool%20Education%20FINAL.pdf

31. Head Start Advisory Committee on Research and Evaluation (2012). *Advisory committee on Head Start research and evaluation: Final report (contributing member of the committee).* Washington, DC; Administration for Children and Families.

32. Perreira, K. M., Crosnoe, R., Fortuny, K., Pedroza, J., Ulvestad, K., Weiland, C., Yoshikawa, H., & Chaudry, A. (2012). Barriers to immigrants' access to health and human services programs. *ASPE / Urban Institute Research Brief. Washington, DC: Office of the Assistant Secretary for Planning and Evaluation. http://www. urban. org/ publications/413260. html.*

33. Crosnoe, R., Pedroza, J.M., Purtell, K., Fortuny, K., Perreira, K.M., Ulvestad, K., Weiland, C., Yoshikawa, H., & Chaudry, A. (2012). *Promising practices for increasing the access of immigrants to health and human services (ASPE / Urban Institute Research Brief).* Washington, DC: U.S. Department of Health and Human Services.

34. Britto, P.R., Yoshikawa, H., Van Ravens, J., Ponguta, A., Reyes, C., Oh, S.S., Dimaya, R., & Seder, R. (2013). *Understanding the governance of early childhood development and education services and systems in low-income countries.* The Hague: Bernard Van Leer Foundation and Florence, Italy: UNICEF Innocenti Research Centre. http://www.unicef-irc.org/publications/pdf/iwp_2013_7.pdf

35. Yoshikawa, H., & *Kholoptseva, J.* (2013). *Unauthorized parents and their children's development: A synthesis of the evidence.* Washington, DC: Migration Policy Institute. Available at: http://www.migrationpolicy.org/pubs/COI-Yoshikawa.pdf.

36. Yoshikawa, H., *Oh, S.S.,* Seder, R., Britto, P.R., & Van Ravens, J. (2011). *Governance and finance of early childhood development services in Cambodia: Policy architecture and links with access, equity and quality.* Report to the UNICEF country office, Cambodia (providing input to the development of the National Action Plan for Early Childhood Development for the Kingdom of Cambodia).

37. Harvard Center on the Developing Child (2010). *The foundations of lifelong health are built in early childhood.* Cambridge, MA: Author.

38. National Forum on Early Childhood Programs and Policies (2010). *Early childhood programs evaluations: A decision-makers' guide* [One of six principal contributing authors, including Jack Shonkoff, Greg Duncan, Katherine Magnuson, Deborah Phillips, and Jeanne Brooks-Gunn]. Cambridge, MA: Harvard University Center on the Developing Child. Available at: developingchild.harvard.edu/index.php/download_file/-/view/68/

39. National Forum on Early Childhood Programs and Policies (2010). *Understanding the Head Start Impact Study (Issue Brief)* [One of six principal contributing authors, including Jack Shonkoff, Greg Duncan, Katherine Magnuson, Deborah Phillips, and Jeanne Brooks-Gunn]. Cambridge, MA: Harvard University Center on the Developing Child. Available at: developingchild.harvard.edu/download_file/-/view/627/

40. National Forum on Early Childhood Program Evaluation (2008). *A primer for policy makers on evaluation studies.* Harvard University: The Center on the Developing Child. [One of six principal contributing authors, including Jack Shonkoff, Greg Duncan, Katherine Magnuson, Deborah Phillips, and Helen Raikes]. http://www.developingchild.harvard.edu/content/downloads/Policy_Framework.pdf

41. National Forum on Early Childhood Program Evaluation (2008). *Workforce development, welfare reform, and child well-being* (Working Paper). Harvard University: The Center on the Developing Child. [One of six principal contributing authors, including Jack Shonkoff, Greg Duncan, Katherine Magnuson, Deborah Phillips, and Helen Raikes].

42. Yoshikawa, H., McCartney, K, Myers, R., Bub, K., Lugo-Gil, J., Knaul, F., & Ramos, M. (2007). *Preschool*

*education in Mexico: Expansion, Quality Improvement, and Curricular Reform.*  Florence, Italy: UNICEF Innocenti Research Centre Working Paper.  Available at: http://www.unicef-irc.org/publications/pdf/iwp_2007_03.pdf

43. National Forum on Early Childhood Program Evaluation and National Scientific Council on the Developing Child (2007).  *A science-based framework for early childhood policy.*  Harvard University: The Center on the Developing Child.  [One of six principal contributing authors, including Jack Shonkoff, Greg Duncan, Katherine Magnuson, Deborah Phillips, and Helen Raikes].  http://www.developingchild.harvard.edu/content/downloads/Policy_Framework.pdf .

44. Gootman, J., & Smolensky, E. (Eds.). (2003).  *Working families and growing kids: Caring for children and adolescents* (Consensus Report of the National Academy of Sciences / Institute of Medicine Committee on Family and Work Policies).  Washington, DC: National Academy Press.

45. Head Start Advisory Committee on Research and Evaluation (1999).  *Advisory Committee on Head Start Research and Evaluation: Final report* (recommendation for design of the Congressionally-mandated National Head Start Impact Study (contributing author as member of committee).  Washington, DC; Administration for Children and Families.

46. Yoshikawa, H., & Knitzer, J. (1997).  *Lessons from the field: Head Start mental health strategies to meet changing needs.*  New York: National Center for Children in Poverty and American Orthopsychiatric Association.

## MENTORSHIP (as primary faculty mentor)

Completed doctorates, serving as chair / primary advisor:
Elisa Altman Rosman (NYU, 2003; currently Adjunct Professor, George Washington University and Georgetown University)
JoAnn Hsueh (NYU, 2004; currently Deputy Director, Division of Children and Families, MDRC)
Patrick A. Wilson (NYU, 2004; currently Associate Professor of Sociomedical Sciences, Columbia University)
Rachel Becker-Klein (NYU, 2005; currently Adjunct Professor of Psychology, Keene College)
Anna Gassman-Pines (NYU, 2007; currently Associate Professor of Public Policy and Psychology, Duke University)
Ann C. Rivera (NYU, 2008); currently Program Officer at the Administration for Children, Youth and Families, Office of Policy Research and Evaluation, U.S. Department of Health and Human Services
Pia Caronongan (Harvard Graduate School of Education, 2009; currently Research Associate, Mathematica Policy Research)
Amanda L. Roy (NYU, 2010; currently Assistant Professor of Psychology, University of Illinois at Chicago)
Erin Godfrey (NYU, 2010; currently Associate Professor of Applied Psychology, New York University)
Maria A. Ramos (NYU, 2010; currently Research Associate, Child Trends and affiliated faculty member, Columbia University Medical School)
Maggie Yuan (Harvard Graduate School of Education, 2011; currently Research Associate, Human Services Research Institute)
M. Clara Barata (Harvard Graduate School of Education, 2011; currently Researcher, University of Coimbra, Coimbra, Portugal.
Christina Weiland (Harvard Graduate School of Education, 2011; currently Assistant Professor of Education, University of Michigan)
Madeleine Currie (Harvard Graduate School of Education, 2011; currently Resident Dean for Freshmen, Harvard University)
Todd Grindal (Harvard Graduate School of Education, 2013; currently Senior Researcher, SRI)
Jocelyn Bowne (Harvard Graduate School of Education, 2014: currently Research and Evaluation lead for federally prekindergarten program of Massachusetts, Massachusetts Department of Education)
Sofia Bahena (Harvard Graduate School of Education, 2014; currently Assistant Professor of Education, University of Texas San Antonio)
Soojin S. Oh (Harvard Graduate School of Education, 2015; currently Assistant Professor of Education, University of Washington Seattle)
Celia Gomez (Harvard Graduate School of Education, 2016; currently Associate Policy Researcher, RAND Corporation).
Jenya Kholoptseva (Harvard Graduate School of Education, 2016).
Cong Zhang (Harvard Graduate School of Education, 2016), Lecturer (equivalent of Assistant Professor in the U.S.), Fudan University, Shanghai, China.
Ana Maria Nieto (Harvard Graduate School of Education, 2017); Director of Early Childhood, Ministry of

Education, country of Colombia.

Post-doctoral fellows mentored:

2003-2006: Julieta Lugo-Gil (Ph.D., Economics, New York University; currently Research Associate in children and families, Mathematica Policy Research).

2006-2008: Sylvia Epps (Ph.D., Developmental Psychology, University of Texas at Austin); currently Deputy Director, Decision Information Resources, Houston, TX.

2008-2011:  Holly Schindler (Ph.D., Developmental Psychology, Boston College); post-doctoral fellow at the Harvard Center on the Developing Child; currently Assistant Professor of Education, University of Washington (Seattle).

2009-2013: Mary Catherine Arbour (M.D.); currently Instructor, Harvard Medical School and Director of Continuous Quality Improvement with networked learning communities, *Un Buen Comienzo*, Chile, as well as for U.S. federal 9-state home visiting initiative.

2009-2013: Diana Leyva (Ph.D.), Post-doctoral fellowship at the Harvard Graduate School of Education; currently Assistant Professor of Psychology, Davidson College.

2013–2015:  Dana Charles McCoy (Ph.D., New York University; NIH NRSA postdoctoral fellowship at the Harvard Graduate School of Education; currently Assistant Professor of Education, Harvard Graduate School of Education).

2015 – 2016: Sharon Wolf (Ph.D., New York University); currently Assistant Professor of Education, University of Pennsylvania Graduate School of Education.

2016 - : Alice Wuermli (Ph.D. University of California Davis), Research Scientist

Faculty mentored:

2008-2013  Mentor, William T. Grant Foundation Scholars program, Prof. Nonie Lesaux, Harvard Graduate School of Education.

Current doctoral advisees:

Sarah Barton Kabay, Natalia Rojas, Mackenzie Whipps, Sarah Rosenbach, Anaga Ramachandran, Andrew Nalani

Recent masters and undergraduate research advisees (last 2 years):
NYU: Taylor Rathus and Derrick Reyes (masters); Ahmed Alif and Bryan Nelson (undergraduate)

## STUDENTS' AND ADVISEES' HONORS AND EXTERNAL FELLOWSHIPS (awarded for work conducted while serving as primary faculty mentor)

| | |
|---|---|
| 2017-2018 | Sarah B. Kabay (doctoral advisee, NYU): National Academy of Education / Spencer Foundation Pre-Doctoral Fellowship. |
| 2016-2018 | Natalia Rojas (doctoral advisee, NYU): IES PIRT two-year fellowship. |
| 2016-2018 | Sarah B. Kabay (doctoral advisee, NYU): IES PIRT two-year fellowship. |
| 2015-2016 | Celia Gomez (doctoral advisee, Harvard Graduate School of Education): National Academy of Education/ Spencer Foundation Pre-Doctoral Fellowship. |
| 2015 | Celia Gomez (doctoral advisee, Harvard Graduate School of Education): AERA Dissertation Fellowship (declined due to receipt of the Spencer Pre-Doctoral Fellowship). |
| 2014-2015 | Soojin S. Oh (doctoral advisee, Harvard Graduate School of Education): Hispanic Center for Children and Families Fellowship. |
| 2014 | Sofia Bahena (doctoral advisee, Harvard Graduate School of Education): Hispanic Association of Higher Education Best Dissertation Award. |
| 2014-2015 | Soojin S. Oh (doctoral advisee, Harvard Graduate School of Education): Korean American Scholarship Fund dissertation fellowship. |
| 2014-2015 | Ana Maria Nieto (doctoral advisee, Harvard Graduate School of Education): Patrice Engle Dissertation Award in Global Early Childhood Development, Society for Research in Child |

