AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Martin Jonathan Batalla Vidal, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:16-cv-04756-NGG-JO |
| Kirstjen Nielsen, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Individual Historians and the Fred T. Korematsu Center for Law and Equality.

Date:  12/19/2017

s/ Robert S. Chang
*Attorney's signature*

Robert S. Chang, WSBA #44083
*Printed name and bar number*

1215 East Columbia Street
Seattle, WA 98122

*Address*

changro@seattleu.edu
*E-mail address*

(206) 398-4025
*Telephone number*

(206) 398-4036
*FAX number*