UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals,<br><br>     Plaintiffs,<br><br>     v.<br><br>KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>     Defendants. | Case No. 1:16-cv-04756-NGG-JO<br><br>**NOTICE OF APPEARANCE OF MICHAEL A. GUERRA, ESQ.** |

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

  **PLEASE TAKE NOTICE** that Michael A. Guerra, Esq., of Venable LLP, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, shall appear as counsel for Proposed Amicus the Lawyers' Committee for Civil Rights Under Law in the above-captioned matter.

Dated: New York, New York
   December 19, 2017

             Respectfully submitted,

             By: /s/
               Michael A. Guerra, Esq.
             Venable LLP
             Rockefeller Center
             1270 Avenue of the Americas
             Twenty-Fourth Floor
             New York, New York 10020
             Telephone: 212.307.5500
             Fax: 212.307.5598
             E-Mail: maguerra@venable.com

TO: All Counsel of Record
   **(BY ECF)**