UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

------------------------------------------------------------- x

MARTIN JONATHAN BATALLA VIDAL, et al.,

                Plaintiffs,

       - against -                         **16 Civ. 4756 (NGG) (JO)**

ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, et al.,

                Defendants.

------------------------------------------------------------- x
------------------------------------------------------------- x

STATE OF NEW YORK, et al.,

                Plaintiffs,

       - against -                         **17 Civ. 5228 (NGG) (JO)**

DONALD TRUMP, President of the United States, et al.,

                Defendants.

------------------------------------------------------------- x

## NOTICE OF APPEARANCE

        Peter Karanjia
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Avenue, NW
        Suite 800
        Washington, D.C.  20006
        Tel:  (202) 973-4256
        peterkaranjia@dwt.com

*Attorney for Amicus Curiae United We Dream*

PLEASE TAKE NOTICE that Peter Karanjia, a partner with DAVIS WRIGHT TREMAINE LLP, hereby requests that the Court enter his appearance as attorney for above-named proposed *amicus curiae* United We Dream and requests that all further papers and pleadings served or filed in the two above-captioned cases be served upon the undersigned at the address stated below.

Dated: Washington, D.C.  
December 20, 2017

DAVIS WRIGHT TREMAINE LLP

By: */s/ Peter Karanjia*

Peter Karanjia  
1919 Pennsylvania Avenue, NW  
Suite 800  
Washington, D.C. 20006  
Tel.: (202) 973-4256  
Email: peterkaranjia@dwt.com

*Attorney for United We Dream*