UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTIN JONATHAN BATALLA VIDAL, ET AL.

V.

ELAINE C DUKE, ACTING SECRETARY,
DEPARTMENT OF HOMELAND SECURITY,
ET AL.
------------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

NO. 16-CV-4756 (NGG)(JO)

TO:  Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of MAYER BROWN LLP and a member in good standing of the bar(s) of the State(s) of DISTRICT OF COLUMBIA & NEW YORK as attorney pro hac vice to argue or try this case in whole or in part as counsel for ~~Plaintiff/Defendant~~ AMICI CURIAE. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 12/19/2017

Signature of Movant
Firm Name MAYER BROWN LLP
Address 1999 K ST NW
WASHINGTON DC 20006
Email APINCUS@MAYERBROWN.COM
Phone 202 263 3220

District of Columbia
Subscribed and sworn to before me, in my presence,
this 19th day of December, 2017
by Andrew Pincus
Robin L. Algood, Notary Public
My Commission Expires: 4/14/19