UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTIN JONATHAN BATALL VIDAL, ET AL.

V.

ELAINE C. DUKE, ACTING SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY, ET AL.

-----------------------------------------------------------X

AFFIDAVIT OF ANDREW J PINCUS
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
NO. 16-CV-4756 (NGG) (JO)

ANDREW J PINCUS, being duly sworn, hereby deposes and says as follows:

1. I am an ~~associate~~ PARTNER with the law firm of MAYER BROWN LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of DISTRICT OF COLUMBIA & NEW YORK.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **(have not)** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **(have not)** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for ~~Plaintiff/Defendant~~ AMICI CURIAE.

Dated: 12/19/2017

Signature of Movant
Firm Name MAYER BROWN LLP
Address 1999 K ST NW
WASHINGTON DC 20006
Email APINCUS@MAYERBROWN.COM
Phone 202 263 3220

NOTARIZED



District of Columbia

Subscribed and sworn to before me, in my presence,
this 19th day of December, 2017
by Andrew Pincus
Robin L. Algood, Notary Public
My Commission Expires: 4/14/19