UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Martin Jonathan Batalla Vidal, et al.

v.

Elaine C. Duke, Acting Secretary, Department of Homeland Security, et al.

----------------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

No. 16-CV-4756 (NGG)(JO)

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of

__Mayer Brown LLP__ and a member in good standing of the bar(s) of the State(s) of __New York__, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant __amici Curiae__.

There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 12/18/17

Signature of Movant
Firm Name __Mayer Brown LLP__
Address __1221 Avenue of the Americas__
__New York, NY 10020__
Email __klin@mayerbrown.com__
Phone __212-506-2538__