UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Martin Jonathan Batalla Vidal, et al.

v.

Elaine C. Duke, Acting Secretary, Department of Homeland Security, et al.

-----------------------------------------------------------X

AFFIDAVIT OF Karen Lin
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
No. 16-CV-4756 (NGG)(JO)

_Karen Lin_, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Mayer Brown LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of New York.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for ~~Plaintiff/Defendant~~ Amici Curiae.

Dated: 12/18/2017

Signature of Movant
Firm Name Mayer Brown LLP
Address 1221 Avenue of the Americas
New York, NY 10020
Email klin@mayerbrown.com
Phone 212-506-2538

NOTARIZED

DENISE TREASURE
Notary Public, State of New York
No. 01TR5065211
Qualified in Queens County
Commission Expires September 3, 2018

Denise Treasure, Notary

2