Howard Sokol
howard.sokol@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
(212) 513-3200 (telephone)
(212) 385-9010 (facsimile)

*Counsel for Amicus Curiae*
*Government of the United Mexican States*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BATALLA VIDAL, *et al.*, <br><br>               Plaintiffs, <br>     v. <br><br> NIELSEN, *et al.*, <br><br>               Defendants. | ECF Case <br><br> Case No.: 16-cv-4756 (NGG) (JO) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, Howard Sokol, of the firm of Holland & Knight LLP, hereby appears in the above-captioned action on behalf of *Amicus Curiae* Government of the United Mexican States and, accordingly, respectfully requests that he be electronically served (at his e-mail address, listed above and below) with a copy of any and all future pleadings, filings and submissions to the Court.

Dated:   December 20, 2017
           New York New York

By: /s/ Howard Sokol
       howard.sokol@hklaw.com