UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Seth Fiur

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

1:16-cv-04756

------------------------------------------------------------X

TO:    Opposing Counsel
       U.S. Department of Justice

       950 Pennsylvania Ave, NW, Washington, D.C. 20530-0001

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to

Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York for an Order allowing the admission of movant, a member of the firm of

Proskauer Rose LLP              and a member in good standing of the bar(s) of the State(s)

of New York                              , as attorney pro hac vice to argue or try this case

in whole or in part as counsel for Plaintiff/Defendant New York University (as amicus curiae) .

There are no pending disciplinary proceedings against me in any State or Federal court. (If there

are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 12/20/2017

Signature of Movant
Firm Name Proskauer Rose LLP
Address Eleven Times Square
New York, New York 10036
Email sfiur@proskauer.com
Phone (212) 969-3146