UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

BATALLA VIDAL et al.,

        Plaintiffs,

   -against-

NIELSEN et al.,

        Defendants.
------------------------------------------------------X

AFFIDAVIT OF SHILOH RAINWATER
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
1:16-cv-04756-NGG-JO

SHILOH RAINWATER, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Proskauer Rose LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for New York University (as *amicus curiae*).

Dated: December 20, 2017

                                                            Signature of Movant Shiloh Rainwater
                                                            Firm Name:   Proskauer Rose LLP
                                                            Address:      Eleven Times Square
                                                                               New York, NY 10036
                                                            Email:         srainwater@proskauer.com
                                                           Phone:        (212)969-3563

NOTARIZED

JOAN KIM
Notary Public, State of New York
No. 01KI6347514
Qualified in New York County
Commission Expires Sept. 6, 2020