UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICHAEL J. DUNDAS

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

1:16-cv-04756

-----------------------------------------------------------X

TO:   Opposing Counsel
      US DEPARTMENT OF JUSTICE
      c/o Brad Rosenberg, PO BOX 883, Washington, DC 20044

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of LOS ANGELES CITY ATTORNEY'S OFFICE and a member in good standing of the bar(s) of the State(s) of CALIFORNIA, as attorney pro hac vice to argue or try this case in whole or in part as counsel for ~~Plaintiff/Defendant~~ AMICUS CURIAE. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 12/20/2017

Signature of Movant
Firm Name: LOS ANGELES CITY ATTORNEY'S OFFICE
Address: 200 N. MAIN STREET, 700 CITY HALL EAST
LOS ANGELES, CA 90012
Email: mike.dundas@lacity.org
Phone: (213) 978-8130

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BATALLA VIDAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | CASE No. 1:16-cv-04756 <br><br> AFFIDAVIT OF MICHAEL J. DUNDAS IN SUPPORT OF MOTION TO COUNSEL PRO HAC VICE |

MICHAEL J. DUNDAS, being duly sworn, hereby deposes and says as follows:

1. I am a Deputy City Attorney with the Los Angeles City Attorney's Office.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Standing annexed hereto I am a member in good standing of the Bar of the State California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Amicus Curiae (City of Los Angeles).

Dated: December 20, 2017

By: _____
MICHAEL J. DUNDAS
Los Angeles City Attorney's Office
200 N. Main Street, 700 City Hall East
Los Angeles, CA 90012
mike.dundas@lacity.org
(213) 978-8130

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__ )

On __12-20-17__ before me, __C. De La Rosa, Notary Public__
(insert name and title of the officer)

personally appeared __Michael J. Dundas__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

C. DE LA ROSA
Notary Public – California
Los Angeles County
Commission # 2209560
My Comm. Expires Aug 22, 2021

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

December 18, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL JOSEPH DUNDAS, #226930 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records