**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
                                                                          :

MARTIN JONATHAN BATALLA VIDAL, et   :
al.,
                                                                          :
                                    Plaintiffs,
                                                                          :      Civil Action  No. 1:16-cv-04756-NGG-JO
                 v.                                                       :

KIRSTJEN M. NIELSEN, et al.,                                              :

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William J. Schwartz of Cooley LLP hereby requests that

the Court enter his appearance as counsel for *amici curiae* Partnership for Educational Justice,

DelawareCAN: The Delaware Campaign for Achievement Now, HawaiiKidsCAN,

NewMexicoKidsCAN, and Virginia Excels, and requests that all further papers and pleadings

served or filed in the above-captioned case be served upon the undersigned at the address below.

Dated: December 21, 2017                          Respectfully submitted,


                                   _____*/s/ William J. Schwartz*_____
                                   COOLEY LLP
                                   William J. Schwartz (WJS8462)
                                   1114 Avenue of the Americas
                                   New York, NY 10036
                                   (212) 479-6470
                                   wschwartz@cooley.com

                                   *Attorney for Partnership for Educational*
                                   *Justice, DelawareCAN: The Delaware*
                                   *Campaign for Achievement Now,*
                                   *HawaiiKidsCAN, NewMexicoKidsCAN, and*
                                   *Virginia Excels*

## CERTIFICATE OF SERVICE

I, William J. Schwartz, certify that on December 21, 2017, I caused the foregoing

NOTICE OF APPEARANCE to be filed with the Clerk of the Court and served upon all counsel

of record via the CM/ECF system.


*/s/ William J. Schwartz*
William J. Schwartz