**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :

MARTIN JONATHAN BATALLA VIDAL, et  :
al.,
                                              :

              Plaintiffs,    :
                              Civil Action  No. 1:16-cv-04756-NGG-JO
          v.    :

KIRSTJEN M. NIELSEN, et al.,
                                              :

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>**NOTICE OF APPEARANCE**</u>

       PLEASE TAKE NOTICE that Kaitland Kennelly of Cooley LLP hereby requests that the

Court enter her appearance as counsel for *amici curiae* Partnership for Educational Justice,

DelawareCAN: The Delaware Campaign for Achievement Now, HawaiiKidsCAN,

NewMexicoKidsCAN, and Virginia Excels, and requests that all further papers and pleadings

served or filed in the above-captioned case be served upon the undersigned at the address below.

Dated: December 21, 2017                Respectfully submitted,


                                    */s/ Kaitland Kennelly*
                            COOLEY LLP
                            Kaitland Kennelly (KK9574)
                            1114 Avenue of the Americas
                            New York, NY 10036
                            (212) 479-6470
                            kkennelly@cooley.com


                            *Attorney for Partnership for Educational*
                            *Justice, DelawareCAN: The Delaware*
                            *Campaign for Achievement Now,*
                            *HawaiiKidsCAN, NewMexicoKidsCAN, and*
                            *Virginia Excels*

**CERTIFICATE OF SERVICE**

I, Kaitland Kennelly, certify that on December 21, 2017, I caused the foregoing NOTICE

OF APPEARANCE to be filed with the Clerk of the Court and served upon all counsel of record

via the CM/ECF system.

*/s/ Kaitland Kennelly*
Kaitland Kennelly