UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MARTIN BATALLA VIDAL, et al.,

                     Plaintiffs,

      - against -

KIRSTJEN M. NIELSEN, et al.,

                    Defendants.
--------------------------------------------------------X

                                   ORDER

                                   16-CV-4756 (NGG) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Rory K. Schneider, Esq. is permitted to argue or try this case in whole or in part as

counsel or advocate. By December 28, 2017, Mr. Schneider shall register for ECF. Registration is

available online at the EDNY's homepage. Once registered, Mr. Schneider shall file a notice of

appearance and ensure that he receives electronic notification of activity in this case. Mr. Schneider

shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       December 21, 2017

                             _____/s/_____
                             James Orenstein
                             U.S. Magistrate Judge