UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

BATALLA VIDAL et al.,

            Plaintiffs,

    -against-

NIELSEN et al.,

           Defendants.
------------------------------------------------------X

AFFIDAVIT OF ASHLEY FERGUSON
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
1:16-cv-04756-NGG-JO

ASHLEY FERGUSON, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Proskauer Rose LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.
4. There are no pending disciplinary proceedings against me in any State or Federal Court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for New York University (as *amicus curiae*).

Dated: December 21, 2017

                                                Signature of Movant Ashley Ferguson
                                                Firm Name:     Proskauer Rose LLP
                                                Address:        Eleven Times Square
                                                                       New York, NY 10036
                                                Email:           aferguson@proskauer.com
                                                Phone:          (212)969-3674

NOTARIZED

EDWARD S. KORNREICH
Notary Public, State of New York
No. 02K04822594
Qualified in New York County
Commission Expires April 30, 2018