# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN JONATHAN BATALLA VIDAL et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, et al. <br><br> Defendants. | Case No. 16-CV-4756 (NGG) (JO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew J. Pincus, of Mayer Brown LLP, hereby appears in the above-captioned action on behalf of *Amici Curiae* 114 U.S.-Based Companies and accordingly requests that he be electronically served with a copy of any and all future pleadings, filings and submissions to the Court.

Dated: December 21, 2017                                          Respectfully Submitted,

By: */s/ Andrew J. Pincus*

Andrew J. Pincus (*pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

*Counsel for* Amici Curiae

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

>  /s/ Andrew J. Pincus
>  Andrew J. Pincus