# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN JONATHAN BATALLA VIDAL et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, et al. <br><br> Defendants. | Case No. 16-CV-4756 (NGG) (JO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Karen W. Lin, of Mayer Brown LLP, hereby appears in the above-captioned action on behalf of *Amici Curiae* 114 U.S.-Based Companies and accordingly requests that she be electronically served with a copy of any and all future pleadings, filings and submissions to the Court.

Dated: December 21, 2017

Respectfully Submitted,

By: */s/ Karen W. Lin*

Karen W. Lin (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
klin@mayerbrown.com

*Counsel for* Amici Curiae

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

                                                     */s/ Karen W. Lin*
                                                       Karen W. Lin