# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN JONATHAN BATALLA VIDAL et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, et al.<br><br>Defendants. | Case No. 16-CV-4756 (NGG) (JO) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rory K. Schneider, of Mayer Brown LLP, hereby appears in the above-captioned action on behalf of *Amici Curiae* 114 U.S.-Based Companies and accordingly requests that he be electronically served with a copy of any and all future pleadings, filings and submissions to the Court.

Dated: December 21, 2017

Respectfully Submitted,

By: */s/ Rory K. Schneider*

Rory K. Schneider (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
(212) 506-2500
rschneider@mayerbrown.com

*Counsel for* Amici Curiae

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

*/s/ Rory K. Schneider*
Rory K. Schneider
