**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals; and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security; JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States; and DONALD J. TRUMP, President of the United States, <br><br> Defendants. | CIVIL ACTION NO. 1:16-cv-04756-NGG-JO |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Tiffany M. Woo hereby appears in the above-captioned action on behalf of New York University as *amicus curiae*. The undersigned certifies that she is admitted to practice in this Court.

Dated: December 21, 2017
       New York, New York

Respectfully submitted,

PROSKAUER ROSE LLP

By: */s/ Tiffany M. Woo*
       Tiffany M. Woo

Eleven Times Square
New York, New York 10036
(212) 969-3000
TWoo@proskauer.com

Counsel for *Amicus Curiae*
New York University