UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Melissa DiGrande

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

1:16-cv-04756

--------------------------------------------------------X

TO:   Opposing Counsel
      U.S. Department of Justice
      950 Pennsylvania Ave, NW, Washington, D.C. 20530-0001

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Proskauer Rose LLP and a member in good standing of the bar(s) of the State(s) of New York, as attorney pro hac vice to argue or try this case in whole or in part as counsel for ~~Plaintiff/Defendant~~ New York University (as amicus curiae). There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 12/21/2017

*/s/ Melissa DiGrande*
Signature of Movant
Firm Name Proskauer Rose LLP
Address Eleven Times Square
New York, New York 10036
Email mdigrande@proskauer.com
Phone (212) 969-3626