UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARTIN JONATHAN BATALLA VIDAL et al.,   AFFIDAVIT OF <u>LEON FRESCO</u>
                                        IN SUPPORT OF MOTION TO
                *Plaintiffs*,   ADMIT COUNSEL *PRO HAC VICE*
v.                                      <u>1:16-cv-04756</u>

KIRSTJEN M. NIELSEN, et al.,
                *Defendants*
-----------------------------------------------------------X

<u>LEON FRESCO</u>_____, being duly sworn, hereby deposes and says as follows:


1. I am a Partner with the law firm of <u>Holland & Knight LLP</u>

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of <u>Florida and the District of Columbia</u>.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **(have not)** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

_____

_____

_____

_____

6. I [circle one] **have** or **(have not)** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

_____

_____

_____

_____

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant Amicus Curiae the Government of the United Mexican States .

Dated: 12/20/2017

Signature of Movant
Firm Name Holland & Knight LLP
Address 800 17th Street, NW Suite 1100, Washington, DC 20006
Email   leon.fresco@hklaw.com
Phone   (202)469-5129

District of Columbia  }
Washington, DC        }

The foregoing instrument was acknowledged before me this day of December 20 17, by Leon Fresco, who is personally known to me, and who did take an oath that the content thereof is true and correct.

Notary Public, District of Columbia
My Commission Expires:

HENRIETTA J. ELLIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 30, 2019

Signature