## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BATALLA VIDAL, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>            Defendants. | CASE No. 1:16-cv- 04756-NGG-JO |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael J. Dundas hereby appears in the above-captioned action on behalf of the City of Los Angeles as *amicus curiae*. The undersigned certifies that he is admitted to practice in this Court.

Dated: December 21, 2017               Respectfully Submitted,

                                                               By:   /s/ *Michael J. Dundas*
                                                                      **MICHAEL J. DUNDAS**
                                                                  Los Angeles City Attorney's Office
                                                              200 N. Main Street, 700 City Hall East
                                                                      Los Angeles, CA 90012
                                                                      mike.dundas@lacity.org
                                                                            (213) 978-8130