UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTIN JONATHAN BATALLA VIDAL, et al.,

       Plaintiffs,

 -against-            Case No.: 16-CV-04756 (NGG) (JO)

KATHY A. BARAN, et al.,       **NOTICE OF APPEARANCE**

       Defendants.

-------------------------------------------------------------------X

  PLEASE TAKE NOTICE that John B. Harris, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears in the above-captioned action on behalf of the Anti-Defamation League as *amicus curiae*.

Dated: New York, New York
   December 21, 2017

            FRANKFURT KURNIT KLEIN & SELZ, P.C.

            By: /s/ John B. Harris
              John B. Harris
              488 Madison Ave., 10th Floor
              New York, New York 10022
              (212) 980-0120

              Attorneys for *Amicus Curiae* the Anti-
               Defamation League