# Frankfurt Kurnit Klein + Selz PC

**John B. Harris**

488 Madison Avenue, New York, New York 10022

T (212) 705 4823    F (347) 438 2151

jharris@fkks.com

December 21, 2017

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *State of New York, et al., v. Donald Trump, et al., No. 17-CV-5228 (NGG)(JO)*
*Batalla Vidal, et al. v. Baran, et al. No. 16-CV-04756 (NGG)*

Dear Judge Garaufis:

This law firm represents the Anti-Defamation League ("ADL"). We write to request leave for ADL to join an *amicus* brief in the above-captioned cases to be filed by the Lawyers' Committee for Civil Rights Under Law. The Lawyers' Committee filed a Consent Motion for Leave to File as *Amicus Curiae* on December 19, 2017 (Dkt 99).

I am concurrently filing a Notice of Appearance on behalf of the ADL as *amicus* in both actions. Both I and the ADL have read the Lawyers' Committee brief and herewith join fully in that submission.

We appreciate the Court's attention to this request.

Respectfully submitted,

John B. Harris

John B. Harris