UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>Defendants. | Case No. 1:16-cv-04756-NGG-JO<br><br>**AFFIDAVIT OF WILLIAM D. COSTON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

------------------------------------------------------------------ x

William D. Coston, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Venable LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony.

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Amicus, Lawyers' Committee for Civil Rights Under Law.

Dated: December 21, 2017

By:

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 21 day of December, 2017

Cheryl Y. Cross, Notary Public, D.C.
My commission expires February 28, 2022.

VENABLE LLP

William D. Coston
600 Massachusetts Ave NW
Washington, DC 20001
Tel: 202.344.4000
Fax: 202.344.8300
Email: WDCoston@Venable.com

2