UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants* | Case No. 1:16-cv-04756 (NGG) (JO)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

TO:    Kate Bailey
         U.S. Department of Justice
         Civil Division, Federal Programs
         20 Massachusetts Ave NW, Rm 6139
         Washington, DC 20001
         T: 202-514-9239
         F: 202-616-8470
         kate.bailey@usdoj.gov

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Baker & Hostetler LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for *Amicus Curiae,* Latino Justice

PRLDEF, *et al*. There are no pending disciplinary proceedings against me in any State of Federal court.

Dated:  December 21, 2017.

Respectfully submitted:

/s/
Alan Friel
Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 301.820.8800
Facsimile: 310.820.8859
Email: afriel@bakerlaw.com