UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants* | Case No. 1:16-cv-04756 (NGG) (JO)<br><br>**AFFIDAVIT OF ALAN FRIEL IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF CALIFORNIA
                                    ss.:
COUNTY OF LOS ANGELES

Alan Friel, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Baker & Hostetler LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. WHEREFORE, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for *Amicus Curiae,* Latino Justice PRLDEF, *et al*.

Dated:  December 21, 2017

Respectfully submitted:

_____
Alan Friel
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 301.820.8800
Facsimile: 310.820.8859
Email: afriel@bakerlaw.com

Sworn to before me this
21st day of December, 2017

_____
Notary Public

LAURA HUA
Commission # 2136428
Notary Public - California
Los Angeles County
My Comm. Expires Jan 8, 2020