## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

MARTÍN JONATHAN BATALLA VIDAL,
ANTONIO ALARCON, ELIANA FERNANDEZ,
CARLOS VARGAS, MARIANO MONDRAGON, and
CAROLINA FUNG FENG, on behalf of themselves and
all other similarly situated individuals; and MAKE THE
ROAD NEW YORK, on behalf of itself, its members,
its clients, and all similarly situated individuals,

Plaintiffs,

v.

KIRSTJEN M. NIELSEN, Secretary, Department of
Homeland Security; JEFFERSON BEAUREGARD
SESSIONS III, Attorney General of the United States;
and DONALD J. TRUMP, President of the United
States,

Defendants.

CIVIL ACTION NO. 1:16-cv-04756-NGG-JO

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ashley C. Ferguson hereby appears in the above-captioned action on behalf of *amicus curiae* New York University. The undersigned certifies that she is authorized to practice in this Court and requests that notice of electronic filing of all papers in the above-captioned action be transmitted to her at the address below.

Dated: December 21, 2017
　　　　New York, New York

Respectfully submitted,

*/s/ Ashley C. Ferguson*
Ashley C. Ferguson
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
AFerguson@proskauer.com

Counsel for *Amicus Curiae*
New York University