**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals; and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals,<br><br>                Plaintiffs,<br><br>  v.<br><br>KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security; JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States; and DONALD J. TRUMP, President of the United States,<br><br>                Defendants. | CIVIL ACTION NO. 1:16-cv-04756-NGG-JO |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Seth D. Fiur hereby appears in the above-captioned action on behalf of *amicus curiae* New York University. The undersigned certifies that he is authorized to practice in this Court and requests that notice of electronic filing of all papers in the above-captioned action be transmitted to him at the address below.

Dated: December 21, 2017
       New York, New York

Respectfully submitted,

*/s/ Seth D. Fiur*
Seth D. Fiur
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
SFiur@proskauer.com

Counsel for *Amicus Curiae*
New York University