**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals; and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals,<br><br>     Plaintiffs,<br><br> v.<br><br>KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security; JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States; and DONALD J. TRUMP, President of the United States,<br><br>     Defendants. | CIVIL ACTION NO. 1:16-cv-04756-NGG-JO |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Shiloh A. Rainwater hereby appears in the above-captioned action on behalf of *amicus curiae* New York University. The undersigned certifies that he is authorized to practice in this Court and requests that notice of electronic filing of all papers in the above-captioned action be transmitted to him at the address below.

Dated: December 21, 2017
   New York, New York

                 Respectfully submitted,

                 */s/ Shiloh A. Rainwater*
                 Shiloh A. Rainwater
                 PROSKAUER ROSE LLP
                 Eleven Times Square
                 New York, New York 10036
                 (212) 969-3000
                 SRainwater@proskauer.com

                 Counsel for *Amicus Curiae*
                 New York University