UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants* | Case No. 1:16-cv-04756 (NGG) (JO) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as counsel for proposed *Amicus Curiae* LatinoJustice PRLDEF, *et al.* All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
       December 21, 2017                  /s/ *Fernando A. Bohorquez, Jr.*
                                                    Fernando A. Bohorquez, Jr.
                                                    **Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: fbohorquez@bakerlaw.com

*Attorneys for Amicus Curiae*
LatinoJustice PRLDEF, *et al.*