UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals. <br><br> *Plaintiffs,* <br><br> v. <br><br> ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States, <br><br> *Defendants* | Case No. 1:16-cv-04756 (NGG) (JO) <br><br><br> **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

TO:   Kate Bailey
      U.S. Department of Justice
      Civil Division, Federal Programs
      20 Massachusetts Ave NW, Rm 6139
      Washington, DC 20001
      T: 202-514-9239
      F: 202-616-8470
      kate.bailey@usdoj.gov

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Baker & Hostetler LLP and a member in good standing of the bar of the State of New York, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for *Amicus Curiae,* Latino Justice

12465564.1

PRLDEF, *et al.* There are no pending disciplinary proceedings against me in any State of Federal court.

Dated: December 21, 2017.

                                                       Respectfully submitted:

                                                      */s/ Pedro J. Perez*
                                                      Pedro J. Perez
                                                      BAKER & HOSTETLER, LLP
                                                      45 Rockefeller Plaza
                                                      New York, N.Y. 10111
                                                      Telephone: 212.847.2873
                                                      Facsimile: 212.589.4201
                                                      Email: Pperez@bakerlaw.com

12465564.1