UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants* | Case No. 1:16-cv-04756 (NGG) (JO)<br><br>**AFFIDAVIT OF PEDRO J. PEREZ IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK
                      ss.:
COUNTY OF NEW YORK

Pedro J. Perez, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Baker & Hostetler LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of New York.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. WHEREFORE, your affiant respectfully submits that he be permitted to appear as counsel

12465564.1

and advocate pro hac vice in this one case for *Amicus Curiae,* Latino Justice PRLDEF, *et al.*

Respectfully submitted:

Pedro J. Perez
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.847.2873
Facsimile: 212.589.4201
Email: pperez@bakerlaw.com

Sworn to before me this
21 day of December, 2017

Notary Public

VICTORIA LYNN STORK
Notary Public – State of New York
NO. 02ST6361249
Qualified in Queens County
My Commission Expires Jul 3, 2021

12465564.1