UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>ELAINE C. DUKE, Acting Secretary, Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants* | Case No. 1:16-cv-04756 (NGG) (JO)<br><br>ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Pedro J. Perez is permitted to argue or try this particular case in whole or in part as counsel or advocate for *Amicus Curiae,* Latino Justice PRLDEF, *et al.*

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated: _____, 2017

_____
Honorable Nicholas G. Garaufis
United States District Judge

cc: *Pro Hac Vice* Attorney
     Court File

12465564.1