UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Batalla Vidal, *et al.*,<br><br>                     Plaintiffs,<br><br>    v.<br><br>Kirstjen Nielsen, *et al*.,<br><br>                     Defendants. | Case No. 1:16-CV-04756 (NGG) (JO) |

      PLEASE TAKE NOTICE that Stuart Sarnoff of O'Melveny & Myers LLP enters his appearance as counsel of record for *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University in connection with the above-captioned matter.

Dated: December 22, 2017
       New York, New York

Respectfully submitted:

By: /s/ Stuart Sarnoff
    Stuart Sarnoff
    O'Melveny & Myers LLP
    7 Times Square
    New York, New York 10036
    Tel: (212) 326-2000
    Fax: (212) 326-2061
    E-Mail: ssarnoff@omm.com

*Attorneys for Amici*