UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Batalla Vidal, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br> Defendants. | Case No. 1:16-CV-04756 (NGG) (JO) |

DECLARATION OF JENNIFER SOKOLER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jennifer Sokoler, hereby declare as follows:

1. I am a counsel at the law firm of O'Melveny & Myers LLP.

2. I submit this Declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown by the attached Certificate of Good Standing, I am a member in good standing of the bars of the New York.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore, your declarant respectfully submits that she be admitted *pro hac vice* to the bar of this Court to appear on behalf of *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University in this action.

-2-

      I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  December  22, 2017

*Jennifer B. Sokoler*
_____
Jennifer Sokoler