UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Batalla Vidal, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Kirstjen Nielsen, *et al.*,<br><br>                    Defendants. | Case No. 1:16-CV-04756 (NGG) (JO) |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF JENNIFER SOKOLER**

NOW, upon the Motion of Jennifer Sokoler, Esq. for Admission *Pro Hac Vice*, and the annexed Declaration:

    IT IS ORDERED that :        Jennifer Sokoler
                                O'Melveny & Myers LLP
                                7 Times Square
                                New York, NY 10036
                                (212) 326-2000  Direct
                                (212) 326-2061  Facsimile
                                jsokoler@omm.com

is hereby permitted to appear in this action *pro hac vice* on behalf of *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University.  A notation of the admission *pro hac vice* of Jennifer Sokoler will be made on the roll of attorneys and the Court's docket in the above-captioned case.

    All attorneys appearing before this Court are subject to the Local Rules of this Court,

-2-

including the Rules governing discipline of attorneys.  Upon issuance of this order, counsel shall immediately apply for a password on the Electronic Case Filing (ECF) system at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court

SO ORDERED:

Dated: December ___, 2017
       New York, New York                              Honorable Nicholas G. Garaufis
                                                    United States District Judge