UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Martin Jonathan Batalla Vidal, et al.,

v.

Elaine C. Duke, et al.

AFFIDAVIT OF __Deepak Gupta__
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
1:16-cv-4756

----------------------------------------------------------X

___Deepak Gupta___, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of __Gupta Wessler PLLC__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __the District of Columbia__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **(have not)** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **(have not)** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for ~~Plaintiff/Defendant~~ Amici Service Employees International Union, et al.

Dated: 12/22/2017

Signature of Movant
Firm Name Gupta Wessler PLLC
Address 1900 L Street, NW, Suite 312
Washington, DC 20036
Email deepak@guptawessler.com
Phone 202-888-1741

NOTARIZED

District of Columbia: SS
Subscribed and Sworn to before me,
this 22nd day of December, 2017

Chang Ho Choi, Notary Public D.C.
My commission expires

CHANG HO CHOI
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2019

2