UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN JONATHAN BATALLA VIDAL, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security, *et al.*,<br><br>          Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          Defendants. | No. 17-cv-5228 (NGG) (JO)<br><br><br>**NOTICE OF MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTIONS** |

          PLEASE TAKE NOTICE that upon the annexed declaration of Steven A. Zalesin, dated December 22, 2017, and all prior pleadings and proceedings herein, the undersigned moves this Court, before the Honorable Nicholas G. Garaufis, for an order granting leave to 87 Religious Organizations to file a memorandum of law as *amici curiae* in the above-referenced matters, and for such other and further relief as the Court may deem just and proper.

Dated:  December 22, 2017
          New York, New York

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By:   */s/ Steven A. Zalesin*

Steven A. Zalesin
Adeel A. Mangi
Michael N. Fresco*
Zachary Kolodin*
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
sazalesin@pbwt.com
aamangi@pbwt.com
mfresco@pbwt.com
zkolodin@pbwt.com

Johnathan Smith
Sirine Shebaya*
Juvaria Khan*
MUSLIM ADVOCATES
P.O. Box 66408
Washington, DC 20035
(202) 897-2622
johnathan@muslimadvocates.org
sirine@muslimadvocates.org
juvaria@muslimadvocates.org

* EDNY Admission Pending

*Attorneys for Plaintiffs Amici Curiae 87 Religious Organizations*