UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN JONATHAN BATALLA VIDAL, et al., <br><br>            Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security, et al., <br><br>            Defendants. | No. 16-CV-4756 (NGG)(JO) |
| STATE OF NEW YORK et al., <br><br>            Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States, et al., <br><br>            Defendants. | No. 17-CV-5228 (NGG)(JO) |

**BRIEF OF *AMICI CURIAE* OF INSTITUTIONS OF HIGHER EDUCATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Thomas J. Perrelli (*pro hac vice* forthcoming)
Lindsay C. Harrison (*pro hac vice* forthcoming)
Ishan K. Bhabha (*pro hac vice* forthcoming)
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6004

*Attorneys for Amici Curiae*

Katya Jestin (Bar No. 2854073)
Jenner & Block LLP
919 3rd Avenue
New York, NY 10022
Telephone: (212) 891-1685
Facsimile: (202) 639-6066

*Attorney for Amici Curiae*

**TABLE OF CONTENTS**

CORPORATE DISCLOSURE STATEMENTS ........................................................................ ii

TABLE OF AUTHORITIES ................................................................................................ iii

INTRODUCTION ..............................................................................................................1

ARGUMENT ....................................................................................................................3

I.      DACA Has Allowed Tens of Thousands of Previously Undocumented Youth To
        Pursue Higher Education. ...................................................................................3

II.     DACA Students Contribute Immeasurably to Our Campuses...............................5

        a.      DACA Students Have Had Great Academic and Extra-Curricular Success
                At Our Schools.........................................................................................7

        b.      DACA Students Contribute to Campus Diversity, A Key Component of the
                Educational Experience. ........................................................................11

III.    The Rescission of DACA Will Harm American Colleges and Universities. ...................13

CONCLUSION................................................................................................................16

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for the

institutions of higher education, certifies that to the best of her knowledge and belief, none of the

institutions of higher education have any parent companies or subsidiaries, nor does any company

own 10% or more of their stock.

# TABLE OF AUTHORITIES

**Cases**

*Fisher v. University of Texas at Austin*, 133 S. Ct. 2411 (2013) ...................................................11

*Fisher v. University of Texas at Austin*, 136 S. Ct. 2198 (2016) ...................................................11

*Grutter v. Bollinger*, 539 U.S. 306 (2003) ...................................................................................11

**Statutes**

Ala. Code § 31-13-8 ..........................................................................................................................4

S.C. Code Ann. § 59-101-430 ...........................................................................................................4

**Other Authorities**

America's Voice Online (Oct. 3, 2017), https://americasvoice.org/blog/name-denisse-
   rojas-marquez-28-years-old-old-proud-undocumented-american-soon-doctor/...................7, 8

*American Dreamers: Nancy A.*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/nancy-a (last visited Oct. 29, 2017) .................................................................9

*American Dreamers: Alfredo Avila*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/alfredo-avila (last visited Oct. 29, 2017) .......................................................10

*American Dreamers: Belsy Garcia*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/belsy-garcia (last visited Oct. 29, 2017) ..........................................................8

*American Dreamers: Denisse Rojas Marquez, 2016*, N.Y. Times,
   https://www.pdsoros.org/meet-the-fellows/denisse-rojas-marquez (last visited Oct.
   29, 2017) .......................................................................................................................................7

*American Dreamers: Isabelle Muhlbauer*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/isabelle-muhlbauer (last visited Oct. 29, 2017) ...............................................8

*American Dreamers: Jin Park*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/jin-park (last visited Oct. 29, 2017) ..................................................................8

*American Dreamers: Gargi Y. Purohit*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/gargiy-purohit (last visited Oct. 29, 2017) .......................................................7

iii

*American Dreamers: Brisa E. Ramirez*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/brisae-ramirez (last visited Oct. 29, 2017) ....................................................8

*American Dreamers: Anayancy Ramos*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/anayancy-ramos (last visited Oct. 29, 2017) .............................................7, 9

*American Dreamers: Kok-Leong Seow*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/kok-leong-seow (last visited Oct. 29, 2017)..................................................7

*American Dreamers: Carlos Adolfo Gonzalez Sierra*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/carlos-adolfo-gonzalez-sierra (last visited Oct. 29, 2017)........................7, 9

*American Dreamers: Eduardo Solis*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/eduardo-solis (last visited Oct. 29, 2017)....................................................9

*American Dreamers: Julia Verzbickis*, N.Y. Times,
   https://www.nytimes.com/interactive/projects/storywall/american-
   dreamers/stories/julia-verzbickis (last visited Oct. 29, 2017)..................................................7

Association of Vermont Independent Colleges, Statement on the Revocation of the
   Deferred Action for Childhood Arrivals (DACA) Program, http://www.vermont-
   icolleges.org/Documents/DACAFinal2017.pdf........................................................................6

Eleanor J. Bader, *As End of DACA Looms, Colleges and Organizers Ramp Up Efforts to
   Protect Undocumented Students*, NACLA (Jan. 27, 2017),
   https://nacla.org/news/2017/01/27/end-daca-looms-colleges-and-organizers-ramp-
   efforts-protect-undocumented-students ................................................................................14

