IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | No. 16-cv-4756 (NGG) (JO) |

## NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that, upon the attached Memorandum of Law dated December 26, 2017, Defendants in the above-captioned matter will move this Court before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, to dismiss Plaintiffs' Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule endorsed by the Court on September 26, 2017 and December 15, 2017, Plaintiffs' opposition papers shall be filed no later than January 13, 2018.

Dated: December 26, 2017      Respectfully submitted,

                                                           CHAD A. READLER
                                                           Acting Assistant Attorney General

                                                           BRIDGET M. ROHDE
                                                           Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Branch Director

BRAD P. ROSENBERG
Senior Trial Counsel

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar #995500)
KATE BAILEY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 305-8576
Fax:  (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*

CC:  All Counsel of Record (by ECF)