UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security, et al.,<br><br>        Defendants. | Case No. 1:16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, et al.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>        Defendants. | Case No. 1:17-cv-5228 (NGG) (JO) |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Jonathan S. Kolodner, an attorney admitted to practice before this Court and a member of Cleary Gottlieb Steen & Hamilton LLP, hereby appears in the above-captioned actions on behalf of the following a*mici curiae* and accordingly requests that he be electronically served with a copy of any and all future pleadings, filings and submissions to the Court:  The Legal Aid Society, African Services Committee, College Confident, The Door—A Center for Alternatives, Empire Justice Center, The Immigrant and Non-Citizen Rights Clinic at the CUNY School of Law, Immigrant Justice Corps, MinKwon Center for Community Action, Northern Manhattan Improvement Corporation, Northwest Immigrant Rights Project, Safe

Horizon, Sosa Law, South Bronx United, TODEC Legal Center, UnLocal and Volunteers of Legal Service.

Dated: December 26, 2017
New York, New York

                         Respectfully submitted,

                         */s/ Jonathan S. Kolodner*
                         Jonathan S. Kolodner
                         (jkolodner@cgsh.com)
                         CLEARY GOTTLIEB STEEN & HAMILTON LLP
                         One Liberty Plaza
                         New York, New York 10006
                         T: 212-225-2000
                         F: 212-225-3999

                         *Counsel for Amici Curiae*