LEON FRESCO
HOLLAND & KNIGHT LLP
801 17th Street, NW, Suite 110
Washington, DC 20006
Telephone: (202)469-5129
Fax: (202)955-5564
Email: leon.fresco@hklaw.com
*Counsel for Amicus Curiae*
*Government of the United Mexican States*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MARTIN JONATHAN BATALLA VIDAL et al.,

        Plaintiffs,

-against-                  **16-CV-4756 (NGG) (JO)**

KIRSTJEN NIELSEN, Secretary, Department of
Homeland Security, et al.,

        Defendants.

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that, Leon Fresco, of the firm of Holland & Knight LLP, hereby appears in the above-captioned action on behalf of *Amicus Curiae* Government of the United Mexican States and, accordingly, respectfully requests that he be electronically served (at his e-mail address, listed above and below) with a copy of any and all future pleadings, filings and submissions to the Court.

Dated:  December 27, 2017
       New York New York


By: /s/ Leon Fresco
     leon.fresco@hklaw.com