UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and **MAKE THE ROAD NEW YORK,** on behalf of itself, its members, its clients, and all similarly situated individuals,

　　　　*Plaintiffs,*

v.

KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,

　　　　*Defendants.*

Case No. 1:16cv4756

**Affidavit of J. Wells Harrell in Support of Motion to Admit Counsel** *Pro Hac Vice*

---

J. Wells Harrell, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Boies Schiller Flexner LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7.   Wherefore the undersigned affiant respectfully submits that he be permitted to appear as counsel as advocate *pro hac vice* in this one case for amici curiae former federal immigration and homeland security officials.

Dated: December 21, 2017

J. Wells Harrell
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
wharrell@bsfllp.com
(202) 237-2727

*Counsel for Amici Curiae*

Sworn and subscribed before me this 21st day of December, 2017.

Notary Public

My commission expires: 11/16/18



2