UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARTÍN JONATHAN BATALLA VIDAL,
ANTONIO ALARCON, ELIANA FERNANDEZ,
CARLOS VARGAS, MARIANO MONDRAGON,
and CAROLINA FUNG FENG, on behalf of
themselves and all other similarly situated
individuals, and MAKE THE ROAD NEW YORK,
on behalf of itself, its members, its clients, and all
similarly situated individuals,

        Plaintiffs,

        v.

KIRSTJEN M. NIELSEN, Secretary of the Department
of Homeland Security, JEFFERSON BEAUREGARD
SESSIONS III, Attorney General of the United States,
and DONALD J. TRUMP, President of the United
States,

        Defendants.

Case No. 1:16-cv-04756-NGG-JO

**NOTICE OF APPEARANCE
OF WILLIAM D. COSTON**

---

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

      **PLEASE TAKE NOTICE** that William D. Coston, of Venable LLP, 600 Massachusetts

Ave NW, Washington, DC, 2001, shall appear as counsel for *Amicus Curiae* the Lawyers'

Committee for Civil Rights Under Law in the above-captioned matter.

Dated:  December 27, 2017
       Washington, DC

                    Respectfully submitted,

                    By: */s/ William D. Coston*_____
                      William D. Coston
                  Venable LLP
                  600 Massachusetts Ave NW
                  Washington, DC 20001
                  Telephone:  202.344.4000
                  Fax:  202.344.8300
                  E-Mail: WDCoston@Venable.com

TO:    All Counsel of Record
       **(BY ECF)**