UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals,<br><br>                         Plaintiffs,<br><br>                         v.<br><br>KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>                         Defendants. | Case No. 1:16-cv-04756-NGG-JO<br><br><br><br>**NOTICE OF APPEARANCE OF MARTIN L. SAAD** |

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

      **PLEASE TAKE NOTICE** that Martin L. Saad, of Venable LLP, 600 Massachusetts Ave NW, Washington, DC, 2001, shall appear as counsel for *Amicus Curiae* the Lawyers' Committee for Civil Rights Under Law in the above-captioned matter.

Dated:  December 27, 2017
        Washington, DC

                                                      Respectfully submitted,

                                                      By: */s/ Martin L. Saad*_____
                                                         Martin L. Saad
                                                  Venable LLP
                                                  600 Massachusetts Ave NW
                                                  Washington, DC 20001
                                                  Telephone:  202.344.4000
                                                  Fax:  202.344.8300
                                                  E-Mail: MLSaad@Venable.com

TO:     All Counsel of Record
         **(BY ECF)**