UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals, | Case No. 1:16-cv-04756-NGG-JO |

                              Plaintiffs,

               v.

KIRSTJEN M. NIELSEN, Secretary of the Department
of Homeland Security, JEFFERSON BEAUREGARD
SESSIONS III, Attorney General of the United States,
and DONALD J. TRUMP, President of the United
States,

                              Defendants.

**NOTICE OF APPEARANCE
OF SAMEER P. SHEIKH**

**TO THE COURT AND ABOVE-CAPTIONED PARTIES:**

      **PLEASE TAKE NOTICE** that Sameer P. Sheikh, of Venable LLP, 600 Massachusetts

Ave NW, Washington, DC, 2001, shall appear as counsel for *Amicus Curiae* the Lawyers'

Committee for Civil Rights Under Law in the above-captioned matter.

Dated: December 27, 2017
      Washington, DC

                    Respectfully submitted,

                    By: */s/ Sameer P. Sheikh*
                        Sameer P. Sheikh
                    Venable LLP
                    600 Massachusetts Ave NW
                    Washington, DC 20001
                    Telephone:  202.344.4000
                    Fax:  202.344.8300
                    E-Mail: SPSheikh@Venable.com

TO:     All Counsel of Record
        **(BY ECF)**