# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Batalla Vidal, *et al.*, | |
| Plaintiffs, | Case No. 1:16-CV-04756 (NGG) (JO) |
| v. | |
| Kirstjen Nielsen, *et al.*, | |
| Defendants. | |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF DANIELLE C. GRAY**

Pursuant to Local Civil Rule 1.3(c), I, Danielle C. Gray, hereby move for admission *pro hac vice* to appear on behalf of *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University.

In support of this application, annexed hereto is the Affidavit of Danielle C. Gray, Esq., and Certificates of Good Standing from the New York Court of Appeals verifying that I am a member in good standing of the bar of New York. This motion is also accompanied by payment to the Clerk of this Court of the total fee of two-hundred dollars ($200.00). A proposed Order is attached.

-2-

Dated:  December 28, 2017
      New York, New York

Respectfully submitted,

*/s/ Danielle C. Gray*
_____
Danielle C. Gray
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
(212) 326-2000  Direct
(212) 326-2061  Facsimile
dgray@omm.com

Attorneys for *Amici*