UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Batalla Vidal, et al.                                    AFFIDAVIT OF __Danielle Gray__
                                                                   IN SUPPORT OF MOTION TO
v.                                                                        ADMIT COUNSEL *PRO HAC*
                                                                   *VICE*
Nielsen, et al.                                           1:16-cv-04756

-----------------------------------------------------------X

__Danielle Gray__, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of __O'Melveny & Myers LLP__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __New York__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **(have not)** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **(have not)** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7.      Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant <u>Amici Eighteen Universities</u>.

Dated: <u>12/28/17</u>

*[Signature]*

Signature of Movant
Firm Name <u>O'Melveny & Myers LLP</u>
Address <u>7 Times Square</u>
<u>         New York, NY 10036    </u>
Email <u>dgray@omm.com</u>
Phone <u>212-326-2000</u>

MAUREEN DEVANE
Notary Public, State of New York
No. 01DE6092988
Qualified in Bronx County
Commission Expires 5/27/2019

NOTARIZED

*[Signature: Maureen Devane]*

2