## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

Batalla Vidal, *et al.*,

               Plaintiffs,

     v.

Kirstjen Nielsen, *et al*.,

               Defendants.

Case No. 1:16-CV-04756 (NGG) (JO)

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF DANIELLE C. GRAY**

NOW, upon the Motion of Danielle C. Gray, Esq. for Admission *Pro Hac Vice*, and the annexed Affidavit:

IT IS ORDERED that :      Danielle C. Gray
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
(212) 326-2000  Direct
(212) 326-2061  Facsimile
dgray@omm.com

is hereby permitted to appear in this action *pro hac vice* on behalf of *amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, Georgetown University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University.  A notation of the admission *pro hac vice* of Danielle C. Gray will be made on the roll of attorneys and the Court's docket in the above-captioned case.

All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.  Upon issuance of this order, counsel shall

immediately apply for a password on the Electronic Case Filing (ECF) system at

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court

SO ORDERED:

Dated: December ___, 2017
      New York, New York

_____
Honorable Nicholas G. Garaufis
United States District Judge