UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| Batalla Vidal, et al. | AFFIDAVIT OF <u>Jennifer Sokoler</u> IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| v. | |
| Nielsen, et al. | 1:16-cv-04756 |

-------------------------------------------------------------X

<u>     Jennifer Sokoler        </u>, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of <u>   O'Melveny & Myers LLP                    </u>.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of <u> New York                           </u>.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **(have not)** been convicted of a felony. [If you circled "have," please describe facts and circumstances.] _____

   _____
   _____
   _____

6. I [circle one] **have** or **(have not)** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.] _____

   _____
   _____
   _____

1

7.  Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for ~~Plaintiff/Defendant~~ Amici Eighteen Universities.

Dated: 12/27/2017

Signature of Movant: *Juniper B. Sokoler*
Firm Name: O'Melveny & Myers LLP
Address: 7 Times Square
New York, NY 10036
Email: jsokoler@omm.com
Phone: 212-326-2000

NOTARIZED

*Maureen Devane*

MAUREEN DEVANE
Notary Public, State of New York
No. 01DE6092988
Qualified in Bronx County
Commission Expires 5/27/2019

2