**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 17-cv-5228 (NGG) (JO) |

**NOTICE OF MOTION FOR CERTIFICATION OF THIS COURT'S ORDER OF
NOVEMBER 9, 2017 FOR INTERLOCUTORY APPEAL**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law, dated December 28, 2017, Defendants in the above captioned actions will move this Court before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, to certify its order of November 9, 2017 for

interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and for a stay of record supplementation and discovery.

Dated: December 28, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIDGET M. ROHDE
Acting United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Branch Director

BRAD P. ROSENBERG
Senior Trial Counsel

*/s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND
(GA Bar #539498)
STEPHEN M. PEZZI
KATE BAILEY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 514-1280
Fax:  (202) 616-8470
Email: rachael.westmoreland@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489

Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*