## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br>    *Plaintiffs*,<br><br>  v.<br><br>KIRSTJEN M. NIELSON, in her official capacity as Secretary of Homeland Security, et al.,<br>    *Defendants*. | Case No. 1:16-cv-4756-NGG-JO |

## NOTICE OF APPEARANCE OF DEEPAK GUPTA

Please take notice that Deepak Gupta, attorney at Gupta Wessler PLLC, enters his appearance as counsel for *Amici Curiae* Service Employees International Union, American Federation of State, County and Municipal Employees, United Farm Workers of America, Communications Workers of America, and International Union of Painters and Allied Trades.

January 2, 2018           Respectfully submitted,

                */s/Deepak Gupta*
                Deepak Gupta
                GUPTA WESSLER PLLC
                1900 L Street, N.W., Suite 312
                Washington, D.C. 20036
                (202) 888-1741
                (202) 888-7792 (fax)
                *deepak@guptawessler.com*

To: All Counsel of Record via ECF