

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

---

January 3, 2018

**By ECF and Fax**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Batalla Vidal, et al., v. Nielsen, et al.*, 16-cv-4756 (NGG) (JO)
           *State of New York, et al., v. Trump, et al.*, 17-cv-5228 (NGG) (JO)

Dear Judge Garaufis:

      This evening, the *Batalla Vidal* Plaintiffs filed their brief in opposition to Defendants' motion for certification of an interlocutory appeal and for a stay of discovery and record-supplementation in the above-captioned matters.  Plaintiffs in the *State of New York* matter will presumably file their own brief shortly.  As a courtesy, Defendants write to notify the Court of Defendants' intent to file a reply brief in support of their motion, pursuant to Local Civil Rule 6.1(b)(3), by no later than this Friday, January 5.  Defendants intend to file one combined reply brief and, pursuant to this Court's individual rules, it will not exceed 10 pages.

      Defendants thank the Court for consideration of this matter.

                  Respectfully submitted,

                  CHAD A. READLER
                  Acting Assistant Attorney General

                  BRIDGET M. ROHDE
                  Acting United States Attorney

                  BRETT A. SHUMATE
                  Deputy Assistant Attorney General

                  JENNIFER D. RICKETTS
                  Director, Federal Programs Branch

                  JOHN R. TYLER
                  Assistant Branch Director

                  BRAD P. ROSENBERG
                  Senior Trial Counsel

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar #995500)
RACHAEL L. WESTMORELAND
KATE BAILEY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 305-8576
Fax:  (202) 616-8470
Email:  stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*

CC:

All Counsel of Record (by ECF)