UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X
MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.

      *Plaintiffs*,

v.

KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,

      *Defendants*
------------------------------------------------------- X

CASE NO. 1:16-CV-04756 (NGG)(JO)

**NOTICE OF APPEARANCE**

To:   The clerk of the court and all parties of record, I hereby certify that I have been authorized by this court in this case to appear as counsel for amicus curiae LatinoJustice PRLDEF, Alianza Americas, the Arab American Institute, the Asian American Legal Defense and Education Fund, Asian Americans Advancing Justice – AAJC, AAJC – Asian Law Caucus, the Asian American Bar Association of New York, ASPIRA, the Council on American-Islamic Relations, CUNY DREAMers, Dream Action Coalition, The Hispanic Association of Colleges and Universities, the Hispanic National Bar Association, the Hispanic Federation, Inc., League of United Latin American Citizens, The New York State Youth Leadership Council, Presente.org, RU Dreamers, and UnidosUS.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: New York, New York
       January 4, 2018

BAKER & HOSTETLER LLP

By: /s/ Pedro J. Perez
    Pedro J. Perez
    Pperez@bakerlaw.com
    45 Rockefeller Plaza
    New York, New York 10111
    212.847.2873
    212.589.4201

*Attorney for Amicus Curiae*
LatinoJustice PRLDEF, et al.