

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

January 8, 2018

**By ECF and Fax**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:   *Batalla Vidal, et al., v. Nielsen, et al.* 16-cv-4756 (NGG) (JO)
           *State of New York, et al. v. Trump, et al.*, 17-cv-5228 (NGG) (JO)

Dear Judge Garaufis:

     Pursuant to the briefing schedule set by this Court, Defendants will file one combined brief in opposition to Plaintiffs' motions for a preliminary injunction (*Batalla Vidal* ECF No. 123; *State of New York* ECF No. 96) no later than January 13, 2018. Defendants respectfully request permission to exceed by up to 25 pages this Court's presumptive 25-page limit. This page enlargement is necessary in order for Defendants to fully present their arguments in these cases, in response to separate memoranda from each group of Plaintiffs (each of whom received an extension to 40 pages for their motions). Defendants do not expect their combined opposition memorandum to exceed 50 pages. Plaintiffs consent.

     Defendants thank the Court for its consideration of this request.

                            Respectfully submitted,

                            CHAD A. READLER
                            Acting Assistant Attorney General

                            RICHARD P. DONOGHUE
                            United States Attorney

                            BRETT A. SHUMATE
                            Deputy Assistant Attorney General

                            JENNIFER D. RICKETTS
                            Director, Federal Programs Branch

                            JOHN R. TYLER
                            Assistant Branch Director

BRAD P. ROSENBERG
Senior Trial Counsel

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar #995500)
KATE BAILEY
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 305-8576
Fax:  (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*

CC:

All Counsel of Record (by ECF)