## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

_____
                                               )
MARTÍN JONATHAN BATALLA VIDAL,   )
*et al.*,                                         )
                                               )
      *Plaintiffs*,                             )
                                               )
  v.                                           )   No. 1:16-cv-04756 (NGG) (JO)
                                               )
KIRSTJEN M. NIELSEN, *et al.*,               )
                                               )
      *Defendants*.                           )
_____)


_____
                                               )
STATE OF NEW YORK, *et al.*,                  )
                                               )
      *Plaintiffs*,                             )
                                               )
  v.                                           )   No. 1:17-cv-05228 (NGG) (JO)
                                               )
DONALD TRUMP, *et al.*,                       )
                                               )
      *Defendants*.                           )
_____)

## **NOTICE OF APPEAL**

      Notice is hereby given that all Defendants in the above-captioned matters hereby appeal to the United States Court of Appeals for the Second Circuit from the November 9, 2017 Memorandum & Order of the Honorable Nicholas G. Garaufis, United States District Judge (*Batalla Vidal* ECF No. 104; *State of New York* ECF No. 85). Defendants appeal pursuant to the district court's January 8, 2018 order granting certification under 28 U.S.C. § 1292(b).

    Dated: January 8, 2018          Respectfully submitted,

                                               CHAD A. READLER
                                               Acting Assistant Attorney General

RICHARD P. DONOGHUE
United States Attorney

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Branch Director

BRAD P. ROSENBERG
Senior Trial Counsel

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar #995500)
RACHAEL L. WESTMORELAND
KATE BAILEY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 305-8576
Fax:  (202) 616-8470
Email:  stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*