UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLAVIDAL, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security, et al., <br><br> Defendants. | Case No. 1:16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> DONALD TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 1:17-cv-5228 (NGG) (JO) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jennifer Levy, an attorney admitted to practice before this Court, hereby appears in the above-captioned actions on behalf of the Legal Aid Society, *amicus curiae*.

Dated: January 10, 2018
New York, New York

                Respectfully submitted,

                */s/ Jennifer Levy*
                Seymour James, Attorney-in-Chief
                Adriene Holder, Attorney-in-Charge, Civil Practice
                Hasan Shafiqullah, Attorney-in-Charge, Immigration Law Unit
                Leena Khandawala, Supervising Attorney, Immigration Law Unit

Judith Goldiner, Attorney-in-Charge, Law Reform Unit
Jennifer Levy, Supervising Attorney, Law Reform Unit
Susan Welber, Staff Attorney, Law Reform Unit
THE LEGAL AID SOCIETY
199 Water Street
New York, New York 10038
T: 212-577-3300
F: 646-616-9232
*Amicus Curiae*