# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants*. | Case No. 1:16-cv-04756 (NGG) (JO)<br><br>**NOTICE OF ERRATA AND CORRECTION TO EXHIBITS ACCOMPANYING PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

**TO THE HONORABLE DISTRICT COURT:**

Plaintiffs hereby give notice of errata to the Court and all parties regarding exhibits accompanying Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, ECF No. 240-1. Exhibit H in the filing is an incorrect version of Ms. Taylor's declaration in support of Plaintiffs' opposition to the motion to dismiss, Exhibits I-L contained personal identifying information requiring redaction, and Exhibits I and J were incorrect versions of those documents. Finally, Exhibits I-L were mislabeled. For these reasons, Plaintiffs hereby are filing a corrected set of exhibits to replace the filing currently docketed at ECF No. 240-1. This set consists of Exhibits A-H and Declaration Exhibits A-D. Plaintiffs regret any inconvenience caused by this error.

Respectfully submitted,                      Date: January 14, 2018

/s/ Michael J. Wishnie
MICHAEL J. WISHNIE

| | |
|---|---|
| David Chen, Law Student Intern<br>Susanna D. Evarts, Law Student Intern<br>Victoria Roeck, Law Student Intern<br>Healy Ko, Law Student Intern<br>Hannah Schoen, Law Student Intern<br>Emily Villano, Law Student Intern<br>Muneer I. Ahmad, Esq. (MA 9360)<br>Marisol Orihuela, Esq. (*pro hac vice*)<br>Michael J. Wishnie, Esq. (MW 1952)<br>JEROME N. FRANK LEGAL SVCS. ORG.<br>Phone: (203) 432-4800 | Jessica R. Hanson, Esq. (*pro hac vice*)<br>Mayra B. Joachin, Esq. (*pro hac vice*)<br>Karen C. Tumlin, Esq. (*pro hac vice*)<br>Trudy S. Rebert, Esq.[†*]<br>NATIONAL IMMIGRATION LAW CENTER<br>3450 Wilshire Blvd., #108-62<br>Los Angeles, CA 90070<br>Phone: (213) 639-3900 |
| Amy S. Taylor, Esq. (AT 2056)<br>Deborah Axt, Esq. (DA 4885)<br>Scott Foletta, Esq. (SF 9452)<br>Alexia Schapira, Esq. (AS 8222)<br>Natalia Renta, Esq.[†]<br>MAKE THE ROAD NEW YORK<br>301 Grove Street<br>Brooklyn, NY 11237<br>Phone: (718) 418-7690 | Justin B. Cox, Esq. (*pro hac vice*)<br>NATIONAL IMMIGRATION LAW CENTER<br>PO Box 170208<br>Atlanta, GA 30317<br>Phone: (678) 279-5441<br><br>Joshua A. Rosenthal, Esq. (*pro hac vice*)<br>NATIONAL IMMIGRATION LAW CENTER<br>1121 14th Street NW, Suite 200<br>Washington, DC 20005<br>Phone: (202) 216-0261<br><br>*Attorneys for Plaintiffs* |

[†] Motion for pro hac vice forthcoming
* Admitted only in Louisiana, application pending in New York

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2018, true and correct copies of the foregoing Notice of Errata and Correction to Exhibits Accompanying Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, and exhibits attached thereto, were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                     /s/ Michael J. Wishnie
                                     Michael J. Wishnie, Supervising Attorney (MW 1952)
                                     JEROME N. FRANK LEGAL SVCS. ORG.
                                     127 Wall Street, New Haven, CT 06511
                                     Tel: (203) 432-4800
                                     Fax: (203) 432-1426
                                     michael.wishnie@ylsclinics.org