UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARTÍN JONATHAN BATALLA VIDAL et al.,
    *Plaintiffs*,

v.

KIRSTJEN M. NIELSEN, Secretary, Department
of Homeland Security, et al.,
    *Defendants*.
----------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

16-CV-4756

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of **National Immigration Law Center** and a member in good standing of the bar(s) of the State(s) of **Louisiana**, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant **Make the Road New York and Martín Jonathan Batalla Vidal**. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 1/18/2017

_____
Signature of Movant
Firm Name: National Immigration Law Center
Address: 3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Email: rebert@nilc.org
Phone: 213-639-3900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARTÍN JONATHAN BATALLA VIDAL, et al.,
        Plaintiffs,

v.

KIRSTJEN M. NIELDSEN, Secretary, Department of
Homeland Security, et al.,
        Defendants.
-------------------------------------------------------X

AFFIDAVIT OF TRUDY S. REBERT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

__Trudy S. Rebert__, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of __National Immigration Law Center__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __Louisiana__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiffs Make the Road New York and Martín Jonathan Batalla Vidal.

8. I have an application pending for admission to the Bar of the State of New York, but have not been admitted as of the date of this affidavit.

Dated: 1/18/2018

_____
Signature of Movant
Firm Name   National Immigration Law Center
Address   3450 Wilshire Blvd, #108-62
          Los Angeles, CA 90010
Email   rebert@nilc.org
Phone   (213) 639-3900

BRIAN A VAZQUEZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VA6331691
Qualified in New York County
Commission Expires October 13, 2019

2

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**TRUDY SUMIKO REBERT ESQ., #35547**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 8th Day of May, 2014 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 11th Day of January, 2018, A.D.

Clerk of Court
Supreme Court of Louisiana