AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Batalla Vidal, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-cv-4756 |
| Nielsen, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Martin Batalla Vidal et al.

Date: 01/29/2018

*Attorney's signature*

SF9452
*Printed name and bar number*

92-10 Roosevelt Avenue
Jackson Heights, NY 11372
*Address*

scott.foletta@maketheroadny.org
*E-mail address*

(929) 244-3456
*Telephone number*

(718) 981-8077
*FAX number*