# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF EASTERN NEW YORK

|  |  |  |
|---|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | **CHANGE OF ADDRESS** |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:16-cv-04756 |
| KIRSTJEN M. NIELSEN, Secretary of the | ) | (NGG) (JO) |
| Department of Homeland Security, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Trudy S. Rebert, attorney for Plaintiffs, gives notice of a change of address. Please note that, effective immediately, the new address will be:

> Trudy S. Rebert
> National Immigration Law Center
> P.O. Box 721361
> Jackson Heights, NY 11372
> Telephone: (646) 867-8793

Please direct all future correspondence to the new address.

Dated:  January 29, 2018

Respectfully submitted,

 /s/ Trudy S. Rebert
Trudy S. Rebert (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 721361
Jackson Heights, NY 11372
T: (646) 867-8793
rebert@nilc.org

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2018, I electronically filed the foregoing with the Clerk

of the Court for the United States District Court for the Eastern District of New York by using

the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

/s/ *Trudy S. Rebert*
Trudy S. Rebert