# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| MAKE THE ROAD NEW YORK, and MARTÍN JONATHAN BATALLA VIDAL, *Plaintiffs*, v. KATHY A. BARAN, Director, California Service Center, et al., *Defendants*. | **CHANGE OF ADDRESS** CIVIL ACTION NO. 1:16-cv-04756 (NGG) (JO) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Joshua Rosenthal, attorney for Plaintiffs, gives notice of a change of address. Please note that, effective immediately, the new address will be:

>Joshua Rosenthal, Esq.
>National Immigration Law Center
>P.O. Box 34573
>Washington, DC 20043

Please direct all future correspondence to the new address.

Dated: April 10, 2018                        Respectfully submitted,

>*/s/ Joshua Rosenthal*
>Joshua Rosenthal (*pro hac vice*)
>NATIONAL IMMIGRATION LAW CENTER
>P.O. Box 34573
>Washington, D.C. 20043
>T: (202) 609-9979
>rosenthal@nilc.org
>
>Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2018 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joshua Rosenthal*
Joshua Rosenthal (*pro hac vice*)