

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530

---

April 19, 2018

**By ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Batalla Vidal, et al., v. Nielsen, et al.* 16-cv-4756 (NGG) (JO)
          *State of New York, et al. v. Trump, et al.*, 17-cv-5228 (NGG) (JO)

Dear Judge Garaufis:

    Defendants write regarding their recent motion for certification for interlocutory appeal under 28 U.S.C. § 1292(b), filed on Friday, April 13, 2018, *Batalla Vidal* ECF No. 264.  The Court ordered that Plaintiffs' "responses to the Motion, if any," were due yesterday, April 18, 2018.  Minute Order of April 13, 2018.  Yesterday, the *Batalla Vidal* Plaintiffs filed an opposition brief. *Batalla Vidal* ECF No. 265.  The *State of New York* Plaintiffs, however, did not file any opposition—consistent with their representation to counsel for the government that they take no position on the motion, and will seek expedited briefing in the Second Circuit if certification is granted.  In response to the *Batalla Vidal* Plaintiffs' opposition brief, Defendants write to respectfully notify the Court that the government does not intend to file any reply brief, unless the Court requests one.  Accordingly, Defendants respectfully submit their motion as fully briefed for the Court's consideration.

    Defendants thank the Court for its consideration of this matter.

                          Respectfully submitted,

                          CHAD A. READLER
                          Acting Assistant Attorney General

                          RICHARD P. DONOGHUE
                          United States Attorney

                          BRETT A. SHUMATE
                          Deputy Assistant Attorney General

                          JENNIFER D. RICKETTS
                          Director, Federal Programs Branch

        JOHN R. TYLER
Assistant Branch Director

BRAD P. ROSENBERG
Senior Trial Counsel

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar #995500)
KATE BAILEY
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 305-8576
Fax:  (202) 616-8470
Email:  stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*

CC:

All Counsel of Record (by ECF)