UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals; and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals<br><br>        Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security; JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States; and DONALD J. TRUMP, President of the United States,<br><br>        Defendants. | CIVIL ACTION NO. 1:16-cv-04756-NGG-JO |

## NOTICE OF WITHDRAWAL

Please enter the withdrawal of Shiloh A. Rainwater of Proskauer Rose LLP as counsel of record for New York University - *amicus curiae* in this action. Steven E. Obus will remain as counsel of record for New York University - *amicus curiae*.

Dated: August 20, 2018

Respectfully submitted,

**PROSKAUER ROSE LLP**

By: _____

Shiloh A. Rainwater (*pro hac vice*)
Eleven Times Square
New York, New York 10036
(212) 969-3000
SRainwater@proskauer.com

1