## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants.* | Case No. 1:16-cv-04756 (NGG) (JO)<br><br>**MOTION TO PERMIT WITHDRAWAL OF COUNSEL** |

## MOTION TO PERMIT WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE THAT** Jessica R. Hanson, Esquire, hereby moves the Court for an Order, pursuant to Local Rule 1.4 to allow her to withdraw as counsel of record for all Plaintiffs as her employment with the National Immigration Law Center will conclude on August 31, 2018.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter an Order granting her motion to withdraw. A proposed order is attached.

Dated:  August 27, 2018         Respectfully submitted,

          */s/ Jessica R. Hanson*
          Jessica R. Hanson (*pro hac vice*)
          NATIONAL IMMIGRATION LAW CENTER

3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
T: (213) 639-3900
hanson@nilc.org
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018 I electronically filed the foregoing Motion to Permit Withdrawal of Counsel and [Proposed] Order granting the same with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Jessica R. Hanson*
Jessica R. Hanson (pro hac vice)