# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants*. | Case No. 1:16-cv-04756 (NGG) (JO)<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Plaintiffs in the above captioned matter have moved for permission to withdraw Karen C. Tumlin as counsel. Muneer Ahmad, Scott Allen Foletta, Mayra B. Joachin, Marisol Orihuela, Trudy S. Rebert, Joshua Rosenthal, Alexia Schapira, Amy S. Taylor, and Michael J. Wishnie have appeared and will continue as counsel for Plaintiffs.

Having considered the motion, it is hereby granted.

**SO ORDERED.**

Dated: Brooklyn, New York
_____ \_\_\_, 2018

_____
NICHOLAS G. GARAUFIS
United States District Judge