IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>    Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, *et al.*,<br><br>    Defendants. | No. 17-cv-5228 (NGG) (JO) |

**MOTION TO WITHDRAW APPEARANCE**

I, Brett A. Shumate, hereby move to withdraw my appearance on behalf of Defendants in the above-captioned matters because I will be leaving the Department of Justice. As explained in the attached declaration, the United States will continue to be represented by other attorneys at the Department of Justice who have entered appearances in these cases.

DATED: April 11, 2019								Respectfully submitted,

												*/s/ Brett A. Shumate*
												BRETT A. SHUMATE (D.C. Bar #974673)
												Deputy Assistant Attorney General
												U.S. Department of Justice
												Civil Division, Federal Programs Branch
												950 Pennsylvania Ave, NW
												Washington, DC 20530
												Telephone: (202) 514-2331
												Email: Brett.A.Shumate@usdoj.gov

cc:		By E.C.F.
		All Counsel of Record