## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>        Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>        Defendants. | No. 17-cv-5228 (NGG) (JO) |

## **DECLARATION OF BRETT A. SHUMATE**

I, Brett A. Shumate, hereby declare as follows:

    1.    I am an attorney with the U.S. Department of Justice and authorized to represent the United States in this Court.

    2.    I respectfully request that I be permitted to withdraw my appearance for Defendants in the above-captioned matters, as I will be leaving my employment with the Department of Justice.

3. Brad P. Rosenberg, Stephen M. Pezzi, Kate Bailey, and Rachael Westmoreland of the U.S. Department of Justice, as well as Joseph A. Marutollo of the U.S. Attorney's Office for the Eastern District of New York, all will continue to serve as counsel for Defendants.

4. I am not retaining or charging a lien.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at: Washington, D.C.
April 11, 2019

By: *[signature]*

BRETT A. SHUMATE (D.C. Bar #974673)
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave, NW
Washington, DC 20530
Telephone: (202) 514-2331
Email: Brett.A.Shumate@usdoj.gov