## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, | |
| Plaintiffs, | |
| v. | No. 16-cv-4756 (NGG) (JO) |
| KIRSTJEN M. NIELSEN, *et al.*, | |
| Defendants. | |
| | |
| STATE OF NEW YORK, *et al.*, | |
| Plaintiffs, | |
| v. | No. 17-cv-5228 (NGG) (JO) |
| DONALD TRUMP, *et al.*, | |
| Defendants. | |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

The Court hereby GRANTS Defendants' motion for Brett A. Shumate to withdraw as attorney for Defendants in the above-captioned matters.

Dated: _____          _____