AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Batalla Vidal et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-04756-NGG-JO |
| Nielsen et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Batalla Vidal et. al.

Date: 04/15/2019

*Attorney's signature*

Paige Austin
*Printed name and bar number*

Make the Road New York
301 Grove St.
Brooklyn, NY 11237
*Address*

paige.austin@maketheroadny.org
*E-mail address*

(718) 418-7690
*Telephone number*

*FAX number*