UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants*. | Civil Action No. 1:16-cv-04756 (NGG) (JO)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE THAT** counsel for Plaintiffs hereby move the Court for an Order, pursuant to Local Rule 1.4, to allow Joshua A. Rosenthal to withdraw as counsel of record for Plaintiffs in this matter as his employment with the National Immigration Law Center will conclude on May 22, 2018.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter an Order granting the motion to withdraw. A proposed order is attached.

Dated:  May 16, 2019,                                          Respectfully submitted,

                                                                         */s/ Joshua A. Rosenthal*
                                                                        Joshua A. Rosenthal (JR 1096)
                                                                        NATIONAL IMMIGRATION LAW CENTER
                                                                        3450 Wilshire Blvd. #108-62
                                                                        Los Angeles, CA 90010

              T: (213) 639-3900
              rosenthal@nilc.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019 I electronically filed the foregoing Motion to Withdraw as Counsel and [Proposed] Order granting the same with the Clerk of the Court for the United States District Court for the Eastern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                          */s/ Joshua A. Rosenthal*
                                          Joshua A. Rosenthal