UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCON, ELIANA FERNANDEZ, CARLOS VARGAS, MARIANO MONDRAGON, and CAROLINA FUNG FENG, on behalf of themselves and all other similarly situated individuals, and MAKE THE ROAD NEW YORK, on behalf of itself, its members, its clients, and all similarly situated individuals.<br><br>*Plaintiffs*,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security, JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States, and DONALD J. TRUMP, President of the United States,<br><br>*Defendants*. | Civil Action No. 1:16-cv-04756 (NGG) (JO)<br><br>**[PROPOSED] ORDER** |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Plaintiffs in the above captioned matter have moved for permission to withdraw Joshua A. Rosenthal as counsel. Muneer Ahmad, Scott Allen Foletta, Mayra B. Joachin, Clement Lee, Marisol Orihuela, Trudy Sumiko Rebert, Alexia Schapira, Amy S. Taylor, and Michael J. Wishnie have appeared and will continue as counsel for Plaintiffs.

Having considered the motion, it is hereby granted.

**SO ORDERED.**

Dated: Brooklyn, New York
_____ \_\_\_, 2019

_____
NICHOLAS G. GARAUFIS
United States District Judge