AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Batalla Vidal, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:16-cv-04756-NGG-JO |
| Nielsen, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs   .

Date:   06/07/2019

/s/ Araceli Martínez-Olguín
*Attorney's signature*

Araceli Martínez-Olguín , EDNY Bar No. AM2927
*Printed name and bar number*

National Immigration Law Center
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90010

*Address*

martinez-olguin@nilc.org
*E-mail address*

(213) 797-7420
*Telephone number*

(213) 639-3911
*FAX number*