U.S, District Court
                Eastern District of New York
                  225 Cadman Plaza East
                    Brooklyn, N.Y.  11201

Supreme Court of the United States
Office of the Clerk
Washington, D.C. 20543-0001

Attn: Kevin Brown                                           September 19, 2019
      Assistant Clerk

Re: No: 16-cv-4756  <u>Kevin K. McAleenan, Acting Secretary of Homeland
                           Security, et al v. Martin Jonathan Batalla Vidal, et al.</u>

                         Supreme Court of the United States: 18-589
                         U.S. Court of Appeals for the Second Circuit: 18-122 and 18-1313

Dear Clerk:

    This is to acknowledge receipt of a copy of your letter to the U.S. Court of Appeals for the Second Circuit dated September 16, 2019 regarding the case listed above.

    Pursuant to your letter, this case will be heard before the Supreme Court and the Eastern District of New York must provide your Court with access to the docket sheet and all documents filed in the case.   The Eastern District Court docket number is: 16-cv-4756

    All our documents have been scanned on a "Thumb Drive" and should be readily available to your Court.  This includes all Public and Restricted Documents.  The Certified Docket Sheet and this Letter area being included in hard copy as well as electronically transmitted.

    .

Please Note:

(1) Record - Docket Sheet for Appeal 16-cv-4756(NGG)

(2) Restricted Documents - Case Participants and Court Users
Appeal 16-cv-4756(NGG) EDNY are:

Attachment 1 to Document #106
Attachment 1 to Document #240
Attachment 1 to Document #241

The Restricted records are password protected.

Enclosed please find the Thumb Drive. The password will be sent via encrypted e-mail to you today.

Our address is: www.nyed.uscourts.gov

Please acknowledge receipt of this letter and contact me if there are any issues pursuant to this transmittal.

Thank you

Mary Ann McGee<br>
Deputy Clerk<br>
Eastern District of New York<br>
(718) 613-2339