814878232579

# Delivered
## Friday 9/20/2019 at 10:09 am

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 20 2019 ★
BROOKLYN OFFICE

**DELIVERED**
Signed for by: L.JOHNSON

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| BROOKLYN, NY US | DC US |

## Shipment Facts

**TRACKING NUMBER**
814878232579

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
1 lbs / 0.45 kgs

**DELIVERED TO**
Shipping/Receiving

**TOTAL SHIPMENT WEIGHT**
1 lbs / 0.45 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
16 CVX 4756 / 18 -589

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
9/20/2019 by 10:30 am

**SHIP DATE**
Thu 9/19/2019

**ACTUAL DELIVERY**
Fri 9/20/2019 10:09 am

## Travel History

Local Scan Time

**Friday, 9/20/2019**

| Time | Location | Status |
|---|---|---|
| 10:09 am | DC | Delivered |
| 9:28 am | WASHINGTON, DC | On FedEx vehicle for delivery |
| 7:36 am | WASHINGTON, DC | At local FedEx facility |
| 5:02 am | DULLES, VA | At destination sort facility |
| 4:16 am | NEWARK, NJ | Departed FedEx location |

**Thursday, 9/19/2019**

| Time | Location | Status |
|---|---|---|
| 9:42 pm | NEWARK, NJ | Arrived at FedEx location |
| 9:08 pm | BROOKLYN, NY | Left FedEx origin facility |
| 7:45 pm | BROOKLYN, NY | Picked up |