## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, | |
| *Petitioners,* | **Case No. 16-cv-4756 (NGG)** |
| v. | |
| ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security, *et al.*, | **ATTORNEY DECLARATION IN SUPPORT OF MOTION TO WITHDRAW** |
| *Respondents.* | |

I, SCOTT FOLETTA, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Eastern District of New York. On September 7, 2016, I entered an appearance as counsel in the above-captioned case.

2. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York, I respectfully submit this declaration in support of Plaintiffs' motion for leave for me to withdraw as counsel for Plaintiffs in this action.

3. I ceased my employment and affiliation with Make the Road New York in October 2019.

4. Attorneys from Make the Road New York, The National Immigration Law Center, and the Jerome N. Frank Legal Services Organization have also appeared in this action on behalf of Plaintiffs and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2020
      Woodside, New York

_____
SCOTT FOLETTA, ESQ.