**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

MARTÍN JONATHAN BATALLA VIDAL, *et al.*,

*Petitioners*,

v.

ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security, *et al.*,

*Respondents*.

**Case No. 16-cv-4756 (NGG)**

**ATTORNEY DECLARATION IN SUPPORT OF MOTION TO WITHDRAW**

I, AMY TAYLOR, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Eastern District of New York. On August 25, 2016, I appeared in the above-captioned case.

2. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York, I respectfully submit this declaration in support of Plaintiffs' motion for leave for me to withdraw as counsel for Plaintiffs in this action.

3. I ceased my employment and affiliation with Make the Road New York in March 2020.

4. Attorneys from Make the Road New York, The National Immigration Law Center, and the Jerome N. Frank Legal Services Organization have also appeared in this action on behalf of Plaintiffs and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2020
Shoreham, New York

AMY TAYLOR, ESQ.