UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security, *et al.*,<br><br>*Respondents*. | **Case No. 16-cv-4756 (NGG)**<br><br>**[PROPOSED ORDER]** |

Upon Plaintiffs' motion for leave for Amy Taylor to withdraw from this action as counsel for Plaintiffs, IT IS HEREBY ORDERED that the motion is granted.

SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT JUDGE