UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MARTÍN JONATHAN BATALLA VIDAL, *et al.*,

    *Petitioners*,

v.

ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security, *et al.*,

    *Respondents*.

Case No. 16-cv-4756 (NGG)

**NOTICE OF MOTION FOR CLEMENT LEE TO WITHRAW AS COUNSEL**

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration and pursuant to this Court's Local Civil Rule 1.4, Plaintiffs hereby move this Court for leave for Clement Lee to withdraw as counsel for Plaintiffs, as he has left his employment with Make the Road New York.

PLEASE TAKE FURTHER NOTICE that other attorneys at Make the Road New York, The National Immigration Law Center, and the Jerome N. Frank Legal Services Organization will continue to be counsel of record for Plaintiffs in this action.

Respectfully submitted,

/s Paige Austin
PAIGE AUSTIN, ESQ.

*Counsel for the Plaintiffs*