UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security, *et al.*,<br><br>*Respondents*. | **Case No. 16-cv-4756 (NGG)**<br><br>**ATTORNEY DECLARATION IN SUPPORT OF MOTION FOR LEAVE FOR CLEMENT LEE TO WITHDRAW** |

I, PAIGE AUSTIN, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Eastern District of New York. I represent Plaintiffs in the above-captioned case.

2. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York, I respectfully submit this declaration in support of Plaintiffs' motion for leave for Mr. Lee to withdraw as counsel for Plaintiffs in this action.

3. Mr. Lee entered an appearance as counsel in this case on September 7, 2016.

4. Mr. Lee ceased his employment and affiliation with Make the Road New York in December 2016 and has not had involvement in this litigation since that time.

5. I have advised Mr. Lee via email of my intent to file this motion and shared a copy with him and will share any resulting order with him via email as well.

6. Attorneys from Make the Road New York, The National Immigration Law Center, and the Jerome N. Frank Legal Services Organization have also appeared in this action on behalf of Plaintiffs and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

7. No retaining or charging lien is being asserted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2020

                                                                              PAIGE. AUSTIN, ESQ.

2