UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security, *et al.*, <br><br> *Respondents*. | **Case No. 16-cv-4756 (NGG)** <br><br> **[PROPOSED ORDER]** |

Upon Plaintiffs' motion for leave for Clement Lee to withdraw from this action as counsel for Plaintiffs, IT IS HEREBY ORDERED that the motion is granted.

SO ORDERED.


Dated:

_____
UNITED STATES DISTRICT JUDGE