# EXHIBIT 1

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Office of the Director* (MS 2000)
Washington, DC 20529-2000



U.S. Citizenship and Immigration Services

July 10, 2020

The Honorable Joaquin Castro
U.S. House of Representatives
Washington, DC 20515

Dear Representative Castro:

Thank you for your suggestions and comments in your July 1, 2020 letter related to the Department of Homeland Security's (DHS) implementation of the Supreme Court's ruling in *Department of Homeland Security v. Regents of the University of California* regarding the Deferred Action for Childhood Arrivals (DACA) program. Mr. Cuccinelli asked that I respond on his behalf.

Reaffirming Acting Secretary Wolf's statement on the Supreme Court's decision, DACA recipients deserve closure and finality surrounding their status here in the United States. U.S. Citizenship and Immigration Services (USCIS) will work with DHS on next steps regarding the Court's decision and will consider your views during this process.

Thank you again for your letter and interest in this matter. Should you require any additional assistance, please have your staff contact the USCIS Office of Legislative Affairs at (202) 272-1940.

Sincerely,

Joseph Edlow
Deputy Director for Policy

cc:

The Honorable Lucille Roybal-Allard
Member of Congress

The Honorable Jerrold Nadler
Member of Congress

The Honorable Zoe Lofgren
Member of Congress

The Honorable Joaquin Castro
Page 2


The Honorable Adam B. Schiff
Member of Congress

The Honorable Adam Smith
Member of Congress

The Honorable Adriano Espaillat
Member of Congress

The Honorable Al Green
Member of Congress

The Honorable Alan Lowenthal
Member of Congress

The Honorable Albio Sires
Member of Congress

The Honorable Alexandria Ocasio-Cortez
Member of Congress

The Honorable Alma S. Adams, Ph.D.
Member of Congress

The Honorable Ami Bera, M.D.
Member of Congress

The Honorable André Carson
Member of Congress

The Honorable Ann Kirkpatrick
Member of Congress

The Honorable Anna G. Eshoo
Member of Congress

The Honorable Anthony G. Brown
Member of Congress

The Honorable Ayanna Pressley
Member of Congress

The Honorable Barbara Lee
Member of Congress

The Honorable Joaquin Castro
Page 3

The Honorable Ben Ray Luján
Member of Congress

The Honorable Bennie G. Thompson
Member of Congress

The Honorable Bobby L. Rush
Member of Congress

The Honorable Bonnie Watson Coleman
Member of Congress

The Honorable Brenda L. Lawrence
Member of Congress

The Honorable Carolyn B. Maloney
Member of Congress

The Honorable Cedric L. Richmond
Member of Congress

The Honorable Danny K. Davis
Member of Congress

The Honorable Darren Soto
Member of Congress

The Honorable David N. Cicilline
Member of Congress

The Honorable David Scott
Member of Congress

The Honorable David Trone
Member of Congress

The Honorable Deb Haaland
Member of Congress

The Honorable Debbie Mucarsel-Powell
Member of Congress

The Honorable Diana DeGette
Member of Congress

The Honorable Joaquin Castro
Page 4

The Honorable Dina Titus
Member of Congress

The Honorable Donald M. Payne, Jr.
Member of Congress

The Honorable Doris Matsui
Member of Congress

The Honorable Dwight Evans
Member of Congress

The Honorable Earl Blumenauer
Member of Congress

The Honorable Eleanor Holmes Norton
Member of Congress

The Honorable Eliot L. Engel
Member of Congress

The Honorable Emanuel Cleaver, II
Member of Congress

The Honorable Filemon Vela
Member of Congress

The Honorable Frank Pallone, Jr.
Member of Congress

The Honorable Gerald E. Connolly
Member of Congress

The Honorable Gilbert R. Cisneros, Jr.
Member of Congress

The Honorable Grace F. Napolitano
Member of Congress

The Honorable Grace Meng
Member of Congress

The Honorable Greg Stanton
Member of Congress

Case 1:16-cv-04756-NGG-VMS   Document 296   Filed 07/21/20   Page 6 of 10 PageID #: 4653

The Honorable Joaquin Castro
Page 5


The Honorable Gregory W. Meeks
Member of Congress

The Honorable Gwen Moore
Member of Congress

The Honorable Hakeem Jeffries
Member of Congress

The Honorable Henry C. "Hank" Johnson, Jr.
Member of Congress

The Honorable Ilhan Omar
Member of Congress

The Honorable J. Luis Correa
Member of Congress

The Honorable Jackie Speier
Member of Congress

The Honorable Jahana Hayes
Member of Congress

The Honorable James P. McGovern
Member of Congress

The Honorable James R. Langevin
Member of Congress

The Honorable Jamie Raskin
Member of Congress

The Honorable Jan Schakowsky
Member of Congress

The Honorable Jared Huffman
Member of Congress

The Honorable Jason Crow
Member of Congress

The Honorable Jennifer Wexton
Member of Congress

The Honorable Joaquin Castro
Page 6


The Honorable Jesús G. "Chuy" García
Member of Congress

The Honorable Jimmy Gomez
Member of Congress

The Honorable Jimmy Panetta
Member of Congress

The Honorable Joe Neguse
Member of Congress

The Honorable José E. Serrano
Member of Congress

The Honorable Joseph P. Kennedy, III
Member of Congress

The Honorable Juan Vargas
Member of Congress

The Honorable Judy Chu
Member of Congress

The Honorable Julia Brownley
Member of Congress

The Honorable Karen Bass
Member of Congress

The Honorable Katherine M. Clark
Member of Congress

The Honorable Kathleen M. Rice
Member of Congress

The Honorable Linda T. Sánchez
Member of Congress

The Honorable Lisa Blunt Rochester
Member of Congress

The Honorable Lloyd Doggett
Member of Congress

The Honorable Joaquin Castro
Page 7


The Honorable Lori Trahan
Member of Congress

The Honorable Madeleine Dean
Member of Congress

The Honorable Marc Veasey
Member of Congress

The Honorable Mark Pocan
Member of Congress

The Honorable Mark Takano
Member of Congress

The Honorable Nanette Diaz Barragán
Member of Congress

The Honorable Nita Lowey
Member of Congress

The Honorable Norma J. Torres
Member of Congress

The Honorable Nydia M. Velázquez
Member of Congress

The Honorable Pete Aguilar
Member of Congress

The Honorable Peter A. DeFazio
Member of Congress

The Honorable Pramila Jayapal
Member of Congress

The Honorable Raja Krishnamoorthi
Member of Congress

The Honorable Rashida Tlaib
Member of Congress

The Honorable Raúl M. Grijalva
Member of Congress

The Honorable Raul Ruiz, M.D.
Member of Congress

The Honorable Rosa L. DeLauro
Member of Congress

The Honorable Ruben Gallego
Member of Congress

The Honorable Salud O. Carbajal
Member of Congress

The Honorable Scott H. Peters
Member of Congress

The Honorable Steven Horsford
Member of Congress

The Honorable Susan A. Davis
Member of Congress

The Honorable Suzanne Bonamici
Member of Congress

The Honorable Sylvia R. Garcia
Member of Congress

The Honorable Ted W. Lieu
Member of Congress

The Honorable Terri A. Sewell
Member of Congress

The Honorable TJ Cox
Member of Congress

The Honorable Tony Cárdenas
Member of Congress

The Honorable Veronica Escobar
Member of Congress

The Honorable Vicente Gonzalez
Member of Congress

The Honorable Joaquin Castro
Page 9


The Honorable Yvette D. Clarke
Member of Congress