# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br>      Plaintiffs, <br><br>      v. <br><br> CHAD F. WOLF,* *et al.*, <br><br>      Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*, <br><br>      Plaintiffs, <br><br>      v. <br><br> DONALD TRUMP, *et al.*, <br><br>      Defendants. | No. 17-cv-5228 (NGG) (JO) |

## **NOTICE**

Please take notice that Galen N. Thorp, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as additional counsel for Defendants in the above-captioned matters.

---

* Pursuant to Federal Rule of Civil Procedure 25(d), in both of the above-captioned cases, Chad F. Wolf, Acting Secretary of the U.S. Department of Homeland Security is substituted for Kirstjen Nielsen, the former Secretary of the U.S. Department of Homeland Security; also, in Case No. 16-cv-4756, William P. Barr, Attorney General, is substituted for Jefferson Beauregard Sessions III, the former Attorney General.

| | |
|---|---|
| Dated: Aug. 4, 2020 | Respectfully submitted,<br><br>DAVID M. MORRELL<br>Deputy Assistant Attorney General<br><br>SETH D. DuCHARME<br>Acting United States Attorney<br><br>BRAD P. ROSENBERG<br>Assistant Branch Director<br><br>*/s/ Galen N. Thorp*<br>GALEN N. THORP (VA Bar No. 75517)<br>Senior Trial Counsel<br>STEPHEN M. PEZZI (D.C. Bar No. 995500)<br>RACHAEL L. WESTMORELAND (GA Bar No. 539498)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC  20005<br>Tel.:  (202) 514-4781<br>Fax:  (202) 616-8470<br>Email:  galen.thorp@usdoj.gov<br><br>JOSEPH A. MARUTOLLO<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>Eastern District of New York<br>271-A Cadman Plaza East, 7th Floor<br>Brooklyn, NY  11201<br>Tel:  (718) 254-6288<br>Fax:  (718) 254-7489<br>Email:  joseph.marutollo@usdoj.gov<br><br>*Counsel for Defendants* |