UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTÍN JONATHAN BATALLA VIDAL, et al.,

    *Plaintiffs*,

v.

CHAD WOLF, Acting Secretary, Department of Homeland Security, et al.,

    *Defendants*.

NOTICE OF APPEARANCE

Case No. 1:16-cv-04756 (NGG)(JO)

I, Karen C. Tumlin, certify that: I am admitted to practice in this court pro hac vice and I appear as counsel for Plaintiffs, Martin Jonathan Batalla Vidal, et al.

_____    8.5.2020
                                                                      Date

Karen C. Tumlin
California Bar #234691
Karen.Tumlin@justiceactioncenter.org
(323) 316-0944