# EXHIBIT 1

1       UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MARYLAND
2              SOUTHERN DIVISION

3   CASA DE MARYLAND, et al.,  :  Civil Action No.

4        Plaintiffs,     :  PWG 17-2942

5      v.                   :

6   U.S. DEPARTMENT OF      :  Greenbelt, Maryland
    HOMELAND SECURITY, et al.,
7                           :

         Defendant.      Friday, July 24, 2020
8   _____/  2:30 P.M.

9

        TRANSCRIPT OF VIRTUAL STATUS CONFERENCE PROCEEDINGS
10           BEFORE THE HONORABLE PAUL W. GRIMM
              UNITED STATES DISTRICT JUDGE
11
    APPEARANCES:
12  FOR THE PLAINTIFF:    JOHN ARAK FREEDMAN, Esquire
                          Arnold and Porter, Kaye, Scholer, LLP
13                        601 Massachusetts Avenue, NW
                          Washington, D.C.  20001
14                        202-942-5999

15                        ELIZABETH J. BOWER, Esquire
                          Wilkie, Farr and Gallagher, LLP
16                        1875 "K" Street, NW
                          Washington, D.C.  20006
17                        202-303-1000

18                        DENNIS A. CORKERY, Esquire
                          Washington Lawyers Committee for
19                        Civil Rights and Urban Affairs
                          700 14th Street, NW, Suite 400
20                        Washington, D.C.  20005
                          202-319-1010
21
    FOR THE DEFENDANT:    STEPHEN MICHAEL PEZZI, Esquire
22                        U.S. Department of Justice
                          1100 "L" Street, NW
23                        Washington, D.C.  20006
                          202-305-8576
24
    OFFICIAL COURT REPORTER:  LINDA C. MARSHALL,(301) 344-3229
25        COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2          THE DEPUTY CLERK:  United States District Court for
 3  the District of Maryland is now in session.  Honorable Paul W.
 4  Grimm presiding.
 5          THE COURT:  All right.  Good afternoon, everyone.
 6  This is Judge Grimm and I'm going to try to put this so I can
 7  see some folks.  Now I see some folks.  Probably more people
 8  participating in this than I can actually see.
 9              I'm going to ask that those of you who are on the call
10  here by the Zoom to keep your -- ask you to keep your screens on
11  mute so that I don't hear any background noises unless and until
12  such time that you are speaking.
13              I want to let you know that this is on the record.
14  So, Ms. Marshall, our court reporter is taking this down.  We
15  also have Ms. Smith who is our courtroom deputy who will be
16  running things here.  Try to speak slowly and distinctly as you
17  would if you were in court.
18              Ms. Marshall, please let us know if you can't hear.
19  And speak up, don't be shy, so we can make sure we have a
20  record.
21              This is a public hearing and although there's nobody
22  physically present in the courtroom, there may be others who are
23  listening in on the court's line.  It's available for people who
24  want to hear court proceedings.
25              We are here in the case of *Casa De Maryland, et al.*
```

1   *versus United States Department of Homeland Security.*  It's a

2   case that was originally RWT 17-2942.  And it was reassigned to

3   me in March of 2019, when an event occurred which we're still

4   mourning today, which is the departure of our beloved colleague,

5   Judge Titus.

6        And what I'd like to do in this case is, this is a --

7   it's really much of a status conference to see where things are

8   in light of a series of orders and appellate decisions that have

9   come down.

10       I'm going to allow everyone to enter their appearance

11   on the record, if they are on behalf of one of the parties or

12   the other, just so the record is complete.  I'm going to ask

13   that one person be the designated speaker on behalf of the

14   plaintiffs and another on the defendants.  Otherwise, it becomes

15   unmanageable.

16       If there's a need to have more than one person speak

17   and if it makes sense to do so, that's fine, but we can't have a

18   proceeding where we have as many people speak as who have

19   entered their appearance on the docket.  The docket, the first

20   seven or eight pages of the docket are the lawyers' appearances.

21   So, that's just not going to work.

22       So, with that in mind, let me find out who's going to

23   speak on behalf of plaintiffs?

24       MR. FREEDMAN:  Your Honor, John Freedman from Arnold

25   and Porter on behalf of the plaintiffs.  I'll be lead for the

1   plaintiffs.  I'm joined on the Zoom call by my co-counsel,

2   Elizabeth Bower with Wilkie, Farr and Gallagher and

3   Dennis Corkery from the Washington Lawyers Committee for Civil

4   Rights and Urban Affairs.

5           THE COURT:  All right.  Thanks so much.

6           And who will be speaking on behalf of the defendants?

7           MR. PEZZI:  Good afternoon, Your Honor.  This is

8   Steven Pezzi from the Department of Justice here on behalf of

9   the defendants.  I'm the only one from the government on the

10  Zoom today and I'll be the only one speaking today, although I

11  do have two colleagues who, I believe, have dialed into the

12  public line.

13          Brad Rosenberg, who is an Assistant Branch Director

14  with the Department of Justice, as well as Rachel Westmoreland

15  with the Department of Justice.

16          THE COURT:  Thank you.  I appreciate that.

17          Ms. Marshall, did you get those names?

18          COURT REPORTER:  The second name, Rachel, what is the

19  last name?

20          MR. PEZZI:  It is Westmoreland and she has entered her

21  appearance on the docket.

22          THE COURT:  All right, thank you.

23          So, let me just set the stage procedurally here to

24  focus our discussions today.  Before I do so, I just think that

25  it's important for me to acknowledge the circumstances in which

1    we find ourselves these days because of the COVID-19 pandemic.

2    This ordinarily would be a hearing held in court, would be open

3    to the public, people could come.  The lawyers would be in the

4    courtroom.  We would have an opportunity to see each other and

5    to exercise advocacy skills in the way in which we all learned

6    them back in the day when we were going to a school and learning

7    our chops as lawyers.

8           That's gone now and all of you, I'm sure, have

9    struggled mightily, as has this court, to have operations

10   proceed under such trying circumstances where almost everything

11   that you would ever do, even routine matters in court has become

12   exceptionally difficult to do.

13          It's also a time when many people are facing

14   challenges in their personal and their professional lives that

15   they have never faced before.  There are people who have

16   children at home that they have to educate as well as be a

17   lawyer.  There are folks who have medical conditions that make

18   them vulnerable to this virus.  Travel plans, vacation plans,

19   work has been affected.  Many of our citizens are out of work or

20   not working as much as they would like to do.  These are

21   extraordinary times.

22          Technology has helped in some ways to make it possible

23   for us to do anything, but certainly not to do everything.  And

24   the fact that I am seeing some of you and speaking to you via

25   electronic media on Zoom is a benefit because, of course, it

1    allows us to do some things that we could not otherwise do.

2    It's much better than a telephone conference, but it's still not

3    something that is what we're used to.

4           So, I want to say to each of you personally, I hope

5    that you and your families are safe and well, and that you stay

6    that way.  And with those general comments in mind, let me frame

7    my thinking here today and then hear from you.

8           This case was kicked off here in Maryland, although

9    there's litigation that was initiated in many parts of the

10   United States, when ECF-1, the complaint was filed back in

11   October, 2017.  It was a claim that was challenging the decision

12   made by the Department of Homeland Security to rescind the

13   Deferred Action for Childhood Arrivals policy that had been

14   adopted by that same agency in 2012.  It's referred to as DACA

15   and we all know it by DACA, and I will use that acronym during

16   today's proceeding.

17          The rescission date was September 5th of 2017.  The

18   case, as I mentioned, was assigned to our dear colleague,

19   Judge Titus, and he managed it efficiently like he did all of

20   his cases.  He consulted with the parties.  There was motions

21   practice.  Motion to Dismiss or in the Alternative for Summary

22   Judgment was filed and briefed.

23          And on March 5th of 2018, in ECF-42, Judge Titus

24   issued his opinion.  In that opinion he granted in part and

25   dismissed in part -- and denied in part the Defendant's Motion

1    to Dismiss or in the Alternative for Summary Judgment.

2            He granted in part and denied in part the plaintiff's

3    estoppel claim and summary judgment claim based on that with

4    regard to one component of DACA, which was the DACA Information

5    Sharing Policy.  And he enjoined the defendants from using or

6    sharing what he referred to as Dreamer provided --

7            Dreamers are the -- is another phrase used for those

8    people who are enrolled in and participating in DACA.

9            -- enjoined the defendants from using or sharing

10   Dreamer provided personal information for purposes of

11   enforcement of removal or deportation proceedings.  And he

12   granted summary judgment in favor of the defendants with regard

13   to all other claims that have been filed, which included

14   constitutional claims as well as Administrative Procedure Act

15   claims.

16           At ECF Number 52, the plaintiffs filed Notice of

17   Appeal, not to be -- not to be left behind.  So did the

18   defendants, ECF-53.  And on May 17th, 2019, the Fourth Circuit

19   Court of Appeal in a published opinion 924 F.3d 684 issued in

20   2019, the Fourth Circuit issued a judgment and that judgment was

21   one that affirmed in part Judge Titus' rulings, reversed in part

22   and vacated in part.

23           The appeal was dismissed and the case was remanded to

24   this court for further proceedings consistent with the court's

25   decision, but with the note that the judgment would take effect

1    upon the issuance of the Fourth Circuit's mandate.

2         As I mentioned, this was not the only challenge to the

3    rescission of DACA.  There was a case in Washington, D.C. and

4    there was a case in California.  May have been other cases as

5    well.  And so, this case was put on hold while the Supreme Court

6    considered the challenges that were brought as a result of the

7    government's seeking a Petition for Cert that was granted.

8         And the Supreme Court recently, just last month issued

9    its decision in *Department of Homeland Security, et al. versus*

10   *Regents of the University of California*, published decision at

11   140 Supreme Court 1891, decided on June 18th, 2020.

12        And very shortly thereafter at ECF-93 on this docket,

13   the Fourth Circuit issued its mandate which stated that the

14   judgment of this court entered on May 17, 2019, takes effect

15   today.  This constitutes the formal mandate of this Court issued

16   pursuant to Rule 41(a) of the Federal Rules of Appellate

17   Procedure.

18        I issued an order, ECF-97, dated July 17th, 2020.  It

19   largely, for lack of a more eloquent phrase, parroted the

20   specific findings and rulings of both the Fourth Circuit in its

21   decision and the United States Supreme Court.

22        Specifically, I noted that the Fourth Circuit had held

23   that the Department of Homeland Security's decision to rescind

24   DACA was arbitrary and capricious under the Administrative

25   Procedure Act and must be set aside.

1      I noted that the Fourth Circuit had, therefore,

2  reversed Judge Titus' ruling that sustained the rescission

3  policy as valid under the Administrative Procedure Act and

4  vacated DACA's rescission as arbitrary and capricious as was

5  confirmed by the Supreme Court in its June 18, 2020 decision.

6      In addition, my order noted that the -- as the Fourth

7  Circuit noted, that the rescission of the September 5th, 2017

8  Rescission Order by the defendants had the effect of restoring

9  DACA to its pre-September 5th, 2017 status.  What we used to

10 call in law school "returning the status to the status quo ante"

11 that happened before the action was vacated.

12      As for the decision that, regarding the information

13 sharing policy of DACA, the -- I noted that the Fourth Circuit

14 reversed Judge Titus' ruling on that.  However, I cited to the

15 language in the Fourth Circuit opinion that said, and I quote,

16 Restoring DACA to its pre-September 5th, 2017 status rendered a

17 nullity the Information Sharing Policies announced on

18 September 5th.

19      Finally, I noted the ruling by the Fourth Circuit that

20 under the Constitutional Avoidance Doctrine that there was no

21 need to reach the Fifth Amendment Due Process and Equal

22 Protection Clause challenges that had been brought by the

23 plaintiffs by virtue of the fact that the relief that they

24 sought could be granted based upon alternatives grounds.  And

25 that, therefore, those constitutional claims were dismissed.

1    And in light of that, I issued an order that

2  implemented the rulings of the Supreme Court of the

3  United States as to the, as to the arbitrary and capricious

4  nature of the rescission of DACA, and I ordered the following:

5    One, I adjudged and declared that DACA rescission

6  actions taken by the defendants to rescind the DACA policy were

7  arbitrary and capricious in violation of the Administrative

8  Procedure Act, citing to the Fourth Circuit and Supreme Court

9  case;

10    Two, that the rescission of the DACA policy was

11  vacated and the status of the program was restored to its

12  pre-September 5th, 2017 status;

13    Three, that the defendants and all those in their

14  control or employ were enjoined from implementing or enforcing

15  the DACA rescission or from taking any other action to rescind

16  DACA not in compliance with applicable law;

17    And, four, that the estoppel claim and requested

18  injunction as it pertained to the Information Sharing Policy for

19  DACA were denied;

20    And, five, because this order, my order restored DACA

21  to its pre-September 5th, 2017 status.  The Information Sharing

22  Policies announced on September 5th, 2017 were void and that

23  under the Constitutional Avoidance Doctrine, the constitutional

24  claims by the plaintiffs were dismissed.

25    This was followed at ECF-96 by a letter from counsel

```
 1   for the plaintiffs.  In it they raise concerns that since the

 2   issuance of the Fourth Circuit's decision and the Supreme

 3   Court's decision that, that the defendants were not complying

 4   with the letter and the steps that by necessary implications

 5   could derive from the Supreme Court and Fourth Circuit's

 6   rulings, because it was the understanding of the plaintiffs that

 7   the defendants were no longer -- were still not accepting

 8   initial DACA requests.  In other words, request from people who

 9   sought eligibility under DACA, but had not previously received

10   it.

11          And it was their understanding that applications for

12   advanced parole, which had been given, approved under DACA to

13   allow those who were DACA recipients and were under the program

14   to leave the United States in order to go visit family or for

15   other purposes abroad, and then return to the United States

16   without being denied entry when they returned.  And it was their

17   understanding that applications for advance parole were not

18   being accepted based upon postings on the websites of the

19   defendants.

20          And, in addition, they pointed out that they wanted

21   the Court to maintain jurisdiction to be able to enforce the

22   orders of the Fourth Circuit and the Supreme Court, and my

23   order, point of law which I don't think there's much dispute

24   about, but also pointed out that cost and fees as prevailing

25   parties had to be addressed by the Court.
```

1    The final submission that frames the issues for

2    today's call is at ECF-99, a September 22nd filing by

3    plaintiffs.  In addition to repeating their concern about --

4    that the Department of Homeland Security is not accepting new

5    DACA applications and is not accepting advance parole

6    applications, that it appears as though the Department has not

7    taken actions to make it clear that the Information Sharing

8    Policies are void.  And with that in mind, they had asked to

9    have this conference call today to talk about next steps.

10    Since we're here at the request of the plaintiffs, I

11    just want to make sure I give them initial opportunity to add

12    anything they think needs to be added before I hear from the

13    government, which has thus far not addressed these issues raised

14    by the plaintiffs.

15    So, I think, Mr. Freedman, this is your opportunity to

16    speak, sir.

17    MR. FREEDMAN:  Thank you, Your Honor.

18    Good afternoon and thank you for the summary.  I think

19    Your Honor has aptly laid out the issues we want to take up with

20    the Court today, which are three aspects of what appears to be

21    the government's non-compliance with the Fourth Circuit mandate

22    and this Court's Order.

23    It's absolutely clear that the policies we're

24    complaining about were effectuated on September 5th.  The

25    letter, Secretary Duke's letter itself called for cessation

1    of -- denial of, initial applications that called for denial of

2    advance parole.  And on the same day, the letter, the Duke

3    Memorandum was published, the defendants overhauled their

4    Information Sharing Policies.

5             So, if the Court is restoring matters to status quo ex

6    ante, the DACA decision is vacated, the decision to deny all new

7    initial applications is rescinded, the decision to deny all

8    advance parole applications is rescinded and the changes to the

9    Information Sharing Program are rescinded.  We're back to where

10   we were.

11            Now, my clients and many other eligible individuals

12   across the country, my clients have -- this matter was litigated

13   sitting -- knowing that they are eligible for DACA under the

14   program rules that were prevailing prior to the rescission and

15   they've waited for this litigation to resolve itself.  They

16   should be allowed to apply.  They should be evaluated under the

17   same rules that were in place prior to the rescission, which

18   means that barring something in their -- typically something in

19   their security clearance, many of them ought to be approved and

20   get DACA.

21            One of our individual clients, A.M., was a 15 year old

22   minor at the time we filed this suit.  He's 18 now.  He's

23   eligible to apply.  He can't apply now because the government

24   has continued to keep DACA on -- has continued to say it's not

25   accepting new applications.

1          Similarly, many, many DACA recipients would like to

2    apply for advance parole.  At the time we filed the complaint,

3    we identified two of our plaintiffs who had to withdraw their

4    plans to visit elderly relatives, grandparents, in one case

5    great grandparent overseas and could not apply because the

6    government suspended advance parole.

7          These individuals and many other members of our

8    clients and many other DACA recipients have been waiting

9    patiently for years while this litigation resolve itself so they

10   can visit loved ones overseas.

11         So, when this September 5th decision was rescinded,

12   that rescission also included the decision -- aspects of the

13   Duke Memorandum that automatically denied all advance parole

14   applications.  Advance parole should be restored to the status

15   quo ex ante and these individuals should be allowed to apply,

16   and their application should be considered under the same

17   criteria that were in place prior to the rescission.

18         Again, barring something unusual, these decisions were

19   typically granted.  So, we would expect the vast majority of

20   people seeking advance parole should be granted that benefit.

21         The third thing that we brought to Your Honor's

22   attention was the information sharing.  Here, the information is

23   a little bit murkier.  We know that the government used to

24   commit that it would not share DACA applicant information with

25   immigration enforcement officials outside of very limited

```
 1    circumstances.

 2              In the words of the defendant, at the time they

 3    announced the DACA program, that information would be protected

 4    from disclosure.  And we know that when the government announced

 5    the rescission on September 5th, they changed that language and

 6    said that they would no longer proactively provide that

 7    information to immigration enforcement officials.

 8              The government has pulled down that guidance.  We

 9    don't know what they are doing with the information now.  We

10    don't know what the current policy is.  The policy ought to be

11    restored back to what it was prior to September 5th, 2017.  It

12    ought to be protected from disclosure.

13              I think that those are the most important issues

14    before the Court today.  We would be happy to discuss, if

15    there's any dispute that the Court has jurisdiction, the Court's

16    ongoing jurisdiction to enforce its injunction.  We'd be happy

17    to talk about timing on a fee application.

18              THE COURT:  Great, all right.  Thank you very much.

19              Let me hear from the defendants.

20              MR. PEZZI:  Good afternoon, Your Honor.  Stephen Pezzi

21    from the Department of Justice on behalf of defendants.

22              I would like to start with the portion of plaintiff's

23    presentation and of plaintiff's letters that the government does

24    agree with.  And I think it's possible that there may be more

25    common ground than either the Court from reading those letters
```

1    or that plaintiff's counsel is aware of.

2           The part that I agree with from plaintiff's

3    presentation is that the website or really websites run by DHS

4    and USCIS right now, frankly, have some outdated and inaccurate

5    information with respect to the current status quo with respect

6    to DACA.

7           That is unfortunate.  That is something that I have

8    raised with the Department of Homeland Security and will

9    continue to raise, but it is not an accurate reflection of the

10   status quo and I am grateful for the opportunity to clarify some

11   of the ways in which the status quo differs from the language

12   that plaintiff's counsel; frankly, the general public sees on

13   the current website.

14          So, at a high level, I think, the most -- the first

15   thing Your Honor should be aware of is what is currently going

16   on at the Department of Homeland Security is what the Supreme

17   Court contemplated to be going on, which is a new consideration

18   of the future of the DACA policy with, giving particular

19   consideration to the factors set forth in the Supreme Court's

20   opinion.

21          THE COURT:  To include reliance factors?

22          MR. PEZZI:  That's right, Your Honor.  I mean, I think

23   there may be some legal debate still to be had about the

24   significance or the weights to be ascribed to any reliance

25   interest, but certainly part of the Supreme Court's holding was

```
 1    that there was, at least, an inadequate explanation of reliance

 2    interest in prior memoranda.  And so, there is an ongoing,

 3    active policy deliberation at the highest levels of the

 4    Department of Homeland Security that has not yet run its course.

 5            My job today would be a little bit easier if I could

 6    point to, you know, a final decision document that had been

 7    released explaining in great detail exactly what the future of

 8    DACA looks like, but those decisions have not yet been made and

 9    I am unable to get out in front of the agency with respect to

10    what comes next with respect to the future of DACA.  What I can

11    do is, hopefully, clear up some of the misinformation about the

12    current status of DACA and compliance with court orders.

