UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>CHAD WOLF, Acting Secretary, Department of Homeland Security, et al.,<br><br>  *Defendants*. | **MOTION FOR LEAVE TO FILE LAW STUDENT INTERN APPEARANCES**<br><br>Case No. 1:16-cv-04756 (NGG)(JO) |

To the Clerk of the Court for the United States District Court for the Eastern District of New York, and all parties of record:

  The undersigned attorney respectfully moves the Court for leave to file the attached law student appearances for Armando Ghinaglia and Ramis Wadood as counsel for Plaintiffs.

  I certify that I am admitted to practice before this Court.

Dated: New Haven, Connecticut
August 12, 2020

Respectfully submitted,

/s/ Muneer I. Ahmad

Muneer I. Ahmad, Supervising Attorney
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06511
Phone: (203) 432-4800
muneer.ahmad@ylsclinics.org

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 12, 2020, a true and correct copy of the foregoing Motion for Leave to File Law Student Appearances was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

            /s/ Muneer I. Ahmad
            Muneer I. Ahmad, Supervising Attorney
            Jerome N. Frank Legal Services Organization
            Yale Law School
            P.O. Box 209090
            New Haven, CT 06511
            Phone: (203) 432-4800