UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD WOLF, Acting Secretary, Department of Homeland Security, et al., <br><br> *Defendants*. | **LAW STUDENT INTERN APPEARANCE FORM** <br><br> Case No. 1:16-cv-04756 (NGG)(JO) |

1. Certification of Law Student

   I, Armando Ghinaglia Socorro, certify that:

   (a) I am enrolled in Yale Law School, which is accredited by the American Bar Association;
   (b) I am not receiving any compensation from the client in this matter;
   (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
   (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
   (e) I am participating in a clinical program at Yale Law School.

   _____        08/10/2020
   Signature of Student                              Date

1

2. Certification of Law School Dean or Authorized Designee

   I, Muneer Ahmad, certify that:

   (a) this student has completed at least two semesters of law school work;
   (b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
   (c) this student is a participant in a clinical program that is approved by this law school and taught by Muneer Ahmad, Marisol Orihuela, and Michael Wishnie, who will serve as supervising attorneys.

   _____     8/10/20_____
   Signature of Dean or Authorized Designee     Date

   Deputy Dean for Experiential Education   Muneer I. Ahmad_____

3. Certification of Supervising Attorney

   As a member of the bar of The United States District Court for the Eastern District of New York, I, Muneer Ahmad, certify that:

   (a) I will assume personal professional responsibility for this student's work;
   (b) I will assist this student to the extent necessary;
   (c) I will obtain the approval of the clients, in writing, for the student to appear in this matter; and
   (d) I or another supervising attorney will appear with the student in all proceedings before the Court.

   _____     8/10/20_____
   Signature of Attorney     Date

4. Certification of Client

I, Paige Austin, on behalf of Make The Road New York, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____          8/11/2020
Signature of Client                                      Date