UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCÓN, ELIANA FERNANDEZ, CARLOS VARGAS, CAROLINA FUNG FENG, M.B.F., by her next friend LUCIA FELIZ, XIMENA ZAMORA, SONIA MOLINA and JOHANA LARIOS SAINZ,<br><br>    On behalf of themselves and all other similarly situated individuals,<br><br>and MAKE THE ROAD NEW YORK,<br><br>    On behalf of itself, its members, and its clients,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CHAD WOLF, in his official capacity as the purported Acting Secretary of Homeland Security, et al.,<br><br>    *Defendants*. | Case No. 1:16-cv-04756 (NGG)(JO)<br><br>**TABLE OF EXHIBITS** |

| Exhibit | Document Name |
|---|---|
| A | Decl. of Trudy S. Rebert, Plaintiffs' counsel |
| Attachment 1 to Decl. of Trudy S. Rebert | Quarterly Summary Report, *Regents of the Univ. of California v. U.S. Dep't. of Homeland Sec.*, No. 17-cv-5211 (N.D. Cal. July 1, 2020), ECF No. 299 |
| Attachment 2 to Decl. of Trudy S. Rebert | Nicole Prchal Svajlenka, Tom Jawetz, and Philip E. Wolgin, "The Trump Administration Must Immediately Resume Processing New DACA Applications," CENTER FOR AMERICAN PROGRESS (July 13, 2020), https://www.americanprogress.org/issues/immigration/news/2020/07/13/487514/trump-administration-must-immediately-resume-processing-new-daca-applications/ |

| | |
|---|---|
| Attachment 3 to Decl. of Trudy S. Rebert | Quarterly Summary Reports, *Regents of the Univ. of Cal. v. U.S. Dep't of Homeland Sec.*, No. 17-CV-5211-WHA (N.D. Cal. Apr. 2, 2018 through Apr. 1, 2020), ECF Nos. 272, 277, 279, 281, 285, 290, 292, 294, 297 |
| Attachment 4 to Decl. of Trudy S. Rebert | Memorandum from Acting Secretary Chad Wolf, to Mark Morgan, Matthew Albence, and Joseph Edlow, "Reconsideration of the June 15, 2012 Memorandum Entitled 'Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children,'" (July 28, 2020) |
| Attachment 5 to Decl. of Trudy S. Rebert | Memorandum from Deputy Director for Policy Joseph Edlow to Associate Directors and Program Office Chiefs, "Implementing Acting Secretary Chad Wolf's July 28, 2020 Memorandum, 'Reconsideration of the June 15, 2012 Memorandum Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children," (Aug. 21, 2020; published Aug. 24, 2020)) |
| B | Decl. of Muneer Ahmad, Plaintiffs' counsel |
| C | Decl. of Paige Austin, Plaintiffs' counsel |
| D | Suppl. Decl. of Martín Jonathan Batalla Vidal* |
| E | Suppl. Decl. of Antonio Alarcón* |
| F | Suppl. Decl. of Eliana Fernandez* |
| G | Suppl. Decl. of Carolina Fung Feng* |
| H | Suppl. Decl. of Carlos Vargas* |
| I | Decl. of Johana Larios Sainz* |
| J | Decl. of Sonia Molina* |
| K | Decl. of Ximena Zamora* |
| L | Decl. of M.B.F.* |

| M | Suppl. Decl. of Javier Valdés* |

*Denotes identical declaration also filed with Plaintiffs' Motion for Partial Summary Judgment, also filed on the same date.