UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCÓN, ELIANA FERNANDEZ, CARLOS VARGAS, CAROLINA FUNG FENG, M.B.F., by her next friend LUCIA FELIZ, XIMENA ZAMORA, SONIA MOLINA and JOHANA LARIOS SAINZ,<br><br>    On behalf of themselves and all other similarly situated individuals,<br><br>and MAKE THE ROAD NEW YORK,<br><br>    On behalf of itself, its members, and its clients,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CHAD WOLF, in his official capacity as the purported Acting Secretary of Homeland Security, et al.,<br><br>    *Defendants*. | Case No. 1:16-cv-04756 (NGG)(JO)<br><br>August 28, 2020 |

## NOTICE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, dated August 28, 2020; (2) Plaintiffs' Local Rule 56.1 Statement of Undisputed Facts; and (3) Declaration of Marisol Orihuela, dated August 28, 2020, with accompanying exhibits; Plaintiffs Martín Jonathan Batalla Vidal, Antonio Alarcón, Eliana Fernandez, Carlos Vargas, Carolina Fung Feng, M.B.F., Ximena Zamora, Sonia Molina, and Johana Larios Sainz ("Individual Plaintiffs"), on behalf of themselves and all other

similarly situated individuals, and Make the Road New York ("MRNY"), on behalf of itself, its members, and its clients (collectively "Plaintiffs" or "Named Plaintiffs") move this Court, before the Honorable Nicholas G. Garaufis, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn New York, 11201, to grant plaintiff partial summary judgment pursuant to Fed. R. Civ. P. 56.

PLEASE TAKE FURTHER NOTICE that Plaintiffs' reply papers will be served by September 25, 2020.

Dated: August 28, 2020

Respectfully submitted,

/s/ Muneer I. Ahmad
Maria Camila Bustos, Law Student Intern*
Armando Ghinaglia, Law Student Intern
Edgar A. Melgar, Law Student Intern*
Ramis Wadood, Law Student Intern
Muneer I. Ahmad, Esq. (MA 9360)
Marisol Orihuela, Esq. (*pro hac vice*)
Michael J. Wishnie, Esq. (MW 1952)
JEROME N. FRANK LEGAL SERVICES ORG.
muneer.ahmad@yale.edu
P.O. Box 209090
New Haven, CT 06520
(203) 432-4800

Karen C. Tumlin, Esq. (*pro hac vice*)
Cooperating Attorney
JEROME N. FRANK LEGAL SERVICES ORG.
P.O. Box 209090
New Haven, CT 06520
(323) 316-0944

* Motion for law student appearance forthcoming

Trudy S. Rebert, Esq. (TR 6959)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 721361
Jackson Heights, NY 11372
(646) 867-8793

Araceli Martínez-Olguín, Esq. (AM 2927)
Mayra B. Joachin, Esq. (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
(213) 639-3900

Paige Austin, Esq. (PA 9075)
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
(718) 418-7690

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, a true and correct copy of the foregoing Notice Of Plaintiffs' Motion For Partial Summary Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Esq. (MA 9360)
JEROME N. FRANK LEGAL SERVICES ORG.
muneer.ahmad@yale.edu
P.O. Box 209090
New Haven, CT 06520
(203) 432-4800