|  | Development. |
|---|---|
| 2014-2015 | Ana Maria Nieto (doctoral advisee, Harvard Graduate School of Education): Sheldon Fellowship, Harvard University. |
| 2014-2015 | Celia Gomez (doctoral advisee, Harvard Graduate School of Education): Julius Richmond Dissertation Fellowship, Harvard University. |
| 2013-2014 | Dana Charles McCoy (postdoctoral advisee): NIH National Research Service Award Postdoctoral Fellowship. |
| 2013 | Todd Grindal and Jocelyn Bowne (doctoral advisees, Harvard Graduate School of Education): Briefing of senior officials at the U.S Administration for Children and Families, regarding Grindal et al. paper on the added impact of parenting education in early childhood education. |
| 2013 | Sofia Bahena (doctoral advisee, Harvard Graduate School of Education): Meade Fellowship in Public Policy, Harvard University. |
| 2013-2014 | Soojin Oh (doctoral advisee, Harvard Graduate School of Education): Julius Richmond Dissertation Fellowship, Harvard University. |
| 2013 | Siwen Zhang (doctoral advisee, Harvard Graduate School of Education): Presidential Public Service Fellowship, Harvard University. |
| 2013 | Christina Weiland (doctoral advisee, Harvard Graduate School of Education): SRCD (Society for Research in Child Development) Dissertation award, for best dissertation in developmental science. |
| 2012 – 2014 | Mary Catherine Arbour (MD, Harvard Medical School): NIH Loan Repayment Award. |
| 2012 | Todd Grindal (doctoral advisee, Harvard Graduate School of Education): US DHHS, ACF (Administration for Children and Families) Child Care Policy Research Scholar dissertation grant. |
| 2012 | Ana Maria Nieto (doctoral advisee, Harvard Graduate School of Education): Rappaport Fellowship in Public Policy. |
| 2011 | Soojin Oh (doctoral advisee, Harvard Graduate School of Education): Harvey Fellowship, Mustard Seed Foundation. |
| 2011-2012 | Todd Grindal (doctoral advisee, Harvard Graduate School of Education): Julius Richmond Fellowship, Harvard University. |
| 2010 – 2012 | Mary Catherine Arbour (MD, Harvard Medical School): NIH Loan Repayment Award. |
| 2010 | Mary Catherine Arbour (MD): Hearst Young Investigator Award, Harvard Medical School. |
| 2010 | Christina Weiland (doctoral advisee, Harvard Graduate School of Education): Meade Fellowship in public policy and education, Harvard University. |
| 2009-2010 | M. Clara Barata (doctoral advisee, Harvard Graduate School of Education): Julius Richmond Fellowship, Harvard University. |
| 2009 | Todd Grindal (doctoral advisee, Harvard Graduate School of Education): Meade Fellowship in public policy and education, Harvard University. |
| 2008-2010 | Ann C. Rivera (doctoral advisee in community and developmental psychology, NYU): Public Policy Fellowship, Society for Research in Child Development. |
| 2008-2009 | Erin B. Godfrey (doctoral advisee in community and developmental psychology, NYU): Elizabeth Koppitz Child Development Fellowship, American Psychological Association. |
| 2008-2009 | Erin B. Godfrey: NIH National Research Service Award for dissertation on system justification among a sample of low-income immigrant mothers and their very young children. |
| 2007-2008 | Pia Caronongan (doctoral advisee in Quantitative Policy Analysis in Education, Harvard Graduate School of Education): Child Care Policy Research Scholars Grant, Child Care Bureau, U.S. Department of Health and Human Services. |
| 2006 | Anna Gassman-Pines: Edward Zigler Fellowship, National Head Start Association. |
| 2005 | Francisco X. Gaytan (Ph.D. student in Applied Psychology): Junior Scholar award, William T. Grant Foundation, for project on transnational contact among young immigrant parents. Supplemental grant off Scholars grant to Yoshikawa. |
| 2005 | Patrick A. Wilson (received Ph.D. in 2004): Jeffrey Tanaka Dissertation Award from the American Psychological Association, for best dissertation in psychology contributing to scientific knowledge about communities of color. |
| 2005 | Anna Gassman-Pines (Ph.D. student in community psychology): Wisconsin state briefing on study of anti-poverty policy and entry into marriage among single mothers (see Gassman-Pines & |

|  | Yoshikawa reference under Articles), Madison, WI, May. |
|---|---|
| 2004 - 2006 | Patrick Wilson: Two-year NIMH Post-Doctoral Fellowship in HIV/AIDS Research, Center for Inter-Disciplinary Research on AIDS (CIRA), Yale University. |
| 2003 | Anna Gassman-Pines (Ph.D. student in community psychology): Elizabeth Koppitz Fellowship in Child Development Research, American Psychological Foundation. |
| 2003 - 2006 | Anna Gassman-Pines (Ph.D. student in community psychology): Three-year National Research Service Award (pre-doctoral NRSA), National Institute of Mental Health. |
| 2002 | Patrick Wilson (Ph.D. student in community psychology): Best Student Abstract in HIV/AIDS research, American Public Health Association annual conference. |
| 2001, 2002 | Elisa A. Rosman (Ph.D. candidate in community psychology): National Institute of Mental Health National Research Service Award (pre-doctoral NRSA fellowship). New York University Dean's Dissertation Fellowship. Society for the Psychological Study of Social Issues (SPSSI) Grant-in-Aid Award Chein-Lehmann Award for best dissertation proposal in community psychology at New York University. |
| 2001 - 2004 | JoAnn Hsueh (Ph.D. student in community psychology) – American Psychological Association and National Institute of Mental Health Minority Fellowship in Mental Health Research (3-year fellowship). |
| 2000 - 2003 | Patrick A. Wilson (Ph.D. student in community psychology) – American Psychological Association Minority Fellowship in HIV Research (3-year fellowship). |

## CITY, NATIONAL AND INTERNATIONAL SERVICE

| 2016 - 2017 | Member, U.S. Partnership on Mobility from Poverty (national group funded by the Bill and Melinda Gates Foundation to develop national strategies to reduce poverty and increase social mobility). |
|---|---|
| 2016 | Society for Research in Child Development, Nominations Committee. |
| 2016 | U.S. National Academies of Medicine, Science and Engineering working group on health levers across the life course (planning of new longitudinal study of life-course development). |
| 2015 - | National Academy of Education / Spencer Foundation, Professional Development Committee. |
| 2015 – 2016 | Member, Core Advisory Group, New York City KidMap initiative (initiative of the Mayor's office and the Children's Cabinet developing social indicators for child and youth development and a city-wide policy framework for this population). |
| 2015 – 2016 | Member, Technical Advisory Group, Measuring Early Learning and Quality Outcomes (MELQO; Brookings Institution / UNICEF / UNESCO / World Bank project on developing an observed quality measure for preprimary education in low- and middle-income countries, and one of 3 primary authors of the instrument – input into work in the countries of Tanzania and Nicaragua). |
| 2015 | Consultant, Salzburg Global Seminar. |
| 2014 - | Member, Advisory Board, Project for the Advancement of Our Common Humanity. |
| 2014 | Consultant, U.S. Council of Economic Advisors (with team of meta-analytic database of early childhood programs), on impacts of early childhood education programs on cognitive skills, grade retention, special education, high school graduation, and educational attainment. |
| 2014 | Consultant, World Bank, Independent Evaluation Group (IEG), for evaluation of overall direction of early childhood development work of the World Bank. |
| 2014 | Consultant, UNESCO, for 2015 Education for All Global Monitoring Report (cf. Yoshikawa & Kabay, 2014 background paper on early childhood care and education). |
| 2013 - 16 | International Advisory Board, Pediatric Early Development Study (PEDS) Scale-Up Trial, Aga Khan University, Pakistan (PI: Prof. Aisha Yousafzai). Large-scale longitudinal impact evaluation of adaptation of Care for Child Development intervention for community health workers in rural Pakistan. |
| 2013 - 15 | International Advisory Board, Impact of Early Childhood Education India (IECEI) Study, Ambedkar University, New Delhi (PI: Prof. Venita Kaul). Largest longitudinal study of early |

|               | childhood care, education and child development to date in India. |
|---------------|-------------------------------------------------------------------|
| 2013 - 2014   | Consultant, New York City Council and New York Department of Youth and Community Development, on city policy for adult education funding for potential Deferred Action for Childhood Arrivals (DACA) recipients. |
| 2013 – 2015   | Chair-Elect, Society for Research in Child Development Asian Caucus. |
| 2012, 2013    | Consultant, U.S. Department of Health and Human Services and Department of Education, on federal early childhood policy. |
| 2012 - 2017   | Advisory Board, Instituto Universitário de Lisboa (ISCTE) – Centre for Social Science Research (CIS-IUL), Lisbon, Portugal. |
| 2012 - 14     | Member, Early Childhood Advisory Group, Robin Hood Foundation, New York, NY. |
| 2012         | Member, Advisory Group, PreK to Third Research and Evaluation, Foundation for Child Development. |
| 2011 - 2013   | Member, Advisory Group, FACES Redesign Project, Mathematica Policy Research, Inc. |
| 2009 - 2011   | Member, Transformative Research Working Group, Ford Foundation Building Knowledge for Social Justice Project. |
| 2009 - 2010   | Member, Advisory Council, Thrive in Five, Boston, MA.  Citywide initiative to improve supports for children birth to five in four low-income neighborhoods (partnership of the the United Way and the City of Boston, funded by the Kellogg Foundation). |
| 2009 - 2010   | Member, Programs Committee and Advisory Board, Promise Neighborhoods Research Consortium.  NIDA-funded consortium of prevention scientists working on neighborhood-level initiatives for children and families. |
| 2009 - 2010   | Research Advisory Board, ALAS Foundation / Earth Institute.  Partnership between foundation and Columbia University's Earth Institute, devoted to early childhood education in Latin America. |
| 2009 - 2010   | Advisory group member, NAEYC (National Association for the Education of Young Children) and Bernard Van Leer Foundation project on international early childhood care and education and immigrant families funded by the Bernard van Leer Foundation. |
| 2008 - present | Consultant and external reviewer, World Bank, on reports on early childhood education worldwide. |
| 2008 – present | Member, Technical Working Group, Head Start CARES Project, MDRC and Office of Planning, Research, and Evaluation of the Administration for Children, Youth, and Families. |
| 2006 - 2013   | Consultant on early childhood policy, Mayor's Office and the Boston Public Schools.  Consultation on early childhood intervention policy and research / evaluation and development of early childhood data infrastructure for the Boston Public Schools to Mayor's office and the Boston Public Schools. |
| 2006 - 2010   | Member, Technical Working Group, Pacific CHILD, Pacific Regional Education Laboratory, for cluster-randomized experiment evaluating a teacher professional development program to improve language and literacy among fourth- and fifth-grade students from Hawaii and US territories in the Pacific region. |
| 2006 - 2007   | Member, Working Group on  Early Childhood, Mayor's Advisory Group on Reducing the Achievement Gap, Boston, MA.  Member of working group to advise Thomas Menino on approaches between birth and 5 years to reduce racial/ethnic and income-based gaps in school readiness. |
| 2006         | Consultant, Department of Education (Secretaría de Educación Pública, or SEP), Mexico.  Consultant for evaluation of preschool education initiatives of the Vicente Fox presidency, commissioned by SEP to inform the transition team of the next presidency. |
| 2005 -       | Member, National Forum on Early Childhood Programs and Policies, Harvard University Center on the Developing Child.  Forum integrating the science of early childhood development with program and policy evaluation (directed by Jack Shonkoff).   2009 -2010 – Science Director of the Forum. |
| 2005 -       | Member, Research Council, America's Promise Alliance.  National organization for youth development founded by Colin Powell. |
| 2005 - 2008   | Consultant, UNICEF Innocenti Research Centre, Florence, Italy.  Consultation to Deputy Director and to Director of Social and Economic Policy on Report Cards on child poverty and |

| | |
|---|---|
| | well-being in OECD countries (Report Card 7 on youth well-being; Report Card 8 on early childhood care and education). |
| 2005-2006 | Chair, Selection Committee, Boyd McCandless Early Career Award, Division 7 (Developmental Psychology) of the American Psychological Association. |
| 2004 – 2007 | Member, Research Advisory Forum, Foundation for Child Development. |
| 2003 - 2006 | Member-at-Large, Society for Community Research and Action (Div. 27 of the American Psychological Association). |
| 2003 - 2006 | Member, Board of Directors, Center for Lesbian and Gay Studies (CLAGS). |
| 2002 - | Vice President, Board of Directors, Renovation in Music Education (RIME).  Non-profit devoted to developing 1) Orchestra's Guide to the Young Person (arts and science integration programs for students in low-resourced elementary and middle schools) and 2) Musicorps (music rehabilitation program for severely injured soldiers returning from Iraq and Afghanistan, at Walter Reed Medical Center, Bethesda, MD). |
| 2001 - 2005 | Member, Committee on Public Policy and Communications, Society for Research in Child Development. |
| 2000 - 2005 | Member, National Evaluation Advisory Panel, Evaluation of the Free to Grow program. Advisory panel member for 18-site evaluation of a Head Start-based, community-level substance use prevention program funded by the U.S. Department of Justice and the Robert Wood Johnson Foundation. |
| 2002-2004 | Member, Early Career Awards Committee, Society for the Psychological Study of Social Issues (Division 9 of the American Psychological Association). |
| 1999 - 2000 | Member, Research Planning Group on the Working Poor, Social Science Research Council. |
| 1999 -2003 | Research Affiliate, Joint Center for Poverty Research, Northwestern University and the University of Chicago. |
| 1999 - 2000 | Chair, Dissertation Awards Committee, Division 27 of the American Psychological Association (Society for Community Research and Action). |
| 1998 - 1999 | Member, Steering Committee, Early Career Preventionists Network of the Society for Prevention Research. |
| 1997 - 2005 | Member, National Crime and Violence Prevention Resource Council, Fight Crime: Invest in Kids (national crime prevention policy and advocacy organization). |

## U.S. and INTERNATIONAL POLICY BRIEFINGS

Yoshikawa, H., & Kabay, S.B. (2017).  *Early childhood development for societal sustainable development: Global evidence base and implications for El Salvador*.  Briefings of the Consejo Nacional para Educación (CONED); ambassadors to El Salvador; UNICEF High-Level Steering Committee on Children and Adolescents; Technical Secretariat of the Presidency on Social Policy, November 13-16.