DACA Population Data, USCIS (Sept. 4, 2017),
   https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studi
   es/Immigration%20Forms%20Data/All%20Form%20Types/DACA/daca_population
   _data.pdf................................................................................................................................12

Jerome Dineen, *If Trump Ends DACA, Here's How Many Students Could Be Affected*,
   USA Today College (Feb. 8, 2017), http://college.usatoday.com/2017/02/08/if-trump-
   ends-daca-heres-how-many-students-could-be-affected/ .......................................................13

Jose Herrerra, *DACA student leads by example*, Los Angeles Pierce College Roundup
   (Sept. 13, 2017), http://theroundupnews.com/2017/09/13/daca-student-leads-example/..........7

Immigration Policy Center, *The DREAM Act: Creating Opportunities for Immigrant
   Students and Supporting the U.S. Economy* (2010),
   http://www.mygreencard.com/downloads.php?file=Dream_Act_January2011.pdf ................2

Institute for Immigration, Globalization, & Educ., *In the Shadows of the Ivory Tower: Undocumented Undergraduates and the Liminal State of Immigration Reform* (2015), http://www.undocuscholars.org/assets/undocuscholarsreport2015.pdf .................................... 2

Letter of Joseph E. Aoun, President, Northeastern University, to all members of the Northeastern Community (Sept. 4, 2017), http://www.northeastern.edu/president/2017/09/04/turning-ideals-into-action/ ....................... 6

Letter from Adam Falk, President, Williams, to the Williams Community, https://president.williams.edu/writings/caring-for-our-undocumented-students/ (last visited Oct. 29, 2017) ................................................................................................................ 6

Letter from Drew Gilpin Faust, Harvard, to Donald J. Trump, President (Aug. 28, 2017), https://www.harvard.edu/president/news/2017/letter-to-president-trump-regarding-daca .......................................................................................................................................... 6

Letter from Andrew D. Hamilton, New York University to Donald J. Trump, President (Sept. 1, 2017), http://www.nyu.edu/content/dam/nyu/president/documents/09-01-17-daca-letter.pdf ............................................................................................................. 6

Letter from David W. Leebron, President, Rice University (Sept. 5, 2017), https://president.rice.edu/presidents-office/remarks/DACA-announcement ........................... 6

Letter from Ron Liebowitz, President, Brandeis University, to Donald J. Trump, President (Sept. 5, 2017), http://www.brandeis.edu/president/letters/2017-09-05.html ........... 6

Letter from Biddy Martin, Amherst College to Donald J. Trump, President (Aug. 30, 2017), https://www.amherst.edu/amherst-story/president/statements/node/689036 ................ 6

Letter from Lee Pelton, President, Emerson College, to Emerson Community (Sept. 6, 2017) http://www.emerson.edu/news-events/emerson-college-today/pelton-reaffirms-support-emerson-daca-students#.We5Ui2you70 ....................................................................... 6

Letter from Vincent E. Price, President Duke University, to Donald J. Trump, President (Aug. 30, 2017), https://today.duke.edu/2017/08/duke-university-letter-support-daca ........... 6

Middlebury College, Diversity and Inclusion, http://www.middlebury.edu/student-life/community-living/diversity-inclusivity (last visited Oct. 29, 2017) ................................ 12

Caitlin Patler & Jorge A. Cabrera, *From Undocumented to DACAmented: Impacts of the Deferred Action for Childhood Arrivals (DACA) Program Three Years Following its Announcement* (June 2015), http://www.chicano.ucla.edu/files/Patler_DACA_Report_061515.pdf .................................................................................. 3

Zenén Jaimes Pérez, Center for American Progress, *How DACA Has Improved the Lives of Undocumented Young People* (Nov. 19, 2014), https://cdn.americanprogress.org/wp-content/uploads/2014/11/BenefitsOfDACABrief2.pdf ............................................................. 4

Pomona College: Statement in Support of the Deferred Action for Childhood Arrivals (DACA) Program and Our Undocumented Students, https://www.pomona.edu/news/2016/11/21-college-university-presidents-call-us-uphold-and-continue-daca (last visited Oct. 30, 2017)............................................................6

Resolutions of the Board of Governors, California Community Colleges, Nos. 2017-04 (Sept. 18, 2017), 2017-01 (Jan. 18, 2017) http://extranet.cccco.edu/Portals/1/ExecutiveOffice/Board/2017_agendas/September/2.2-Resolution-DACA.pdf............................................................6

Rice University, Statement of Office of Diversity and Inclusion, http://diversity.rice.edu/ (last visited Oct. 29, 2017)............................................................12

Penny Schwartz, *A Jewish 'Dreamer' is scared, but refuses to despair*, Jewish Telegraphic Agency (Sept. 6, 2017), https://www.jta.org/2017/09/06/news-opinion/united-states/a-jewish-dreamer-is-scared-but-refuses-to-despair ................................8

Monica Scott, *Undocumented: One immigrant's story of life under DACA*, MLive (Aug. 29, 2017), http://www.mlive.com/news/grand-rapids/index.ssf/2017/08/one_daca_students_story_about.html................................7