13            So, first and most importantly at the outset, I think

14    it's important to be clear that immediately after the Supreme

15    Court's opinion on Friday, June 19th, 2020 -- this is before the

16    Supreme Court's judgment had issued, before the Fourth Circuit

17    mandate had issued -- the Department of Homeland Security made a

18    change to what it had been doing with respect to initial DACA

19    requests from first time requestors who had never before had

20    DACA.

21            As Your Honor knows, those sorts of requests were not

22    required to be processed under the preliminary injunctions over

23    the last two and-a-half years, but upon receipt of the Supreme

24    Court's opinion, a change was made such that those applications

25    would no longer be categorically rejected solely because the
```

```
 1    requestor never before had DACA.

 2            Instead, although the application would be received by

 3    the Department, it would be neither granted nor rejected.  It

 4    instead would be held, placed into a bucket pending the policy

 5    consideration that was to take place, and that now I can tell

 6    you is still ongoing at the Department.

 7            So, as a categorical matter, it is not accurate to say

 8    that all requests from first time requestors are being rejected.

 9    In fact, they are being held.  And the reason they are being

10    held is to accommodate the ongoing policy deliberations that

11    have not yet run their course with respect to the future of DACA

12    and with respect to how the future of DACA may affect

13    applicants.

14            Another thing I need to --

15            THE COURT:  Let me just make an observation about

16    that, because I don't doubt that that's what was being done, but

17    that's -- from the perspective of someone who, for example, the

18    plaintiff that Mr. Freedman referred to who was 15 at the time

19    the suit was filed, but is now 18 and would like to file for the

20    first time, it is a distinction without a difference to say that

21    his application has not been denied.  It has been received,

22    perhaps not even acknowledged and put in the bucket while the

23    agency takes whatever time it believes it needs to take in order

24    to decide this.

25            And what it also begs the issue of is that if, if
```

1    the -- as the Fourth Circuit has held, that their ruling means

2    that we go back to the way things were prior to the rescission,

3    then it seems to me that the manner in which your client is now

4    treating these initial requests is different from what the

5    status was then separate apart from whether or not there may be

6    a basis for saying that, that there was a decision on their part

7    that they wanted to figure out what the new policy was going to

8    be before they started processing those applications.

9              And in the circumstance where -- and I don't mean this

10   to be -- have too sharp a point on the pencil, but in a

11   circumstance where the agency has not found the time or

12   resources to change their website to even accurately reflect

13   what the status is, it is probably not the greatest degree of

14   reassurance to the plaintiffs that the timeline for the decision

15   on the new policy in light of the Supreme Court's decision and

16   the Fourth Circuit's decision, there's no way for them to know

17   how long that will be.  And that not only impacts, I suspect,

18   the initial applications, but also the advance parole.

19             And I'm sure that a lawyer as skillful and thoughtful

20   as you has tried to get some insight as to how long this process

21   might be.  And I have too much regard for the Department of

22   Justice, particularly the Federal Programs Division, to not

23   believe that if you knew that time frame that you would not

24   share it.

25             So, we're in a tough situation in terms of next steps,

1    even though I understand that I'm not in position to decide

2    anything today without having further information from the

3    parties, but that is a problem as we move forward and try to see

4    where we are, and I think you can understand what the challenge

5    is.

6            MR. PEZZI:  I understand and appreciate all of that,

7    Your Honor.  There's just a few things I think important to get

8    out on the timing question.  And you mentioned advanced parole,

9    because I want to be clear about the status with advance parole

10   too, because it is slightly different potentially than with

11   respect to new applications.  And I just want this to be crystal

12   clear, particularly in light of, I think, what we all agree is a

13   regrettable lack of clarity on the website, which I said is

14   something I'm working on.

15           THE COURT:  I can help you out with that by giving you

16   a deadline to give to them.

17           MR. PEZZI:  I certainly appreciate that, Your Honor.

18           With respect to the timing question, Your Honor is

19   right that if there were any specific assurances I was able to

20   offer on that front, I would gladly offer them.  I just am not

21   able to offer -- I just can't get ahead out of the agency.

22   Decisions have not been made, let alone finalized.

23           And so, if your response is to let me speculate about

24   how long this is going to take, just be aware that there are

25   active policy discussions at the highest levels of the

```
 1    Department of Homeland Security.  And it's not the case that now

 2    everyone is sitting around after the Supreme Court's opinion

 3    thinking, we'll get to this one day.

 4              There are active ongoing discussions.  The Supreme

 5    Court's opinion came out a little over a month ago.  The mandate

 6    issued just earlier this week.  So these are ongoing, active

 7    discussions.  I like everyone involved, I'm sure, hope that

 8    it's -- they're resolved sooner rather than later, but I just

 9    can't commit to anything on that subject.

10              On the question of advance parole, the answer I gave

11    before describing the status with respect to new applications, I

12    have been under the impression that the same answer applied to

13    advance parole such that requests for advance parole were

14    neither being rejected or granted.  Instead, they were being

15    held in a separate pending bucket while these ongoing policy

16    deliberations completed.

17              Out of candor to the Court, I need to clarify that

18    earlier today I learned that my understanding on that subject

19    may not be accurate.  I became aware of the fact that certain

20    applications for advance parole, it's not yet clear to me

21    whether it's some or all of the DACA based applications for

22    advance parole had been rejected, rather than what they should

23    have been, which is held in the same way new cases from first

24    time requestors are currently being held.  And so, I just want

25    to make clear that that is the situation over the last few
```

1    weeks.

2           Going forward, however, in just the last few hours it

3    has been straightened out, at least, prospectively such that any

4    requests for DACA-based parole will also be held in the pending

5    bucket as these ongoing policy deliberations take place.  They

6    will not be rejected solely because they are DACA-based

7    rejection -- request for advance parole.

8           With respect to the -- a natural question that

9    Your Honor may have and the plaintiffs may have is given my

10   answer about what is happening with respect to first time

11   applicants, why did one of their clients receive what appears

12   to be a letter rejecting their request for initial DACA, and

13   even including some language similar to language that is on the

14   website saying that the DHS is no longer accepting requests from

15   first time requestors.

16          It's challenging for me to give a precise answer to

17   what happened with that particular application, because the name

18   was redacted on the version that was filed on the public docket.

19   My understanding is, as has been the case since 2012, it is not

20   at all uncommon for individuals to submit applications whether

21   for a DACA renewal or a first time request, that does not meet

22   all of the threshold procedural requirements.  Can be as simple

23   as, you forgot the signature page or the fee was $100 and your

24   check was written for $50.

25          There are a whole host of reasons why DACA requests,

```
 1    renewals or first time requests would be rejected outright.  And

 2    my understanding is that there have been some requests for

 3    first-time requestors that were rejected for those sorts of

 4    reasons just as they would have been rejected in 2012 for those

 5    sorts of reasons.

 6              THE COURT:  Could I interrupt with apologies?  I

 7    apologize for this, but just for my own understanding, are all

 8    of these requests, whether for advance parole or initial

 9    participation submitted to the same location?  I mean, they're

10    online or sitting in the same office, or are they submitted to,

11    I don't know -- I don't know the infrastructure of your client's

12    offices and everything, but I assume they are not all centrally

13    located.  Are these all processed by the same location, I guess,

14    is my question?

15              MR. PEZZI:  Regrettably, Your Honor, the answer is,

16    no.  They are received in, I think, what USCIS calls locked

17    boxes at several locations across the country.  And so that

18    contributes to some of the logistical challenges with making

19    changes to a uniform policy that has been in place for several

20    years.

21              But in any event, my assumption is and admittedly this

22    is an assumption, because again, I don't know name of the client

23    at issue.  If plaintiffs -- if plaintiff's counsel's clients are

24    getting letters saying their initial DACA requests are being

25    rejected outright, period, that is because rightly or wrongly
```

 1    some USCIS official has made a determination that application

 2    itself is deficient or somehow fails to meet the particular

 3    characteristics.

 4                THE COURT:  Do those -- I'm sorry, sir, again.  Again,

 5    forgive me, this is informational.  I want to make sure you have

 6    all the time you need to say what you need to say, but I just

 7    don't have the information that you may have.

 8                When those rejections -- let's take that population of

 9    denials that are not erroneously saying we're not accepting them

10    now, because you have been good enough to represent on the

11    record that they are accepting them, but they're just not taking

12    action on them.  But for that universe or subset of the universe

13    of applications that are -- where there has been a rejection,

14    the basis for the objection could be, simply, failure to comply

15    with what the new policy is.

16                For example, accept them and put in a pot, as you

17    refer to it, but also could be because, as you a say, wrong

18    amount on the check, failure to put information that the form

19    requires.

20                When they reject it, do they explain what the

21    deficiency is so that the applicant knows and can try to correct

22    it?  Or is it just a blanket denial, which I think we can all

23    acknowledge would -- the applicant is not a mind-reader and

24    doesn't know whether this is a mistake or whether it's a

25    deficiency.

1          And I'll give an example.  Shouldn't give personal

2     examples, but this one is amusing and I'm the one that's made

3     the fool.  But we recently submitted a request to make an

4     addition on the deck in our backyard.  We had an architect draw

5     up the plans.  We sat down and we filled out the form.  We said,

6     how hard can this be?

7          We were rather silly, because a week later we got our

8     five-page application back with more red line on it than the

9     most demanding professor I ever encountered in law school,

10    pointing out the seemingly infinite number of ways in which we

11    left out information that the building inspector needed to be

12    able to do it.

13         While that was somewhat damaging to my ego, it did

14    tell me exactly what was deficient.  And if I could, to quote

15    from Shakespeare, screw my courage to the sticking point, I

16    would be able to then reapply and try to correct those

17    deficiencies.

18         So, my question is, when they get the denial based

19    upon a deficiency in the quality or quantity of what was asked

20    for, are they told that so that they can simply resubmit it in a

21    compliant way so that whatever appropriate action is being taken

22    on that, it can be done.

23         MR. PEZZI:  It's a great question, Your Honor.  I wish

24    I could offer more detail about it, but I do have some

25    understanding of how that is supposed to work and including in

1       the last few weeks how that is supposed to work.

2               So, I think there is supposed to be some indication

3       of -- or at least, notification that the application is being

4       rejected because of some sort of threshold deficiency.  I off

5       the top of my head don't know exactly how many different

6       versions of those form letters there are.  I believe they are

7       stated at a fairly high level of generality.  And it is a, I

8       believe, automatically generated form letter.  But there is some

9       attempt, as I understand it, to inform the unsuccessful

10      applicant that the application was unsuccessful and what, at

11      least, at a high level the problem was.

12              But I am also aware, to be clear, and it is possible

13      this is the application that's been filed on the docket attached

14      to plaintiffs' letters, at least some individuals in the last

15      few weeks on that form letter received the incorrect information

16      saying, the reason this request was rejected was because the

17      agency is no longer accepting requests from first-time

18      requestors when that is, in fact, not the reason why the

19      application was rejected.

20              And so that too -- I mean, it's a corollary of the

21      problem with the website in a way in that it has, unfortunately,

22      contributed to some confusion with respect to requestors and the

23      general public.  And I and others are working hard to correct

24      some of that information as quickly as possible to minimize that

25      confusion moving forward, but I can certainly say that it is not

```
 1    accurate that there is a categorical policy in place not to be

 2    rejecting all DACA requests from first time requesters.  They

 3    are being held, again, pending future potential policy changes.

 4            With respect to the Information Sharing Policy, I

 5    don't think Your Honor is interested in all of my factual

 6    disagreements with plaintiffs' descriptions of the policy and

 7    how it has changed over the years, although I have many and

 8    would be happy to offer them, if necessary.

 9            I think the more relevant point is, Judge Titus ruled

10    against the government on the Information Sharing Policy claims.

11    He issued an injunction.  That injunction was vacated by the

12    Fourth Circuit.  And so, as of now, plaintiffs have been

13    entirely unsuccessful in their Information Sharing Policy

14    claims.  And so, I don't understand the suggestion how we could

15    somehow be violating a court order with respect to Information

16    Sharing Policy.

17            All that said, I think, just to be crystal clear, I

18    think everyone should be aware that the Information Sharing

19    Policy has not changed since it was first announced in June of

20    2012, along side the DACA policy, including as a result of the

21    Neilsen Memorandum -- Secretary Duke's Memorandum, including as

22    a result of the Neilsen Memorandum.  And so, there simply is no

23    September 5th, 2017 Information Sharing Policy to take off the

24    books.

25            Again, it is possible that the website could be
```

```
 1    clearer on this, although on this subject I do not believe there
 2    is any inaccurate information on the website.  And I believe the
 3    actual application forms where that Information Sharing Policy
 4    is located have never materially changed in the relevant years.
 5            So, whatever plaintiff's interpretation of the adverb
 6    "proactively" that did appear on the website at some point
 7    within a Frequently Asked Questions document about the
 8    Information Sharing Policy, I don't know how to be clearer other
 9    than what I'm saying now and what I've said in many other courts
10    over the last few years in written filings and in open court.
11    The Information Sharing Policy, although it was always subject
12    to change at any time without notice, as the Fourth Circuit
13    noted, it in fact has not changed.
14            And so, although we don't consider that to be, you
15    know, a binding policy as the policy itself makes clear and as
16    the Fourth Circuit held, nothing has changed with respect to the
17    Information Sharing Policy.
18            THE COURT:  Okay.  This is -- before I hear from
19    plaintiffs and there are a couple ways this matter could proceed
20    going forward, and I'd like to get some sense of how we might
21    want to sketch that out.
22            It strikes me that as for inaccurate information on
23    the website, that has to change and that should be able to
24    change very quickly.  And I think it's important to keep in mind
25    the important policy considerations for both plaintiffs and
```

1    defendants here.

2          Obviously, from the plaintiff's point of view, when

3    the website appears to suggest that the policy has not changed

4    and the existing policy is inconsistent with the rulings of the

5    Supreme Court, this creates a feeling and a belief that the

6    agency is disregarding binding decisions by appellate and

7    Supreme Court, which furthers, if you will, some of the

8    underlying claims that were made in the litigation that were not

9    found by either the Supreme Court or the Fourth Circuit, which

10   delve into motivations behind the change.

11         And even though those were not found in the decisions,

12   it fuels a belief by the plaintiffs that something is underlying

13   this, that the failure to process the claims, the delay in

14   considerations are being done for an ulterior motive.  That is

15   unfortunate.  That is something that is unfortunate, but it is

16   likely to be perception out there.  And if we can address that

17   by making sure the website is accurate as to those things you

18   said are the case, it would help.

19         And I think, frankly, the agency ought to be the first

20   to want to have that corrected.  And it seems to me that we

21   ought to be able to, regardless of next steps here, get some

22   sense as to when that will be corrected.  And if the agency

23   can't give that, then I suppose I need to discuss whether or not

24   we need to have proceedings so that after hearing from both

25   sides, I might be in a position to order that it be done by a

1    certain date, if I agree with the plaintiffs and there's not a

2    countervailing argument by the defendants to suggest that should

3    not be the case.  So, that's one thing I think that we should

4    probably try to focus on.

5            Number two, it is one thing, it seems to me, to say,

6    as the Fourth Circuit did, that the rescission of the DACA

7    policy is set aside as being arbitrary and capricious under the

8    Administrative Procedure Act, restores things to the status quo

9    prior to that rescission.  That seems fairly logical and without

10   a basis for being disputed.

11           But it doesn't mean that that situation that was

12   restored to that position is affirmatively approved and an

13   obligation to comply for the future.  It just means that it

14   exist then as pretty clear from Chief Justice Roberts' decision

15   that, that the agency was -- had the authority as it went back

16   to consider what its first decision was to revoke, to exercise

17   it's authority to take into consideration notwithstanding

18   whatever reservations it may have had about legality to consider

19   options to retain deferred action, even though they might choose

20   not to retain benefits that the expansion did, which is what was

21   part of the Fifth Circuit's discussion.  Could consider reliance

22   matters.

23           To paraphrase the Chief Justice, the failure on the

24   part of the senior Homeland Security was -- that rendered their

25   decision arbitrary and capricious was the failure to address

1   whether there was a legitimate reliance on DACA memorandum and

2   whether there were features of that reliance that -- or features

3   of the DACA policy that might affect how strong that reliance

4   interest was.

5          The Supreme Court said that those features were for

6   the agency to consider in the first instance and had the

7   flexibility to consider any reliance interest that could have

8   been considered for eligibility for various accommodations, that

9   it was required to assess them.

10         I think implicit in that is the recognition that the

11  agency has to now reevaluate what its position will be.  And an

12  issue that may be one that the parties have different legal

13  views about is when it is recognized that the agency was

14  arbitrary and capricious and what it's initial decision-making

15  was, and has the authority to correct that by engaging in new

16  decision-making that is consistent with the Administrative

17  Procedure Act, that the issue then is how do they deal with

18  aspects of the policy that were attempted to be changed by the

19  rescission, but were not while they exercise that re-look

20  capacity.

21         Now, I suspect the plaintiffs will take the position,

22  as is suggested in their papers, that you have to go back and do

23  everything the way you did back before you rescinded in

24  September, 2017, which means you have to accept applications.

25  And if you're qualified, you have to process them.  And you have

```
 1    to give them whatever the entitlements or not entitlements, but

 2    whatever they would have received if they had been approved in

 3    2017.

 4            I suspect the government might take a different

 5    approach on that.  And there may be case law out there that

 6    talks about -- I can't imagine this is the only case that's been

 7    remanded because there has been a failure to comply with the APA

 8    and the initial actions arbitrary and capricious didn't involve

 9    a re-look.  And I can't imagine there's not authority out there

10    for what the agency has to do while it's doing that re-look with

11    regard to what was the status quo beforehand.  Maybe I'm wrong

12    about that, but it seems to me there ought to be law out there

13    on that.

14            And that's not going to be resolved simply by a

15    telephone conference call or a Zoom hearing.  That may be

16    something that I have to receive some briefing from the parties

17    on, because I suspect that they're going to have to agree to

18    disagree upon what the language that says that the status quo

19    was returned actually means in terms of the fact that the

20    Supreme Court contemplated certainly in its decision that the

21    agency would have the opportunity to go back and reevaluate what

22    its decision was by taking into consideration those things that

23    they should have considered and addressed, but did not.

24            And what I don't know about that is whether or not the

25    plaintiffs, in order to be fully prepared to engage in that
```

1    discussion, need discovery to know what's going on and where

2    things are and what the process is.

3         But I do know that that's -- moving forward that

4    that's an issue on which the parties will likely disagree.  I

5    can't imagine that the plaintiffs would accept the fact that the

6    acceptance of applications for advance parole and placing them

7    in an inaction bucket until such time as the policy has been

8    changed and/or accepting in the applications for new entitlement

9    to -- or new applications, first time applications for DACA,

10   that treating them the same way is going to be acceptable to

11   them.

12        And if that's the case, then the positions of the

13   parties have to be reduced to writing and supported factually

14   and legally so that a decision can be made.  And I think that

15   it's incumbent upon all of us to do that in way that is

16   efficient and fair and fast, because there is a cost for not

17   having these things clarified.

18        I think the plaintiffs have had the lion's share of

19   that cost thus far and I think that the defendant's have a --

20   would be well-served to want to try to approach their current

21   decision-making in a way that is as transparent and open as they

22   can be, and encourages a belief that it's being done fairly as

23   opposed to simply trying to find a way to go back to what was

24   done before without taking the intervening steps that the

25   Supreme Court says has to be done to evaluate, explain and then

1    taking action that has been explained in the way the APA, the

2    Administrative Procedure Act allows.

3              One thing we do know is that whatever they do, if it's

4    challenged, that it's going to be hard-pressed for the

5    government to take the standing and to take the position that

6    the INA divest this Court of jurisdiction.  So perhaps if there

7    are disagreements, we'll be able to get beyond those threshold

8    challenges and get to the meat of it.

9              And so, I am, I am looking to get some common ground

10   established.  I think it would be helpful, Mr. Pezzi, if the

11   government would respond to these letters in a way so that the

12   docket here is clear as to what you say the current status is.

13             It's always good to have something that we have in

14   writing.  Not because I don't trust you, it's on the record

15   right now, but because, you know, your own information is likely

16   to be subject change as things go along and you find out new

17   information as you have disclosed today.  But I'm looking for a

18   way to try and find a common sense approach to this, if we can

19   do it.

20             And I know that you read Judge Titus' opinion.  You

21   know, it is, it is impossible not to reach the conclusion that

22   he did, that it is unfortunate that these type of decisions

23   which in a perfect time you would hope would result in a

24   legislative fix that would balance carefully the interest of

25   everybody and come up with a new law that was enacted by

```
 1   Congress, and put in the law that could be enforced by the court

 2   and followed by the agencies.  That hasn't happened.