Chaudry, A., & Yoshikawa, H. (2017).  *Cradle to kindergarten: A new plan to combat inequality*.  Briefings of San Francisco city agency leadership; California statewide advocacy organizations; California philanthropies in early childhood; and Los Angeles advocacy and city leadership, San Francisco, Los Altos, and Los Angeles, CA, September 11 to 13.

Ministerio de Educación Nacional (2017).  *Modelo de medición y socialización de resultados de la implementación piloto en el Eje Cafetero*.  Participation in briefings of the Minister of Education and presentation to practitioners and preprimary education leadership in Colombia, Bogota and Pereira, August.

Yoshikawa, H. (2017, July).  *Usando un Instrumento de medición de calidad de aula para realizer una evaluación y capacitación para docentes en Chile* [Using a measure of classroom quality to realize an evaluation and training for teachers in Chile].  Briefing of senior leadership in early childhood development, Ministry of Education, Peru.

Yoshikawa, H (2017, July).  *Measuring Early Learning and Quality Outcomes (MELQO)*.  Ministry of Education, Peru.

Yoshikawa, H., & Cosso, J. (2017, July).  *Experiencias Internacionales  en educación inicial (curriculum y acompañamiento docente) (International experiences in preprimary education – curriculum and coaching)*. Ministry of Education, Peru.

Yoshikawa, H. (2017, March).  *Advancing early childhood development: Pathways to scale-up for ECD*.  Briefing (launch of the 2016 Lancet series on early childhood development) of the Minister for International Cooperation and Development and ambassadors of MENA region nations, Dubai, UAE, March 15.

Yoshikawa, H. (2016, December).  *Early childhood development: From science to scale*. Briefing (launch of the 2016 *Lancet*

series on early childhood development) of the Prime Minister of Senegal and senior staff in ministries of education, health, and children and families, Dakar, Senegal, December 16.

Yoshikawa, H. (2016, March). *Integrating immigrants into American society*. Briefing of Washington, DC City Council staff, Washington, DC, March 11.

Yoshikawa, H. (2016, March). *Integrating immigrants into American society*. Panelist, Congressional briefing sponsored by the National Academies of Sciences, Engineering, and Medicine, Rayburn House of Representatives Building, Washington, DC, March 11.

Yoshikawa, H., Kagan, S.L., & Ponguta, A. (2016, February). *Measuring quality and child development and learning in Colombia*. Briefings, Minister of Education of Colombia, Comisión Intersectorial de la Primera Infancia, and other national leadership in early childhood development, Bogota, Colombia.

Yoshikawa, H., Weiland, C., Sachs, J., & Yudron, M. (2015, September). *Achieving high-quality math instruction in preschool at city-wide scale: The Boston Preschool Program*. Briefing of senior U.S. Department of Education staff, September 25.

Yoshikawa, H., Weiland, C., Sachs, J., & Yudron, M. (2015, September). *Achieving high-quality math instruction in preschool at city-wide scale: The Boston Preschool Program*. In Congressional briefing "Strength in Numbers: How Do Early Interventions in Math Instruction Add Up?", sponsored by Friends of IES (American Educational Research Association, Society for Research in Child Development, American Psychological Association, and other organizations; Dirksen Senate Building, September 25.

Yoshikawa, H. (2015, August). *Mejora de la Calidad de la Educación Inicial en el contexto de los Objetivos de Desarrollo Sustentable 2015-2030 (ODS's): El papel de la Atención Integral y del Desarrollo Profesional Intensivo [Improving the Quality of Preprimary Education in the Context of the 2015-2030 Sustainable Development Goals: The Roles of Comprehensive Services and Intensive Professional Development]*. Ministry of Education and De Cero a Siempre (President's Office, Colombia): national conference on developing national regulations on the quality of early childhood development services. Bogota, August.

Yoshikawa, H. (2015, March). *Evidence on quality universal preschool*. Testimony to the Seattle City Council, March 30.

Britto, P.R., & Yoshikawa, H., (2015, January). Moderator, group discussion on consensus indicators for early childhood development of the Post-2015 U.N. Sustainable Development Goals, meeting of multiple UN agency and multilateral NGO representatives, UNICEF, New York, NY.

Yoshikawa, H. (2014, December). Invited panelist at the White House Summit on Early Childhood Education (panel moderated by U.S. Secretary of Education Arne Duncan). Washington DC: The White House.

Yoshikawa, H., Ponguta, A., & Van Ravens, J. (2014, November). *Governance, Finance and Sustainability of Colombia's Comprehensive Early Childhood Development Policy De Cero a Siempre*. Presented to Colombian ministers of Education and Culture, senior advisors to the President of Colombia, and other federal leadership, as well as regional representatives. Bogota, Colombia.

Yoshikawa, H., Raver, C.C., & Blair, C. (2014, October). *Early childhood development in the first three years*. Meeting of the New York City Commissioners' Children's Cabinet (commissioners of 23 NYC agencies and the First Lady of New York City). New York: City Hall.

Yoshikawa, H. (2014, June). *Implementing early childhood education and care with high process quality at scale*. Keynote at European Commission meeting on proposed quality framework for early childhood education and care in the European Union (26-country meeting of the EU), Athens, Greece.

Yoshikawa, H. (2014, May). Testimony at United States Congressional hearing (House of Representatives) on Effects of Immigration Policies on Women and Children (sponsored by the Congressional Progressive Caucus – Representatives Grivalja, Ellison, Honda, Jachowski, & Clarke). Rayburn House Office Building.

Yoshikawa, H. (2014, May). Briefing, New York City mayor's office Department of Education, Mayor's Office on Immigrant Affaris, on the New York City universal preK initiative's immigrant family aspects. City Hall, New York, NY, May 16.

Yoshikawa, H. (2014, May). *Lifelong learning for sustainable development*. Presentation to the Open Working Group of the United Nations, scheduled event of the Open Working Group May 2014 meeting on the post-2015 Sustainable Development Goals. New York, NY: United Nations.

Yoshikawa, H. (2014, April). *Investing in our future: The evidence base on preschool education*. Bipartisan, bicameral (House and Senate sponsored) Congressional briefing sponsored by Senator Harkin, Congressmen Miller and Congressman Hanna on quality preschool education. Congressional Visitors' Center, US Capitol, Washington, DC, April 29.

Yoshikawa, H. (2014, April).  Briefing, New York City mayor's office and Department of Education, on the New York City universal preK initiative. City Hall, New York, NY, April 9.

Yoshikawa, H. (2014, April).  *Proposing and implementing a post-2015 early childhood education goal with quality at national scale.*  Keynote at meeting of the Ministry of Education of Ecuador and the Inter-American Development Bank, Quito, Ecuador, April 1.

Yoshikawa, H. (2014, February).  Testimony, New York City Council, education committee and women's affairs committee joint hearing on the Mayor Bill DeBlasio's universal preschool initiative.  City Hall, New York, NY, February 11.

Yoshikawa, H. (2014, February).  Testimony, United States Senate Health, Education, Labor and Pensions (HELP) Committee, full committee hearing on "Supporting Children and Families Through Investments in High-Quality Preschool," Dirksen Senate Building, Washington, DC, February 6.  Available at: http://www.help.senate.gov/hearings/hearing/?id=e5fb765e-5056-a032-52c8-f2185f378db1

Yoshikawa, H., & Weiland, C. (2014, February).  *New evidence on the benefits of universal preschool.*  Briefings of Seattle City Council, Washington state policy makers, leaders in the business community, Seattle, WA, February 3.

Yoshikawa, H., Weiland, C., Brooks-Gunn, J., Burchinal, M., Espinosa, L., Gormley, W., Ludwig, J.O., Magnuson, K.A., Phillips, D.A., & Zaslow, M.J. (2013, October).  *Investing in our future: The evidence base for early childhood education.* Briefing of senior policy staff, New York City Administration for Children's Services, New York, NY.

Yoshikawa, H., Weiland, C., Brooks-Gunn, J., Burchinal, M., Espinosa, L., Gormley, W., Ludwig, J.O., Magnuson, K.A., Phillips, D.A., & Zaslow, M.J. (2013, October).  *Investing in our future: The evidence base on preschool education.* Public release event at the New America Foundation, in "Too Much Evidence to Ignore: New Findings on the Impact of Quality Preschool at Scale" (Chair: Lisa Guernsey), Washington, DC.

Yoshikawa, H., Weiland, C., Brooks-Gunn, J., Burchinal, M., Espinosa, L., Gormley, W., Ludwig, J.O., Magnuson, K.A., Phillips, D.A., & Zaslow, M.J. (2013, October).  *Investing in our future: The evidence base for early childhood education.* Briefing of senior policy staff for Bill DeBlasio, New York, NY.

Yoshikawa, H., Weiland, C., Brooks-Gunn, J., Burchinal, M., Espinosa, L., Gormley, W., Ludwig, J.O., Magnuson, K.A., Phillips, D.A., & Zaslow, M.J. (2013, August, September, October).  *Investing in our future: The evidence base for early childhood education.* Briefings of federal agency leadership; key House and Senate staff (Senate Health, Education, Labor and Pensions (HELP) committee; House Education, Workforce Committee) in advance of Congressional bills on preschool education.

Yoshikawa, H. (2013).  *Undocumented parents and their children: A summary of the evidence.*  In "Improving Outcomes for American's New Majority Population."  Congressional briefing sponsored by First Focus, Representative Judy Chu, Congressional Asian Pacific American Caucus, Congressional Hispanic Caucus, and the Congressional Black Caucus.  Rayburn House Office Building, August 1.

Yoshikawa, H. (2013).  Speaker in New York City press briefing to announce $14 million city investment in adult education for immigrants eligible for Deferred Action for Childhood Arrivals (DACA), City Hall, New York, NY.

Weiland, C., & Yoshikawa, H. (2013).  *Impacts of an urban public prekindergarten program on children's mathematics, language, literacy, executive function, and emotional skills.*  Briefings of senior Congressional staff; senior Department of Education officials; and Secretary of Education Arne Duncan.  March and April 2013.

Yoshikawa, H., & Kholoptseva, J. (2013).  *Unauthorized parents and their children's development: A synthesis of the evidence.*  Briefings of senior officials at the Department of Homeland Security.  March 2013.

Yoshikawa, H., Snow, C.E., & Arbour, M.C. (2012). *Mejorando la calidad de educación inicial en Chile: Resultados de Un Buen Comienzo.* Presentation to the Minister of Education of Chile, November 15, Santiago de Chile.

Weiland, C., & Yoshikawa, H. (2012).  *Impacts of the Boston Public Schools preschool program on children's language, literacy, mathematics, and executive function skills.*  Briefings to the Superintendent of the Boston Public Schools and the BPS School Committee, April.