Statement on DACA from President, University of Michigan, Mark Schlissel (Sept. 3, 2017), https://president.umich.edu/news-communications/statements/statement-on-daca-from-president-mark-schlissel/............................................................6

Statement of Susan Herbst, President, University of Connecticut (Sept. 5, 2017), https://today.uconn.edu/2017/09/president-herbst-responds-daca-decision/............................6

Statement of Kathleen McCartney, President, Smith College, to Students, Staff and Faculty (Sept. 5, 2017), https://smith.edu/president-kathleen-mccartney/letters//2017-18/responding-to-daca-decision............................................................6

Vision, Mission, & Equity, Folsom Lake College, http://www.flc.losrios.edu/about-us/vision-mission-and-equity (last visited Oct. 29, 2017); Mission & Diversity Statements, Brandeis University, http://www.brandeis.edu/about/mission.html (last visited Oct. 29, 2017)............................................................12

Tom K. Wong, 2017 National DACA Study, https://cdn.americanprogress.org/content/uploads/2017/08/27164928/Wong-Et-Al-New-DACA-Survey-2017-Codebook.pdf............................................................5

# INTRODUCTION[1]

*Amici* are institutions of higher education from across the country:  Amherst College, Barnard College, Boston University, Bowdoin College, Brandeis University, Bucknell University, Carnegie Mellon University, Case Western University, Colby College, Colgate University, Emerson College, Los Angeles Community College District, Los Rios Community College District, University of Maryland—College Park, Middlebury College, Mount Holyoke College, Northeastern University, Pace University, Rice University, San Mateo Community College District, Tufts University, Vassar College, Washington University in St. Louis, Wellesley College, and Williams College.

American institutions of higher education benefit profoundly from the presence of immigrant students on our campuses.  Whether they attend large public universities, private research universities and liberal arts colleges, or community colleges, these students contribute a perspective and experience that is unique and important.  That is especially true of Dreamers— that is, undocumented young people who were brought to the United States as children.

Through no choice of their own, Dreamers were raised and educated in this country as Americans.  They have worked and studied in American schools; have prepared and trained for all manner of careers; and have strived to innovate, achieve, and serve their communities.  Yet, until the government announced the Deferred Action for Childhood Arrivals ("DACA") program in 2012, they lived under the threat that the government might one day come calling, to remove them from the country that has become their home.  Though they might have dreamed of bright futures, for many their undocumented status stood as an impenetrable roadblock to one of the most

---

[1] No counsel for a party authored this brief in whole or in part, and no counsel or party made a monetary contribution intended to fund the preparation or submission of this brief.

1

fundamental tools for a successful future:  Of the 65,000 undocumented youth who graduate from U.S. high schools each year, historically only approximately 5 to 10 percent were able to enroll in college.[2]

DACA changed all of this and has provided up to 2 million Dreamers with an opportunity to apply for temporary protection from removal, an opportunity to pursue their education, and the authorization to work legally.  To qualify for DACA, Dreamers are required to meet strict conditions, including having completed high school or a GED in the United States, or being currently enrolled in school.  In addition, Dreamers are required to pay a significant application fee and provide detailed personal information to the government—a significant request given the hesitancy of undocumented persons to have any interaction with the government whatsoever.  But the students who have signed up and placed their trust in the government received, in exchange, the opportunity to pursue higher education.  They have done so in unprecedented numbers.

On September 5, 2017, Defendants announced they were rescinding DACA.  This misguided, arbitrary and capricious decision will harm millions of remarkable young people.  But, critically, it will also harm the country, which will be deprived of the many contributions Dreamers would otherwise be able to make.  *Amici* collectively have educated thousands of DACA beneficiaries, and we have benefited from their talents and the passion they bring to our campuses.  Even those *amici* who have no DACA beneficiaries currently on campus view DACA as core to their educational missions.  In this brief, we explain how we will be harmed if Defendants' action

---

[2] Inst. for Immigration, Globalization, & Educ., *In the Shadows of the Ivory Tower: Undocumented Undergraduates and the Liminal State of Immigration Reform* 1 (2015), http://www.undocuscholars.org/assets/undocuscholarsreport2015.pdf; Immigration Policy Center, The DREAM Act: Creating Opportunities for Immigrant Students and Supporting the U.S. Economy (2010), http://www.mygreencard.com/downloads.php?file=Dream_Act_January2011.pdf.

is not reversed and, for that reason, *amici* support Plaintiffs and respectfully urge the Court to grant Plaintiffs' motion for preliminary relief.

ARGUMENT

**I.     DACA Has Allowed Tens of Thousands of Previously Undocumented Youth To Pursue Higher Education.**

DACA has enabled previously undocumented students to pursue higher education in several important ways.

*First,* in order to qualify for deferred action under DACA, an applicant must generally obtain a high school diploma or GED certificate.  The possibility of securing deferred action provides a powerful incentive for students to stay in school, increasing the likelihood that they will pursue postsecondary education, and become taxpayers and significant contributors to our society.