 3           And although Judge Titus talked about the polarizing

 4   environment within the country that makes it so difficult for

 5   these things to be done, if the legislature is not able or

 6   willing to do the legislating that's necessary to clarify, if

 7   anything, has got any more intense, then I would like the

 8   proceedings before me to proceed where the filings generate

 9   light, but not heat to the maximum possible effect.

10           So, I guess what I want to do is talk about next

11   steps.  I think, Mr. Freeman, it's cart before the horse on

12   attorneys fees, because if there are to be additional matters

13   addressed here, it is only going to come up with an increase in

14   the attorneys fees.

15           I have quite a few comments to share with you about

16   what to do when attorneys' fees petitions are filed, format,

17   content, how it should be done.  No doubt you are familiar with

18   our court's Appendix B to our local rules, which give a lot of

19   guidance on that, but I would have a lot to say about filings on

20   that regard.  But I think it's better to get the substantive

21   matters straightened out as much as we can before we turn to

22   that, because those attorneys' fees I have every confidence are

23   going to grow, all right.

24           So, my question is, what are our next steps.  Do the

25   plaintiffs need discovery to try to frame where we are.  How are
```

1    we going to forward?  What are the issues going to be?  If the

2    plaintiffs position is, is that they can't just leave them in

3    the bucket.  Even accepting as truth, they are accepting them

4    but not processing them.  If that's not allowed, then that has

5    to be factually supported and, you know, your legal position has

6    to the framed.  Defendant has to have a chance to respond.  You

7    reply and then I have to have an opportunity to rule.

8            So what's our next steps.  Let's see if we can come to

9    agreement on what our next steps should be.

10           MR. FREEDMAN:  Your Honor, John Freedman for the

11   plaintiffs.  I would like to address, sir, the next steps in two

12   buckets.  One bucket will not be attorneys' fees.  I can report

13   that for now.

14           One is transparency and transparency to applicants,

15   transparency to the public.  I think Your Honor put your finger

16   right on the heart of the issue.  If the government's website is

17   still putting out misinformation about the status of applicants

18   and parole and hasn't clarified what the position is on

19   information sharing, that's not good for the applicants.  It's

20   not good for the public for exactly the rule of law reasons

21   Your Honor cited.

22           So, but in addition to the website, there are two

23   other transparency issues that we think are important to be

24   addressed.  One is that applicants are not getting

25   acknowledgments.  People when they send their applications in,

1    we've gotten a rejection letter which we submitted and I'll talk

2    about that in a second.  But for the most part, applicants are

3    not getting the standard kind of documentation acknowledging

4    their applications that they were prior to the program.

5            THE COURT:  Mr. Freedman, let me interrupt for

6    clarification only.  Again, my apologies to you as well.

7            You're telling -- I am taking from you that prior to

8    September, 2017, if you did apply, you got some form of

9    acknowledge -- this acknowledges receipt of, it's going to be

10   processed, this kind of thing?

11           MR. FREEDMAN:  That's correct, Your Honor.

12           THE COURT:  Thank you.  Continue please.

13           MR. FREEDMAN:  And that puts applicants in doubt.  It

14   puts immigration lawyers in doubt.  Nobody knows what's going on

15   and I think it reinforces the impression that, as exactly

16   Your Honor suggested, the administration -- the defendants are

17   not complying with the rule of law.

18          A third related issue on transparency.  So, the denial

19   letter that we submitted, this is ECF 96.1, I'm going to quote

20   it, okay.  The reason for denial is listed as follows, quote,

21   USCIS is no longer accepting initial requests for consideration

22   of Deferred Action for Childhood Arrivals and accompanying

23   applications for employment authorization from individuals who

24   have never before been granted deferred action under DACA, end

25   quote.

1          That's the reason that was given to the applicant who

2     is not -- application received on June 29th, 11 days after the

3     Supreme Court decision.  The notice date was July 3rd.  Somebody

4     somewhere in the USCIS made the decision that notwithstanding

5     the Supreme Court's decision, they were going to tell this DACA

6     applicant that they were no longer accepting applications.

7          I take Mr. Pezzi at his word, that that's no longer

8     the policy, but they haven't been communicating it to the

9     public.  So, I think getting prompt, corrective disclosures out

10    is important and I think transparency about the program is

11    important.  How many applications have they received?  How many

12    are sitting in the bucket?  How many have been denied?  Have any

13    not been denied or sitting in the bucket?  All that information

14    should be out.  We would certainly want it for briefing on this

15    issue.  So in terms of discovery, that's fairly limited and

16    discreet.

17          If I can move to the --

18          THE COURT:  Go ahead.

19          MR. FREEDMAN:  If I can move to the second cluster.

20          So, I'll describe the bucket as limbo, okay, that they

21    are taking these applications and holding them in limbo.  So, to

22    be clear, plaintiff's position is that that is not what the

23    Supreme Court ordered.  It is not what this Fourth Circuit

24    mandated.  It is not what this Court ordered.

25          It is essentially saying, the government is saying, we

```
 1    don't like your decision and while we think about it, we're

 2    going to keep doing exactly what we had before that the court

 3    said was arbitrary and capricious, and told us to rescind.

 4              A critical component of the program, it was in

 5    Secretary Duke's very short memo was, we are not excepting new

 6    applications.  They are still not accepting new applications.

 7    They are holding them in a bucket.

 8              Another critical aspect of her decision was, we're not

 9    going to take advance parole applications.  That is still the

10    case, notwithstanding the fact that they have lost the decision

11    in the Supreme Court.  They lost in the Fourth Circuit and this

12    Court has ordered them to bring things back to the status quo.

13              So, here is what I'd like in terms of discovery.  We

14    can treat this as an APA matter.

15              THE COURT:  As a what?  I'm sorry, I didn't hear you.

16              MR. FREEDMAN:  We can treat this as, in the initial

17    instance as Administrative Procedural Act order.  I want their

18    administrative record, who made this decision that they were

19    just going to hold things into the -- into a bucket.  There is

20    paper that supports that decision.  I want to evaluate that

21    decision to see whether it's arbitrary and capricious in its own

22    right, and whether they adequately considered the legal

23    considerations, whether they considered alternatives, how they

24    addressed -- how they are complying with the Supreme Court

25    decision and the Fourth Circuit mandate.  All those are step one
```

1   in any administrative litigation proceeding.

2           They should have the record.  It's a discreet

3   decision.  They should be able to assemble their administrative

4   record quickly, get it to us.  And then once we have had a

5   chance to evaluate it, we can litigate whether it's complete and

6   tell us who was involved in this decision.  Was it subject to

7   improper political influence?  Was it subject to improper

8   non-statutory considerations under the INA?  And we can litigate

9   that issue.

10          But our position is, they are, you know, they are

11  violating -- what we heard today is news.  And it's news that

12  they looked at what the Supreme Court said, they looked at the

13  what the Fourth Circuit said, they looked at what Your Honor

14  ordered last week.  And they said, you know what?  We can just

15  keep working -- we can keep things as they're going while we

16  continue to think about what we want to do.  That's not what any

17  of these courts ordered.

18          THE COURT:  So, let me address that first before I

19  hear from you, Mr. Pezzi.

20          On the first part, what I would like to have you do,

21  Mr. Pezzi, is go back to your client and try to get them to

22  agree as to the first part that by a date certain -- and what

23  I'm thinking of, this is not that hard to do.  By a date

24  certain, they will correct the website.  I'm thinking that that

25  date should probably be a short window from now.

1          I understand that "short" in terms of government

2     agencies' actions can be somewhat in the eye of the beholder,

3     but I would like that to be done within no more than 30 days.

4     So that the website is clear about what they are doing with the

5     new applications, what they are doing with advance parole

6     applications, number one.

7          Number two, I would like you to seek the agreement of

8     your client to set forth some process of acknowledging receipt,

9     rather than just have them go there and not hear anything at

10    all, and that that -- that may require adjustments to software

11    and drafting and all that that may take a bit of time, but

12    again, it seems to me shouldn't take much time.

13         And I would like them to address the accuracy of any

14    denial letters that they might send out such that if they are

15    denying them that they try to give some information as to why

16    they are being denied.  And that under no circumstances should

17    they deny them for a reason that was rejected by the Court,

18    which appears to be the case that Mr. Freedman was referring to.

19         I can give you an example if -- I doubt that your

20    office has ever seen it because of how skillful they are in

21    their matters in our court, but we have a form that our clerks

22    will give that if we reject something because it's not signed or

23    for some other reason, it's just a little form that has a little

24    box that you check.  It goes back out to the person.  They get

25    it and they say, okay, I filed this, but I didn't sign it, so I

1  have to correct that.

2          Something like that ought to be able to be done and it

3  would give some more information and go a long way in putting

4  some deposits into the goodwill bank.  And I think that that

5  would be very important as we move forward here to help make

6  sure the air is clear as it can be before we deal with some of

7  the legal issues.

8          So, you can't commit to that, but I'd like you to be

9  able to go back your client and I'd like to have some sense of

10  their responding to this.  I'd like to know that -- I'd like to

11  know that within a week, just whether they would undertake to do

12  that.  The details of that can be, can be -- I'm not saying that

13  they have it done in a week, but I want to get some, sort of,

14  agreement if they will do it.

15          I think it would go a long way in two directions.

16  Number one -- actually three.  Transparency, number one.  Number

17  two, it would help give some comfort to counsel for the

18  plaintiffs and their clients.  And number three, it would help

19  the Court understand on some of the larger issues about what the

20  agency is in the process of doing in the context of a clear mind

21  that it's doing the best it can to deal with the legal

22  obligations it has not only under the law, but also as the

23  rulings have been made.

24          So, if you could undertake that to communicate those

25  thoughts to your client and try and get some decision, again, I

```
 1    know although in my mind it's a distant past.  Even an agency as

 2    all powerful, omnipresent in presence and omniscience as the

 3    Department of Justice is that when a lawyer for DOJ talks to a

 4    client, they don't necessarily always get immediate response and

 5    they don't necessarily always get immediate -- a response from

 6    the ultimate decision-maker.

 7            I would very much prefer that, that the agency

 8    understand that at the highest level of decision-making, those

 9    people who are going to make those tough decisions, that they

10    are entrusted, also be the ones who are making decisions about,

11    hey, can we work through some of these issues to clarify this.

12            I don't want this and I don't mean to demean anybody

13    in the bureaucracy.  I don't want this to be done by some, you

14    know, associate assistant, you know, so far down in the, in the

15    pecking order that they have no real discretionary authority.

16    It would be the decision-maker who are doing that.  It would go

17    a long way towards helping to improve the atmospherics here and

18    I think that would be positive.

19            I can ask that you do nothing more than just simply

20    convey that and report back to me by next Friday as to where we

21    are.  Can you do that for me, sir?

22            MR. PEZZI:  I can do that, Your Honor.  The message is

23    received and the message will be passed along.

24            THE COURT:  Okay.  Now, on the other thing, it becomes

25    a little bit -- becomes more complicated.
```

1          Mr. Freedman, I'm not going to let this case become a

2     series of, essentially, de facto new APA lawsuits.  I'm just not

3     going to let it happen.  It cannot be the case that every single

4     action that is taken by an agency as they pursue the broader,

5     the broader goal of reviewing under the APA has to have its own

6     administrative record, its own justification and that there is

7     a, okay, this week you decided to do this.  Well, by golly, we

8     want to know what the record is of that.  We want to challenge

9     it.

10          It's just not going to happen.  It's not going to

11    work.  There's not enough time.  I don't have the time to do it.

12    No one has the time to do that.  It would bog down in

13    preliminary challenges that you're entitled to under the APA.

14    It would get us into collateral disputes and would take us away

15    from what we need to do.

16          On the other hand, I don't disagree with you that just

17    being told, trust us, we're considering all of these things and

18    we're going to issue our opinion.  We don't know when it is.  We

19    don't know when it's going to be done.  We don't know where

20    we're going to go.

21          There's a point at which non-decision is decision, and

22    I suspect that there is case law on that.  So, I need to have

23    some focus on where we're going to go.

24          The context of what's before me would be limited to

25    something that would be an enforcement action on the Order that

```
 1    was issued.  I'm not going to open up a new door.  You want to

 2    file a new lawsuit that challenges this under the APA, go ahead

 3    and file a new lawsuit, but we're not going to do that under the

 4    guise of a case which has been, that should be at its end and

 5    we're only talking about implementation of what was done as

 6    opposed to looking forward to challenging that which has not yet

 7    been decided.  I'm not going to let that happen.

 8           The question is whether or not what's being done now

 9    is in violation of what the Supreme Court, the Fourth Circuit

10    and my ruling, which simply parroted what they said and that's a

11    much narrower context.  And I'm just not going to make this

12    thing become, sort of, an ongoing omnibus challenge of the day

13    to each individual, discreet, intermediate step taken by the

14    agency, unless you've got some absolute compelling authority

15    that says that's what I've got to do.

16           MR. FREEDMAN:  Your Honor, I don't and I take what

17    you're saying is -- I hear what you're -- your concern.  We can

18    certainly move for a Show Cause why the government shouldn't be

19    held in contempt of the Court's order.  We're prepared to

20    proceed with that.

21           I think just to be able to do that, we can certainly

22    tee up the motion.  We would like targeted discovery in

23    furtherance of that.  We would like the policy docket that says

24    that they are putting materials in limbo, so we actually

25    understand what their reasoning is.  We don't need the record
```

```
1    behind that.  That's fine.  It's a -- it should be a -- it may

2    be an email, may be a one-page directive.

3              THE COURT:  Mr. Freedman, excuse me again.  Please

4    forgive me, sir.  I do apologize.  I'm of an age where if I

5    don't ask this now, by the time you finish, I will have

6    forgotten it, but I apologize for that.

7              May I make a suggestion?  Mr. Pezzi, would you,

8    Mr. Freedman and his colleagues, would you be able to, again,

9    within the next week have a conversation about whether you can

10   agree to what information might be able to be provided to them,

11   so that we don't get into some issue about --

12             I don't want to have 30(b)6 depositions.  I don't want

13   to have formal FOIA requests.  I don't want all that kind of

14   stuff to happen.  It's just going to take us away from what we

15   have to decide.

16             I think procedurally if they believe that it's been a

17   violation of the orders, that they should move for a Show Cause

18   order, which you will then have the opportunity to respond to.

19   There is established law that allows us to analyze that, but I

20   would like very much to see if there can be agreement on what

21   information they believe they would like to have to frame that,

22   because they've got to frame it in a way that is intelligible.

23   And if we can agree on that information to be exchanged in a way

24   that is -- will allow the plaintiff to do what they want to do

25   and allow us to have a schedule for briefing and expedited.
```

```
 1              And I'm going to give you page limits right off the

 2    bat.  I'm telling you right now, we don't have time to have

 3    these things turn into, you know, with all respect to the

 4    appellate courts, appellate briefs.  We have to get this thing

 5    into position as clearly and quickly and succinctly as we can.

 6              But then if there are areas of information that they

 7    request and that you dispute, that can then be a narrowed issue

 8    that can be put in a format for me to make a decision.  And then

 9    we can move forward, because I want -- to the extent that there

10    is going to be a Motion for Show Cause why they should not be

11    held in contempt, I'd like to get it filed, I'd like to get it

12    briefed and I'd like to be able to try to resolve it.

13              Is that a conversation that you all are willing to

14    have so that we can, perhaps, get some level of agreement and

15    narrow what disagreement might be so that it can be filed and it

16    can be responded to and applied to and move forward.

17              MR. FREEDMAN:  For the plaintiffs, yes, Your Honor,

18    we'd like to do it on a tight time frame.

19              THE COURT:  Well, I'm asking you to do it and get back

20    to me by Friday.

21              MR. FREEDMAN:  That's great.

22              THE COURT:  I'm sure you have nothing else you want to

23    do between now and next Friday.

24              I know this is putting pressure on you, but I've got

25    great lawyers in this case.  You don't get it much better than
```

```
 1    the lawyers who are involved in this case, and good lawyers are

 2    able to do good things.  And then I know what we're disagreeing

 3    about.

 4            And then I am going to be talking to you very soon

 5    about a briefing schedule.  I'm going to be talking to you about

 6    page limits.  I'm going to be talking to you about highlighting

 7    exhibits to help me with it.  You know, you don't need to do

 8    string cites.  I'm going to want to get this thing briefed up as

 9    tightly as we can, as quickly as we can so that it's fair on

10    behalf of the plaintiffs and also fair on behalf of defendant

11    too.

12            So, can you all -- I would be looking for some sort of

13    a response by close of business next Friday that would be giving

14    me information, Mr. Pezzi, about the transparency issues since I

15    mentioned about the website and those other things, about

16    whether the agency can agree upon that and the timetable for

17    doing that hopefully within 30 days or less.

18            And then the exchange of information and your thoughts

19    about, perhaps, a briefing schedule that is realistic, but

20    demanding.  We don't do anything as lawyers and judges without

21    some sort of a deadline.  And I don't want it to be too

22    punitive, but I also want it to be fast because these things

23    have a way of taking a lot of time.

24            If you could do that, then that would help me a

25    tremendous amount.  I'd know where we are in the information.
```

```
1    I can get you on the phone.  We can talk about the scheduling of

2    any kind of a Motion for Show Cause, the response and the

3    mechanics and the other things in the briefing, so that you can

4    help me do as effectively and quickly as I can my job.

5              Is that something we can do?

6              MR. PEZZI:  That is absolutely acceptable to the

7    government, Your Honor.

8              Just to clarify, it sounds like what you're

9    envisioning is effectively a joint status report from the

10   parties a week from today to address the matters that we talked

11   about today?

12             THE COURT:  Yeah, something you will have exclusive

13   knowledge of because, obviously, you're the master of your

14   communications with your client.  But you know, it would go a

15   long way to make me have, sort of, a warm and fuzzy feeling if I

16   knew that we have -- that someone that was very, very, very

17   impressive sounding credential was working to try to -- was

18   aware of these things; was working with you so that you had

19   access to a person at that level; was in a position to be able

20   to offer, here's what we can do with the website by such and

21   such a time and, you know, here's what we found out about that.

22   And then the joint, you know, the joint part, which is your

23   agreements on what can be done.

24             You know, Mr. Freedman, I know that you will be

25   surgical and precision-like and focused on what you ask for.
```

```
 1    And I think it would be in the agency's best interest to give as
 2    much of that as they can voluntarily, so we don't have a
 3    collateral dispute about what they're entitled to under the APA
 4    or something else.  I think that's not in anyone's interest
 5    going forward, okay.
 6             All right.  I think that's probably what we can
 7    accomplish today.  Is there something I'm missing?  Is there
 8    something else that we should talk about?  I mean, it's not like
 9    you don't have anything to do between now and next Friday.
10             Anything else we should talk about, Mr. Freedman, from
11    your perspective, sir?
12             MR. FREEDMAN:  Not for the plaintiffs, Your Honor.
13             THE COURT:  Mr. Pezzi, anything more from you, sir?
14             MR. PEZZI:  No, Your Honor.
15             THE COURT:  Okay.  I'll do my best to work with you as
16    expeditiously as I can.  Counsel, thank you very much for your
17    hard work.  Please stay safe and I look forward to hearing from
18    you next Friday.  So, take care, okay.
19             And thank you for our court staff and their
20    assistance.  Ms. Smith, Ms. Marshall, as always, thank you so
21    much for your assistance, okay.
22             All right.  Take care, bye-bye.
23             THE DEPUTY CLERK:  This Honorable Court now stands
24    adjourned.
25        (The Court adjourned at 3:50 p.m.)
```



*     *     *

```
1                    CERTIFICATE OF COURT REPORTER

2        I, Linda C. Marshall, certify that the foregoing is a

3   correct transcript from the record of proceedings in the

4   above-entitled matter.