Yoshikawa, H., Oh, S.S., Seder, R., Britto, P.R., & Van Ravens, J. (2011).  *Governance and finance of early childhood development services in Cambodia: Policy architecture and links with access, equity and quality.*  Presented at briefings at UNICEF Cambodia country office (August 2010) and the Bernard van Leer Foundation, The Hague, Netherlands (January 2012).

Yoshikawa, H. (2011).  *Undocumented parents and their young children's development.*  Presented at the Congressional briefing on children in immigrant families, sponsored by the Congressional Black Caucus, Hispanic

Caucus, and Asian Caucus and First Focus.  March 3, Rayburn House Office Building, Washington, DC.

Yoshikawa, H. (2011).  *Undocumented parents and their young children's development.*  Briefing to the Administration for Children and Families (ACF), Office of Planning, Research and Evaluation.  April 21, ACF, Washington, DC.

Yoshikawa, H. (2011).  *Undocumented parents and their young children's development.*  Briefing to the National Council of La Raza, April 21, Washington, DC.

Yoshikawa, H. (2010).  *Early childhood development and the foundations of prosperity.*  Concord, NH: New Hampshire State Legislature, Early Childhood Policy Planning Meeting, sponsored by the National Conference of State Legislatures, September.

Yoshikawa, H. (2009).  *A science-based framework for early childhood policy.*  Maine Business Summits on Early Childhood: Portland and Bath, ME, October.

Yoshikawa, H., Barata, M.C., Rolla, A., Snow, C.E., & Arbour, M.C. (2008).  *Un Buen Comienzo, an initiative to imprové preschool education in Chile: Data from the initial year of implementation.*  Report to the UNICEF office, Santiago, Chile.

Yoshikawa, H. (2008).  *Addressing the developmental needs of children by integrating work support and early childhood care and education policy.*  Erikson Institute Briefing on Packaging Work Support Policies (three-state briefing), Milwaukee, WI, April.

Yoshikawa, H. (2007, 2008).  *A science-based framework for early childhood policy.*  Maine Governor's Summit on Early Childhood.  Rockland, ME, November 2007; State Summit on Early Childhood, Phoenix, AZ, April 2008.

Yoshikawa, H., McCartney, K, Myers, R., Bub, K., Lugo-Gil, J., Knaul, F., & Ramos, M. (2006, November).  *Educación Preescolar en México (Preschool Education in Mexico).*  Presented to President Vicente Fox, Secretary of Education Reyes Tamez Guerra, and federal and state education officials of Mexico, at the Presidents' residence (Los Pinos), Mexico City, November 6.

Yoshikawa, H. (2005, June).  *Placing the first-year findings of the National Head Start Impact Study in context.*  Research brief distributed to Congress by the Society for Research in Child Development.

Yoshikawa, H. (2004, May).  *Effects of federal work and family policies on child development.*  Congressional briefing co-sponsored by the New America Foundation and the National Academy of Sciences.  Washington, DC: U.S. Senate, Dirksen Building.

Yoshikawa, H. (2003, June).  *Research on the benefits to children of the multiple program components of Head Start.*  Congressional briefing co-sponsored by Senators Dodd and Alexander, the American Psychological Association, the Society for Research in Child Development, and the National Association for the Education of Young Children.  Washington, DC: U.S. Senate, Russell Building.

Knitzer, J., & Yoshikawa, H. (1997, February).  *Lessons from the field: Head Start mental health strategies to meet changing needs.*  Briefing to accompany release of book (see Yoshikawa & Knitzer, 1997).  Washington, DC: U.S. Department of Health and Human Services, Administration on Children, Youth and Families.

## PEER AND GRANT REVIEW

2016-17 Chair, Review Committee, Section on Educational Effectiveness in Global and Immigration-Related Contexts, Society for Research on Educational Effectiveness 2017 conference.

2016    Reviewer, National Academies of Medicine, Science, and Engineering.

2015    Reviewer, Society for Research in Educational Effectiveness annual meeting.

2015    Reviewer, William T. Grant Foundation Scholars Program.

2015 -   Reviewer, Inter-American Development Bank, publications, reports, and proposal.

2015    Reviewer for World Bank Independent Evaluation Group (IEG), all investments of the World Bank in early childhood development.

2014    Reviewer and Member of Advisory Board, UndocuScholars study (large-scale study of undocumented college students in the U.S. conducted by Robert Teranishi, Carola Suarez-Orozco, and Marcelo Suarez-Orozco).

2014    Reviewer, Institute of Medicine / National Academy of Sciences, workshop report.

2014    Co-Chair, Review Panel on History, Theory and Methods, Society for Research on Child Development (SRCD) Biennial Meeting.

2014    Reviewer, National Science Foundation.

2013 -   Member, Russell Sage Foundation Cultural Contact Committee (reviewer for grant making of the

Foundation in the area of race, ethnicity and culture).

2013 -   Reviewer, Russell Sage Foundation Visiting Scholar Program.
2013    Program Planning Committee, 2014 National Head Start Research Conference.
2012    Reviewer, Russell Sage Foundation.
2011    Reviewer, Society for Research on Educational Effectiveness 2012 meeting.
2011    Reviewer, Society for Research on Adolescence 2012 meeting.
2011    Reviewer, Society for Research in Child Development 2012 meeting.
2010    Reviewer, Early Childhood panel, Society for Research on Educational Effectiveness for 2011 meeting.
2010    Panel Chair, Review Panel on Acculturation, Ethnicity and International research for Society for Research in Child Development 2011 biennial conference.
2008    American Psychological Association (APA).  Reviewer of APA Report of the Task Force on Appropriate Therapeutic Responses to Sexual Orientation.
2008    National Science Foundation, Developmental and Learning Sciences.  Panel reviewer.
2008--   Reviewer, World Bank for reports and concept notes on early childhood care and education in Latin America and worldwide.
2008    Reviewer, UNICEF Innocenti Research Centre, for Report Card No. 8 on early childhood care and education in the OECD countries.
2007    National Science Foundation, Developmental and Learning Sciences.  External reviewer.
2007    Reviewer, UNICEF Innocenti Research Centre, for Report Card No. 7 on child and youth well-being in the OECD countries.
2006-10   National Institutes of Health, National Institute of Child Health and Human Development Biobehavioral and Behavioral Sciences Review Subcommittee.  Member.
2005 - 2006 National Institutes of Health, Community-Level Health Promotion (CLHP) review panel.  Temporary member.
2006 -   Consulting Editor, *AIDS Education and Prevention.*
2005-09   Consulting Editor, *American Journal of Evaluation.*
2004-09   Consulting Editor, *Developmental Psychology.*
2002-05 Consulting Editor, *Early Childhood Research Quarterly.*
2001 – 2005, 2007, 2011:
          William T. Grant Foundation.  External reviewer.
1999, 2002,
2003, 2008
          Foundation for Child Development.  External reviewer.
1999  MDRC, Income Support Studies Committee (National review panel for final evaluation reports of impacts of experimental welfare reform and anti-poverty policy demonstrations on children: the Minnesota Family Investment Program (MFIP), and the Self-Sufficiency Project (SSP).

Ad hoc journal reviewer:

*Science, The Lancet, Demography, Child Development, Child Development Perspectives, Journal of Policy Analysis and Management, Pediatrics, JAMA Pediatrics, American Educational Research Journal, Educational Researcher, American Psychologist, Proceedings of the New York Academy of Sciences, International Migration Review, Journal of Consulting and Clinical Psychology, British Journal of Educational Psychology, Journal of Personality and Social Psychology, Developmental Psychology, Health Psychology, Development and Psychopathology, Infancy, Journal of Applied Developmental Psychology, Monographs of the Society for Research in Child Development, Early Childhood Research Quarterly, American Journal of Community Psychology, Social Policy Reports of the Society for Research in Child Development, Journal of Research on Adolescence, Child and Youth Services Review, Sex Roles, AIDS and Behavior, AIDS Education and Prevention, Health Education and Behavior, Developmental Review, Journal of Applied Developmental Psychology, International Journal of Behavioral Development, The Future of Children, American Journal of Evaluation, Psychosocial Intervention.*

Book reviewer for publishers:
Cambridge University Press, Oxford University Press, Russell Sage, Duke University Press.

## UNIVERSITY SERVICE

*New York University, 2013-present:*

Departmental: Awards Committee; Psychology of Social Intervention Admissions Committee; Committee on Global Education; Faculty Advisory Committee for Masters Program in Counseling, Mental Health and Wellness; Co-Chair, Search Committee in Developmental Psychology (2015-2016); member, Search Committee in Psychology of Social Intervention (2016-2017)

Steinhardt School-wide: Chair, Search Committee, Agnew Chair in Education (2017-2018); Committee on Global Education (2014-present); Tenure and Promotion Committee (2015-2017)

NYU, university-wide: Provost's Academic Advisory Committee (2014-2017); Committee on Global Learning Outcomes (2016-present); Advisory Committee on the Global Network University (2015-2017); Chair, faculty search in Applied Psychology, NYU Shanghai (2014-2015)

*Harvard University, 2006-2013 (aside from duties as Academic Dean):*

Harvard Graduate School of Education: School level (Board Member, Harvard Education Publishing Group; Chair, search for faculty positions in the Social, Cultural and Organizational Contexts of Education; Member, Steering Committee and Chair, Global Education Workgroup, Strategic Planning Initiative; Faculty Appointments Committee (2007-2008, 2009-2010, 2011-2013); Chair, Dean's Advisory Committee on Equity and Diversity, 2009-2011; Member, Search Committee in Access and Equity, 2007-2008; Member, Search Committee in Risk and Prevention, 2006-2007

Harvard University, University-wide: Member, Search Committee, Dean of the Harvard Graduate School of Education; Member, Advisory Committee, Harvard Global Health Initiative; Chair, Interfaculty Working Group on the Ph.D. Degree in Education, Graduate School of Education and Faculty of Arts and Sciences, Harvard University; (the Ph.D. in Education was approved by the Harvard Graduate School of Education and Faculty of Arts and Sciences faculties in March, 2012); Member, Advisory Group on International Early Childhood Care and Education, Center on the Developing Child, Harvard University (2009-2011); Member, Policy Advisory Committee, (2008-2013); member, Faculty Advisory Group, David Rockefeller Center for Latin American Studies Santiago Chile office (2007-2009).

*New York University, 1998-2006:*

Department of Psychology, Faculty of Arts and Sciences: Educational Policy Committee (1999-2004), Clinical Psychology Search Committee (2000-2001), Admissions Committee, Community Psychology (1998– present; Chair, 2000-2001; 2002-2003), Community Psychology Search Committee (2002 – 2003).

University-wide: Member, Planning Committee, New York University Institute on Human Development and Contextual Change, university-wide research institute (2003-2005). Member, Advisory Board, Center for the Study of Gender and Sexuality, New York University (2003-2005); Member, Advisory Committee, New York University Asian / Pacific / American Studies Program (2001-2003).

## CONSULTATION TO GOVERNMENT AND COMMUNITY-BASED ORGANIZATIONS

2016-      Consultant, Ministry of Education, Peru, on measuring and supporting quality in early childhood education.

2014-      Consultant to the Ministry of Education and the Intersectoral Commission on Early Childhood in the Office of the President, Colombia, on quality of services in the national early childhood policy of Colombia (De Cero a Siempre).

2014      Consultant, directions for Human Services Policy area, Office of the U.S. Assistant Secretary for Planning and Evaluation (ASPE), Department of Health and Human Services.

2013      Consultant, New York Immigration Coalition, the New York City Council, and city agencies, on the

implementation of the city's $18 million initiative to provide adult education for Deferred Action for Childhood Arrivals (DACA) eligible residents of New York City who have not applied due to lack of high school degree and/or education program enrollment.

2011-13  Evaluation consultant, Family Independence Initiative, Boston, MA.  Social capital-based antipoverty program founded by Maurice Lim Miller.  Work with Boston director Jesus Gerena.

2012    Consultant, The Urban Institute, on future directions for their Center for Education Policy.

2011 -  Member, research evaluation team, CareerAdvance (see below); collaborators Lindsay Chase-Lansdale, Christopher King, Robert Glover, Jeanne Brooks-Gunn.