*Second*, prior to DACA, undocumented students felt the need to hide their status from others, which constrained their access to academic resources and their desire to apply to college.[3] Not surprisingly, undocumented students who felt the need to hide their status from school personnel or peers during high school are significantly less likely even to think college is a possibility.[4]

*Third*, DACA enables students to secure social security numbers and photo identification. Something as simple as flying on an airplane was previously all but impossible for undocumented youth.  With DACA, they can fly across the country to visit campuses, attend school and academic conferences, and even obtain authorization to study abroad.  Likewise, with a social security

---

[3] Caitlin Patler & Jorge A. Cabrera, *From Undocumented to DACAmented: Impacts of the Deferred Action for Childhood Arrivals (DACA) Program Three Years Following its Announcement*  at 15 (June 2015), http://www.chicano.ucla.edu/files/Patler_DACA_Report_061515.pdf.
[4] *Id.* at 16.

number, they can apply for financial aid and fee waivers that were previously unobtainable and secure credit to fund other education-related expenses.  Given that DACA students come from families whose parents lack legal status—and thus frequently are unable to secure high-paying jobs—the availability of financial aid is all the more crucial to their ability to attend college or university.

*Fourth*, DACA enables students to secure work authorization.  With the ability to work part-time jobs and participate in work-study programs, undocumented students can better afford school—something previously made difficult or impossible by the inability to work lawfully.[5] Likewise, the ability to secure a legitimate job following graduation from college provides a powerful incentive to pursue a college education; and the inability to secure such a job likewise dissuades promising students from pursuing higher education.  DACA thus increases the value of higher education itself for undocumented students.

*Fifth*, DACA has enabled students to overcome state laws that impede their ability to pursue higher education.  For example, DACA recipients may enroll in public colleges and universities in states where they would otherwise be barred from attending,[6] and may apply for in-state tuition in others, making it far easier for them to afford a college education.[7]  *Sixth*, DACA enables students to envision a future for themselves in this country, providing the incentive to pursue a degree, develop skills and expertise, and invest in their future here.

*Finally*, because of DACA, *amici* have made extensive investments in the education of DACA beneficiaries, facilitating their access to higher education like never before.  Among other

---

[5] *See* Zenén Jaimes Pérez, Center for American Progress, *How DACA Has Improved the Lives of Undocumented Young People*, at 5 (Nov. 19, 2014), https://cdn.americanprogress.org/wp-content/uploads/2014/11/BenefitsOfDACABrief2.pdf; Patler, *supra*, at 18.

[6] *See, e.g.,* Ala. Code § 31-13-8; S.C. Code Ann. § 59-101-430.

[7] *See* Pérez, *supra*, at 4.

things, *amici* have provided DACA students with financial aid, housing benefits, counseling, faculty time and attention, and graduate and research assistant positions, all in reliance on the DACA program. Some *amici* even provide legal services. *Amici* made these investments with the expectation that those students would be able to pursue their education and career in this country, in furtherance of *amici*'s educational missions, and the public interest.

DACA has accomplished what it was intended to do: In a 2017 survey of more than 3,000 DACA recipients, 45% are currently in school.[8] And, among those who are in school, 94% said that, because of DACA, they "[p]ursued educational opportunities that I previously could not."[9] In a different study, nearly four-fifths of DACA recipients (78%) reported that DACA made it easier to pay for school.[10] Three-quarters of current students said DACA made it easier to attend school and to stay in school.[11] These studies and *amici*'s experience confirm what should be obvious: once young people are able to come out of the shadows and avail themselves of programs available to countless other American youth, they seize and benefit from the opportunity.

But, while Dreamers and their families have benefited greatly from the DACA program, colleges and universities have benefited as well.

## II. DACA Students Contribute Immeasurably to Our Campuses.

American colleges and universities have benefited immeasurably from DACA. As *amicus* Amherst's President, Biddy Martin, wrote in a letter to the President, "[o]ur classrooms at Amherst are enriched by the academic talent, hard work, and perspectives of DACA students who go on to

---

[8] Tom K. Wong, 2017 National DACA Study, https://cdn.americanprogress.org/content/uploads/2017/08/27164928/Wong-Et-Al-New-DACA-Survey-2017-Codebook.pdf.
[9] *Id.* at 7.
[10] Patler, *supra*, at 5 or 18.
[11] *Id*. at 18.

become doctors, teachers, engineers, and artists."[12]   And President Martin is far from alone. Hundreds of other university presidents have echoed those sentiments, issuing public statements on DACA's importance to American colleges and universities, including many whose institutions have signed this brief.[13]

---

[12] Letter from Biddy Martin, Amherst College to Donald J. Trump, President (Aug. 30, 2017), https://www.amherst.edu/amherst-story/president/statements/node/689036.