5

6

7                   /s/
                    _____
8                   Linda C. Marshall, RPR
                    Official Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**$**

**$100 [1]** 22/23
**$50 [1]** 22/24

**/**

**/s [1]** 52/7

**1**

**1000 [1]** 1/17
**1010 [1]** 1/20
**11 [1]** 38/2
**1100 [1]** 1/22
**140 [1]** 8/11
**14th [1]** 1/19
**15 [2]** 13/21 18/18
**17 [1]** 8/14
**17-2942 [2]** 1/4 3/2
**17th [2]** 7/18 8/18
**18 [3]** 9/5 13/22 18/19
**1875 [1]** 1/16
**1891 [1]** 8/11
**18th [1]** 8/11
**19 [1]** 5/1
**19th [1]** 17/15

**2**

**20001 [1]** 1/13
**20005 [1]** 1/20
**20006 [2]** 1/16 1/23
**2012 [4]** 6/14 22/19 23/4 27/20
**2017 [13]** 6/11 6/17 9/7 9/9 9/16 10/12
  10/21 10/22 15/11 27/23 31/24 32/3 37/8
**2018 [1]** 6/23
**2019 [4]** 3/3 7/18 7/20 8/14
**202-303-1000 [1]** 1/17
**202-305-8576 [1]** 1/23
**202-319-1010 [1]** 1/20
**202-942-5999 [1]** 1/14
**2020 [5]** 1/7 8/11 8/18 9/5 17/15
**22nd [1]** 12/2
**24 [1]** 1/7
**2942 [2]** 1/4 3/2
**29th [1]** 38/2
**2:30 [1]** 1/8

**3**

**30 [3]** 41/3 46/12 48/17
**301 [1]** 1/24
**3229 [1]** 1/24
**344-3229 [1]** 1/24
**3:50 [1]** 50/25
**3rd [1]** 38/3

**4**

**400 [1]** 1/19
**41 [1]** 8/16
**42 [1]** 6/23

**5**

**52 [1]** 7/16
**53 [1]** 7/19
**5999 [1]** 1/14
**5th [14]** 6/17 6/23 9/7 9/9 9/16 9/18
  10/12 10/21 10/22 12/24 14/11 15/5
  15/11 27/23

**6**

**601 [1]** 1/13
**684 [1]** 7/19

**7**

**700 [1]** 1/19

**8**

**8576 [1]** 1/23

**9**

**924 [1]** 7/19
**93 [1]** 8/12
**96 [1]** 10/25
**96.1 [1]** 37/19
**97 [1]** 8/18
**99 [1]** 12/2

**A**

**A.M [1]** 13/21
**able [18]** 11/21 20/19 20/21 25/12 25/16
  28/23 29/21 34/7 35/5 40/3 42/2 42/9
  45/21 46/8 46/10 47/12 48/2 49/19
**about [47]** 11/24 12/3 12/9 12/24 15/17
  16/23 17/11 18/15 20/9 20/23 22/10
  25/24 28/7 30/18 31/13 32/6 32/12 32/24
  35/3 35/10 35/15 35/19 36/17 37/2 38/10
  39/1 40/16 41/4 42/19 43/10 45/5 46/9
  46/11 48/3 48/5 48/6 48/14 48/15
  48/15 48/19 49/1 49/11 49/21 50/3 50/8
  50/10
**above [1]** 52/4
**above-entitled [1]** 52/4
**abroad [1]** 11/15
**absolute [1]** 45/14
**absolutely [2]** 12/23 49/6
**accept [3]** 24/16 31/24 33/5
**acceptable [2]** 33/10 49/6
**acceptance [1]** 13/6
**accepted [1]** 11/18
**accepting [14]** 11/7 12/4 12/5 13/25
  22/14 24/9 24/11 26/17 33/8 36/3 36/3
  37/21 38/6 39/6
**access [1]** 49/19
**accommodate [1]** 18/10
**accommodations [1]** 31/8
**accompanying [1]** 37/22
**accomplish [1]** 50/7
**accuracy [1]** 41/13
**accurate [5]** 16/9 18/7 21/19 27/1 29/17
**accurately [1]** 19/12
**acknowledge [3]** 4/25 24/23 37/9
**acknowledged [1]** 18/22
**acknowledges [1]** 37/16
**acknowledging [2]** 37/3 41/8
**acknowledgments [1]** 36/25
**acronym [1]** 6/15
**across [2]** 13/12 23/17
**Act [8]** 7/14 8/25 9/3 10/8 30/8 31/17
  34/2 39/17
**action [12]** 11/2 12/4 12/5 13/25
  25/21 30/19 34/1 37/22 37/24 44/4 44/25
**actions [4]** 10/6 12/7 32/8 41/2
**active [4]** 17/3 20/25 21/4 21/6
**actual [1]** 28/3

**actually [4]** 2/8 32/19 42/16 45/24
**add [1]** 12/11
**added [1]** 12/12
**addition [5]** 9/6 11/20 12/3 25/4 36/22
**additional [1]** 35/12
**address [6]** 29/16 30/25 36/11 40/18
  41/13 49/10
**addressed [6]** 11/25 12/13 32/23 35/13
  36/24 39/24
**adequately [1]** 39/22
**adjourned [2]** 50/24 50/25
**adjudged [1]** 10/5
**adjustments [1]** 41/10
**administration [1]** 37/16
**administrative [12]** 7/14 8/24 9/3 10/7
  30/8 31/16 34/2 39/17 39/18 40/1 40/3
  44/6
**admittedly [1]** 23/21
**adopted [1]** 6/14
**advance [21]** 11/17 12/5 13/2 13/8 14/2
  14/6 14/13 14/14 14/20 19/18 20/9 21/10
  21/13 21/13 21/20 21/22 22/7 23/8 33/6
  39/9 41/5
**advanced [2]** 11/12 20/8
**adverb [1]** 28/5
**advocacy [1]** 5/5
**advocate [1]** 1/19 4/4
**Affairs [2]** 1/19 4/4
**affect [2]** 18/12 31/3
**affected [1]** 5/19
**affirmatively [1]** 30/12
**affirmed [1]** 7/21
**after [4]** 17/14 21/2 29/24 38/2
**afternoon [4]** 2/5 4/7 12/18 15/20
**again [11]** 14/18 23/22 24/4 24/4 27/3
  27/25 37/6 41/12 42/25 46/3 46/8
**against [1]** 27/10
**age [1]** 46/4
**agencies [1]** 35/2
**agencies' [1]** 41/2
**agency [21]** 6/14 17/9 18/23 19/11 20/21
  26/17 29/6 29/19 29/22 30/15 31/6 31/11
  31/13 32/10 32/21 42/20 43/1 43/7 44/4
  45/14 48/16
**agency's [1]** 50/1
**agency's [1]** 50/1
**ago [1]** 21/5
**agree [9]** 15/24 16/2 20/12 30/1 32/17
  40/22 46/10 46/23 48/16
**agreement [5]** 36/9 41/7 42/14 46/20
  47/14
**agreements [1]** 49/23
**ahead [3]** 20/21 38/18 45/2
**AIDED [1]** 1/25
**air [1]** 42/6
**al [4]** 1/3 1/6 2/25 8/9
**all [41]** 2/5 4/5 4/22 5/5 5/8 6/15 6/19
  7/13 10/13 13/6 13/7 14/13 15/18 18/8
  20/6 20/12 21/21 22/20 22/22 23/7 23/12
  23/13 24/6 24/22 27/2 27/5 27/17 33/15
  35/23 38/13 39/25 41/10 41/11 43/2
  44/17 46/13 47/3 47/13 48/12 50/6 50/22
**allow [4]** 3/10 11/13 46/24 46/25
**allowed [3]** 13/16 14/15 36/4
**allows [3]** 6/1 34/2 46/19
**almost [1]** 5/10
**alone [1]** 20/22
**along [3]** 27/20 34/16 43/23

## A

**also [13]**  2/15 5/13 11/24 14/12 18/25 19/18 22/4 24/17 26/12 42/22 43/10 48/10 48/22
**Alternative [2]**  6/21 7/1
**alternatives [2]**  9/24 39/23
**although [10]**  2/21 4/10 6/8 18/2 27/7 28/1 28/11 28/14 35/3 43/1
**always [5]**  28/11 34/13 43/4 43/5 50/20 34/9 37/7 48/4
**am [9]**  5/24 16/10 17/9 20/20 26/12 34/9 34/9 37/7 48/4
**Amendment [1]**  9/21
**amount [2]**  24/18 48/25
**amusing [1]**  25/2
**analyze [1]**  46/19
**and-a-half [1]**  17/23
**and/or [1]**  33/8
**announced [5]**  9/17 10/22 15/3 15/4 27/19
**another [4]**  3/14 7/7 18/14 39/8
**answer [5]**  21/10 21/12 22/10 22/16 23/15
**ante [3]**  9/10 13/6 14/15
**any [16]**  2/11 10/15 15/15 16/24 20/19 22/3 23/21 28/2 28/12 31/7 35/7 38/12 40/1 40/16 41/13 49/2
**anybody [1]**  43/12
**anyone's [1]**  50/4
**anything [10]**  5/23 12/12 20/2 21/9 35/7 41/9 48/20 50/9 50/10 50/13
**APA [8]**  32/7 34/1 39/14 44/2 44/5 44/13 45/2 50/3
**apart [1]**  19/5
**apologies [2]**  23/6 37/6
**apologize [3]**  23/7 46/4 46/6
**appeal [3]**  7/17 7/19 7/23
**appear [1]**  28/6
**appearance [3]**  3/10 3/19 4/21
**appearances [2]**  1/11 3/20
**appears [5]**  12/6 12/20 22/11 29/3 41/18
**appellate [5]**  3/8 8/16 29/6 47/4 47/4
**Appendix [1]**  35/18
**applicable [1]**  10/16
**applicant [6]**  14/24 24/21 24/23 26/10 38/1 38/6
**applicants [8]**  18/13 22/11 36/14 36/17 36/19 36/24 37/2 37/13
**application [13]**  14/16 15/17 18/2 18/21 22/17 24/1 25/8 26/3 26/10 26/13 26/19 28/3 38/2
**applications [34]**  11/11 11/17 12/5 12/6 13/1 13/7 13/8 13/25 14/14 17/24 19/8 19/18 20/11 21/11 21/20 21/21 22/20 24/13 31/24 33/6 33/8 33/9 33/9 36/25 37/4 37/23 38/6 38/11 38/21 39/6 39/6 39/9 41/5 41/6
**applied [2]**  21/12 47/16
**apply [7]**  13/16 13/23 13/23 14/2 14/5 14/15 37/8
**appreciate [3]**  4/16 20/6 20/17
**approach [3]**  32/5 33/20 34/18
**appropriate [1]**  25/21
**approved [4]**  11/12 13/19 30/12 32/2
**aptly [1]**  12/19
**ARAK [1]**  1/12

**arbitrary [10]**  8/24 9/4 10/3 10/7 30/7 30/25 31/14 32/8 39/3 39/21
**architect [1]**  25/4
**are [90]**
**areas [1]**  47/6
**argument [1]**  30/2
**Arnold [2]**  1/12 3/24
**around [1]**  21/2
**Arrivals [2]**  6/13 37/22
**as [103]**
**ascribed [1]**  16/24
**aside [2]**  8/25 30/7
**ask [6]**  2/9 2/10 3/12 43/19 46/5 49/25
**asked [3]**  12/8 25/19 28/7
**asking [1]**  47/19
**aspect [1]**  39/8
**aspects [3]**  12/20 14/12 31/18
**assemble [1]**  40/3
**assess [1]**  31/9
**assigned [1]**  6/18
**assistance [2]**  50/20 50/21
**assistant [1]**  4/13 43/14
**associate [1]**  43/14
**assume [1]**  23/12
**assumption [2]**  23/21 23/22
**assurances [1]**  20/19
**at [39]**  5/16 7/16 8/10 8/12 10/25 12/2 12/10 13/22 14/2 15/2 16/14 16/16 17/1 17/3 17/13 18/6 18/18 20/25 22/3 22/20 23/17 23/23 26/3 26/7 26/10 26/11 26/14 28/6 28/12 38/7 40/12 40/12 40/13 41/9 43/8 44/21 45/4 49/19 50/25
**atmospherics [1]**  43/17
**attached [1]**  26/13
**attempt [1]**  26/9
**attempted [1]**  31/18
**attention [1]**  14/22
**attorneys [2]**  35/12 35/14
**attorneys' [3]**  35/16 35/22 36/12
**authority [6]**  30/15 30/17 31/15 32/9 43/15 45/14
**authorization [1]**  37/23
**automatically [2]**  14/13 26/8
**available [1]**  2/23
**Avenue [1]**  1/13
**Avoidance [2]**  9/20 10/23
**aware [7]**  16/1 16/15 20/24 21/19 26/12 27/18 49/18
**away [2]**  44/14 46/14

## B

**back [17]**  5/6 6/10 13/9 15/11 19/2 25/8 30/15 31/22 31/23 32/21 33/23 39/12 40/21 41/24 42/9 43/20 47/19
**background [1]**  2/11
**backyard [1]**  25/4
**balance [1]**  34/24
**bank [1]**  42/4
**barring [2]**  13/18 14/18
**based [7]**  7/3 9/24 11/18 21/21 22/4 22/6 25/18
**basis [3]**  19/6 24/14 30/10
**bat [1]**  47/2
**be [163]**
**became [1]**  21/19
**because [32]**  5/1 5/25 10/20 11/6 13/23

**14/5 17/25 18/16 20/9 20/10 22/6 22/17 23/22 23/25 24/10 24/17 25/7 26/4 26/16 32/7 32/17 33/16 34/14 34/15 35/12 35/22 41/20 41/22 46/22 47/9 48/22 49/13**
**become [3]**  5/11 44/1 45/12
**becomes [3]**  3/14 43/24 43/25
**been [39]**  5/19 6/13 7/13 8/4 9/22 11/12 14/8 17/6 17/8 17/18 18/21 18/21 20/22 21/12 21/22 21/23 22/3 22/9 23/2 23/4 23/19 24/10 24/13 26/13 27/12 31/8 32/2 32/6 32/7 33/7 34/1 37/24 38/8 38/12 38/13 42/23 45/4 45/7 46/16
**before [23]**  1/10 4/24 5/15 9/11 12/12 15/14 17/15 17/15 17/16 17/19 18/1 19/8 21/11 28/18 31/23 33/24 35/8 35/11 35/21 37/24 39/2 40/18 42/6 44/24
**beforehand [1]**  32/11
**begs [1]**  18/25
**behalf [9]**  3/11 3/13 3/23 3/25 4/6 4/8 15/21 48/10 48/10
**behind [1]**  7/17 29/10 46/1
**beholder [1]**  41/2
**being [20]**  11/16 11/18 18/8 18/9 18/9 18/16 21/14 21/14 21/24 23/24 25/21 26/3 27/3 29/14 30/7 30/10 33/22 41/16 44/17 45/8
**belief [3]**  29/5 29/12 33/22
**believe [8]**  4/11 19/23 26/6 26/8 28/1 28/2 46/16 46/21
**believes [1]**  18/23
**beloved [1]**  3/4
**benefit [2]**  5/25 14/20
**benefits [1]**  30/20
**best [3]**  42/21 50/1 50/15
**better [3]**  6/2 35/20 47/25
**between [3]**  47/23 50/9
**beyond [1]**  34/7
**binding [2]**  28/15 29/6
**bit [4]**  14/23 17/5 41/11 43/25
**blanket [1]**  24/22
**bog [1]**  44/12
**books [1]**  27/24
**both [3]**  8/20 28/25 29/24
**BOWER [2]**  1/15 4/2
**box [1]**  41/24
**boxes [1]**  23/17
**Brad [1]**  4/13
**Branch [1]**  4/13
**briefed [3]**  6/22 47/12 48/8
**briefing [6]**  32/16 38/14 46/25 48/5 48/19 49/3
**briefs [1]**  47/4
**bring [1]**  39/12
**broader [2]**  44/4 44/5
**brought [3]**  8/6 9/22 14/21
**bucket [12]**  18/4 18/22 21/15 22/5 33/7 36/3 36/12 38/12 38/13 38/20 39/7 39/19
**buckets [1]**  36/12
**building [1]**  25/11
**bureaucracy [1]**  43/13
**business [1]**  48/13
**but [61]**
**bye [2]**  50/22 50/22
**bye-bye [1]**  50/22

# C

**call [6]** 2/9 4/1 9/10 12/2 12/9 32/15
**called [2]** 12/25 13/1
**calls [1]** 23/16
**came [1]** 21/5
**can [66]**
**can't [11]** 2/18 3/17 13/23 20/21 21/9 29/23 32/6 32/9 33/5 36/2 42/8
**candor [1]** 21/17
**cannot [1]** 44/3
**capacity [1]** 31/20
**capricious [10]** 8/24 9/4 10/3 10/7 30/7 30/25 31/14 32/8 39/3 39/21
**care [2]** 50/18 50/22
**carefully [1]** 34/24
**cart [1]** 35/11
**CASA [2]** 1/3 2/25
**case [26]** 2/25 3/2 3/6 6/8 6/18 7/23 8/3 8/4 8/5 10/9 14/4 21/1 22/19 29/18 30/3 32/5 32/6 33/12 39/10 41/18 44/1 44/3 44/22 45/4 47/25 48/1
**cases [3]** 6/20 8/4 21/23
**categorical [2]** 18/7 27/1
**categorically [1]** 17/25
**Cause [4]** 45/18 46/17 47/10 49/2
**centrally [1]** 23/12
**Cert [1]** 8/7
**certain [4]** 21/19 30/1 40/22 40/24
**certainly [8]** 5/23 16/25 20/17 26/25 32/20 38/14 45/18 45/21
**CERTIFICATE [1]** 52/1
**certify [1]** 52/2
**cessation [1]** 12/25
**challenge [4]** 8/2 20/4 44/8 45/12
**challenged [1]** 34/4
**challenges [7]** 5/14 8/6 9/22 23/18 34/8 44/13 45/2
**challenging [3]** 6/11 22/16 45/6
**chance [2]** 36/6 40/5
**change [8]** 17/18 17/24 19/12 28/12 28/23 28/24 29/10 34/16
**changed [9]** 15/5 27/7 27/19 28/4 28/13 28/16 29/3 31/18 33/8
**changes [3]** 13/8 23/19 27/3
**characteristics [1]** 24/3
**check [3]** 22/24 24/18 41/24
**Chief [2]** 30/14 30/23
**Childhood [2]** 6/13 37/22
**children [1]** 5/16
**choose [1]** 30/19
**chops [1]** 5/7
**Circuit [25]** 7/18 7/20 8/13 8/20 8/22 9/1 9/7 9/13 9/15 9/19 10/8 11/22 12/21 17/16 19/1 27/12 28/12 28/16 29/9 30/6 38/23 39/11 39/25 40/13 45/9
**Circuit's [5]** 8/1 11/2 11/5 19/16 30/21
**circumstance [2]** 19/9 19/11
**circumstances [4]** 4/25 5/10 15/1 41/16
**cited [2]** 9/14 36/21
**cites [1]** 48/8
**citing [1]** 10/8
**citizens [1]** 5/19
**Civil [3]** 1/3 1/19 4/3
**claim [4]** 6/11 7/3 7/3 10/17
**claims [9]** 7/13 7/14 7/15 9/25 10/24

27/10 27/14 29/8 29/13
**clarification [1]** 37/6
**clarified [2]** 33/17 36/18
**clarify [5]** 16/10 21/17 35/6 43/11 49/8
**clarity [1]** 20/13
**Clause [1]** 9/22
**clear [17]** 12/7 12/23 17/11 17/14 20/9 20/12 21/20 21/25 26/12 27/17 28/15 30/14 34/12 38/22 41/4 42/6 42/20
**clearance [1]** 13/19
**clearer [2]** 28/1 28/8
**clearly [1]** 47/5
**clerks [1]** 41/21
**client [8]** 19/3 23/22 40/21 41/8 42/9 42/25 43/4 49/14
**client's [1]** 23/11
**clients [7]** 13/11 13/12 13/21 14/8 22/11 23/23 42/18
**close [1]** 48/13
**cluster [1]** 38/19
**co [1]** 4/1
**co-counsel [1]** 4/1
**collateral [2]** 44/14 50/3
**colleague [2]** 3/4 6/18
**colleagues [2]** 4/11 46/8
**come [5]** 3/9 5/3 34/25 35/13 36/8
**comes [1]** 17/10
**comfort [1]** 42/17
**comments [2]** 6/6 35/15
**commit [3]** 14/24 21/9 42/8
**Committee [2]** 1/18 4/3
**common [3]** 15/25 34/9 34/18
**communicate [1]** 42/24
**communicating [1]** 38/8
**communications [1]** 49/14
**compelling [1]** 45/14
**complaining [1]** 12/24
**complaint [2]** 6/10 14/2
**complete [2]** 3/12 40/5
**completed [1]** 21/16
**compliance [3]** 10/16 12/21 17/12
**compliant [1]** 25/21
**complicated [1]** 43/25
**comply [3]** 24/14 30/13 32/7
**complying [3]** 11/3 37/17 39/24
**component [2]** 7/4 39/4
**COMPUTER [1]** 1/25
**COMPUTER-AIDED [1]** 1/25
**concern [2]** 12/3 45/17
**concerns [1]** 11/1
**conclusion [1]** 34/21
**conditions [1]** 5/17
**conference [5]** 1/9 3/7 6/2 12/9 32/15
**confidence [1]** 35/22
**confirmed [1]** 9/5
**confusion [2]** 26/22 26/25
**Congress [1]** 35/1
**consider [6]** 28/14 30/16 30/18 30/21 31/6 31/7
**consideration [6]** 16/17 16/19 18/5 30/17 32/22 37/21
**considerations [4]** 28/25 29/14 39/23 40/8
**considered [6]** 8/6 14/16 31/8 32/23 39/22 39/23
**considering [1]** 44/17