2010    Consultant, Foundation for Child Development, on new programmatic direction on dual–generation programs.

2008-11
        Member, core program development team for CareerAdvance, a dual-generation program in Tulsa integrating sectoral workforce development for parents with quality early childhood intervention programs (collaborators: Tulsa Community Action program (Steven Dow, Monica Barczak); University of Texas Austin Ray Marshall Center (Christopher King and Robert Glover)). Pilot intervention 2009-2010 funded by the George Kaiser Family Foundation and Harvard Center on the Developing Child; DHHS-funded scale-up across the city of Tulsa, 2010-2013); impact evaluation funded by DHHS, 2012-2014.

2008 -  Member, Technical Working Group, Head Start CARES Project.  Consultation on multi-site evaluation of approaches to enhance social and emotional learning in Head Start, MDRC.

2008    Consultant for Hawaii Department of Education on pre-kindergarten to third grade initiative.

2006 – 2011 Program development (in collaboration with Richard Weissbourd and other Harvard faculty), Three to Third, a PreK-3rd grade initiative with Boston Public Schools and Boston Mayor's Office.  PreK-third grade effort integrating data-driven instruction and intensive family engagement.

2006 - 2010  Member, Technical Working Group, Pacific Regional Education Laboratory.  Consultation on multi-site, cluster-randomized evaluation of professional development intervention for teachers in Hawaii and Pacific territories.

2005 -  Workshops conducted for New York service providers and advocates, in hospital, community agency settings, on the development of young children in immigrant and ethnically diverse families, as part of the work of the NYU Center for Research on Culture, Development, and Education.

2004 - 2006  Evaluation Director, Orchestra's Guide to the Universe (project funded by NASA).  Evaluation of school-based arts and science integration curriculum, involving a year-long collaboration between NASA astrophysicists, professional composers, and the University of Maryland orchestra at the Berwyn Heights Elementary School, Berwyn Heights, MD.  Quantitative, qualitative, and observational methods used in the evaluation.

2004  Consultant, Administration for Children, Youth, and Families, Department of Health and Human Services.  Initiative on Head Start Quality Improvement Strategies.

2002  Consultant, National Center for Children in Poverty, Columbia University, for analyses on state policies as moderators of effects of income on early-childhood development.

2002   Consultant, Hewlett Foundation, on research and program directions in the primary prevention of domestic violence.

2001 - 2002 Consultant, William T. Grant Foundation, on new programmatic direction at the Foundation on youth social settings.

2000 - 2001 Evaluation consultant, New York City Department of Health, for city-wide HIV prevention needs assessment for Asian / Pacific Islander men who have sex with men (see Yoshikawa, Kang, et al., 2001, below).

1998 - 2005  Evaluation consultant and program development in collaboration with the Asian / Pacific Islander Coalition on HIV/AIDS (APICHA), New York City.  Evaluation of all primary prevention programs of largest community-based AIDS service organization on the East Coast serving Asian / Pacific Islanders.  Program development (collaborator David Chae of APICHA) for an empowerment-based group HIV prevention program for Asian and Pacific Islander men who have sex with men, implemented 2000-2004.

1997 - 2000 *Head Start and mental health: Lessons from the field.*  Workshops conducted for Head Start staff at annual meetings of the National Head Start Association, Boston, MA, Seattle, WA, and Minneapolis, MN; regional training conferences in Philadelphia, PA, Ellenville, NY, New Brunswick, NJ, and New York, NY.

1997  Staff consultant, The Consultation Center, Yale University, Waterbury After-School Services Study (qualitative and quantitative evaluation of neighborhood risks/assets and community-based after-school services for youth in Waterbury, CT).  Conducted focus groups, interviews, data analysis, and writing for project funded by the Waterbury Foundation and United Way.

1997 - 2002  Following publication of Lessons from the Field (Knitzer & Yoshikawa, 1997), ongoing work with the Head Start Bureau of the Administration on Children, Youth and Families, the National Head Start Association, and others in improving mental health and family support in the Head Start program.  Within the Head Start Bureau, ongoing consultation with the Research, Demonstration and Evaluation Branch of the Administration for Children Youth and Families and the Training and Technical Assistance Branch of the Head Start Bureau.

1994 - 96 Project Coordinator, Task Force on Head Start and Mental Health of the American Orthopsychiatric Association, New York, NY. Policy analysis, site visits and interviews, and writing for national project identifying best practices and developing policy recommendations to improve the mental health and family support capacities of Head Start (cf. Yoshikawa & Knitzer, 1997, *Lessons from the Field*).

## CLINICAL AND COUNSELING EXPERIENCE

1997-98 Pre-doctoral fellow (clinical psychology doctoral internship), Yale University School of Medicine, Department of Psychiatry.  Outpatient adult therapy (cognitive-behavioral, family systems and psychodynamic) and adult assessment with dual diagnosis and other patients at state-funded psychiatric hospital (Connecticut Mental Health Center, New Haven, CT).  Individual and couples therapy.

1996-7   Group facilitator, HIV-negative gay men's HIV/AIDS prevention groups, GMHC, New York, NY.

1992-97 Therapist in training, New York University Doctoral Psychology Clinic, New York, NY.  Training in adult psychodynamic and structural family psychotherapy, adult assessment.

1988-90 Crisis Intervention Worker, GMHC (AIDS service organization), New York, NY (volunteer position).

1989-90 Assistant Administrator, Covenant House Nineline, New York, NY (staff position).

1988-89 Crisis Worker, Covenant House Nineline, New York, NY (staff position, national crisis hotline for runaway and homeless youth).

## NATIONAL and INTERNATIONAL CONFERENCES CHAIRED

Yoshikawa, H., Oburu, P., & Wuermli, A. (Co-Chairs).  *Middle East Scholars Workshop and Regional Planning Meeting for the EQUAL Global Research Network for Sustainable Development Goal 4*. Abu Dhabi, May 14-16.

Pence, A., Marfo, K., Yoshikawa, H., Seleti, J., & Wuermli, A. (Co-Chairs).  *East and West Africa Scholars Workshop and Regional Planning Meeting.*  Co-sponsored by the African Scholars Workshop, the African Regional ECD Network, and the EQUAL Global Researcher Network for Sustainable Development Goal 4.  Abidjan, Cote D'Ivoire, October 23-25.

Yoshikawa, H., & Wuermli, A. (2016) (Co-Chairs).  *Evidence for scale: Research methods for implementation and quality at national scale in early childhood development and education.*  Global conference, NYU Abu Dhabi Research Institute, Abu Dhabi, UAE, March 1-2.

Weiland, C., Yoshikawa, H., & Lipsey, M. (2011) (Co-Chairs).  *Regression discontinuity designs using birthday age cutoffs: A methodological workshop.*  Funded by the Institute for Educational Sciences, Department of Education.  Harvard Graduate School of Education, Cambridge, MA, January 20, 2011.

Weissbourd, R., & Yoshikawa, H. (2010) (Co-Chairs).  *PreK-to-3rd Grade Education: The Foundation for Educational Success.*  Three-day national institute providing professional development and research presentations to district and state teams working on preK-third grade education.  Harvard Graduate School of Education, Programs in Professional Education, Cambridge, MA, October 1-4, 2010.

Britto, P.R., Yoshikawa, H., & Boller, K. (2010) (Co-Chairs).  *Beyond Child Indicators: A Framework to Assess and Evaluate the Quality of Early Childhood Services and Programs in Global Contexts.*  International meeting held at NYU Abu Dhabi Institute, United Arab Emirates.  Funding from New York University and Harvard University Center on the Developing Child.

Weissbourd, R., & Yoshikawa, H. (2008) (Co-Chairs).  *PreK-to-3rd Grade Education: Promoting Early School Success.*  Three-day Institute with 107 participants in 22 district and state teams from across the nation.  Harvard Graduate School of Education, Programs in Professional Education, Cambridge, MA.  November 13-15,

2008.

Shinn, M., & Yoshikawa, H. (2006).  (Co-Chairs).  *Improving Social Settings to Facilitate Youth Development*. Conference sponsored by the William T. Grant Foundation and held at the Foundation, New York, NY.  May 18-19, 2006.

Kalil, A., & Yoshikawa, H. (2005).  (Co-Chairs).  *Mixed Methods Research on Economic Conditions, Public Policy, and Family and Child Well-Being*.  Conference conducted at the National Poverty Center, University of Michigan, funded by NICHD, APA, and the Center for Human Potential and Public Policy of the University of Chicago.  Ann Arbor, MI: University of Michigan, June 26-28, 2005.

## PRESS and PUBLIC DISSEMINATION

2017:

The Washington Post (print edition), September 26, Heather Long, summarizing *Cradle to Kindergarten* volume: www.washingtonpost.com/news/wonk/wp/2017/9/26/by-age-3-inequality-is-clear-rich-kids-attend-school-poor-kids-stay-with-a-grandparent

The 74, June 12: https://www.the74million.org/article/morris-yoshikawa-the-short-term-economic-argument-for-expanding-access-to-preschool

Associated Press, April 30, on NYC Mayor DeBlasio's proposal for universal prekindergarten for 3 year olds: http://bigstory.ap.org/article/80b50227fcc34370af9047de26f15b2e/nyc-mayor-announces-plan-free-preschool-3-year-olds

Huffington Post, April 21, on economic argument for integrated birth to 5 early childhood policy: http://www.huffingtonpost.com/entry/want-to-make-america-great-again-make-our-kids-globally-competitive_us_58f9fb95e4b018a9ce5a5d75

Vox.com, April 17, on child allowance in the United States to fight child poverty: https://www.vox.com/policy-and-politics/2017/4/27/15388696/child-benefit-universal-cash-tax-credit-allowance

Washington Post, March 5, on US born college student being denied financial aid because of her parent's documentation status: https://www.washingtonpost.com/national/a-us-citizen-is-denied-college-aid--because-of-her-mothers-immigration-status/2017/03/05/8e38adc6-fded-11e6-a51a-e16b4bcc6644_story.html?utm_term=.935d609f6163

2016:

The Medium.com on child allowance for the United States: https://medium.com/@joeldodge07/a-child-allowance-might-be-the-next-horizon-of-progressive-policy-5a5f112c2c91#.3k7zme2tp

Huffington Post blog (with Todd Grindal) on the added impact of parenting education in early childhood education programs, October:  http://www.huffingtonpost.com/entry/intensive-and-targeted-parenting-education-can-build_us_5810b7cae4b0f14bd28bd1a3

Blog invited by the National Association for the Education of Young Children on the 2016 Lancet series on fearly childhood development (with Abigail Raikes), October: http://www.naeyc.org/blog/lancet-series

Video interview for PBS's America Reframed documentary series (http://www.pbs.org/show/america-reframed/) For "Class of '27" documentary on rural child poverty in the United States: http://www.pbs.org/video/2365813826/

Article in The Atlantic on NYC Universal PreK:  http://www.theatlantic.com/education/archive/2016/09/bill-de-blasios-prek-crusade/498830/

Los Angeles Times, article on recent evidence on reductions in income-based school readiness gap in the United States: http://www.latimes.com/local/education/la-me-preparedness-gap-narrows-reardon-20160830-snap-story.html

Boston Globe, Boston's mayor and superintendent on Boston preK program quoting evaluation: https://www.bostonglobe.com/opinion/editorials/2016/01/19/guaranteed-pre/cBAWg3eBCtzZczK4Jb9aaK/story.html

2015:

Epoca, Brazilian national newsmagazine. Interview profile, October 19.