[13] *See* Pomona College: Statement in Support of the Deferred Action for Childhood Arrivals (DACA) Program and Our Undocumented Students, https://www.pomona.edu/news/2016/11/21-college-university-presidents-call-us-uphold-and-continue-daca (last visited Oct. 30, 2017) (letter opposing the nonrenewal of DACA signed by over 700 university and college presidents and chancellors); *see also, e.g.*, Letter from Andrew D. Hamilton, New York University to Donald J. Trump, President (Sept. 1, 2017), http://www.nyu.edu/content/dam/nyu/president/documents/09-01-17-daca-letter.pdf; Letter from Vincent E. Price, President Duke University, to Donald J. Trump, President (Aug. 30, 2017), https://today.duke.edu/2017/08/duke-university-letter-support-daca; Letter from Drew Gilpin Faust, Harvard, to Donald J. Trump, President (Aug. 28, 2017), https://www.harvard.edu/president/news/2017/letter-to-president-trump-regarding-daca; Letter from Ron Liebowitz, President, Brandeis University, to Donald J. Trump, President (Sept. 5, 2017), http://www.brandeis.edu/president/letters/2017-09-05.html; Statement on DACA from President, University of Michigan, Mark Schlissel (Sept. 3, 2017), https://president.umich.edu/news-communications/statements/statement-on-daca-from-president-mark-schlissel/; Letter from Adam Falk, President, Williams, to the Williams Community, https://president.williams.edu/writings/caring-for-our-undocumented-students/ (last visited Oct. 29, 2017); Statement of Kathleen McCartney, President, Smith College, to Students, Staff and Faculty (Sept. 5, 2017), https://smith.edu/president-kathleen-mccartney/letters//2017-18/responding-to-daca-decision; Letter from Lee Pelton, President, Emerson College, to Emerson Community (Sept. 6, 2017) http://www.emerson.edu/news-events/emerson-college-today/pelton-reaffirms-support-emerson-daca-students#.We5Ui2you70; Resolutions of the Board of Governors, California Community Colleges, Nos. 2017-04 (Sept. 18, 2017), 2017-01 (Jan. 18, 2017) http://extranet.cccco.edu/Portals/1/ExecutiveOffice/Board/2017_agendas/September/2.2-Resolution-DACA.pdf; Statement of Susan Herbst, President, University of Connecticut (Sept. 5, 2017), https://today.uconn.edu/2017/09/president-herbst-responds-daca-decision/; Letter from David W. Leebron, President, Rice University (Sept. 5, 2017), https://president.rice.edu/presidents-office/remarks/DACA-announcement; Letter of Joseph E. Aoun, President, Northeastern University, to all members of the Northeastern Community (Sept. 4, 2017), http://www.northeastern.edu/president/2017/09/04/turning-ideals-into-action/; Association of Vermont Independent Colleges, Statement on the Revocation of the Deferred Action for Childhood Arrivals (DACA) Program, http://www.vermont-icolleges.org/Documents/DACAFinal2017.pdf.

    **a.  DACA Students Have Had Great Academic and Extra-Curricular Success At Our Schools.**

Dreamers are invaluable members of our academic communities.  DACA recipients serve as the president[14] and vice-president[15] of student government, publish research in top academic journals,[16] innovate and apply for patents,[17] earn inclusion on the Dean's List[18] and graduate *summa cum laude*,[19] and serve as tutors and research assistants.[20]  They have won Soros Fellowships[21] and been named Gates Cambridge Scholars and Schwarzman Scholars.[22]  They have graduated with honors and received admission to serve others in the Team for America[23] and

---

[14] *See* Jose Herrerra, *DACA student leads by example*, Los Angeles Pierce College Roundup (Sept. 13, 2017), http://theroundupnews.com/2017/09/13/daca-student-leads-example/.

[15] Monica Scott, *Undocumented: One immigrant's story of life under DACA*, MLive (Aug. 29, 2017), http://www.mlive.com/news/grand-rapids/index.ssf/2017/08/one_daca_students_story_about.html.

[16] America's Voice Online (Oct. 3, 2017), https://americasvoice.org/blog/name-denisse-rojas-marquez-28-years-old-old-proud-undocumented-american-soon-doctor/.

[17] *American Dreamers: Kok-Leong Seow*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/kok-leong-seow (last visited Oct. 29, 2017).

[18] *E.g.*, *American Dreamers: Anayancy Ramos*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/anayancy-ramos (last visited Oct. 29, 2017).

[19] *American Dreamers: Carlos Adolfo Gonzalez Sierra*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/carlos-adolfo-gonzalez-sierra (last visited Oct. 29, 2017).

[20] *E.g.*, *American Dreamers: Gargi Y. Purohit*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/gargiy-purohit (last visited Oct. 29, 2017).

[21] *American Dreamers: Denisse Rojas Marquez, 2016*, N.Y. Times, https://www.pdsoros.org/meet-the-fellows/denisse-rojas-marquez (last visited Oct. 29, 2017).

[22] *American Dreamers: Carlos Adolfo Gonzalez Sierra*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/carlos-adolfo-gonzalez-sierra (last visited Oct. 29, 2017).

[23] *American Dreamers: Julia Verzbickis*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/julia-verzbickis (last visited Oct. 29, 2017).