**consistent [2]** 7/24 31/16
**constitutes [1]** 8/15
**constitutional [5]** 7/14 9/20 9/25 10/23 10/23
**consulted [1]** 6/20
**contemplated [2]** 16/17 32/20
**contempt [2]** 45/19 47/11
**content [1]** 35/17
**context [3]** 42/20 44/24 45/11
**continue [3]** 16/9 37/12 40/16
**continued [2]** 13/24 13/24
**contributed [1]** 26/22
**contributes [1]** 23/18
**control [1]** 10/14
**conversation [2]** 46/9 47/13
**convey [1]** 43/20
**CORKERY [2]** 1/18 4/3
**corollary [1]** 26/20
**correct [8]** 24/21 25/16 26/23 31/15 37/11 40/24 42/1 52/3
**corrected [2]** 29/20 29/22
**corrective [1]** 38/9
**cost [3]** 11/24 33/16 33/19
**could [19]** 5/3 6/1 9/24 11/5 14/5 17/5 23/6 24/14 24/17 25/14 25/24 27/14 27/25 28/19 30/21 31/7 35/1 42/24 48/24
**counsel [6]** 4/1 10/25 16/1 16/12 42/17 50/16
**counsel's [1]** 23/23
**countervailing [1]** 30/2
**country [3]** 13/12 23/17 35/4
**couple [1]** 28/19
**courage [1]** 25/15
**course [3]** 5/25 17/4 18/11
**court [60]**
**court's [16]** 2/23 7/24 11/3 12/22 15/15 16/19 16/25 17/15 17/16 17/24 19/15 21/2 21/5 35/18 38/5 45/19
**courtroom [3]** 2/15 2/22 5/4
**courts [3]** 28/9 40/17 47/4
**COVID [1]** 5/1
**COVID-19 [1]** 5/1
**creates [1]** 29/5
**credential [1]** 49/17
**criteria [1]** 14/17
**critical [2]** 39/4 39/8
**crystal [2]** 20/11 27/17
**current [6]** 15/10 16/5 16/13 17/12 33/20 34/12
**currently [2]** 16/15 21/24

# D

**D.C [5]** 1/13 1/16 1/20 1/23 8/3
**DACA [56]**
**DACA's [1]** 9/4
**DACA-based [2]** 22/4 22/6
**damaging [1]** 25/13
**date [6]** 6/17 30/1 38/3 40/22 40/23 40/25
**dated [1]** 8/18
**day [4]** 5/6 13/2 21/3 45/12
**days [4]** 5/1 38/2 41/3 48/17
**de [3]** 1/3 2/25 44/2
**deadline [2]** 20/16 48/21
**deal [3]** 31/17 42/6 42/21
**dear [1]** 6/18

## D

**debate** [1] 16:23
**decide** [3] 18:24 20:1 46:15
**decided** [3] 8:11 44:7 45:7
**decision** [48] 6:11 7:25 8:9 8:10 8:21 8:23 9:5 9:12 11:2 11:3 13:6 13:6 13:7 14:11 14:12 17:6 19:6 19:14 19:15 19:16 30:14 30:16 30:25 31:14 31:16 32:20 32:22 33:14 33:21 38:3 38:4 38:5 39:1 39:8 39:10 39:18 39:20 39:21 39:25 40:3 40:6 42:25 43:6 43:8 43:16 44:21 44:21 47:8
**decision-maker** [2] 43:6 43:16
**decision-making** [4] 31:14 31:16 33:21 43:8
**decisions** [9] 3:8 14:18 17:8 20:22 29:6 29:11 34:22 43:9 43:10
**deck** [1] 25:4
**declared** [1] 10:5
**defendant** [5] 1:7 1:21 15:2 36:6 48:10
**defendant's** [2] 6:25 33:19
**defendants** [19] 3:14 4:6 4:9 7:5 7:9 7:12 7:18 9:8 10:6 10:13 11:3 11:7 11:19 13:3 15:19 15:21 29:1 30:2 37:16
**deferred** [4] 6:13 30:19 37:22 37:24
**deficiencies** [1] 25:17
**deficiency** [4] 24:21 24:25 25:19 26:4
**deficient** [2] 24:2 25:14
**degree** [1] 19:13
**delay** [1] 29:13
**deliberation** [1] 17:3
**deliberations** [3] 18:10 21:16 22:5
**delve** [1] 29:10
**demanding** [2] 25:9 48:20
**demean** [1] 43:12
**denial** [7] 13:1 13:1 14:22 25:18 37:18 37:20 41:14
**denials** [1] 24:9
**denied** [9] 6:25 7:2 10:19 11:16 14:13 18:21 38:12 38:13 41:16
**DENNIS** [2] 1:18 4:3
**deny** [3] 13:6 13:7 41:17
**denying** [1] 41:15
**DEPARTMENT** [21] 1:6 1:22 3:1 4:8 4:14 4:15 6:12 8:9 8:23 12:4 12:6 15:21 16:8 16:16 17:4 17:17 18:3 18:6 19:21 21:1 43:3
**departure** [1] 3:4
**deportation** [1] 7:11
**depositions** [1] 46:12
**deposits** [1] 42:4
**deputy** [1] 2:15
**derive** [1] 11:5
**describe** [1] 38:20
**describing** [1] 21:11
**descriptions** [1] 27:6
**designated** [1] 3:13
**detail** [2] 17:7 25:24
**details** [1] 42:12
**determination** [1] 24:1
**DHS** [2] 16:3 22:14
**dialed** [1] 4:11
**did** [12] 4:17 6:19 7:17 22:11 25:13 28:6 30:6 30:20 31:23 32:23 34:22 37:8
**didn't** [3] 32:8 39:15 41:25

**difference** [1] 18:20
**different** [5] 19:4 20:10 26:5 31:12 32:4
**differs** [1] 16:11
**difficult** [2] 5:12 35:4
**directions** [1] 42:15
**directive** [1] 46:2
**Director** [1] 4:13
**disagree** [3] 32:18 33:4 44:16
**disagreeing** [1] 48:2
**disagreement** [1] 47:15
**disagreements** [2] 27:6 34:7
**disclosed** [1] 34:17
**disclosure** [2] 15:4 15:12
**disclosures** [1] 38:9
**discovery** [5] 33:1 35:25 38:15 39:13 45:22
**discreet** [3] 38:16 40:2 45:13
**discretionary** [1] 43:15
**discuss** [2] 15:14 29:23
**discussion** [2] 30:21 33:1
**discussions** [4] 4:24 20:25 21:4 21:7
**Dismiss** [2] 6:21 7:1
**dismissed** [4] 6:25 7:23 9:25 10:24
**dispute** [4] 11:23 15:15 47:7 50:3
**disputed** [1] 30:10
**disputes** [1] 44:14
**disregarding** [1] 29:6
**distant** [1] 43:1
**distinction** [1] 18:20
**distinctly** [1] 2:16
**DISTRICT** [5] 1:1 1:1 1:10 2:2 2:3
**divest** [1] 34:6
**DIVISION** [2] 1:2 19:22
**do** [59]
**docket** [9] 3:19 3:19 3:20 4:21 8:12 22:18 26:13 34:12 45:23
**Doctrine** [2] 9:20 10:23
**document** [2] 17:6 28:7
**documentation** [1] 37:3
**does** [2] 15:23 22:21
**doesn't** [2] 24:24 30:11
**doing** [10] 15:9 17:18 32:10 39:2 41:4 41:5 42:20 42:21 43:16 48:17
**DOJ** [1] 43:3
**don't** [43] 2:11 2:19 11:23 15:9 15:10 18:16 19:9 23:11 23:11 23:22 24:7 26:5 27:5 27:14 28:8 28:14 34:14 39:1 43:4 43:5 43:12 43:12 43:13 44:11 44:16 44:18 44:19 44:19 45:16 45:25 46:5 46:11 46:12 46:12 46:13 47:2 47:25 48:7 48:20 48:21 50:2 50:9
**done** [17] 18:16 25:22 29:14 29:25 33:22 33:24 33:25 35:5 35:17 41:3 42:2 42:13 43:13 44:19 45:5 45:8 49:23
**door** [1] 45:1
**doubt** [5] 18:16 35:17 37:13 37:14 41:19
**down** [6] 2:14 3:9 15:8 25:5 43:14 44:12
**drafting** [1] 41:11
**draw** [1] 25:4
**Dreamer** [2] 7:6 7:10
**Dreamers** [1] 7:7
**Due** [1] 9:21
**Duke** [2] 13:2 14:13
**Duke's** [3] 12:25 27:21 39:5
**during** [1] 6:15

## E

**each** [3] 5:4 6:4 45:13
**earlier** [2] 21:6 21:18
**easier** [1] 17:5
**ECF** [9] 6:10 6:23 7:16 7:18 8:12 8:18 10:25 12:2 37:19
**ECF-1** [1] 6:10
**ECF-42** [1] 6:23
**ECF-53** [1] 7:18
**ECF-93** [1] 8:12
**ECF-96** [1] 10:25
**ECF-97** [1] 8:18
**ECF-99** [1] 12:2
**educate** [1] 5:16
**effect** [4] 7:25 8:14 9:8 35:9
**effectively** [2] 49:4 49:9
**effectuated** [1] 12:24
**efficient** [1] 33:16
**efficiently** [1] 6:19
**ego** [1] 25:13
**eight** [1] 3:20
**either** [2] 15:25 29:9
**elderly** [1] 14:4
**electronic** [1] 5:25
**eligibility** [2] 11:9 31:8
**eligible** [3] 13:11 13:13 13:23
**ELIZABETH** [2] 1:15 4:2
**eloquent** [1] 8:19
**else** [4] 47:22 50:4 50:8 50:10
**email** [1] 46:2
**employ** [1] 10:14
**employment** [1] 37:23
**enacted** [1] 34:25
**encountered** [1] 25:9
**encourages** [1] 33:22
**end** [2] 37:24 45:4
**enforce** [2] 11:21 15:16
**enforced** [1] 35:1
**enforcement** [4] 7:11 14:25 15:7 44:25
**enforcing** [1] 10:14
**engage** [1] 32:25
**engaging** [1] 31:15
**enjoined** [3] 7:5 7:9 10:14
**enough** [2] 24:10 44:11
**enrolled** [1] 7:8
**enter** [1] 3:10
**entered** [3] 3:19 4:20 8:14
**entirely** [1] 27:13
**entitled** [3] 44:13 50:3 52:4
**entitlement** [1] 33:8
**entitlements** [2] 32:1 32:1
**entrusted** [1] 43:10
**entry** [1] 11:16
**environment** [1] 35:4
**envisioning** [1] 49:9
**Equal** [1] 9:21
**erroneously** [1] 24:9
**Esquire** [4] 1:12 1:15 1:18 1:21
**essentially** [2] 38:25 44:2
**established** [2] 34:10 46:19
**estoppel** [2] 7:3 10:17
**et** [4] 1:3 1:6 2:25 8:9
**evaluate** [3] 33:25 39:20 40:5
**evaluated** [1] 13:16
**even** [9] 5:11 18:22 19:12 20:1 22:13

**E**

**even... [4]** 29/11 30/19 36/3 43/1
**event [2]** 3/3 23/21
**ever [3]** 5/11 25/9 41/20
**every [2]** 35/22 44/3
**everybody [1]** 34/25
**everyone [5]** 2/5 3/10 21/2 21/7 27/18
**everything [4]** 5/10 5/23 23/12 31/23
**ex [2]** 13/5 14/15
**exactly [6]** 17/7 25/14 26/5 36/20 37/15 39/2
**example [4]** 18/17 24/16 25/1 41/19
**examples [1]** 25/2
**excepting [1]** 39/5
**exceptionally [1]** 5/12
**exchange [1]** 48/18
**exchanged [1]** 46/23
**exclusive [1]** 49/12
**excuse [1]** 46/3
**exercise [3]** 5/5 30/16 31/19
**exhibits [1]** 48/7
**exist [1]** 30/14
**existing [1]** 29/4
**expansion [1]** 30/20
**expect [1]** 14/19
**expedited [1]** 46/25
**expeditiously [1]** 50/16
**explain [2]** 24/20 33/25
**explained [1]** 34/1
**explaining [1]** 17/7
**explanation [1]** 17/1
**extent [1]** 47/9
**extraordinary [1]** 5/21
**eye [1]** 41/2

**F**

**F.3d [1]** 7/19
**faced [1]** 5/15
**facing [1]** 5/13
**fact [9]** 5/24 9/23 18/9 21/19 26/18 28/13 32/19 33/5 39/10
**facto [1]** 44/2
**factors [2]** 16/19 16/21
**factual [1]** 27/5
**factually [2]** 33/13 36/5
**fails [1]** 24/2
**failure [6]** 24/14 24/18 29/13 30/23 30/25 32/7
**fair [3]** 33/16 48/9 48/10
**fairly [4]** 26/7 30/9 33/22 38/15
**familiar [1]** 35/17
**families [1]** 6/5
**family [1]** 11/14
**far [3]** 12/13 33/19 43/14
**Farr [2]** 1/15 4/2
**fast [2]** 33/16 48/22
**favor [1]** 7/12
**features [3]** 31/2 31/2 31/5
**Federal [2]** 8/16 19/22
**fee [2]** 15/17 22/23
**feeling [2]** 29/5 49/15
**fees [6]** 11/24 35/12 35/14 35/16 35/22 36/12
**few [7]** 20/7 21/25 22/2 26/1 26/15 28/10 35/15

**Fifth [2]** 9/21 30/21
**figure [1]** 19/7
**file [3]** 18/19 45/2 45/3
**filed [13]** 6/10 6/22 7/13 7/16 13/22 14/2 18/19 22/18 26/13 35/16 41/25 47/11 47/15
**filing [1]** 12/2
**filings [3]** 28/10 35/8 35/19
**filled [1]** 25/5
**final [2]** 12/1 17/6
**finalized [1]** 20/22
**Finally [1]** 9/19
**find [5]** 3/22 5/1 33/23 34/16 34/18
**findings [1]** 26/3
**fine [2]** 3/17 46/1
**finger [1]** 36/15
**finish [1]** 46/5
**first [22]** 3/19 16/14 17/13 17/19 18/8 18/20 21/23 22/10 22/15 22/21 23/1 23/3 26/17 27/2 27/19 29/19 30/16 31/6 33/9 40/18 40/20 40/22
**first-time [2]** 23/3 26/17
**five [2]** 10/20 25/8
**five-page [1]** 25/8
**fix [1]** 34/24
**flexibility [1]** 31/7
**focus [3]** 4/24 30/4 44/23
**focused [1]** 49/25
**FOIA [1]** 46/13
**folks [3]** 2/7 2/7 5/17
**followed [2]** 10/25 35/2
**following [1]** 10/4
**follows [1]** 37/20
**fool [1]** 25/3
**foregoing [1]** 52/2
**forgive [2]** 24/5 46/4
**forgot [2]** 22/23
**forgotten [1]** 46/6
**form [8]** 24/18 25/5 26/6 26/8 26/15 37/8 41/21 41/23
**formal [2]** 8/15 46/13
**format [2]** 31/16 47/8
**forms [1]** 28/3
**forth [2]** 16/19 41/8
**forward [12]** 20/3 22/2 26/25 28/20 33/3 36/1 42/5 45/6 47/9 47/16 50/5 50/17
**found [4]** 19/11 29/9 29/11 49/21
**four [1]** 10/17
**Fourth [29]** 7/18 7/20 8/1 8/13 8/20 8/22 9/1 9/6 9/13 9/15 9/19 10/8 11/2 11/5 11/22 12/21 17/16 19/1 19/16 27/12 28/12 28/16 29/9 30/6 38/23 39/11 39/25 40/13 45/9
**frame [6]** 6/6 19/23 35/25 46/21 46/22 47/18
**framed [1]** 36/6
**frames [1]** 12/1
**frankly [3]** 16/4 16/12 29/19
**FREEDMAN [12]** 1/12 3/24 12/15 18/18 36/10 37/5 41/18 44/1 46/3 46/8 49/24 50/10
**Freeman [1]** 35/11
**Frequently [1]** 28/7
**Friday [8]** 1/7 17/15 43/20 47/20 47/23 48/13 50/9 50/18
**front [2]** 17/9 20/20

**fuels [1]** 29/12
**fully [1]** 32/25
**further [2]** 7/24 20/2
**furtherance [1]** 45/23
**furthers [1]** 29/7
**future [7]** 16/18 17/7 17/10 18/11 18/12 27/3 30/13
**fuzzy [1]** 49/15

**G**

**Gallagher [2]** 1/15 4/2
**gave [1]** 21/10
**general [3]** 6/6 16/12 26/23
**generality [1]** 26/7
**generate [1]** 35/8
**generated [1]** 26/8
**get [31]** 4/17 13/20 17/9 19/20 20/7 20/21 21/3 25/18 28/20 29/21 34/7 34/8 34/9 35/20 40/4 40/21 41/24 42/13 42/25 43/4 43/5 44/14 46/11 47/4 47/11 47/11 47/14 47/19 47/25 48/8 49/1
**getting [4]** 23/24 36/24 37/3 38/9
**give [15]** 12/11 20/16 22/16 25/1 25/1 29/23 32/1 35/18 41/15 41/19 41/22 42/3 42/17 47/1 50/1
**given [3]** 11/12 22/9 38/1
**giving [3]** 16/18 20/15 48/13
**gladly [1]** 20/20
**go [17]** 11/14 19/2 31/22 32/21 33/23 34/16 38/18 40/21 41/9 42/3 42/9 42/15 43/16 44/20 44/23 45/2 49/14
**goal [1]** 44/5
**goes [1]** 41/24
**going [51]** 2/6 2/9 3/10 3/12 3/21 3/22 5/6 16/15 16/17 19/7 20/24 22/2 28/20 32/14 32/17 33/1 33/10 34/4 35/13 35/23 36/1 36/1 37/9 37/14 37/19 38/5 39/2 39/9 39/19 40/15 43/9 44/1 44/3 44/10 44/10 44/18 44/19 44/20 44/23 45/1 45/3 45/7 45/11 46/14 47/1 47/10 48/4 48/5 48/6 48/8 50/5
**golly [1]** 44/7
**gone [1]** 5/8
**good [10]** 2/5 4/7 12/18 15/20 24/10 34/13 36/19 36/20 48/1 48/2
**goodwill [1]** 42/4
**got [7]** 25/7 35/7 37/8 45/14 45/15 46/22 47/24
**gotten [1]** 37/1
**government [16]** 4/9 12/13 13/23 14/6 14/23 15/4 15/8 15/23 27/10 32/4 34/5 34/11 38/25 41/1 45/18 49/7
**government's [3]** 8/7 12/21 36/16
**grandparent [1]** 14/5
**grandparents [1]** 14/4
**granted [10]** 6/24 7/2 7/12 8/7 9/24 14/19 14/20 18/3 21/14 37/24
**grateful [1]** 16/10
**great [6]** 14/5 15/18 17/7 25/23 47/21 47/25
**greatest [1]** 19/13
**Greenbelt [1]** 1/6
**GRIMM [3]** 1/10 2/4 2/6
**ground [2]** 15/25 34/9
**grounds [1]** 9/24
**grow [1]** 35/23