http://epoca.globo.com/ideias/noticia/2015/11/hirokazu-yoshikawa-boa-educacao-comeca-ao-nascer.html
Revista Educação, monthly Brazilian national publication on education: Interview, December:
http://revistaeducacao.uol.com.br/textos/224/artigo366327-1.asp
New York Times, David Kirp op ed citing Boston PreK evaluation results, October 4:
http://www.nytimes.com/2015/10/04/opinion/sunday/does-pre-k-make-any-difference.html?rref=collection%2Fcolumn%2Fdavid-l-kirp&action=click&contentCollection=opinion&region=stream&module=stream_unit&version=latest&contentPlacement=1&pgtype=collection&_r=0
Visao, Portuguese national newsmagazine, on Portugal's implementation of universal preprimary education:
http://visao.sapo.pt/pre-escolar-um-bom-comeco-vale-para-toda-a-vida=f829879
MSNBC, June 13, on the third anniversary of DACA (Deferred Action for Childhood Arrivals executive action for undocumented immigrants in the U.S.):
http://www.msnbc.com/msnbc/5-things-you-may-not-have-known-about-daca
El Herald, Honduras: La educación preescolar universal para niños de cuatro años podría beneficiar a todos;
http://blogs.elheraldo.hn/primerospasos/2015/01/13/la-educacion-preescolar-universal-para-ninos-de-cuatro-anos-podria-beneficiar-todos/
Inter-American Development Bank blog: Primeros Pasos:
La educación preescolar universal para niños de cuatro años podría beneficiar a todos
http://blogs.iadb.org/desarrollo-infantil/2015/01/12/educacion-preescolar/
2014:
New York City preK, December 16, 2014:
http://www.wnyc.org/story/making-better-pre-k-teachers-through-coaching/
Link to work on undocumented immigrant parents and citizen children, Dec 5, 2014:
http://www.washingtonpost.com/news/storyline/wp/2014/12/05/when-your-mom-and-dad-are-undocumented/
Yoshikawa, H. (2014, December).  *"Universal preschool education at 4 should be adopted as a cost-effective way to improve outcomes for all and to reduce childhood inequalities worldwide."* Child and Family blog of the Jacobs Foundation, Zurich, and Center for Child Well-Being, Princeton University: http://childandfamilyblog.com/preschool-education/
La Semana, Colombian national newspaper, on early childhood policy under the second administration of Pres. Santos, November 7, 2014:
http://www.semana.com/educacion/articulo/politica-publica-para-la-primera-infancia/408219-3
Preschool education:
NPR / WNYC: Assessors Take the Pulse of New York's PreK Expansion (October 30, 2014):
http://www.wnyc.org/story/assessors-take-pulse-pre-k-expansion/
WNET-TV (Corporation for Public Broadcasting, New York City affiliate), American Graduate show on high school graduation (Brian Lehrer, host; April). Available at: https://www.youtube.com/watch?v=_oGJO0d_MRg
WBUR (NPR Boston station): http://www.wbur.org/2014/03/28/boston-preschool
New York Daily News: http://www.nydailynews.com/new-york/education/experts-studies-clash-benefit-de-blasio-pre-k-plan-article-1.1699600
Seattle Times: http://blogs.seattletimes.com/educationlab/2014/01/30/how-bostons-preschools-went-from-mediocre-to-outstanding/
Politico: http://www.politico.com/morningeducation/0214/morningeducation12933.html
El Espectador, Colombia, February 19, 2014: http://www.elespectador.com/noticias/educacion/educar-un-nino-se-necesita-toda-tribu-articulo-476171
http://www.elespectador.com/noticias/educacion/cita-educacion-colombiana-articulo-475374
El Universal, Colombia, February 2014: http://www.eluniversal.com.co/educacion/tecnologia-bilinguismo-y-emprendimiento-nuevas-areas-que-demandan-las-empresas-152402
http://www.eluniversal.com.co/educacion/la-calidad-de-la-educacion-es-un-desafio-urgente-152098
2013:
Huffington Post (Yoshikawa and Grindal), 2013: "The Next Stage of Global Development Goals Must Include a Focus on Early Childhood Development":
http://www.huffingtonpost.com/todd-grindal/the-next-stage-of-global-_b_3978868.html

Immigration
NPR All Things Considered, July 31, 2013 on DACA (Deferred Action for Childhood Arrivals): "Immigration Program Fails to Attract Eligible Applicants"
http://www.npr.org/2013/07/31/205125528/immigration-program-fails-to-attract-eligible-applicants
NBC Latino, March 25, 2013 on children of undocumented immigrants:
http://nbclatino.com/2013/03/25/studies-hope-to-show-the-emotional-toll-on-children-of-undocumented-immigrants/
New York Times, October 16, 2013 on preschool education:
http://parenting.blogs.nytimes.com/2013/10/17/quality-preschool-is-the-most-cost-effective-educational-intervention/?_r=0
Seattle Times Op Ed, September 5, 2013: "Want Great Preschools for All? Look to Boston" (with Christina Weiland):
http://seattletimes.com/html/opinion/2021764293_christinaweilandhirokazuyoshikawaopedpreschool05xml.html
Christian Science Monitor, March 2013: http://www.csmonitor.com/USA/Education/2013/0328/What-s-needed-for-preschool-to-pay-off-Two-studies-offer-insights/(page)/2
NBC News: http://vitals.nbcnews.com/_news/2013/03/28/17491646-quality-preschool-benefits-poor-and-affluent-kids-study-finds?lite
Time.com: http://healthland.time.com/2013/03/28/is-quality-pre-kindergarten-the-key-to-a-better-vocabulary/
Speech of Arne Duncan, Secretary of Education, mentioning Boston PreK study findings:
http://www.ed.gov/news/speeches/level-playing-field-equal-starting-line

2012:
Op Ed, New York Times, April 21, 2012, "Deporting Parents Hurts Kids":
http://www.nytimes.com/2012/04/21/opinion/deporting-parents-ruins-kids.html
2011:
New York Times Nicholas Kristof column:
http://www.nytimes.com/2011/10/20/opinion/occupy-the-classroom.html

2011-2012: On *Immigrants Raising Citizens* volume:
New York Times editorial, May 27, 2011:
http://www.nytimes.com/2011/05/27/opinion/27fri3.html?_r=1&ref=opinion
New York Times article, May 21, 2011:
http://www.nytimes.com/2011/05/21/nyregion/illegal-immigrants-children-suffer-study-finds.html?_r=1&hpw
New York Times article citing findings from book *Immigrants Raising Citizens*, September 21, 2011:
http://www.nytimes.com/2011/09/21/us/illegal-immigrant-parents-pass-a-burden-study-says.html?hpw
Los Angeles Times op ed:
http://articles.latimes.com/2011/may/12/opinion/la-oe-yoshikawa-immigration-20110512
BBC, May 25:
http://www.bbc.co.uk/mundo/movil/noticias/2011/05/110525_eeuu_ninos_hispanos_ao.shtml
Washington Post:
http://www.washingtonpost.com/blogs/political-bookworm/post/hardships-of-undocumented-immigrants-children/2011/04/28/AFziPuDF_blog.html
NPR "Tell Me More" (Michel Martin), May 11, 2011
http://www.npr.org/2011/05/11/136205485/undocumented-parents-struggle-to-raise-citizen-children
NPR Leonard Lopate Show, April 26, 2011:
http://www.wnyc.org/shows/lopate/2011/apr/26/immigrants-raising-citizens/
Dallas Morning News, December 28, 2012:
http://www.dallasnews.com/opinion/local-voices/headlines/20121228-barbara-b.-johnson-immigrants-raising-citizens-creates-problems-we-ignore.ece
2009:
El Mercurio, Santiago, Chile, February 2, on Un Buen Comienzo Chilean project::

http://diario.elmercurio.cl/detalle/index.asp?id={22afa570-d617-4822-901e-4556913ccbdc}#

**INVITED LECTURES**

2017
UNICEF El Salvador, "A Prosperous Future For El Salvador: Global Lessons From Transformative Interventions," National Conference, San Salvador, November.
Pontifical Academy of Social Sciences, Ethics in Action global meeting on education, Vatican City, October.
New York University, Steinhardt School Department of Applied Psychology, Psychology of Social Intervention program colloquium, October.
Campbell Lecture, Oregon State University, School of Public Health and Human Sciences and Hallie Ford Center for Children and Families, September.
NYU Steinhardt and Wagner Schools; presentation of *Cradle to Kindergarten* volume (Chaudry, Morrissey, Weiland, & Yoshikawa, 2017), September.
NYU Institute for Public Knowledge; presentation of *Cradle to Kindergarten* volume, September.
UN General Assembly, side event hosted by the Government and Kingdom of Morocco and UNICEF on South-South cooperation for early childhood development in the Sustainable Development Goals, September.
University of Chicago, Center for Diversity and Inclusion, Chicago, May.
Invited moderator, "Refugees from the Middle East, Africa, and Latin America: Developmental Factors and Interventions," Society for Research in Cild Development biennial meeting, Austin, TX, April.
Sesame Workshop and International Rescue Committee, Advisory Meeting on ECD – Humanitarian Initiative, New York, March.
Inter-American Dialogue meeting on Early Childhood Development program quality in the region of Latin America, Washington, DC, February.
International Consortium of Developmental Science Societies, Consensus Meeting, Utrecht, the Netherlands, February.
UNICEF / Queen's University Belfast / Yale / NYU meeting on early childhood development (ECD) and peacebuilding, Yale Child Study Center, New Haven, CT, February (with Ivelina Borisova).

2016
George Mason University, College of Education and Human Development, December.
U.S. Partnership on Mobility from Poverty, webinar on approaches to reducing child poverty in the United States, November 22.
National Academy of Education / Spencer Fellows Retreat, Washington, DC, November.
Investing in Young Children Globally Forum, National Academies of Medicine, Science and Engineering, Abidjan, Cote D'Ivoire, October.
UNESCO Institute for Statistics meeting of the Global Alliance to Monitor Learning, Washington, DC, October.
University of Oregon, Leona Tyler Lecture, Eugene, OR, October.
City of Bogotá Foro Distrital de Educación, keynote speaker, Bogotá, Colombia, October.
UNICEF West Africa / Middle East & North Africa (MENA) South-South Conference on Early Childhood Development, keynote, Rabat, Morocco, September.
European Early Childhood Education Research Association (EECERA) annual meeting, Dublin, Ireland, September.
American Psychological Association, plenary lecture, Denver, CO, August.
International Society for the Study of Behavioral Development, invited Presidential panelist on social competence in global contexts, Vilnius, Lithuania, July.
Invited panelist, global webinar of the Early Childhood Development Workforce Initiative sponsored by Results 4 Development and the International Step-by-Step Association, July.
Inter-American Development Bank and UK Institute for Fiscal Studies global conference on early childhood development and policy research, the British Academy, London, June (presenter and invited plenary discussant for the entire meeting), June.
American University, School of Public Affairs, Invited panel on early childhood policies in the United States,

35

Washington, DC, May.

Lego Foundation, Annual Ideas Conference, Invited panel on scale in programs and policy for children, Billund, Denmark, April.

University of Michigan Education Policy Series, School of Education, panel on early childhood education, Ann Arbor, MI, March.

National Academy of Education / Spencer Fellows Retreat, plenary panel, Washington, DC, March.

University of Texas at Austin, National Immigration Conference, Austin, TX, February.

University of Maryland, Department of Human Development, College Park, MD, February.

Migration Policy Institute, national webinar on report on children of unauthorized parents in the United States, January.

Johns Hopkins / CUNY Hunter College public panel series on education, January.

2015

Association for Public Policy Analysis and Management annual research conference, presidential invited panel on preschool education evidence, Miami, FL, November.

New York University – University Lecture (university-wide), November.

National meeting on early childhood development, Czech Republic, sponsored by the International Step by Step Association and the Open Society Foundations, Prague, November.

Penn State University, Bennett Lecture, Bennett Prevention Science Center, October.

Penn State University, Child Study Center, October.

Children's Aid Society Board Meeting, New York, NY, October.

Nucleo Ciencia de Primeira Infancia, Brazil, Sao Paulo. National policy maker and researcher group focused on early childhood development, October.

Coimbra, Portugal: European Commission Program on Playgroups, Universidade de Coimbra, September.

Braga, Portugal: European Conference on Developmental Psychology, symposium on science and policy, September.

Medellin, Colombia: REDUCA (Latin American Regional organization of civil society organizations working in education) annual meeting, August.

Washington, DC: OMEP World Conference, keynote lecture, July.

New York: American Psychological Society (APS) Annual Meeting, Cross-Cutting Theme session on immigration, May.

Albuquerque: State Symposium on Early Childhood Development, University of New Mexico, April.

Salzburg Global Seminar, Schloss Leopoldskron, Salzburg, Austria, April.

Abu Dhabi: NYU Abu Dhabi and the Project for the Advancement of Our Common Humanity, April.

Hong Kong: University of Hong Kong, Faculty of Education, January.