AmeriCorps VISTA[24] programs.   They have founded national organizations to assist other undocumented youth.[25]   They have pursued careers in a wide variety of fields, including health care[26] and service to low-income veterans.[27]   The following are but a few examples of current and past DACA students at *amici* and other institutions of higher education who are brave enough to share their stories, and whose remarkable achievements serve as a reminder of why DACA benefits *both* students and the institutions lucky enough to have them:

- Elias Rosenfeld, now a sophomore at Brandeis University, was brought to the United States at age 6 from Venezuela by his mother who was a media executive and came on an L1 visa.  His mother died when he was in fifth grade, and it was only in high school when he tried to apply for a driver's license that he learned he was undocumented because his mother's death voided her (and his) visas.  Elias excelled in high school, completing 13 AP classes and ranking in the top 10% of his class.  At Brandeis he is studying political science, sociology and law.  When asked what America means to him, he responded: "It means my country.  It's my home.  There's a connection.  I want to contribute."[28]

- Anayancy Ramos is a student at Eastern Connecticut State University who will graduate with a double major in Biology and Computer Science and a minor in Bioinformatics.  Before matriculating at ECSU, she attended a community college

---

[24] *American Dreamers: Brisa E. Ramirez*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/brisae-ramirez (last visited Oct. 29, 2017).

[25] America's Voice (Oct. 3, 2017), https://americasvoice.org/blog/name-denisse-rojas-marquez-28-years-old-proud-undocumented-american-soon-doctor; *see also American Dreamers: Jin Park*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/jin-park (last visited Oct. 29, 2017); Penny Schwartz, *A Jewish 'Dreamer' is scared, but refuses to despair*, Jewish Telegraphic Agency (Sept. 6, 2017), https://www.jta.org/2017/09/06/news-opinion/united-states/a-jewish-dreamer-is-scared-but-refuses-to-despair.

[26] America's Voice (Oct. 3, 2017), https://americasvoice.org/blog/name-denisse-rojas-marquez-28-years-old-old-proud-undocumented-american-soon-doctor/; *American Dreamers: Belsy Garcia*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/belsy-garcia (last visited Oct. 29, 2017).

[27] *American Dreamers: Isabelle Muhlbauer*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/isabelle-muhlbauer (last visited Oct. 29, 2017).

[28] *See* Penny Schwartz, *A Jewish 'Dreamer' is scared, but refuses to despair*, Jewish Telegraphic Agency (Sept. 6, 2017), https://www.jta.org/2017/09/06/news-opinion/united-states/a-jewish-dreamer-is-scared-but-refuses-to-despair (last visited Oct. 29, 2017).

where she was a Dean's List scholar, was inducted into the Phi Theta Kappa honor society, was the president of the Alpha Beta Gamma chapter, and worked full time at an animal hospital.  She notes that through DACA she's been able to achieve an education and a future she never thought possible, but that those dreams will die if DACA forces her to retreat once more into the shadows.[29]

- Carlos Adolfo Gonzalez Sierra came to the United States from the Dominican Republic when he was eleven.  Carlos graduated *summa cum laude* from Amherst and studied as a Gates Scholar at Cambridge University and a Schwarzman Scholar in China.  Carlos emphasizes that his desire to stay is not economic: "The United States is my home.  It is where I feel the most comfortable."  Moreover, given the education he's received, he expresses an "inconsolable desire to contribute to the country that has given me so much."[30]

- Eduardo Solis was brought to the United States when he was 1-month old from Mexico.  He is a student at UCLA, aspiring to major in either psychology or sociology.  At the age of 11 he founded a blog to help fellow children deal with bullying.  He has gained over 30,000 followers, from all over the world, and has won awards recognizing his role as a teen activist.  Although worried about the end of DACA, Eduardo says that "[f]or now, I will continue on pledging allegiance to the only flag I know and love; the American Flag."[31]

- Nancy A. was brought to the United States from Togo as a child.  When she entered high school at 13 she realized she was undocumented and, shortly thereafter both she and her parents were put in deportation proceedings.  Despite being in these proceedings, she graduated as the valedictorian of her high school class and then became the youngest graduate of her masters programs.  She is currently due to graduate with her Doctorate at age 27 and is a professor of Political Science and Education at a university and community college.  She describes receiving DACA at age 23 as being "finally forgiven for a sin I had no control over when I was a child."[32]

---

[29] *See American Dreamers: Anayancy Ramos*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/anayancy-ramos (last visited Oct. 29, 2017).  *Amicus* Eastern Connecticut State University has provided updated details about Ramos's course of study, with her consent.

[30] *See  American Dreamers: Carlos Adolfo Gonzalez Sierra*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/carlos-adolfo-gonzalez-sierra (last visited Oct. 29, 2017).

[31] *See American Dreamers: Eduardo Solis*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/eduardo-solis (last visited Oct. 29, 2017).

[32] *See American Dreamers: Nancy A.*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/nancy-a (last visited Oct. 29, 2017).