## G

**guess [2]**  23/13 35/10
**guidance [2]**  15/8 35/19
**guise [1]**  45/4

## H

**had [28]**  6/13 8/22 9/1 9/8 9/22 11/9 11/12 11/25 12/8 14/3 16/23 17/6 17/16 17/17 17/18 17/19 17/19 18/1 21/22 25/4 30/15 30/18 31/6 32/2 33/18 39/2 40/4 49/18
**half [1]**  17/23
**hand [1]**  44/16
**happen [4]**  44/3 44/10 45/7 46/14
**happened [3]**  9/11 22/17 35/2
**happening [1]**  22/10
**happy [3]**  15/14 15/16 27/8
**hard [5]**  25/6 26/23 34/4 40/23 50/17
**hard-pressed [1]**  34/4
**has [49]**  4/20 5/9 5/11 5/19 5/22 12/6 12/13 12/19 13/24 13/24 15/8 15/15 17/4 18/21 18/21 19/1 19/11 19/20 22/3 22/19 23/19 24/1 24/13 26/21 27/7 27/19 28/13 28/16 28/23 29/3 31/11 31/15 32/7 32/10 33/7 33/25 34/1 35/7 36/4 36/5 36/6 39/12 41/20 41/23 42/22 44/5 44/12 45/4 45/6
**hasn't [2]**  35/2 36/18
**have [105]**
**haven't [1]**  38/8
**having [2]**  20/2 33/17
**he [12]**  6/17 6/19 6/19 6/20 6/24 7/2 7/5 7/6 7/11 13/23 27/11 34/22
**He's [2]**  13/22 13/22
**head [1]**  26/5
**hear [11]**  2/11 2/18 2/24 6/7 12/12 15/19 28/18 39/15 40/19 41/9 45/17
**heard [1]**  40/11
**hearing [5]**  2/21 5/2 29/24 32/15 50/17
**heart [1]**  36/16
**heat [1]**  35/9
**held [14]**  5/2 8/22 18/4 18/9 18/10 19/1 21/15 21/23 21/24 22/4 27/3 28/16 45/19 47/11
**help [8]**  20/15 29/18 42/5 42/17 42/18 48/7 48/24 49/4
**helped [1]**  5/22
**helpful [1]**  34/10
**helping [1]**  43/17
**her [2]**  4/20 39/8
**here [16]**  2/10 2/16 2/25 4/8 4/23 6/7 6/8 12/10 14/22 29/1 29/21 34/12 35/13 39/13 42/5 43/17
**here's [2]**  49/20 49/21
**hey [1]**  43/11
**high [3]**  16/14 26/7 26/11
**highest [1]**  17/3 20/25 43/8
**highlighting [1]**  48/6
**his [5]**  6/20 6/24 18/21 38/7 46/8
**hold [2]**  8/5 39/19
**holding [3]**  15/26 38/21 39/7
**home [1]**  5/16
**HOMELAND [12]**  1/6 3/1 6/12 8/9 8/23 12/4 16/8 16/16 17/4 17/17 21/1 30/24
**Honor [27]**  3/24 4/7 12/17 12/19 15/20
16/15 16/22 17/21 20/7 20/17 20/18 22/9 23/15 25/23 27/5 36/10 36/15 36/21 37/11 37/16 40/13 43/22 45/16 47/17 49/7 50/12 50/14
**Honor's [1]**  14/21
**HONORABLE [3]**  1/10 2/3 50/23
**hope [3]**  6/4 21/7 34/23
**hopefully [2]**  17/11 48/17
**horse [1]**  35/11
**host [1]**  22/25
**hours [1]**  22/2
**how [22]**  18/12 19/17 19/20 20/24 25/6 25/25 26/1 26/5 27/7 27/14 28/8 28/20 31/3 31/17 35/17 35/25 38/11 38/11 38/12 39/23 39/24 41/20
**however [2]**  9/14 22/2

## I

**I'd [11]**  3/6 28/20 39/13 42/8 42/9 42/10 42/10 47/11 47/11 47/12 48/25
**I'll [6]**  3/25 4/10 25/1 37/1 38/20 50/15
**I'm [35]**  2/6 2/9 3/10 3/12 4/1 4/9 5/8 19/19 20/1 20/14 21/7 24/4 25/2 28/9 32/11 34/17 37/19 39/15 40/23 40/24 42/12 44/1 44/22 45/1 45/7 45/11 46/4 47/1 47/2 47/19 47/22 48/5 48/6 48/8 50/7
**I've [4]**  28/9 45/15 47/24
**identified [1]**  14/3
**if [50]**  2/17 2/18 3/11 3/16 3/17 13/5 15/14 17/5 18/25 18/25 19/23 20/19 20/23 23/23 23/23 25/14 27/8 29/7 29/16 29/22 30/1 31/25 32/2 33/12 34/3 34/6 34/10 34/18 35/5 35/6 35/12 36/1 36/4 36/8 36/16 37/8 38/17 38/19 41/14 41/19 41/22 42/14 42/24 46/4 46/16 46/20 46/23 47/6 48/24 49/15
**imagine [3]**  32/6 32/9 33/5
**immediate [2]**  43/4 43/5
**immediately [1]**  17/14
**immigration [3]**  14/25 15/7 37/11
**impacts [1]**  19/17
**implementation [1]**  45/5
**implemented [1]**  10/2
**implementing [1]**  10/14
**implications [1]**  11/4
**implicit [1]**  31/10
**important [10]**  4/25 15/13 17/14 20/7 28/24 28/25 36/23 36/23 38/10 38/11 42/5
**importantly [1]**  17/13
**impossible [1]**  34/21
**impression [2]**  21/12 37/15
**impressive [1]**  49/17
**improper [2]**  40/7 40/7
**improve [1]**  43/17
**in [188]**
**INA [2]**  34/6 40/8
**inaccurate [3]**  16/4 28/2 28/22
**inaction [1]**  33/7
**inadequate [1]**  17/1
**include [1]**  16/21
**included [2]**  7/13 14/12
**including [4]**  22/13 25/25 27/20 27/21
**inconsistent [1]**  29/4
**incorrect [1]**  26/15
**increase [1]**  35/13
**incumbent [1]**  33/15
**indication [1]**  26/2
**individual [2]**  13/21 45/13
**individuals [6]**  13/11 14/7 14/15 22/20 26/14 37/23
**infinite [1]**  25/10
**influence [1]**  40/7
**inform [1]**  26/9
**information [47]**  7/4 7/10 9/12 9/17 10/18 10/21 12/7 13/4 13/9 14/22 14/22 14/24 15/3 15/7 15/9 16/5 20/2 24/7 24/18 25/11 26/15 26/24 27/4 27/10 27/13 27/15 27/18 27/23 28/2 28/3 28/8 28/11 28/17 28/22 34/15 34/17 36/19 38/13 41/15 42/3 46/10 46/21 46/23 47/6 48/14 48/18 48/25
**informational [1]**  24/5
**infrastructure [1]**  23/11
**initial [14]**  11/8 12/11 13/1 13/7 17/18 19/4 19/18 22/12 23/8 23/24 31/14 32/8 37/21 39/16
**initiated [1]**  6/9
**injunction [4]**  10/18 15/16 27/11 27/11
**injunctions [1]**  17/22
**insight [1]**  19/20
**inspector [1]**  25/11
**instance [2]**  31/6 39/17
**instead [3]**  18/2 18/4 21/14
**intelligible [1]**  46/22
**intense [1]**  35/7
**interest [7]**  16/25 17/2 31/4 31/7 34/24 50/1 50/4
**interested [1]**  27/5
**intermediate [1]**  45/13
**interpretation [1]**  28/5
**interrupt [2]**  23/6 37/5
**intervening [1]**  33/24
**into [12]**  4/11 18/4 29/10 30/17 32/22 39/19 39/19 42/4 44/14 46/11 47/3 47/5
**involve [1]**  32/8
**involved [3]**  21/7 40/6 48/1
**is [191]**
**issuance [2]**  8/1 11/2
**issue [12]**  18/25 23/23 31/12 31/17 33/4 36/16 37/18 38/15 40/9 44/18 46/11 47/7
**issued [13]**  6/24 7/19 7/20 8/8 8/13 8/15 8/18 10/1 17/16 17/17 21/6 27/11 45/11
**issues [10]**  12/1 12/13 12/19 15/13 36/1 36/23 42/7 42/19 43/11 48/14
**it [138]**
**it's [50]**  2/23 3/1 3/7 4/25 5/13 6/2 6/2 6/14 12/23 13/24 15/24 17/14 21/1 21/8 21/20 21/21 22/16 24/24 25/23 26/20 28/24 30/17 31/14 32/10 33/15 33/22 34/3 34/4 34/13 34/14 35/11 35/20 36/19 37/9 39/21 40/2 40/5 40/11 41/22 41/23 42/21 43/1 44/10 44/10 44/19 46/1 46/14 46/16 48/9 50/8
**its [18]**  8/9 8/13 8/20 9/5 9/9 9/16 10/11 10/21 15/16 17/4 30/16 31/11 32/20 32/22 39/21 44/5 44/6 45/4
**itself [5]**  12/25 13/15 14/9 24/2 28/15

## J

**job [2]**  17/5 49/4
**JOHN [3]**  1/12 3/24 36/10

## J

**joined [1]** 4/1
**joint [3]** 49/9 49/22 49/22
**JUDGE [11]** 1/10 2/6 3/5 6/19 6/23 7/21
 9/2 9/14 27/9 34/20 35/3
**judges [1]** 48/20
**judgment [9]** 6/22 7/1 7/3 7/12 7/20 7/20
 7/25 8/14 17/16
**July [3]** 1/7 8/18 38/3
**July 17th [1]** 8/18
**July 3rd [1]** 38/3
**June [5]** 8/11 9/5 17/15 27/19 38/2
**June 18 [1]** 9/5
**June 18th [1]** 8/11
**June 19th [1]** 17/15
**June 29th [1]** 38/2
**jurisdiction [4]** 11/21 15/15 15/16 34/6
**just [37]** 3/12 3/21 4/23 4/24 8/8 12/11
 18/15 20/7 20/11 20/20 20/21 20/24 21/6
 21/8 21/24 22/2 23/4 23/7 24/6 24/11
 24/22 27/17 30/13 36/2 39/19 40/14 41/9
 41/23 42/11 43/19 44/2 44/10 44/16
 45/11 45/21 46/14 49/8
**Justice [9]** 1/22 4/8 4/14 4/15 15/21
 19/22 30/14 30/23 43/3
**justification [1]** 44/6

## K

**Kaye [1]** 1/12
**keep [7]** 2/10 2/10 13/24 28/24 39/2
 40/15 40/15
**kicked [1]** 6/8
**kind [4]** 37/3 37/10 46/13 49/2
**knew [2]** 19/23 49/16
**know [45]** 2/13 2/18 6/15 14/23 15/4
 15/9 15/10 17/6 19/16 23/11 23/11 23/22
 24/24 26/5 28/8 28/15 32/24 33/1 33/3
 34/3 34/15 34/20 34/21 36/5 40/10 40/14
 42/10 42/11 43/1 43/14 43/14 44/8 44/18
 44/19 44/19 47/3 47/24 48/2 48/7 48/25
 49/14 49/21 49/22 49/24 49/24
**knowing [1]** 13/13
**knowledge [1]** 49/13
**knows [3]** 17/21 24/21 37/14

## L

**lack [2]** 8/19 20/13
**laid [1]** 12/19
**language [6]** 9/15 15/5 16/11 22/13
 22/13 32/18
**largely [1]** 8/19
**larger [1]** 42/19
**last [9]** 4/19 8/8 17/23 21/25 22/2 26/1
 26/14 28/10 40/14
**later [2]** 21/8 25/7
**law [13]** 9/10 10/16 11/23 25/9 32/5
 32/12 34/25 35/1 36/20 37/17 42/22
 44/22 46/19
**lawsuit [2]** 45/2 45/3
**lawsuits [1]** 44/2
**lawyer [2]** 5/17 19/19 43/3
**lawyers [9]** 1/18 4/3 5/3 5/7 37/14 47/25
 48/1 48/1 48/20
**lawyers' [1]** 3/20
**lead [1]** 3/25

**learned [2]** 5/5 21/18
**learning [1]** 5/6
**least [5]** 17/1 22/3 26/3 26/11 26/14
**leave [2]** 11/14 36/2
**left [2]** 7/17 25/11
**legal [6]** 16/23 31/12 36/5 39/22 42/7
 42/21
**legality [1]** 30/18
**legally [1]** 33/14
**legislating [1]** 35/6
**legislative [1]** 34/24
**legislature [1]** 35/5
**legitimate [1]** 31/1
**less [1]** 48/17
**let [14]** 2/13 2/18 3/22 4/23 6/6 15/19
 18/15 20/22 20/23 37/5 40/18 44/1 44/3
 45/7
**let's [2]** 24/8 36/8
**letter [10]** 10/25 11/4 12/25 12/25 13/2
 22/12 26/8 26/15 37/1 37/19
**letters [5]** 15/23 15/25 23/24 26/6 26/14
 34/11 41/14
**level [6]** 16/14 26/7 26/11 43/8 47/14
 49/19
**levels [2]** 17/3 20/25
**light [5]** 3/8 10/1 19/15 20/12 35/9
**like [33]** 3/6 5/20 6/19 14/1 15/22 17/8
 18/19 21/7 28/20 35/7 36/11 39/1 39/13
 40/20 41/3 41/7 41/13 42/2 42/8 42/9
 47/11 47/11 47/12 47/18 49/8 49/25 50/8
**likely [3]** 29/16 33/4 34/15
**limbo [3]** 38/20 38/21 45/24
**limited [3]** 14/25 38/15 44/24
**limits [2]** 47/1 48/6
**LINDA [3]** 1/24 52/2 52/8
**line [3]** 2/23 4/12 25/8
**lion's [1]** 33/18
**listed [1]** 37/20
**listening [1]** 2/23
**litigate [2]** 40/5 40/8
**litigated [1]** 13/12
**litigation [5]** 6/9 13/15 14/9 29/8 40/1
**little [6]** 14/23 17/5 21/5 41/23 41/23
 43/25
**lives [1]** 5/14
**LLP [2]** 1/12 1/15
**local [1]** 35/18
**located [2]** 23/13 28/4
**location [2]** 23/9 23/13
**locations [1]** 23/17
**locked [1]** 23/16
**logical [1]** 30/9
**logistical [1]** 23/18
**long [7]** 19/17 19/20 20/24 42/3 42/15
 43/17 49/15
**longer [8]** 11/7 15/6 17/25 22/14 26/17
 37/21 38/6 38/7
**look [4]** 31/19 32/9 32/10 50/17
**looked [3]** 40/12 40/12 40/13
**looking [4]** 34/9 34/17 45/6 48/12
**looks [1]** 17/8
**lost [2]** 39/10 39/11
**lot [3]** 35/18 35/19 48/23
**loved [1]** 14/10

## M

**made [12]** 6/12 17/8 17/17 17/24 20/22
 24/1 25/2 29/8 33/14 38/4 39/18 42/23
**maintain [1]** 11/21
**majority [1]** 14/19
**make [15]** 2/19 5/17 5/22 12/7 12/11
 18/15 21/25 24/5 25/3 42/5 43/9 45/11
 46/7 47/8 49/15
**maker [2]** 43/6 43/16
**makes [3]** 3/17 28/15 35/4
**making [7]** 23/18 29/17 31/14 31/16
 33/21 43/8 43/10
**managed [1]** 6/19
**mandate [7]** 8/1 8/13 8/15 12/21 17/17
 21/5 39/25
**mandated [1]** 38/24
**manner [1]** 19/3
**many [16]** 3/18 5/13 5/19 6/9 13/11
 13/19 14/1 14/1 14/7 14/8 26/5 27/7 28/9
 38/11 38/11 38/12
**March [2]** 3/3 6/23
**March 5th [1]** 6/23
**MARSHALL [7]** 1/24 2/14 2/18 4/17
 50/20 52/2 52/8
**MARYLAND [6]** 1/1 1/3 1/6 2/3 2/25 6/8
**Massachusetts [1]** 1/13
**master [1]** 49/13
**materially [1]** 28/4
**materials [1]** 45/24
**matter [5]** 13/12 18/7 28/19 39/14 52/4
**matters [5]** 5/11 13/5 30/22 35/12 35/21
 41/21 49/10
**maximum [1]** 35/9
**may [21]** 2/22 7/18 8/4 8/14 15/24 16/23
 18/12 19/5 21/19 22/9 22/9 24/7 30/18
 31/12 32/5 32/15 41/10 41/11 46/1 46/2
 46/7
**May 17 [1]** 8/14
**May 17th [1]** 7/18
**Maybe [1]** 32/11
**me [33]** 3/3 3/22 4/23 4/25 6/6 15/19
 18/15 19/3 20/23 21/20 22/16 24/5 25/14
 28/22 29/20 30/5 32/12 35/8 37/5 40/18
 41/12 43/20 43/21 44/24 46/3 46/4 47/8
 47/20 48/7 48/14 48/24 49/4 49/15
**mean [7]** 16/22 19/9 23/9 26/20 30/11
 43/12 50/8
**means [5]** 13/18 19/1 30/13 31/24 32/19
**meat [1]** 34/8
**mechanics [1]** 49/3
**media [1]** 5/25
**medical [1]** 5/17
**meet [2]** 22/21 24/2
**members [1]** 14/7
**memo [1]** 39/5
**memoranda [1]** 17/2
**memorandum [6]** 13/3 14/13 27/21 27/21
 27/22 31/1
**mentioned [1]** 6/18 8/2 20/8 48/15
**message [2]** 43/22 43/23
**MICHAEL [1]** 1/21
**might [9]** 19/21 28/20 29/25 30/19 31/3
 32/4 41/14 46/10 47/15
**mightily [1]** 5/9
**mind [7]** 3/22 6/6 12/8 24/23 28/24 42/20

## M

**mind... [1]** 43/1
**mind-reader [1]** 24/23
**minimize [1]** 26/24
**minor [1]** 13/22
**misinformation [2]** 17/11 36/17
**missing [1]** 50/7
**mistake [1]** 24/24
**month [2]** 8/8 21/5
**more [13]** 2/7 3/16 8/19 15/24 25/8 25/24 27/9 35/7 41/3 42/3 43/19 43/25 50/13
**most [5]** 15/13 16/14 17/13 25/9 37/2
**motion [5]** 6/21 6/25 45/22 47/10 49/2
**motions [1]** 6/20
**motivations [1]** 29/10
**motive [1]** 29/14
**mourning [1]** 3/4
**move [8]** 20/3 38/17 38/19 42/5 45/18 46/17 47/9 47/16
**moving [2]** 26/25 33/3
**Mr [9]** 12/15 34/10 38/7 40/19 40/21 46/7 46/8 48/14 50/13
**Mr. [8]** 18/18 35/11 37/5 41/18 44/1 46/3 49/24 50/10
**Mr. Freedman [7]** 18/18 37/5 41/18 44/1 46/3 49/24 50/10
**Mr. Freeman [1]** 35/11
**Ms [6]** 2/14 2/15 2/18 4/17 50/20 50/20
**much [16]** 3/7 4/5 5/20 6/2 11/23 15/18 19/21 35/21 41/12 43/7 45/11 46/20 47/25 50/2 50/16 50/21
**murkier [1]** 14/23
**must [1]** 8/25
**mute [1]** 2/11
**my [26]** 4/1 6/7 9/6 10/20 11/22 13/11 13/12 17/5 21/18 22/9 22/19 23/2 23/7 23/14 23/21 25/13 25/15 25/18 26/5 27/5 35/24 37/6 43/1 45/10 49/4 50/15

## N

**name [4]** 4/18 4/19 22/17 23/22
**names [1]** 4/17
**narrow [1]** 47/15
**narrowed [1]** 47/7
**narrower [1]** 45/11
**natural [1]** 22/8
**nature [1]** 10/4
**necessarily [2]** 43/4 43/5
**necessary [3]** 11/4 27/8 35/6
**need [14]** 3/16 9/21 18/14 21/17 24/6 24/6 29/23 29/24 33/1 35/25 44/15 44/22 45/25 48/7
**needed [1]** 25/11
**needs [2]** 12/12 18/23
**Neilsen [2]** 27/21 27/22
**neither [2]** 18/3 21/14
**never [5]** 5/15 17/19 18/1 28/4 37/24
**new [22]** 12/4 13/6 13/25 16/17 19/7 19/15 20/11 21/11 21/23 24/15 31/15 33/8 33/9 34/16 34/25 39/5 39/6 41/5 44/2 45/1 45/2 45/3
**news [2]** 40/1 40/11
**next [15]** 12/9 17/10 19/25 29/21 35/10 35/24 36/8 36/9 36/11 43/20 46/9 47/23 48/13 50/9 50/18