Nashville, TN: Vanderbilt University, Peabody School of Education, January.

Children's Defense Fund briefing of 20 foundations.  New York: Ford Foundation, January.

2014

New York: Russell Sage Foundation, December.

ARNEC (Asia Regional Network on Early Childhood), Asia / Pacific regional meeting, Manila, Philippines, December.

NYU Steinhardt Education Policy Breakfast (speakers Ajay Chaudry and Steven Dow).  New York: New York University, November.

Panel on demographic shifts and impacts on education (chaired by Marcelo Suarez-Orozco), National Academy of Education annual meeting, Washington, DC, November.

Keynote lecture, Society for Research in Child Development meeting, Prague, Czech Republic, October.

Keynote lecture, first annual Symposium on Children, Crane Center for Early Childhood Research and Policy, Ohio State University, Columbus, OH, October.

Earth Institute, U.N. Sustainable Development Solutions Network, and Global Child Forum.  New York: Columbia University, September.

Keynote, conference "Migrant Mothers Caring for the Future: Creative Interventions in Making New Citizens"

36

(South Bank University and Open University), London, September.

East China Normal University Inaugural Conference of the Institute for Social Development, and International Society for the Study of Behavioral Development.  Shanghai, China, June.

Keynote lecture, Society for Prevention Research annual conference, Washington, DC, May.

U.S. Department of Education, Race to the Top – Early Learning Challenge Grantees national meeting, Bethesda, MD, April.

Invited panelist, meeting of the Society for Research in Child Development (SRCD) Equity and Justice Committee, Chicago, IL, April.

Roberta Simmons award lecture, Society for Research in Adolescence biennial meeting, Austin, TX, March.

Stanford Graduate School of Education, Palo Alto, CA, March.

Panelist at national seminar sponsored by the Fundación Pies Descalzos and El Espectador, *Educación con calidad: Ahora o nunca,* Cartagena, Colombia, February.

New York University Abu Dhabi Institute: Conference on Transforming Settings for Global Child and Youth Development, Abu Dhabi, January.

Dubai, United Arab Emirates: Dubai CARES, January.


<u>2013</u>

New Delhi: Ambedkar University, December.

New York City Summit for Children (Chair: Jeffrey Sachs; Keynote: Mayor-elect Bill DeBlasio).  New York: Columbia University, December.

Edmonton, Canada: Conference on Science and Policies for Early Childhood Development, Norlien Foundation, November.

Santiago, Chile: Universidad Diego Portales, October.

Santiago, Chile: National seminar, Fundación Educacional Oportunidad, October.

U.S. Child and Family Policy Research Consortium series on global child development research and policy, webinar lecture, October.

Utrecht, Netherlands: SARDES international meeting on preschool education, October.

Launch of the Thematic Group Reports, United Nations Sustainable Development Solutions Network.  New York, NY: Earth Institute, Columbia University, September.

Pediatrics, Columbia University Medical School, New York, NY, September.

Joint colloquium of doctoral programs in Psychological Development and Psychology of Social Intervention, New York, NY, September.

New York Immigration Coalition and NYU Law School: Policy panel on first-year anniversary of DACA, August.

University of California Davis Conference on Early Childhood and Later Development. Davis, CA: UC Davis National Poverty Center, May.

Inter-American Development Bank, Washington, DC, May.

Fundación Educational Oportunidad, Santiago de Chile; ISCTE, University of Lisbon, Lisbon, Portugal, May.

Harvard University David Rockefeller Center for Latin American Studies, Advisory Committee meeting, Santiago de Chile, May.

Presidential session on poverty and child well-being, American Educational Research Association (AERA) annual meeting, San Francisco, CA, April.

Society for Research in Child Development Pre-Conference on Interventions in Global Contexts. Seattle, WA, April.

Early Childhood Leadership Development Institute (for Brazilian federal and state policy makers; leaders in early childhood). Cambridge, MA: Harvard Center on the Developing Child, March.

Institute of Medicine / National Research Council Planning Meeting on Global Early Childhood Development. Washington, DC, March.

Boston Children's Hospital, Boston, MA, March.

The World Bank.  Washington, DC, February.

New York: NYU, Steinhardt School of Culture, Education and Human Development, January.


<u>2012</u>

37

Yale Law School, Immigration Theory and Practice Series.  Yale University, New Haven, CT, December.
University of Pennsylvania Graduate School of Education, Philadelphia, PA, November.
Parent involvement summit, School of Education, Southern Methodist University, Dallas, TX, October.
Massachusetts Race to the Top Early Learning Challenge Grant State Leadership Retreat, Brookline, MA, October.
Norway: NATED National Ph.D. in Education Training Conference, Oscarborg, Drøbak, Norway, October.
University of Massachusetts, Amherst, September.
Conference, "40 years of research on social change and human development: A celebration of Rainer Silbereisen."
        University of Jena, Germany, September.
South Asian Regional Conference on Early Childhood Care and Education, sponsored by UNICEF, UNESCO,
        the World Bank, Save the Children, and Ambedkar University, New Delhi, India, August.
GRADE, Lima, Peru, August.
Division 27 of the American Psychological Association (career award lecture), Orlando, FL, August.
11th National Head Start Research Conference, Washington, DC, June.
Distinguished Lecture Series, College of Education, University of Washington (Seattle), May
Children's Hospital Boston; Massachusetts Association of Teachers of Other Languages (MATSOL) Annual
        Conference, Framingham, MA, May.
Universidad Diego Portales, Santiago de Chile, April.
National seminar sponsored by the Fundación Educacional Oportunidad, Santiago de Chile, April.
Columbia University, School of Social Work Distinguished Lecture series, New York, NY, April.
New York Immigrant Coalition and the Council of the Americas, New York, NY, March.
Montreal: Concordia University, Center for Research on Human Development, February.
University of Hong Kong, Faculty of Education, January.


2011
Yale University, Zigler Center in Child Development and Social Policy, New Haven, CT, December.
Harvard School of Public Health Maternal and Child Health Colloquium Series, Cambridge, MA, December.
Institute on Human Development and Social Change and Steinhardt School of Culture, Education, and Human
        Development Department of Applied Psychology, November.
National Scientific Forum on Early Childhood Development, Faculdade de Medicina da Universidade de Sao
        Paulo , Fundacao Maria Cecilia Souto Vidigal, Harvard University, and INSPER.  Sao Paulo, Brazil,
        October.
Harvard David Rockefeller Center for Latin American Studies, Brazil office, Sao Paulo, Brazil, October.
Curry School of Education, University of Virginia, Charlottesville, VA, October.
Psychology Department and Human Development and Family Studies Department, Michigan State University,
        East Lansing, MI, October.
Raising a Reader national conference, Boston, MA, September.
APA Presidential Task Force on Immigration, symposium on report.  American Psychological Association annual
        conference, Washington, DC, August.
*Immigrants raising citizens: Undocumented parents and their young children's development.*  American Psychological Association
        annual conference, Washington, DC; Little Sisters of the Assumption Family Health Service, New York,
        NY; Somerville Early Head Start program, Somerville, MA; National Head Start Research Conference,
        Kansas City, MO; Social Inequality Seminar, Kennedy School of Government, Harvard University;
        Department of Family and Community Development, University of Illinois, Urbana-Champaign; Frances
        McClelland Institute for Children and Families, University of Arizona.
        Invest in Kids conference, Coos County, New Hampshire, May.
Society for Research in Child Development, Montreal, April.
Massachusetts Challenge, Root Cause, and Smart from the Start; Boston, MA, March.
Rockefeller Foundation, Bellagio, Italy, February.


2010
The Urban Institute, Washington, DC, December.
Columbia University Teachers College, Department of Human Development, September.

38

Early Childhood 2010 Summit, co-sponsored by U.S. Departments of Education and Health and Human Services, Washington, DC, August.
Plenary panel on the national Head Start Impact Study. National Head Start Research Conference, Washington, DC, June.
Harris Graduate School of Public Policy Studies, Center for Human Potential and Public Policy, University of Chicago, Chicago, IL, April.

2009
Harvard Achievement Gap Initiative Parent Leadership Conference, Cambridge, MA, October.
Maine Business Summits for Early Childhood Investment, Bath, and Portland, ME, October.
East China Normal University, Shanghai, China, June.
Regional Workshop of the International Society for the Study of Behavioral Development (ISSBD), Nanjing, China, June.
Bahcesehir University, Istanbul, Turkey (lectures on improvement of quality in preschool education (the Un Buen Comienzo project) as well as overall science-based framework for early childhood policy, May.
*Immigrants raising citizens: The second generation in the first years of life.*  Migration Series, University of California, Los Angeles.  Los Angeles, CA; National Center for Children and Families, Columbia University; CUNY (City University of New York) Immigration Speaker Series; Duke University Sulzberger Distinguished Lecture Series; Eliot-Pearson Department of Child Development, Tufts University; CUNY Baruch College School of Public Affairs (January through April).
David Rockefeller Center for Latin American Studies, Santiago, Chile, March.
Universidad Diego Portales, Santiago, Chile, March.

2008
International Step by Step Association, Budapest, Hungary, October.
Institute for Human Development and Social Change, New York University, New York, October.
National Symposium on Early Childhood Policy, Center on the Developing Child, Harvard University, June.
National Head Start Research Conference, Washington, DC, June.
Mathematica Policy Research, Washington, DC, May.

2007
Zero to Three National Training Institute plenary research address, Orlando, FL, November.
Corporate Partners Meeting, David Rockefeller Center for Latin American Studies, Santiago, Chile, November.
University of Delaware Early Learning Center, Newark, DE, September.
Legislative Working Group on Early Childhood, National Conference of State Legislatures, Boston,August.
First Annual NICHD Summer Institute, Potomac, MD, June.
NIH Family Research Consortium Annual Conference, Durham, NC, June.
Achievement Gap Initiative, Harvard University, June.
Department of Psychology, Fuzhou Normal University, Fuzhou, China, June.
Third Conference on Emotional Development, Research Center on Learning Science, Southeast University, Nanjing, China, May.

*Making it work: Low-wage employment, family life, and child development* (following publication of book by this title by Russell Sage).  Bank Street College of Education, Clark University Psychology Department Colloquium Series, University of Michigan Psychology Department Colloquium Series, University of Washington Center for Studies in Demography and Ecology Colloquium Series, Harvard School of Public Health Department in Society, Health, and Human Development, Boston College Lynch School of Education Colloquium Series.   February through April.
 Invited Master Lecture, biennial meeting of the Society for Research in Child Development, Boston, MA, April.

2006
Invited lecture to officials of early childhood education of Chile, including the director of early childhood

education of the Ministry of Education of Chile, Cambridge, MA, September.

Boyd McCandless award lecture, Division 7 of the American Psychological Association, New Orleans, LA, August.

Shanghai Municipal Department of Education's Education Forum, Shanghai, China, June.

Scientific Meeting of the Board and Fellows, Zero to Three: The National Center for Infants and Toddlers. Washington, DC, April.

*Low-wage employment, family life, and child development.* Brown University, Department of Education, and University of Maryland, School of Education, and Institute for Education and Social Policy, New York University, February to April.

2005

Penn State Family Symposium, The Pennsylvania State University, University Park, PA, October.

Colloquium Series on Immigration, City University of New York, New York, NY, September.

(Nanjing Southeast University (with Niobe Way, Learning Institute, Nanjing, China, September.

Nanjing Normal University, Psychology Department (with Niobe Way), Nanjing, China, September.

National conference call sponsored by Pre-K Now on the Head Start Impact Study, September.

Festschrift for Julian Rappaport, held at the biennial meeting of the Society for Community Research and Action, University of Illinois at Urbana-Champaign, June.

NICHD Workshop on Addressing Health and Educational Disparities Among Immigrant Children. Rockville, MD: National Institutes of Health, May.

UNICEF Innocenti Research Centre, Florence, Italy, May.

Department of Psychology, Universita di Padova, Italy, April.

2004

Dean's Distinguished Lecture Series, Harvard University Graduate School of Education, December.

Radcliffe Institute for Advanced Study Conference on "The Next Generation: Immigrant Children and Youth in Comparative Perspective." Cambridge, MA: Radcliffe Institute for Advanced Study, October.

Seminar Series of the Center for Advanced Social Science Research, New York University, October.