- Alfredo Avila was brought to the U.S. when he was just a child, and despite neither of his parents being able to speak English, they managed to send Alfredo and his siblings to school where they all learned English. Despite having to move around a number of times out of a fear of deportation, Alfredo excelled in school and is now a student in the Honors College at the University of Texas at San Antonio, majoring in Electrical Engineering. Alfredo works part-time as a math and science tutor and is involved with many student organizations, including serving as the President of the professional engineering student organization. His dream is to one day build and manage his own technology company that thrives off diversity and inclusion.[33]

The success of DACA students in college and university should come as no surprise. These students have overcome innumerable hardships simply to be able to apply and enroll in an institute of higher education. For many of our students (whether U.S. citizens or from other countries), matriculation in college or university is a natural progression after attending high school and taking standardized tests. But this is not the case for DACA students. Those students must perform well in school and on tests while at the same time living under the constant threat that they and their families may be deported. Moreover, until DACA these students could not get work authorization, and most of their parents still cannot.[34] Thus, DACA students frequently have had to work multiple, poorly-paid jobs in order to help put food on the table while at the same time trying to maintain their focus and performance in school and apply to college. The sacrifices these students and their families have had to make simply to enroll as students at our institutions are legion, and their commitment to bettering themselves and getting the most out of their education is unwavering. These extraordinary young people should be cherished and celebrated, so that they

---

[33] *See American Dreamers: Alfredo Avila*, N.Y. Times, https://www.nytimes.com/interactive/projects/storywall/american-dreamers/stories/alfredo-avila (last visited Oct. 29, 2017).

[34] Most DACA students are raised in households with incomes well below the federal poverty line. *See* Inst. for Immigration, Globalization, & Educ., *supra*, 7 (in a survey of undocumented students, 61.3% had annual household incomes below $30,000 and 29% had annual household incomes between $30,000 and $50,000).

can achieve their dreams and contribute to the fullest for our country. Banishing them once more to immigration limbo—a predicament they had no part in creating—is not merely cruel, but irrational. DACA students are the ideal candidates for prosecutorial discretion, which the government formerly recognized and exercised for those who applied and were accepted. DACA's rescission is not based on any different conclusion about those eligible; rather, it appears to reflect an arbitrary and capricious policy shift for which talented young people will bear the brunt of the harm. If such an unlawful decision is allowed to stand—and these young people take their tremendous talent, enthusiasm, and skills elsewhere—*we* (both *amici* and the country as a whole) will be the losers.

### b. DACA Students Contribute to Campus Diversity, A Key Component of the Educational Experience.

The Supreme Court has time and again noted the myriad benefits that a diverse student body yields for institutes of higher education. *First*, the Court has recognized "the educational benefits that flow from student body diversity," *Fisher v. University of Texas at Austin*, 133 S. Ct. 2411, 2419 (2013) (*Fisher I*) (quotation marks omitted), namely the deeper understanding students and professors achieve when an issue or problem is analyzed by individuals who bring differing perspectives and backgrounds to the question. *See also Grutter v. Bollinger*, 539 U.S. 306, 330 (2003) (noting that the "educational benefits that diversity is designed to produce . . . [are] substantial"). *Second*, "enrolling a diverse student body 'promotes cross-racial understanding, helps to break down racial stereotypes, and enables students to better understand persons of different races.'" *Fisher v. Univ. of Texas at Austin (Fisher II)*, 136 S. Ct. 2198, 2210 (2016) (quoting *Fisher I*, 133 S. Ct. at 2427; *see also Grutter*, 539 U.S. at 328, 330). While this obviously has a direct benefit to students, it also is a key component in creating a dynamic and integrated campus environment. *Third*, and "[e]qually important, student body diversity promotes learning

11

outcomes, and better prepares students for an increasingly diverse workforce and society." *Fisher II*, 136 S. Ct. at 2210 (internal quotation marks omitted).

The Supreme Court's observations in this respect are well taken. Diversity on campus is amongst the highest priorities for *amici*, and we have seen the benefits in practice that the Supreme Court has highlighted in theory. For example, *amicus* Rice University's mission statement notes that it seeks to fulfill its mission "by cultivating a diverse community of learning and discovery that produces leaders across the spectrum of human endeavor."[35] Likewise, *amicus* Middlebury College explains its commitment to "full and equal participation for all individuals and groups" by noting evidence that "groups of people from a variety of backgrounds and with differing viewpoints are often more resilient and adaptive in solving problems and reaching complex goals than more homogenous groups."[36] These are but two examples of many.[37]

The DACA students attending our schools play a significant role in fostering the inclusive and diverse on-campus atmosphere we strive to create. As reported by the United States Citizenship and Immigration Services, the 689,900 DACA recipients as of September 2017 come from over 150 countries spanning every continent except Antarctica.[38] And, this diversity of backgrounds and ethnicities is reflected in the thousands of DACA recipients, and undocumented

---

[35] Rice University, Statement of Office of Diversity and Inclusion, http://diversity.rice.edu/ (last visited Oct. 29, 2017).

[36] Middlebury College, Diversity and Inclusion, http://www.middlebury.edu/student-life/community-living/diversity-inclusivity (last visited Oct. 29, 2017).

[37] *See, e.g.*, Vision, Mission, & Equity, Folsom Lake College, http://www.flc.losrios.edu/about-us/vision-mission-and-equity (last visited Oct. 29, 2017); Mission & Diversity Statements, Brandeis University, http://www.brandeis.edu/about/mission.html (last visited Oct. 29, 2017).