## no, nobody...

**no [19]** 1/3 9/20 11/7 15/6 17/25 19/16 22/14 23/16 26/17 27/22 35/17 37/21 38/6 38/7 41/3 41/16 43/15 44/12 50/14
**nobody [2]** 2/21 37/14
**noises [1]** 2/11
**non [3]** 12/21 40/8 44/21
**non-compliance [1]** 12/21
**non-decision [1]** 44/21
**non-statutory [1]** 40/8
**nor [1]** 18/3
**not [109]**
**note [1]** 7/25
**noted [7]** 8/22 9/1 9/6 9/7 9/13 9/19 28/13
**NOTES [1]** 1/25
**nothing [3]** 28/16 43/19 47/22
**notice [3]** 7/16 28/12 38/3
**notification [1]** 26/3
**notwithstanding [3]** 30/17 38/4 39/10
**now [27]** 2/3 2/7 5/8 13/11 13/22 13/23 15/9 16/4 18/5 18/19 19/3 21/1 24/10 27/12 28/9 31/11 31/21 34/15 36/13 40/25 43/24 45/8 46/5 47/2 47/23 50/9 50/23
**nullity [1]** 9/17
**number [9]** 7/16 25/10 30/5 41/6 41/7 42/12 42/16 42/16 42/18
**NW [4]** 1/13 1/16 1/19 1/22

## O

**objection [1]** 24/14
**obligation [1]** 30/13
**obligations [1]** 42/22
**observation [1]** 18/15
**obviously [2]** 29/2 49/13
**occurred [1]** 3/3
**October [1]** 6/11
**off [4]** 6/8 26/4 27/23 47/1
**offer [6]** 20/20 20/20 20/21 25/24 27/8 49/20
**office [2]** 23/10 41/20
**offices [1]** 23/12
**official [3]** 1/24 24/1 52/8
**officials [2]** 14/25 15/7
**okay [10]** 28/18 37/20 38/20 41/25 43/24 44/7 50/5 50/15 50/18 50/21
**old [1]** 13/21
**omnibus [1]** 45/12
**omnipresent [1]** 43/2
**omniscience [1]** 43/2
**on [100]**
**once [1]** 40/4
**one [27]** 3/11 3/13 3/16 4/9 4/10 7/4 7/21 10/5 13/21 14/4 21/3 22/11 25/2 25/2 30/3 30/5 31/12 34/3 36/12 36/14 36/24 39/25 41/6 42/16 42/16 44/12 46/2
**one-page [1]** 46/2
**ones [2]** 14/10 43/10
**ongoing [9]** 15/16 17/2 18/6 18/10 21/4 21/6 21/15 22/5 45/12
**online [1]** 23/10
**only [9]** 4/9 4/10 8/2 19/17 32/6 35/13 37/6 42/22 45/5
**open [4]** 5/2 28/10 33/21 45/1
**operations [1]** 5/9
**opinion [11]** 6/24 6/24 7/19 9/15 16/20

## opportunity...

**opportunity [7]** 5/4 12/11 12/15 16/10 32/21 36/7 46/18
**opposed [2]** 33/23 45/6
**options [1]** 30/19
**or [46]** 3/11 3/20 5/19 6/21 7/1 7/5 7/9 7/11 10/14 10/14 10/15 11/14 16/1 16/3 16/24 19/5 19/11 21/14 21/21 22/21 22/23 23/1 23/8 23/10 23/10 23/25 24/2 24/12 24/22 24/24 25/19 26/3 29/9 29/23 31/2 32/1 32/15 32/24 33/8 33/9 35/5 38/13 41/22 45/8 48/17 50/4
**order [18]** 8/18 9/6 9/8 10/1 10/20 10/20 11/14 11/23 12/22 18/23 27/15 29/25 32/25 39/17 43/15 44/25 45/19 46/18
**ordered [6]** 10/4 38/23 38/24 39/12 40/14 40/17
**orders [4]** 3/8 11/22 17/12 46/17
**ordinarily [1]** 5/2
**originally [1]** 3/2
**other [18]** 3/12 5/4 7/13 8/4 10/15 11/8 11/15 13/11 14/7 14/8 28/8 28/9 36/23 41/23 43/24 44/16 48/15 49/3
**others [2]** 2/22 26/23
**otherwise [2]** 3/14 6/1
**ought [7]** 13/19 15/10 15/12 29/19 29/21 32/12 42/2
**our [22]** 2/14 2/15 3/4 4/24 5/7 5/19 6/18 13/21 14/3 14/7 25/4 25/7 35/18 35/18 35/24 36/8 36/9 40/10 41/21 41/21 44/18 50/19
**ourselves [1]** 5/1
**out [29]** 3/22 5/19 11/20 11/24 12/19 17/9 19/7 20/8 20/15 20/21 21/5 21/17 22/3 25/5 25/10 25/11 28/21 29/16 32/5 32/9 32/12 34/16 35/21 36/17 38/9 38/14 41/14 41/24 49/21
**outdated [1]** 16/4
**outright [2]** 23/1 23/25
**outset [1]** 17/13
**outside [1]** 14/25
**over [5]** 17/22 21/5 21/25 27/7 28/10
**overhauled [1]** 13/3
**overseas [2]** 14/5 14/10
**own [5]** 23/7 34/15 39/21 44/5 44/6

## P

**P-R-O-C-E-E-D-I-N-G-S [1]** 2/1
**p.m [2]** 1/8 50/25
**page [5]** 22/23 25/8 46/2 47/1 48/6
**pages [1]** 3/20
**pandemic [1]** 5/1
**paper [1]** 39/20
**papers [1]** 31/22
**paraphrase [1]** 30/23
**parole [25]** 11/12 11/17 12/5 13/2 13/8 14/2 14/6 14/13 14/14 14/20 19/18 20/8 20/9 21/10 21/13 21/13 21/20 21/22 22/4 22/7 23/8 33/6 36/18 33/9 41/5
**parroted [2]** 8/19 45/10
**part [17]** 6/24 6/25 6/25 7/2 7/2 7/21 7/22 16/2 16/25 19/6 30/21 30/24 37/2 40/20 40/22 49/22
**participating [2]** 2/8 7/8
**participation [1]** 23/9
**particular [3]** 16/18 22/17 24/2

**P**

**particularly [2]** 19/22 20/12
**parties [9]** 3/11 6/20 11/25 20/3 31/12 32/16 33/4 33/13 49/10
**parts [1]** 6/9
**passed [1]** 43/23
**past [1]** 43/1
**patiently [1]** 14/9
**PAUL [2]** 1/10 2/3
**pecking [1]** 43/15
**pencil [1]** 19/10
**pending [4]** 18/4 21/15 22/4 27/3
**people [11]** 2/7 2/23 3/18 5/3 5/13 5/15 7/8 11/8 14/20 36/25 43/9
**perception [1]** 29/16
**perfect [1]** 34/23
**perhaps [4]** 18/22 34/6 47/14 48/19
**period [1]** 23/25
**person [4]** 3/13 3/16 41/24 49/19
**personal [3]** 5/14 7/10 25/1
**personally [1]** 6/4
**perspective [2]** 18/17 50/11
**pertained [1]** 10/18
**Petition [1]** 8/7
**petitions [1]** 35/16
**PEZZI [10]** 1/21 4/8 15/20 34/10 38/7 40/19 40/21 46/7 48/14 50/13
**phone [1]** 49/1
**phrase [2]** 7/7 8/19
**physically [1]** 2/22
**place [6]** 13/17 14/17 18/5 22/5 23/19 27/1
**placed [1]** 18/4
**placing [1]** 33/6
**plaintiff [3]** 1/12 18/18 46/24
**plaintiff's [10]** 7/2 15/22 15/23 16/1 16/2 16/12 23/23 28/5 29/2 38/22
**plaintiffs [33]** 1/4 3/14 3/23 3/25 4/1 7/16 9/23 10/24 11/1 11/6 12/3 12/10 12/14 14/3 19/14 22/9 23/23 27/12 28/19 28/25 29/12 30/1 31/21 32/25 33/5 33/18 35/25 36/2 36/11 42/18 47/17 48/10 50/12
**plaintiffs' [2]** 26/14 27/6
**plans [4]** 5/18 5/18 14/4 25/5
**please [4]** 2/18 37/12 46/3 50/17
**point [8]** 11/23 17/6 19/10 25/15 27/9 28/6 29/2 44/21
**pointed [2]** 11/20 11/24
**pointing [1]** 25/10
**polarizing [1]** 35/3
**policies [5]** 9/17 10/22 12/8 12/23 13/4
**policy [45]** 6/13 7/5 9/3 9/13 10/6 10/10 10/18 15/10 15/10 16/18 17/3 18/4 18/10 19/7 19/15 20/25 21/15 22/5 23/19 24/15 27/1 27/3 27/4 27/6 27/10 27/13 27/16 27/19 27/20 27/23 28/3 28/11 28/15 28/15 28/17 28/25 29/3 29/4 30/7 31/3 31/18 33/7 38/8 45/23
**political [1]** 40/7
**population [1]** 24/8
**Porter [2]** 1/12 3/25
**portion [1]** 15/22
**position [13]** 20/1 29/25 30/12 31/11 31/21 34/5 36/2 36/5 36/18 38/22 40/10 47/5 49/19

**positions [1]** 33/12
**positive [1]** 43/18
**possible [6]** 5/22 15/24 26/12 26/24 27/25 35/9
**postings [1]** 11/18
**pot [1]** 24/16
**potential [1]** 27/3
**potentially [1]** 20/10
**powerful [1]** 43/2
**practice [1]** 2/4
**pre [4]** 9/9 9/16 10/12 10/21
**pre-September 5th [4]** 9/9 9/16 10/12 10/21
**precise [2]** 22/16
**precision [1]** 49/25
**precision-like [1]** 49/25
**prefer [1]** 43/7
**preliminary [2]** 17/22 44/13
**prepared [2]** 32/25 45/19
**presence [1]** 43/2
**present [1]** 2/22
**presentation [2]** 15/23 16/3
**presiding [1]** 2/4
**pressed [1]** 34/4
**pressure [1]** 47/24
**pretty [1]** 30/14
**prevailing [2]** 11/24 13/14
**previously [1]** 11/9
**prior [9]** 13/14 13/17 14/17 15/11 17/2 19/2 30/9 37/4 37/7
**proactively [2]** 15/6 28/6
**probably [5]** 2/7 19/13 30/4 40/25 50/6
**problem [3]** 20/3 26/11 26/21
**procedural [2]** 22/22 39/17
**procedurally [2]** 4/23 46/16
**Procedure [8]** 7/14 8/17 8/25 9/3 10/8 30/8 31/17 34/2
**proceed [4]** 5/10 28/19 35/8 45/20
**proceeding [3]** 3/18 6/16 40/1
**proceedings [7]** 1/9 2/24 7/11 7/24 29/24 35/8 52/3
**process [7]** 9/21 19/20 29/13 31/25 33/2 41/8 42/20
**processed [3]** 17/22 23/13 37/10
**processing [2]** 19/8 36/4
**professional [1]** 5/14
**professor [1]** 25/9
**program [8]** 10/11 11/13 13/9 13/14 15/3 37/4 38/10 39/4
**Programs [1]** 19/22
**prompt [1]** 38/9
**prospectively [1]** 22/3
**protected [3]** 5/15 15/12
**Protection [1]** 9/22
**provide [1]** 15/6
**provided [3]** 7/6 7/10 46/10
**public [9]** 2/21 4/12 5/3 16/12 22/18 26/23 36/15 36/20 38/9
**published [3]** 7/19 8/10 13/3
**pulled [1]** 15/8
**punitive [1]** 48/22
**purposes [2]** 7/10 11/15
**pursuant [2]** 8/16
**pursue [1]** 44/4
**put [8]** 2/6 8/5 18/22 24/16 24/18 35/1 36/15 47/8

**puts [2]** 37/13 37/14
**putting [4]** 36/17 42/3 45/24 47/24
**PWG [1]** 1/4

**Q**

**qualified [1]** 31/25
**quality [1]** 25/19
**quantity [1]** 25/19
**question [9]** 20/8 20/18 21/10 22/8 23/14 25/18 25/23 35/24 45/8
**Questions [1]** 28/7
**quickly [6]** 26/24 28/24 40/4 47/5 49/4 49/4
**quite [1]** 35/15
**quo [10]** 9/10 13/5 14/15 16/5 16/10 16/11 30/8 32/11 32/18 39/12
**quote [5]** 9/15 25/14 37/19 37/20 37/25

**R**

**Rachel [2]** 4/14 4/18
**raise [2]** 11/1 16/9
**raised [2]** 12/13 16/8
**rather [4]** 21/8 21/22 25/7 41/9
**re [3]** 31/19 32/9 32/10
**re-look [3]** 31/19 32/9 32/10
**reach [2]** 9/21 34/21
**read [1]** 34/20
**reader [1]** 24/23
**reading [1]** 15/25
**real [1]** 43/15
**realistic [1]** 48/19
**really [2]** 3/7 16/3
**reapply [1]** 25/16
**reason [7]** 18/9 26/16 26/18 37/20 38/1 41/17 41/23
**reasoning [1]** 45/25
**reasons [4]** 22/25 23/4 23/5 36/20
**reassigned [1]** 3/2
**reassurance [1]** 19/14
**receipt [3]** 17/23 37/9 41/8
**receive [2]** 22/11 32/16
**received [9]** 11/9 18/2 18/21 23/16 26/15 32/2 38/2 38/11 43/23
**recently [2]** 8/8 25/3
**recipients [3]** 11/13 14/1 14/8
**recognition [1]** 31/10
**recognized [1]** 31/13
**record [13]** 2/13 2/20 3/11 3/12 24/11 34/14 39/18 40/2 40/4 44/6 44/8 45/25 52/3
**red [1]** 25/8
**redacted [1]** 22/18
**reduced [1]** 33/13
**reevaluate [2]** 31/11 32/21
**refer [1]** 24/17
**referred [3]** 6/14 7/6 18/18
**referring [1]** 41/18
**reflect [1]** 19/12
**reflection [1]** 16/9
**regard [5]** 7/4 7/12 19/21 32/11 35/20
**regarding [1]** 9/12
**regardless [1]** 29/21
**Regents [1]** 8/10
**regrettable [1]** 20/13
**Regrettably [1]** 23/15
**reinforces [1]** 37/15

**R**

**reject** [2]  24/20 41/22
**rejected** [14]  17/25 18/3 18/8 21/14 21/22 22/6 23/1 23/3 23/4 23/25 26/4 26/16 26/19 41/17
**rejecting** [2]  22/12 27/2
**rejection** [3]  22/7 24/13 37/1
**rejections** [1]  24/8
**related** [1]  37/18
**relatives** [1]  14/4
**released** [1]  17/7
**relevant** [2]  27/9 28/4
**reliance** [8]  16/21 16/24 17/1 30/21 31/1 31/2 31/3 31/7
**relief** [1]  9/23
**remanded** [2]  7/23 32/7
**removal** [1]  7/11
**rendered** [2]  9/16 30/24
**renewal** [1]  22/21
**renewals** [1]  23/1
**repeating** [1]  12/3
**reply** [1]  36/7
**report** [3]  36/12 43/20 49/9
**reporter** [5]  1/24 2/14 4/18 52/1 52/8
**represent** [1]  24/10
**request** [8]  11/8 12/10 22/7 22/12 22/21 25/3 26/16 47/7
**requested** [1]  10/17
**requesters** [1]  27/2
**requestor** [1]  18/1
**requestors** [7]  17/19 18/8 21/24 22/15 23/3 26/18 26/22
**requests** [17]  11/8 17/19 17/21 18/8 19/4 21/13 22/4 22/14 22/25 23/1 23/2 23/8 23/24 26/17 27/2 37/21 46/13
**require** [1]  41/10
**required** [2]  17/22 31/9
**requirements** [1]  22/22
**requires** [1]  24/19
**rescind** [5]  6/12 8/23 10/6 10/15 39/3
**rescinded** [5]  13/7 13/8 13/9 14/11 31/23
**rescission** [19]  6/17 8/3 9/2 9/4 9/7 9/8 10/4 10/5 10/10 10/15 13/14 13/17 14/12 14/17 15/5 19/2 30/6 30/9 31/19
**reservations** [1]  30/18
**resolve** [2]  13/15 14/9 47/12
**resolved** [2]  21/8 32/14
**resources** [1]  19/12
**respect** [17]  16/5 16/5 17/9 17/10 17/18 18/11 18/12 20/11 20/18 21/11 22/8 22/10 26/22 27/4 27/15 28/16 47/3
**respond** [3]  34/11 36/6 46/18
**responded** [1]  47/16
**responding** [1]  42/10
**response** [5]  20/23 43/4 43/5 48/13 49/2
**restored** [5]  10/11 10/20 14/14 15/11 30/12
**restores** [1]  30/8
**restoring** [3]  9/8 9/16 13/5
**resubmit** [1]  25/20
**result** [4]  8/6 27/20 27/22 34/23
**retain** [2]  30/19 30/20
**return** [1]  11/15
**returned** [2]  11/16 32/19
**returning** [1]  9/10

**reversed** [3]  7/21 9/2 9/14
**reviewing** [1]  44/5
**revoke** [1]  30/16
**right** [15]  2/5 4/5 4/22 15/18 16/4 16/22 20/19 34/15 35/23 36/16 39/22 47/1 47/2 50/6 50/22
**rightly** [1]  23/25
**Rights** [2]  1/19 4/4
**Roberts'** [1]  30/14
**Rosenberg** [4]  4/13
**routine** [1]  5/11
**RPR** [1]  52/8
**rule** [4]  8/16 36/7 36/20 37/17
**ruled** [1]  27/9
**rules** [4]  8/16 13/14 13/17 35/18
**ruling** [5]  9/2 9/14 9/19 19/1 45/10
**rulings** [6]  7/21 8/20 10/2 11/6 29/4 42/23
**run** [3]  16/3 17/4 18/11
**running** [1]  2/16
**RWT** [1]  3/2

**S**

**safe** [2]  6/5 50/17
**said** [13]  9/15 15/6 20/13 25/5 27/17 28/9 29/18 31/5 39/3 40/12 40/13 40/14 45/10
**same** [10]  6/14 13/2 13/17 14/16 21/12 21/23 23/9 23/10 23/13 33/10
**sat** [1]  25/5
**say** [12]  6/4 13/24 18/7 18/20 24/6 24/6 24/17 26/25 30/5 34/12 35/19 41/25
**saying** [10]  19/6 22/14 23/24 24/9 26/16 28/9 38/25 38/25 42/12 45/17
**says** [4]  32/18 33/25 45/15 45/23
**schedule** [3]  46/25 48/5 48/19
**scheduling** [1]  49/1
**Scholer** [1]  1/12
**school** [3]  5/6 9/10 25/9
**screens** [1]  2/10
**screw** [1]  25/15
**second** [3]  4/18 37/2 38/19
**Secretary** [3]  12/25 27/21 39/5
**security** [12]  1/6 3/1 6/12 8/9 12/4 13/19 16/8 16/16 17/4 17/17 21/1 30/24
**Security's** [1]  8/23
**see** [9]  2/7 2/7 2/8 3/7 5/4 20/3 36/8 39/21 46/20
**seeing** [1]  5/24
**seek** [1]  41/7
**seeking** [2]  8/7 14/20
**seemingly** [1]  25/10
**seems** [6]  19/3 29/20 30/5 30/9 32/12 41/12
**seen** [1]  41/20
**sees** [1]  16/12
**send** [2]  36/25 41/14
**senior** [1]  30/24
**sense** [5]  3/17 28/20 29/22 34/18 42/9
**separate** [2]  19/5 21/15
**September** [16]  6/17 9/7 9/9 9/16 9/18 10/12 10/21 10/22 12/2 12/24 14/11 15/5 15/11 27/23 31/24 37/8
**September 22nd** [1]  12/2
**September 5th** [9]  6/17 9/7 9/18 10/22 12/24 14/11 15/5 15/11 27/23