Conference of the Council on Contemporary Families (with Anna Gassman-Pines), New York, NY, September.

Developmental Psychology Colloquium Series, Department of Psychology, Yale University, March.

Teachers College, Columbia University, Program in Developmental Psychology, March.

2003

Center for Human Potential and Public Policy (with Catherine Tamis-LeMonda and Ajay Chaudry), Harris Graduate School of Public Policy Studies, University of Chicago, December.

Grand Rounds, HIV Center for Clinical and Behavioral Studies, Columbia University College of Physicians and Surgeons, November.

Social Science Research Council Fellows in Sexuality Research, New York, NY, October.

Foundation Scholars, Foundation for Child Development, New York, NY, October.

Scholars Program, William T. Grant Foundation, New York, NY, October.

Syracuse University, Maxwell School of Public Policy, October.

Columbia University, National Center for Children and Families, October.

MacArthur Foundation Research Network on Successful Pathways through Middle Childhood, Washington, DC, June.

Department of Psychiatry, Division of Prevention Research, Yale University, New Haven, CT, May.

Translating Research Into Practice colloqium series (with David H Chae and Patrick Wilson), Centers for Disease Control, National Center for HIV, STD and TB Prevention, Atlanta, GA, March.

Pennsylvania State University, Prevention Research Center and Department of Human Development and Family Studies, College Station, PA, February.

2002

William T. Grant Foundation, New York, NY, December.

40

Lecture series on welfare reform, children and families of the Center for Children, Families and the Law, University of Nebraska, Lincoln, December.

Summit on Asian / Pacific Islander HIV Prevention (with David H. Chae), NIMH Office of AIDS Research and the A/PI Wellness Center, Oakland, CA, December.

Invited symposium on effects of welfare reform in the U.S., Tufts University, Departments of Political Science, Economics, Public Policy, Psychology, and Human Development.  Medford, MA, October.

Invited panelist, William T. Grant Foundation seminar for the foundation's board members on "Using research to influence public policy: Welfare reforms and their effects on young people."  New York, NY, October.

Carolina Consortium on Human Development, Center for Developmental Science, University of North Carolina, Chapel Hill, September.

Joint Center for Poverty Research September Research Institute on "Family Investments in Children's Potential: Resources and Behaviors That Promote Children's Success" (with Andrew J. Fuligni), Chicago, IL, September.

Committee on Family Work Policies, Board on Children, Youth and Families, National Academy of Sciences, July.

New York University Mental Health Statistics Workshop series, March.

Committee on Family Work Policies, Board on Children, Youth and Families, National Academy of Sciences (with Pamela Morris, Lisa Gennetian, and Virginia Knox), March.

National Center for Children in Poverty, Columbia University, February.

2001

New York University Child and Family Center Forum on Children and Families, meeting on "Promoting children's mental health in early childhood programs," December.

Harris School of Public Policy Colloquium Series, University of Chicago, and the University of Illinois at Chicago Department of Psychology Colloquium Series, Chicago, November.

Journalism Fellowships in Child and Family Policy, Washington, DC, November.

Jacobs Foundation 2001 Annual Conference, "Well-Being and Dysfunction Across the Generations: Change and Continuity."  Zurich, Switzerland, October.

Research Colloquium Series (with Johannes Bos, Katherine Magnuson, & JoAnn Hsueh), Wagner School of Public Service, New York University, September.

Summer Research Institute of the National Institute of Mental Health Family Research Consortium (with Johannes Bos and Pamela Morris), Lake Tahoe, CA.

"Toward a dynamic systems perspective on the study of public policies and child development:"  Departmental Colloquium Series, Department of Psychology, St. John's University, New York, and the Applied Psychology Colloquium Series, Department of Applied Psychology, New York University, April.

Winter Poverty Seminar Series, Center for Poverty Research, University of Michigan, Ann Arbor, MI, April.

2000

National Infant Mental Health Forum, sponsored by the Administration for Children Youth and Families, October.

Center for Human Growth and Development, University of Michigan, Ann Arbor, MI, September.

"Resolving paradoxical criteria for the expansion and replication of early childhood care and education programs."{  Yale Child Study Center, Yale University, New Haven, CT, and the Early Childhood Funders Conference on Replication of Successful Early Childhood Programs, Replication and Program Strategies Inc., and the National Center for Children in Poverty, Columbia University, May and June.

Fellows Seminar at the Joint Center for Poverty Research, Northwestern University, March.

New York University Child and Family Policy Center, Conference on Effects of Welfare Reform on Children, March.

1999

Department of Psychology, Yale University, December.

Social Science Research Council Conference on Transitions In and Out of the Working Poor: Effects on Children and Families, New York, October.

Workshop on Developmental Promotion and Early Childhood Intervention, Committee on Integrating the
    Science of Early Childhood Development, National Academy of Sciences, National Research Council,
    Washington, DC, June.

1997
National Academy of Sciences Roundtable on Head Start Research: Supporting the Mental Health of Children and
    Families in Head Start.  Washington, DC:  National Academy of Sciences, National Research Council,
    June.

1994
Rutgers Invitational Symposium on Education ("New Directions for Policy and Research in Early Childhood Care
    and Education"), Rutgers University, New Brunswick, NJ, October.
Bush Center for Child Development and Social Policy, Yale University, New Haven, CT, February.

## SELECTED CONFERENCE PRESENTATIONS (last 5 years; students and advisees' names in italics)

Yoshikawa, H. (2017).  Invited panelist, in D. Vandell and V. Gadsden (Co-Chairs), AERA / SRCD roundtable
    symposium on early childhood development.  Biennial meeting of the Society for Research in Child
    Development, Austin, TX, April.
Yoshikawa, H. (2017).  Invited panelist, in K. Marfo (Chair), *Research and policy on child development in low-income and
    conflict-affected countries*. Biennial fiscte
meeting of the Society for Research in Child Development, Austin, TX, April.
Yoshikawa, H (2017).  Invited panelist, in A. Raikes (Chair), *Measurement of early learning and quality outcomes in low- and
    middle-income countries*.  Biennial meeting of the Society for Research in Child Development, Austin, TX,
    April.
*Ling, A.,* Way, N., Yoshikawa, H., Chen, X., Lu, Z., & Deng, H. (2017). Workplace factors, parenting and youth
    development in urban China.  In L. Cui (Chair), *Contextual and intervention predictors of parenting in China*.
    Symposium conducted at the biennial meeting of the Society for Research in Child Development, Austin,
    TX, April.
*Wuermli, A.,* Wolf, S., Halpin, P., Yoshikawa, H., Dowd, A.J., Borisova, I., & Pisani, L. (2016).  Exploring the
    psychometric properties and sensitivity to contextual factors of the International Development and Early
    Learning Assessment (IDELA) in Bhutan.  In H. Yoshikawa & R. Serpell (Chairs), *Measuring socio-emotional
    development in low-income and conflict-affected countries*.  Sympposium presented at the meeting of the
    International Society for the Study of Behavioral Development, Vilnius, Lithuania, July.
Yoshikawa, H. (2016).  Discussant.  In R. Toomey (Chair), *Intersecting experiences: Examining the roles of race/ethnicity
    and (perceived) sexual orientation in school settings*.  Symposium held at the biennial meeting of the Society for
    Research in Adolescence, Baltimore, MD, March.
Chong, E.P.K., Poteat, V.P., Yoshikawa, H., & Calzo, J. (2016).  Empowering youth to address racial diversity
    issues: The role of high school gay-straight alliances.  In  R. Toomey (Chair), *Intersectionalities: Experiences of
    race/ethnicity and sexuality among youth*.  Symposium held at the biennial meeting of the Society for Research
    in Adolescence, Baltimore, MD, March.
Calzo, J.P., Poteat, V.P., Yoshikawa, H., Russell. S., & Bogart, L. (2016).  *Person-environment fit and positive youth
    development in the context of high school gay-straight alliances*.  In R. Toomey (Chair), *Sexual orientation: Measurement,
    health outcomes, and person-context fit*.  Symposium presented at the biennial meeting of the Society for
    Research in Adolescence, Baltimore, MD, March.
Poteat, V.P., Calzo, J.P., & Yoshikawa, H. (2016). Promoting youth agency through dimensions of gay-straight
    alliance involvement.  In R. Watson (Chair), *The positive role of gay-straight alliances, school safety, and agency for
    sexual minority youth in North American schools*. Symposium presented at the biennial meeting of the Society
    for Research in Adolescence, Baltimore, MD, March.
Arbour, M.C., Yoshikawa, H., Atwood, S., Duran, F., Godoy Ossa, F., Treviño, E., & Snow, C.E. (2015).  *Un Buen
    Comienzo: A learning collaborative to improve public preschool quality and children's language outcomes in Chile*. Paper
    presented at the biennial meeting of the Society for Research in Child Development, Philadelphia, PA.
Yoshikawa, H., & *Kabay, S.B.* (2015).  Early childhood development and quality indicators for post-2015
    sustainable development. In D. Wagner (Chair), *Learning outcomes in the post-2015 Sustainable Development*

*Goals.* Symposium at the CIES Conference, Philadelphia, PA, March.

Yoshikawa, H. (2015).  Invited panelist, Joint Conference on Reducing Inequality: What America Can Learn from the European Experience (William T. Grant Foundation and Jacobs Foundation), Marbach, Germany, March.

Yoshikawa, H. (2014).  Discussant, panel on interventions in low- and middle-income countries for child and youth development (Chair: Caroline Tubbs), Society for Research in Child Development meeting on Positive Youth Development in the Great Recesssion, Prague, October.

Yoshikawa, H. (2014).  Discussant, panel on dual-generation programs for families in poverty (Chair: Jessica Harding), Society for Research in Child Development meeting on policy and practice, Alexandria, VA, April 3.

Yoshikawa, H. (2014).  Roundtable panelist, "Lessons from scaling up U.S. early childhood education programs" (Chair: Jennifer Brooks), Society for Research in Child Development meeting on policy and practice, Alexandria, VA, April 2.

Yoshikawa, H. (2014).  Roundtable panelist, "Lessons from scaling up global early childhood development programs and policies" (Chair: Pia Britto), Society for Research in Child Development meeting on policy and practice, Alexandria, VA, April 2.

Yoshikawa, H, (2014).  Invited panelist, meeting on global indicators for early childhood development.  Geneva, Switzerland: World Health Organization and UNESCO, March 12.

Yoshikawa, H. (2013).  *Investing in our future: The evidence base on preschool education.* Workshop presented at Conference on Science and Policy for Early Childhood Development for the province of Alberta, Edmonton, Canada, November.

*Oh, S.S.,* & Yoshikawa, H. (2013, October).  *Developmental consequences of parent unauthorized status for children and youth* (keynote lecture).  Fairfield County Community Foundation, CT.

Yoshikawa, H., & Oh, S.S. (2013).  Governance and finance of early childhood development services in Cambodia.  In P. Britto (Chair), *Governance and finance of early childhood development services in low-income countries.* Symposium at meetings of the Society for Research in Child Development, Seattle, WA.

*Gomez, C.,* & Yoshikawa, H. (2013).  *Earthquake shocks: Effects of the 2010 Chilean earthquake on young children's language and executive function skills.* Presentation at the meetings of the Society for Research in Child Development, Seattle, WA.

*Arbour, M.C.,* Murray, M., Yoshikawa, H., Arriet, F., & Cordero, M. (2012).  *Predictors of physical, emotional and social needs among young children living in camps for internally displaced people, 10 months after the 2010 Chilean earthquake.* Paper presented at the annual meeting of the American Public Health Association.

*Arbour, M.C.,* Yoshikawa, H., Barata, M.C., Rolla, A., Snow, C.E., Treviño, E., Palfrey, J., & Murray, M. (2012).  Prevalence of special health care needs among children and links to developmental risk in Chile.  Paper presented at the annual meeting of the American Public Health Association.

*Barata, M.C., Yuan, M.,* & Yoshikawa, H. (2012).  Time to care: A mixed methods study of center care entry and parent choices in the first 3 years of life.  In E. Klein (Chair), *Preferences, Options, and Constraints: Child Care Decision-Making of Low-Income and Immigrant Families.* Symposium conducted at the biennial National Head Start Research Conference, Washington, DC.