[38] *See* DACA Population Data, USCIS (Sept. 4, 2017), https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20Data/All%20Form%20Types/DACA/daca_population_data.pdf.

students, who study on our campuses.[39]   Indeed, in many ways DACA students bring a special form of diversity to our campuses in that they are neither traditionally domestic nor traditionally international students.   They have an entirely different perspective and they bring that in addition to their compelling life stories to our schools.

III.   **The Rescission of DACA Will Harm American Colleges and Universities.**

If DACA's rescission is allowed to stand, the greatest harm will of course be suffered by DACA recipients and their families.   But American colleges and universities will be harmed as well.

*First*, and foremost, we will lose important members of our academic communities.   The few examples cited above are not anomalous; rather, they exemplify the talent and accomplishment of the thousands of DACA students we have on our campuses.   As many students may be forced to withdraw, *amici* will be deprived of some of our most accomplished students.   These students contribute not only to the diversity of perspectives in our classrooms but also to the student leadership of social action initiatives in our communities.   Our campuses will be noticeably poorer places without those substantial contributions.

*Second*, the education we provide our students is a valuable commodity, and we have finite resources to provide it.   If DACA students lose their status and, with it, the ability to pay for tuition or living expenses, they may well not be able to continue with their education.   And, even for those students who have saved enough money to continue, the value of an education may decrease if they will be unable to secure lawful employment upon graduation.   As a result, *amici* will almost

---

[39] *See* Jerome Dineen, *If Trump Ends DACA, Here's How Many Students Could Be Affected*, USA Today College (Feb. 8, 2017), http://college.usatoday.com/2017/02/08/if-trump-ends-daca-heres-how-many-students-could-be-affected/ (estimating that 10,000 undocumented students graduate from undergraduate institutions in the United States annually).

certainly lose students mid-way through their degree programs, and the retention rate for this population will drop dramatically and beyond what institutions are prepared to accommodate through normal attrition cycles. *Amici* have devoted valuable, and in many cases limited, enrollment spaces to this student population that will not continue in their education and cannot be replaced during a mid-point of their progression in their degree program.

*Third*, some of our DACA students work in a variety of positions on campus, and many are already trained for these positions and performing well. With the loss of employment authorization, *amici* will lose these valuable contributions. The cost of refilling and retraining for these roles, if we can even find adequate replacements, represents measurable harm to the institutions. More broadly, the loss of work authorization will also mean that our DACA students will be unable to secure stable jobs upon graduation. While of course this is primarily a harm to them, given that our DACA students are among the most committed of our alumni, we too will lose an important source of support (both financial and otherwise).

*Fourth*, DACA's rescission has already required *amici* to dedicate valuable resources to counsel students who are negatively impacted by rescission. Many of these students have required mental health counseling to deal with the stress and anxiety induced by the government's sudden shift in position, as well as legal assistance to determine their range of possibilities.[40]  As institutions of higher education, we believe we should be spending our resources on educating our students for the bright futures they will have, not defending and counseling them against unfair and adverse actions by their government for a situation in which they have no blame whatsoever.

---

[40] *See, e.g.*, Eleanor J. Bader, *As End of DACA Looms, Colleges and Organizers Ramp Up Efforts to Protect Undocumented Students*, NACLA (Jan. 27, 2017), https://nacla.org/news/2017/01/27/end-daca-looms-colleges-and-organizers-ramp-efforts-protect-undocumented-students.

*Finally*, even for those schools without many or even any DACA students, supporting DACA is central to our mission as educators. *Amici* are devoted to the education of people to help them realize their ambitions and potential, and to contribute to their communities, to this country, and to the world. We pursue that mission on behalf of our students, regardless of national origin. Indeed, core to that mission is our commitment to equal opportunity. The rescission of DACA devalues that mission without any rational basis. In that respect, it harms all *amici*.

15

## CONCLUSION

DACA is an enlightened and humane policy, and it represents the very best of America.  It provides legal certainty for a generation of high-achieving young people who love this country and were raised here.  Once at college or university, DACA recipients are among the most engaged both academically and otherwise.  They work hard in the classroom and become deeply engaged in extracurricular activities.  Moreover, our DACA students are deeply committed to giving back to their communities and, more broadly, the country they love.  These are not the types of individuals we should be pushing out of the country, or returning to a life in the shadows.  As institutions of higher education, we see every day the achievement and potential of these young people, and we think it imperative that they be allowed to remain here and live out their dreams.  Indeed, it defies rationality to prevent the government from utilizing its discretion to protect this set of young people from removal.  For these reasons, we urge the Court to grant the Plaintiffs' motion for provision relief.

Dated: December 22, 2017                    Respectfully submitted,


                                            JENNER & BLOCK LLP

                                            /s/ Katya Jestin
                                            Katya Jestin
                                            Jenner & Block LLP
                                            919 3rd Avenue
                                            New York, NY 10022
                                            Telephone: (212) 891-1685
                                            Facsimile: (202) 639-6066

                                            Counsel for *Amici Curiae* Institutions of Higher Education