**series** [2]  3/8 44/2
**served** [1]  33/20
**session** [1]  2/3
**set** [5]  4/23 8/25 16/19 30/7 41/8
**seven** [1]  3/20
**several** [2]  23/17 23/19
**Shakespeare** [1]  25/15
**share** [4]  14/24 19/24 33/18 35/15
**sharing** [22]  7/5 7/6 7/9 9/13 9/17 10/18 10/21 12/7 13/4 13/9 14/22 27/4 27/10 27/13 27/16 27/18 27/18 28/3 28/8 28/11 28/17 36/19
**sharp** [1]  19/10
**she** [1]  4/20
**short** [3]  39/5 40/25 41/1
**shortly** [1]  8/12
**should** [26]  13/16 13/16 14/14 14/15 14/16 14/20 16/15 21/22 27/18 28/23 30/2 30/3 32/23 35/17 36/9 38/14 40/2 40/3 40/25 41/16 45/4 46/1 46/17 47/10 50/8 50/10
**shouldn't** [3]  25/1 41/12 45/18
**Show** [4]  45/18 46/17 47/10 49/2
**shy** [1]  2/19
**side** [1]  27/20
**sides** [1]  29/25
**sign** [1]  41/25
**signature** [1]  22/23
**signed** [1]  41/22
**significance** [1]  16/24
**silly** [1]  25/7
**similar** [1]  22/13
**Similarly** [1]  14/1
**simple** [1]  22/22
**simply** [7]  24/14 25/20 27/22 32/14 33/23 43/19 45/10
**since** [5]  11/1 12/10 22/19 27/19 48/14
**single** [1]  44/3
**sir** [7]  12/16 24/4 36/11 43/21 46/4 50/1 50/13
**sitting** [5]  13/13 21/2 23/10 38/12 38/13
**situation** [3]  19/25 21/25 30/11
**sketch** [1]  28/21
**skillful** [2]  19/19 41/20
**skills** [1]  5/5
**slightly** [1]  20/10
**slowly** [1]  2/16
**Smith** [2]  2/15 50/20
**so** [74]
**software** [1]  41/10
**solely** [2]  17/25 22/6
**some** [48]  2/7 2/7 5/22 5/24 6/1 16/4 16/10 16/23 17/11 19/20 21/21 22/13 23/2 23/18 24/1 25/24 26/2 26/4 26/8 26/14 26/22 26/24 28/6 28/20 29/7 29/21 32/16 34/9 37/8 41/8 41/15 41/23 42/3 42/4 42/6 42/9 42/13 42/17 42/19 42/25 43/11 43/13 44/23 45/14 46/11 47/14 48/12 48/21
**Somebody** [1]  38/3
**somehow** [2]  24/2 27/15
**someone** [2]  18/17 49/16
**something** [18]  6/3 13/18 13/18 14/18 16/7 20/14 29/12 29/15 32/16 34/13 41/22 42/2 44/25 49/5 49/12 50/4 50/7 50/8

**S**

**somewhat [2]** 25/13 41/2
**somewhere [1]** 38/4
**soon [1]** 48/4
**sooner [1]** 21/8
**sorry [2]** 24/4 39/15
**sort [6]** 26/4 42/13 45/12 48/12 48/21 49/15
**sorts [3]** 17/21 23/3 23/5
**sought [2]** 9/24 11/9
**sounding [1]** 49/17
**sounds [1]** 49/8
**SOUTHERN [1]** 1/2
**speak [6]** 2/16 2/19 3/16 3/18 3/23 12/16
**speaker [1]** 3/13
**speaking [4]** 2/12 4/6 4/10 5/24
**specific [2]** 8/20 20/19
**Specifically [1]** 8/22
**speculate [1]** 20/23
**staff [1]** 50/19
**stage [1]** 4/23
**standard [1]** 37/3
**standing [1]** 34/5
**stands [1]** 50/23
**start [1]** 15/22
**started [1]** 19/8
**stated [2]** 8/13 26/7
**STATES [9]** 1/1 1/10 2/2 3/1 6/10 8/21 10/3 11/14 11/15
**status [26]** 1/9 3/7 9/9 9/10 9/10 9/16 10/11 10/12 10/21 13/5 14/14 16/5 16/10 16/11 17/12 19/5 19/13 20/9 21/11 30/8 32/11 32/18 34/12 36/17 39/12 49/9
**statutory [1]** 40/8
**stay [2]** 6/5 50/17
**STENOTYPE [1]** 1/25
**step [2]** 39/25 45/13
**STEPHEN [1]** 1/21 15/20
**steps [10]** 11/4 12/9 19/25 29/21 33/24 35/11 35/24 36/8 36/9 36/11
**Steven [1]** 4/8
**sticking [1]** 25/15
**still [8]** 3/3 6/2 11/7 16/23 18/6 36/17 39/6 39/9
**straightened [2]** 22/3 35/21
**Street [3]** 1/16 1/19 1/22
**strikes [1]** 28/22
**string [1]** 48/8
**strong [1]** 31/3
**struggled [1]** 5/9
**stuff [1]** 46/14
**subject [7]** 21/9 21/18 28/1 28/11 34/16 40/6 40/7
**submission [1]** 12/1
**submit [1]** 22/20
**submitted [5]** 23/9 23/10 25/3 37/1 37/19 50/19
**subset [1]** 24/12
**substantive [1]** 35/20
**succinctly [1]** 47/5
**such [9]** 2/12 5/10 17/24 21/13 22/3 33/7 41/14 49/20 49/21
**suggest [2]** 29/3 30/2
**suggested [2]** 31/22 37/16
**suggestion [2]** 27/14 46/7
**suit [2]** 13/22 18/19

**Suite [1]** 1/19
**summary [5]** 6/21 7/1 7/3 7/12 12/18
**supported [2]** 33/13 36/5
**supports [1]** 39/20
**suppose [1]** 29/23
**supposed [3]** 25/25 26/1 26/2
**Supreme [32]** 8/5 8/8 8/11 8/21 9/5 10/2 10/8 11/2 11/5 11/22 16/16 16/19 16/25 17/14 17/16 17/23 19/15 21/2 21/4 29/5 29/7 29/9 31/5 32/20 33/25 38/3 38/5 38/23 39/11 39/24 40/12 45/9
**sure [9]** 2/19 5/8 12/11 19/19 21/7 24/5 29/17 42/6 47/22
**surgical [1]** 49/25
**suspect [5]** 19/17 31/21 32/4 32/17 44/22
**suspended [1]** 14/6
**sustained [1]** 9/2

**T**

**take [22]** 7/25 12/19 18/5 18/23 20/24 22/5 24/8 27/23 30/17 31/21 32/4 34/5 34/5 38/7 39/9 41/11 41/12 44/14 45/16 46/14 50/18 50/22
**taken [5]** 10/6 12/7 25/21 44/4 45/13
**takes [2]** 8/14 18/23
**taking [9]** 2/14 10/15 24/11 32/22 33/24 34/1 37/7 38/21 48/23
**talk [7]** 12/9 15/17 35/10 37/1 49/1 50/8 50/10
**talked [2]** 1/9 43/10
**talking [4]** 45/5 48/4 48/5 48/6
**talks [2]** 32/6 43/3
**targeted [1]** 45/22
**Technology [1]** 5/22
**tee [1]** 45/22
**telephone [2]** 6/2 32/15
**tell [4]** 18/5 25/14 38/5 40/6
**telling [2]** 37/7 47/2
**terms [1]** 19/25 32/19 38/15 39/13 41/1 21/22 25/8 28/9 41/3 41/9 43/19 47/25
**than [13]** 2/8 3/16 6/2 15/25 20/10 21/8 21/22 25/8 28/9 41/3 41/9 43/19 47/25
**thank [9]** 4/16 4/22 12/17 12/18 15/18 37/12 50/16 50/19 50/20
**Thanks [1]** 4/5
**that [433]**
**that's [28]** 3/17 3/21 5/8 16/22 18/16 18/17 25/2 26/13 30/3 32/6 32/14 33/3 33/4 33/12 35/6 36/4 36/19 37/11 38/1 38/7 38/15 40/16 45/10 45/15 46/1 47/21 50/4 50/6
**their [33]** 3/10 3/19 5/14 5/14 10/13 11/11 11/16 12/3 13/3 13/18 13/19 14/3 14/16 18/11 19/1 19/6 19/12 22/11 22/12 23/24 27/13 30/24 31/22 33/20 36/25 37/4 39/17 40/3 41/21 42/10 42/18 45/25 50/19
**them [30]** 5/6 5/18 12/11 13/19 19/16 20/16 20/20 24/9 24/11 24/12 24/16 27/8 31/9 31/25 32/1 33/6 33/10 33/11 36/2 36/3 36/4 38/21 39/7 39/12 40/21 41/9 41/13 41/15 41/17 46/10
**then [23]** 6/7 11/15 19/3 19/5 25/16 29/23 30/14 31/17 33/12 33/25 35/7 36/4 36/7 40/4 46/18 47/6 47/7 47/8 48/2 48/4 48/18 48/24 49/22

**there [49]** 2/22 5/15 5/17 6/20 8/3 8/4 9/20 15/24 16/23 17/1 17/2 19/5 19/6 20/19 20/24 21/4 22/25 23/2 24/13 26/2 26/6 26/8 27/1 27/22 28/1 28/19 29/16 31/1 31/2 32/5 32/5 32/7 32/9 32/12 32/12 33/16 34/6 35/12 36/22 39/19 41/9 44/6 44/22 46/19 46/20 47/6 47/9 50/7 50/7
**there's [11]** 2/21 3/16 6/9 11/23 15/15 19/16 20/7 30/1 32/9 44/11 44/21
**thereafter [1]** 8/12
**therefore [2]** 9/1 9/25
**these [23]** 5/1 5/20 12/13 14/7 14/15 14/18 19/4 21/6 21/15 22/5 23/8 23/13 33/17 34/11 34/22 35/5 38/21 40/17 43/11 44/17 47/3 48/22 49/18
**they [102]**
**they're [6]** 21/8 23/9 24/11 32/17 40/15 50/3
**they've [2]** 13/15 46/22
**thing [15]** 14/21 16/15 18/14 30/3 30/5 34/3 37/10 43/24 45/12 47/4 48/8
**things [22]** 2/16 3/7 6/1 19/2 20/7 29/17 30/8 32/22 33/2 33/17 34/16 35/5 39/12 39/19 40/15 44/17 47/3 48/2 48/15 48/22 49/3 49/18
**think [45]** 4/24 11/23 12/12 12/15 12/18 15/13 15/24 16/14 16/22 17/13 20/4 20/7 20/12 23/16 24/22 26/2 26/7 27/5 27/9 27/17 27/18 28/24 29/19 30/3 31/10 33/14 33/18 33/19 34/10 35/11 35/20 36/15 36/23 37/15 38/9 38/10 39/1 40/16 42/4 42/15 43/18 45/21 46/16 50/1 50/4 50/6
**thinking [4]** 6/7 21/3 40/23 40/24
**third [2]** 14/21 37/18
**this [85]**
**those [30]** 2/9 4/17 6/6 7/7 9/25 10/13 11/13 15/13 15/25 17/8 17/21 17/24 19/8 23/3 23/4 24/8 25/16 26/6 29/11 29/17 31/5 32/22 34/7 35/22 39/25 42/24 43/8 43/9 48/15
**though [4]** 12/6 20/1 29/11 30/19
**thoughtful [1]** 19/19
**thoughts [2]** 42/25 48/18
**three [4]** 10/13 12/20 42/16 42/18
**threshold [3]** 22/22 26/4 34/7
**through [1]** 43/11
**thus [2]** 12/13 33/19
**tight [1]** 47/18
**tightly [1]** 48/9
**time [35]** 2/12 5/13 13/22 14/2 15/2 17/19 18/8 18/18 18/20 18/23 19/11 19/23 21/24 22/10 22/15 22/21 23/1 23/3 24/6 26/17 27/2 28/12 33/7 33/9 34/23 41/11 41/12 44/11 44/11 44/12 46/5 47/2 47/18 48/23 49/21
**timeline [1]** 19/14
**times [1]** 5/21
**timetable [1]** 48/16
**timing [3]** 15/17 20/8 20/18
**Titus [5]** 3/5 6/19 6/23 27/9 35/3
**Titus' [4]** 7/21 9/2 9/14 34/20
**today [17]** 3/4 4/10 4/10 4/24 6/7 8/15 12/9 12/20 15/14 17/5 20/2 21/18 34/17 40/11 49/10 49/11 50/7
**today's [2]** 6/16 12/2

**T**

**told** [3]  25/20 39/3 44/17
**too** [6]  19/10 19/21 20/10 26/20 48/11 48/21
**top** [1]  26/5
**tough** [2]  19/25 43/9
**towards** [1]  43/17
**transcript** [2]  1/9 52/3
**TRANSCRIPTION** [1]  1/25
**transparency** [8]  36/14 36/14 36/15 36/23 37/18 38/10 42/16 48/14
**transparent** [1]  33/21
**Travel** [1]  5/18
**treat** [2]  39/14 39/16
**treating** [2]  19/4 33/10
**tremendous** [1]  48/25
**tried** [1]  19/20
**trust** [1]  34/14 44/17
**truth** [1]  36/3
**try** [14]  2/6 2/16 20/3 24/21 25/16 30/4 33/20 34/18 35/25 40/21 41/15 42/25 47/12 49/17
**trying** [2]  5/10 33/23
**turn** [2]  35/21 47/3
**two** [10]  4/11 10/10 14/3 17/23 30/5 36/11 36/22 41/7 42/15 42/17
**type** [1]  34/22
**typically** [2]  13/18 14/19

**U**

**U.S** [2]  1/6 1/22
**ulterior** [1]  29/14
**ultimate** [1]  43/6
**unable** [1]  17/9
**uncommon** [1]  22/20
**under** [23]  5/10 8/24 9/3 9/20 10/23 11/9 11/12 11/13 13/13 13/16 14/16 17/22 21/12 30/7 37/24 40/8 41/16 42/22 44/5 44/13 45/2 45/3 50/3
**underlying** [2]  29/8 29/12
**understand** [9]  20/1 20/4 20/6 26/9 27/14 41/1 42/19 43/8 45/25
**understanding** [8]  11/6 11/11 11/17 21/18 22/19 23/2 23/7 25/25
**undertake** [2]  42/11 42/24
**unfortunate** [4]  16/7 29/15 29/15 34/22
**unfortunately** [1]  26/21
**uniform** [1]  23/19
**UNITED** [9]  1/1 1/10 2/2 3/1 6/10 8/21 10/3 11/14 11/15
**United States** [6]  2/2 3/1 8/21 10/3 11/14 11/15
**universe** [2]  24/12 24/12
**University** [1]  8/10
**unless** [2]  2/11 45/14
**unmanageable** [1]  3/15
**unsuccessful** [3]  26/9 26/10 27/13
**until** [2]  2/11 33/7
**unusual** [1]  14/18
**up** [9]  2/19 12/19 17/11 25/5 34/25 35/13 45/1 45/22 48/8
**upon** [8]  8/1 9/24 11/18 17/23 25/19 32/18 33/15 48/16
**Urban** [2]  1/19 4/4
**us** [13]  2/18 5/23 6/1 33/15 39/3 40/4

40/6 44/14 44/14 44/17 46/14 46/19 46/25
**USCIS** [5]  16/4 23/16 24/1 37/21 38/4
**use** [1]  6/15
**used** [4]  6/3 7/7 9/9 14/23
**using** [2]  7/5 7/9

**V**

**vacated** [6]  7/22 9/4 9/11 10/11 13/6 27/11
**vacation** [1]  5/18
**valid** [1]  9/3
**various** [1]  31/8
**vast** [1]  14/19
**version** [1]  22/18
**versions** [1]  26/6
**versus** [2]  3/1 8/9
**very** [13]  8/12 14/25 15/18 28/24 39/5 42/5 43/7 46/20 48/4 49/16 49/16 49/16 50/16
**via** [1]  5/24
**view** [1]  29/2
**views** [1]  31/13
**violating** [2]  27/15 40/11
**violation** [3]  10/7 45/9 46/17
**VIRTUAL** [1]  1/9
**virtue** [1]  9/23
**virus** [1]  5/18
**visit** [3]  11/14 14/4 14/10
**void** [1]  10/22 12/8
**voluntarily** [1]  50/2
**vulnerable** [1]  5/18

**W**

**waited** [1]  13/15
**waiting** [1]  14/8
**want** [32]  2/13 2/24 6/4 12/11 12/19 20/9 20/11 21/24 24/5 28/21 29/20 33/20 35/10 38/14 39/17 39/20 40/16 42/13 43/12 43/13 44/8 44/8 45/1 46/12 46/12 46/13 46/24 47/9 47/22 48/8 48/21 48/22
**wanted** [1]  11/20 19/7
**warm** [1]  49/15
**was** [96]
**Washington** [7]  1/13 1/16 1/18 1/20 1/23 4/3 8/3
**way** [22]  5/5 6/6 19/2 19/16 21/23 25/21 26/21 31/23 33/10 33/15 33/21 33/23 34/1 34/11 34/18 42/3 42/15 43/17 46/22 46/23 48/23 49/15
**ways** [4]  5/22 16/11 25/10 28/19
**we** [111]
**we'd** [2]  15/16 47/18
**we'll** [2]  21/3 34/7
**we're** [13]  3/3 6/3 12/10 12/23 13/9 19/25 24/9 39/1 39/8 44/17 44/18 44/20 44/23 45/3 45/5 45/19 48/2
**we've** [1]  37/1
**website** [18]  16/3 16/13 19/12 20/13 22/14 26/21 27/25 28/2 28/6 28/23 29/3 29/17 36/16 36/22 40/24 41/4 48/15 49/20
**websites** [2]  11/18 16/3
**week** [18]  21/6 25/7 40/14 42/11 42/13 44/7 46/9 49/10
**weeks** [3]  22/1 26/1 26/15

**weights** [1]  16/24
**well** [9]  4/14 5/16 6/5 7/14 8/5 33/20 37/6 44/7 47/19
**well-served** [1]  33/20
**went** [1]  30/15
**were** [39]  2/17 5/6 8/6 9/25 10/6 10/14 10/19 10/22 10/24 11/3 11/7 11/7 11/13 11/13 11/17 12/24 13/10 13/14 13/17 14/17 14/18 17/21 19/2 20/19 21/13 21/14 23/3 25/7 29/8 29/8 29/11 31/2 31/5 31/18 31/19 37/4 38/5 38/6 39/18
**Westmoreland** [2]  4/14 4/20
**what** [93]
**what's** [5]  33/1 36/8 37/14 44/24 45/8
**whatever** [7]  18/23 25/21 28/5 30/18 32/1 32/2 34/3
**when** [19]  3/3 5/6 5/13 6/10 11/16 14/11 15/4 24/8 24/20 25/18 26/18 29/2 29/22 31/13 35/16 36/25 43/3 44/18 44/19
**where** [17]  3/7 3/18 5/10 13/9 19/9 19/11 20/4 24/13 28/3 33/1 35/8 35/25 43/20 44/19 44/23 46/4 48/25
**whether** [18]  19/5 21/21 22/20 23/8 24/24 24/24 29/23 31/1 31/2 32/24 39/21 39/22 39/23 40/5 42/11 45/8 46/9 48/16
**which** [34]  3/3 3/4 4/25 5/5 7/4 7/13 8/13 11/12 11/23 12/13 12/20 13/17 16/11 16/17 19/3 20/13 21/23 24/22 25/10 29/7 29/9 30/20 31/24 33/4 34/23 35/18 37/1 41/18 44/21 45/4 45/6 45/10 46/18 49/22
**while** [9]  8/5 14/9 18/22 21/15 25/13 31/19 32/10 39/1 40/15
**who** [26]  2/9 2/15 2/15 2/22 2/23 3/18 4/6 4/11 4/13 5/15 5/17 7/8 11/8 11/13 14/3 17/19 18/17 18/18 37/23 38/1 39/18 40/6 43/9 43/10 43/16 48/1
**who's** [1]  3/22
**whole** [1]  22/25
**why** [6]  22/11 22/25 26/18 41/15 45/18 47/10
**Wilkie** [1]  1/15 4/2
**will** [22]  2/15 4/6 6/15 16/8 19/17 22/4 22/6 29/7 29/22 31/11 31/21 33/4 36/12 40/24 41/22 42/14 43/23 46/5 46/18 46/24 49/12 49/24
**willing** [2]  35/6 47/13
**window** [1]  40/25
**wish** [1]  25/23
**withdraw** [1]  14/3
**within** [6]  28/7 35/4 41/3 42/11 46/9 48/17
**without** [7]  11/16 18/20 20/2 28/12 30/9 33/24 48/20
**word** [1]  38/7
**words** [2]  11/8 15/2
**work** [9]  3/21 5/19 5/19 25/25 26/1 43/11 44/11 50/15 50/17
**working** [6]  5/20 20/14 26/23 40/15 49/17 49/18
**working to** [1]  49/17
**would** [72]
**writing** [2]  33/13 34/14
**written** [2]  22/24 28/10
**wrong** [2]  24/17 32/11
**wrongly** [1]  23/25

**Y**

**year [1]**  13/21
**years [6]**  14/9 17/23 23/20 27/7 28/4
 28/10
**yes [1]**  47/17
**yet [5]**  17/4 17/8 18/11 21/20 45/6
**you [122]**
**you're [7]**  31/25 37/7 44/13 45/17 45/17
 49/8 49/13
**you've [1]**  45/14
**your [53]**
**Your Honor [19]**  3/24 12/19 16/22 17/21
 20/7 20/17 20/18 22/9 23/15 25/23 27/5
 36/10 36/15 36/21 37/16 40/13 45/16
 49/7 50/12
**Your Honor's [1]**  14/21

**Z**

**Zoom [5]**  2/10 4/1 4/10 5/25 32/15