# EXHIBIT S

http://dhs.gov/leadership    Go    MAR **APR** MAY
1,024 captures    ◀ **10** ▶
12 Aug 2012 – 27 Aug 2020    **2018 2019** 2020    About this capture



🇺🇸 Official website of the Department of Homeland Security

**U.S. Department of Homeland Security**

Enter Search Term

On DHS.gov

# Leadership

List of senior leaders at the Department. For more information about an individual listed, including a biography, click on their name.

- Secretary, Kirstjen M. Nielsen (/web/20190410120732/http://dhs.gov/person/kirstjen-m-nielsen) | Secretary's Corner (/web/20190410120732/http://dhs.gov/secretary)
  - Deputy Secretary (vacant), Claire M. Grady, Senior Official Performing the Duties of the Deputy Secretary
  - Chief of Staff, Miles Taylor
  - Executive Secretary, Christina G. Bobb (/web/20190410120732/http://dhs.gov/person/christina-bobb)
  - General Counsel, John M. Mitnick (/web/20190410120732/http://dhs.gov/person/john-m-mitnick)
  - Military Advisor, Rear Admiral Eric C. Jones (/web/20190410120732/http://dhs.gov/person/rear-admiral-eric-c-jones)

- Under Secretary, Management, Claire M. Grady (/web/20190410120732/http://dhs.gov/person/claire-m-grady)
  - Deputy Under Secretary for Management, Chip Fulghum (/web/20190410120732/http://dhs.gov/person/chip-fulghum)
  - Chief Financial Officer (vacant), Stacy Marcott, Senior Official Performing the Duties of the Chief Financial Officer
  - Chief Human Capital Officer, Angela Bailey
  - Chief Information Officer, Dr. John A. Zangardi (/web/20190410120732/http://dhs.gov/person/dr-john-zangardi)
  - Chief Procurement Officer, Soraya Correa (/web/20190410120732/http://dhs.gov/person/soraya-correa)

http://dhs.gov/leadership    Go

1,024 captures
12 Aug 2012 – 27 Aug 2020

MAR **APR** MAY
◀ **10** ▶
2018 **2019** 2020

- (/web/20190410120732/http://dhs.gov/person/richard-d-mccomb)
  - Executive Director, Office of Program Accountability and Risk Management, Debra Cox
  - Director, Office of Biometric Identity Management (OBIM), Shonnie Lyon (/web/20190410120732/http://dhs.gov/person/shonnie-r-lyon)

- Under Secretary, Science and Technology (vacant), William (Bill) Bryan, Senior Official Performing the Duties of the Under Secretary for Science and Technology
  - Deputy Under Secretary (acting), Andre Hentz

- Under Secretary, Office of Intelligence and Analysis, David J. Glawe (/web/20190410120732/http://dhs.gov/person/david-j-glawe)
  - Principal Deputy Under Secretary for Office of Intelligence and Analysis, Brian J. Murphy (/web/20190410120732/http://dhs.gov/person/brian-murphy)

- Under Secretary, Office of Strategy, Policy, and Plans (vacant), Chad Wolf, Senior Official Performing the Duties of the Under Secretary, Office of Strategy, Policy, and Plans
  - Deputy Under Secretary, James W. McCament (/web/20190410120732/http://dhs.gov/person/james-w-mccament)
  - Assistant Secretary, International Affairs, Dimple Shah (/web/20190410120732/http://dhs.gov/person/dimple-r-shah)
  - Assistant Secretary, Cyber, Infrastructure, and Resilience Policy, Bryan Ware
  - Assistant Secretary, Border, Immigration, and Trade Policy, Michael Dougherty
  - Assistant Secretary, Threat Prevention and Security Policy, Elizabeth Neumann (/web/20190410120732/http://dhs.gov/person/elizabeth-neumann)
  - Assistant Secretary, Strategy, Plans, Analysis & Risk, Chad Wolf (/web/20190410120732/http://dhs.gov/person/chad-wolf)

- Director, U.S. Citizenship and Immigration Services, L. Francis Cissna (https://web.archive.org/web/20190410120732/https://www.uscis.gov/about-us/leadership/l-francis-cissna-director-us-citizenship-and-immigration-services)
  - Deputy Director, U.S. Citizenship and Immigration Services (acting), Tracy Renaud

http://dhs.gov/leadership  [Go]

1,024 captures
12 Aug 2012 – 27 Aug 2020

MAR **APR** MAY
◀ **10** ▶
2018 **2019** 2020

▾ About this capture



- Vice Commandant, U.S. Coast Guard, Admiral Charles W. Ray (https://web.archive.org/web/20190410120732/https://www.uscg.mil/Leadership/Senior-Leadership/Vice-Commandant/)

- Commissioner, U.S. Customs and Border Protection, Kevin K. McAleenan (https://web.archive.org/web/20190410120732/https://www.cbp.gov/about/leadership-organization/commissioner)
  - Deputy Commissioner, U.S. Customs and Border Protection, Robert E. Perez (https://web.archive.org/web/20190410120732/https://www.cbp.gov/about/leadership-organization/deputy-commissioner)
  - Chief Operating Officer, John P. Sanders

- Director, Cybersecurity and Infrastructure Security Agency (CISA), Christopher C. Krebs (/web/20190410120732/http://dhs.gov/person/christopher-c-krebs)
  - Deputy Director, Matthew Travis (/web/20190410120732/http://dhs.gov/person/matthew-travis)
  - Assistant Director for Cybersecurity Division (CSD), Jeanette Manfra (/web/20190410120732/http://dhs.gov/person/jeanette-manfra)
  - Assistant Director for Infrastructure Security Division (ISD), Brian Harrell (/web/20190410120732/http://dhs.gov/person/brian-harrell)
  - Assistant Director for Emergency Communications (ECD), Ronald Hewitt (/web/20190410120732/http://dhs.gov/person/ronald-t-hewitt)
  - Director, Federal Protective Service (FPS), L. Eric Patterson (/web/20190410120732/http://dhs.gov/person/l-eric-patterson)
  - Director, National Risk Management Center (NRMC), Bob Kolasky (/web/20190410120732/http://dhs.gov/person/bob-kolasky)

- Administrator, Federal Emergency Management Agency (acting), Pete T. Gaynor
  - Deputy Administrator, Pete T. Gaynor (https://web.archive.org/web/20190410120732/https://www.fema.gov/peter-gaynor)
  - Deputy Administrator for Resilience, Daniel Kaniewski (https://web.archive.org/web/20190410120732/https://www.fema.gov/daniel-kaniewski)

http://dhs.gov/leadership    Go
1,024 captures
12 Aug 2012 – 27 Aug 2020
MAR  APR  MAY
◀ 10 ▶
2018 2019 2020
About this capture

- Director, Federal Law Enforcement Training Centers, Thomas J. Walters (https://web.archive.org/web/20190410120732/https://www.fletc.gov/our-leadership)
  - Deputy Director, Federal Law Enforcement Training Centers, William Fallon

- Director, U.S. Immigration and Customs Enforcement (ICE), (vacant), Ronald D. Vitiello (https://web.archive.org/web/20190410120732/https://www.ice.gov/leadership) , Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement
  - Deputy Director, Matthew T. Albence, Executive Associate Director for Enforcement and Removal Operations and Senior Official Performing the Duties of ICE Deputy Director

- Director, U.S. Secret Service, Randolph D. Alles (https://web.archive.org/web/20190410120732/https://www.secretservice.gov/about/leadership/#director)
  - Deputy Director, U.S. Secret Service, William J. Callahan (https://web.archive.org/web/20190410120732/https://www.secretservice.gov/about/leadership/#deputy

- Administrator, Transportation Security Administration, David P. Pekoske (https://web.archive.org/web/20190410120732/https://www.tsa.gov/leader-bios/administrator)
  - Deputy Administrator (acting), Transportation Security Administration, Patricia F.S. Cogswell

- Assistant Secretary, Countering Weapons of Mass Destruction Office, James F. McDonnell (/web/20190410120732/http://dhs.gov/person/james-f-mcdonnell)
  - Principal Deputy Assistant Secretary, Countering Weapons of Mass Destruction Office, Andre Watson
  - Chief Medical Officer, Dr. Duane Caneva

- Assistant Secretary, Office of Legislative Affairs, Christine Ciccone
  - Deputy Assistant Secretary, David Wonnenberg (Senate)
  - Deputy Assistant Secretary, Uyen Dinh (House)

- Assistant Secretary, Office of Partnership and Engagement, John H. Hill (/web/20190410120732/http://dhs.gov/person/john-h-hill)

http://dhs.gov/leadership          Go

1,024 captures
12 Aug 2012 – 27 Aug 2020

MAR **APR** MAY

◀ **10** ▶

**2018 2019 2020**

About this capture

- - - Deputy Assistant Secretary, Office for State and Local Law Enforcement, Brian Dorow

  ○ Deputy Assistant Secretary, Intergovernmental Affairs, Alaina Clark

  ○ Deputy Assistant Secretary, Private Sector Office, Matt Hayden

  ○ Executive Director, Homeland Security Advisory Council, Matt Hayden

  ○ Executive Director, Campaigns and Office of Academic Engagement, Trent Frazier

  ○ Director, Committee Management Office, Traci Silas

  ○ Director, Office of Terrorism Prevention Partnerships (acting), David Gersten

- Assistant Secretary, Office of Public Affairs, Jonathan Rath Hoffman (/web/20190410120732/http://dhs.gov/person/jonathan-rath-hoffman)

  ○ Deputy Assistant Secretary, Press, Tyler Houlton

  ○ Deputy Assistant Secretary, Strategic Communications (vacant)

- Executive Director, Joint Requirements Council, Joseph D. Wawro (/web/20190410120732/http://dhs.gov/person/joseph-d-wawro)

- Director, Operations Coordination (acting), Frank DiFalco

- Chief Privacy Officer (acting), Jonathan Cantor

- Citizenship and Immigration Services Ombudsman, Julie Kirchner (/web/20190410120732/http://dhs.gov/person/julie-kirchner)

- Officer for Civil Rights & Civil Liberties, Cameron Quinn (/web/20190410120732/http://dhs.gov/person/cameron-quinn)

- Inspector General (acting), John V. Kelly

Last Published Date: March 20, 2019

# EXHIBIT T

Case 1:16-cv-04756-NGG-VMS   Document 310-4   Filed 08/28/20   Page 8 of 149 PageID #:
EXHIBIT 2      Case 8:20-cv-02118-PX   Document 41-1   Filed 08/03/20   Page 36 of 71
13052

**Department of Homeland Security**
**DHS Delegation Number: 00106**
**Revision Number: 08.6**
**Issue Date: 12/15/2016**
**Updated Date: 11/14/2019**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED POSITIONS

## I.  Purpose

This is a succession order for named positions and a delegation of authority for the continuity of essential functions of officials at the Department of Homeland Security (DHS) in case of absence, the inability of the incumbent to act during disasters or catastrophic emergencies, or vacancies in offices.

## II.  Succession Order/Delegation

A.      In case of the Secretary's death, resignation, or inability to perform the functions of the Office, the order of succession of officials is governed by Annex A.

B.      I hereby delegate to the officials occupying the identified positions in the order listed (Annex A), my authority to exercise the powers and perform the functions and duties of my office, to the extent not otherwise prohibited by law, in the event I am unavailable to act during a disaster or catastrophic emergency.

C.      The order of succession for the named positions, other than the Office of the Secretary, are provided in Annexes B through AC.

D.      I hereby delegate authority to the officials occupying the identified positions in the orders listed in Annexes B through AC to exercise the powers and perform the functions and duties of the named positions in case of death, resignation, inability to perform, absence, or inability to act during a disaster or catastrophic emergency until that condition ceases.

E.      In terms of named positions in which appointment is required to be made by the President, by and with the advice and consent of the Senate (PAS), if positions are vacant as that term is used in the Federal Vacancies Reform Act of 1998, the First Assistant shall act as the incumbent until a successor is appointed, unless otherwise designated by the President.  The individual serving in the position identified as the first to succeed is designated the "First Assistant" for the purposes of the Federal Vacancies Reform Act of 1998.  If the First Assistant position is vacant, the next designated official in the order of succession may exercise all the powers, duties, authorities, rights, and functions authorized by law to be exercised by the incumbent, but may not perform any function or duty required by law to be performed exclusively by the office holder.

F.      For all other positions that are not subject to the Federal Vacancies Reform Act of 1998, any official in the order provided for in the succession order may exercise all the powers, duties, authorities, rights, and functions authorized to be performed by the incumbent, to the extent not otherwise limited by law.

G.      Only officials specifically designated in the order of succession for each of the named positions in Annexes B through AC are eligible, subject to modification in accordance with Section II.I.  Unless formally appointed by the Secretary, persons appointed on an acting basis, or on some other temporary basis, are ineligible to serve as a successor; therefore, the order of succession would fall to the next designated official in the approved order of succession.

H.      The prohibition on any re-delegation of powers, authorities, functions, and duties contained in Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents is not applicable to restrict the authority of any individual who is exercising the authority of a vacant position under this Delegation.  Such an individual shall, however, be bound by such Departmental Delegations, Directives, Management Directives, Instructions, Manuals, or similar internal documents, and shall not further re-delegate powers to any individual.

I.      Each Annex may be updated separately.  A Component Head seeks modification of his/her order of succession by forwarding a proposed updated Annex to the Office of Operations Coordination (OPS), Continuity Division and the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), for approval of the Secretary.  At a minimum, the Annex is coordinated with OGC and the White House Liaison. Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.

J.      The Office of the Executive Secretary, MGMT, and OPS are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AC.

2

Delegation # 00106
Revision # 08.6

K.      Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

# III.   Authorities

A.      Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B.      Title 6, U.S.C., § 112 (Secretary; functions)

C.      Title 6, U.S.C., § 113(g) (Other Officers)

# IV.   Office of Primary Interest

OPS and MGMT is the office of primary interest for maintaining and updating the Annexes to this Delegation.

_____          Dec 15 2016
Jeh Charles Johnson                                    Date
Secretary of Homeland Security

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

3

Delegation # 00106
Revision # 08.6

Case 1:16-cv-04756-NGG-VMS   Document 310-4   Filed 08/28/20   Page 11 of 149 PageID #:
13055
Case 8:20-cv-02118-PX   Document 41-1   Filed 08/03/20   Page 39 of 71

ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 08.6, 11/08/2019 |
| Annex B | Deputy Secretary, Office of the | Revision 08.6, 11/13/2019 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 06, 09/14/2016 |
| Annex D | Citizenship and Immigration Services, United States | Revision 08.6, 06/10/2019 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 06, 09/14/2016 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.2, 05/21/2018 |
| Annex H | Customs and Border Protection, United States | Revision 08.6, 11/14/2019 |
| Annex I | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex J | Federal Emergency Management Agency | Revision 06, 09/14/2016 |
| Annex K | Federal Law Enforcement Training Center | Revision 06, 09/14/2016 |
| Annex L | General Counsel, Office of the | Revision 06, 09/14/2016 |
| Annex M | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex N | Inspector General, Office of | Revision 06, 09/14/2016 |
| Annex O | Intelligence and Analysis, Office of | Revision 06, 09/14/2016 |
| Annex P | Legislative Affairs, Office of | Revision 06, 09/14/2016 |
| Annex Q | Management Directorate | Revision 06, 09/14/2016 |
| Annex R | National Protection and Programs Directorate | Revision 08, 07/11/2017 |
| Annex S | Operations Coordination, Office of | Revision 06, 09/14/2016 |
| Annex T | Partnership and Engagement, Office of | Revision 06, 09/14/2016 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 08.4, 02/15/2019 |
| Annex V | Privacy Office, Chief | Revision 06, 09/14/2016 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 07, 01/19/2017 |
| Annex Y | Secret Service, United States | Revision 06, 09/14/2016 |
| Annex Z | Transportation Security Administration | Revision 08.3, 10/23/2018 |
| Annex AA | Chief Financial Officer (DHS) | Revision 06, 09/14/2016 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 06, 09/14/2016 |
| Annex AC | Protection and National Preparedness (FEMA) | Revision 06, 09/14/2016 |

Delegation # 00106
Revision # 08.6

ANNEX A

# ORDER FOR DELEGATION OF AUTHORITY BY THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security
2. Under Secretary for Management
3. Commissioner of U.S. Customs and Border Protection
4. Under Secretary for Strategy, Policy, and Plans
5. Administrator and Assistant Secretary of the Transportation Security Administration
6. Administrator of the Federal Emergency Management Agency

A-1

ANNEX B
ISSUE DATE: 11/13/2019          APPROVAL: 11/13/2019

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Deputy Secretary, Office of the** | | |
| 1 | Deputy Secretary | S |
| 2 | Under Secretary for Management* | S |
| 3 | Principal Deputy Director, U.S. Citizenship and Immigration Services | N |
| 4 | Administrator, Transportation Security Administration | S |
| 5 | Administrator, Federal Emergency Management Agency | S |
| 6 | Director, Cybersecurity and Infrastructure Agency | S |
| 7 | Under Secretary, Science and Technology | S |
| 8 | Under Secretary, Intelligence and Analysis | S |
| 9 | Commissioner, U.S. Customs and Border Protection | S |
| 10 | Director, U.S. Immigration and Customs Enforcement | S |
| 11 | Director, U.S. Citizenship and Immigration Services | S |
| 12 | Under Secretary, Office of Strategy, Policy, and Plans | S |
| 13 | General Counsel | S |
| 14 | Deputy Under Secretary for Management | C |
| 15 | Deputy Commissioner, U.S. Customs and Border Protection | C |
| 16 | Deputy Administrator, Transportation Security Administration | C |
| 17 | Deputy Director, U.S. Immigration and Customs Enforcement | C |
| 18 | Deputy Director, U.S. Citizenship and Immigration Services | C |
| 19 | Director, Federal Law Enforcement Training Centers | C |

Delegation # 00106
Revision # 08.6

Case 1:16-cv-04756-NGG-VMS   Document 310-4   Filed 08/28/20   Page 14 of 149 PageID #:
13058
Case 8:20-cv-02118-PX   Document 41-1   Filed 08/03/20   Page 42 of 71

ANNEX C
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Citizenship and Immigration Services Ombudsman** | | |
| 1 | Ombudsman | N |
| 2 | Deputy Director | C |
| 3 | Senior Advisor | L |
| 4 | Chief of Staff | C |
| 5 | Director of Operations | C |
| 6 | Chief of Casework | C |

C-1

ANNEX D
ISSUE DATE: 06/10/2019          APPROVAL: 06/10/2019

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| | Citizenship and Immigration Services, United States | |
|---|---|---|
| 1 | Director | S |
| 2 | Principal Deputy Director* | N |
| 3 | Deputy Director | C |
| 4 | Associate Director, Management Directorate | C |
| 5 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 6 | Associate Director, Service Center Operations Directorate | C |
| 7 | Associate Director, Field Operations Directorate | C |
| 8 | Director, National Benefits Center | C |

D-1

ANNEX E
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Civil Rights and Civil Liberties, Office for** | |
| 1    Civil Rights and Civil Liberties Officer | P |
| 2    Deputy Officer, Programs and Compliance | C |
| 3    Deputy Officer, Equal Employment Opportunity Programs | C |
| 4    Executive Officer | C |

E-1

Delegation # 00106
Revision # 06

ANNEX F
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| Coast Guard, United States | | |
|---|---|---|
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

F-1

Delegation # 00106
Revision # 06

ANNEX G
ISSUE DATE: 05/21/2018          APPROVAL: 05/21/2018

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| Countering Weapons of Mass Destruction Office | |
|---|---|
| 1 | Assistant Secretary | P |
| 2 | Deputy Assistant Secretary | C |
| 3 | Chief of Staff | C |
| 4 | Deputy Director, Domestic Nuclear Detection Office | C |
| 5 | Deputy Director, Office of Health Affairs | C |

Delegation # 00106
Revision # 08.2

ANNEX H
ISSUE DATE: 11/14/2019          APPROVAL: 11/14/2019

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Customs and Border Protection, United States** | | |
| 1 | Commissioner | S |
| 2 | Chief Operations Officer* | N |
| 3 | Deputy Commissioner | C |
| 4 | Executive Assistant Commissioner, Office of Field Operations | C |
| 5 | Chief, U.S. Border Patrol | C |
| 6 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 7 | Executive Assistant Commissioner, Trade | C |
| 8 | Executive Assistant Commissioner, Operations Support | C |
| 9 | Executive Assistant Commissioner, Enterprise Services | C |

Delegation # 00106
Revision # 08.6

ANNEX I
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|:---:|
| **Executive Secretariat** | |
| 1    Executive Secretary | N |
| 2    Deputy Executive Secretary | C |
| 3    Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

I-1

Delegation # 00106
Revision # 06

ANNEX J
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                Career Status

| Federal Emergency Management Agency | |
|---|---|
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Protection and National Preparedness | S |
| 4 | Associate Administrator, Response and Recovery | N |
| 5 | FEMA Region IX Administrator | C |
| 6 | FEMA Region VI Administrator | C |

J-1

Delegation # 00106
Revision # 06

ANNEX K
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| **Federal Law Enforcement Training Centers** | |
|---|---|
| 1 | Director | C |
| 2 | Deputy Director for Training | C |
| 3 | Deputy Director for Management | C |
| 4 | Assistant Director, Mission and Readiness Support | C |
| 5 | Assistant Director, Regional and International Training | C |
| 6 | Assistant Director, Chief Financial Officer | C |
| 7 | Assistant Director, Glynco Training | C |
| 8 | Assistant Director, Centralized Training Management | C |
| 8 | Assistant Director, Washington Operations | C |
| 9 | Assistant Director, Chief Information Officer | C |
| 10 | Chief of Staff | C |

K-1

Delegation # 00106
Revision # 06

Case 1:16-cv-04756-NGG-VMS   Document 310-4   Filed 08/28/20   Page 23 of 149 PageID #:
13067
Case 8:20-cv-02118-PX   Document 41-1   Filed 08/03/20   Page 51 of 71

ANNEX L
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **General Counsel, Office of the** | | |
| 1 | General Counsel | S |
| 2 | Principal Deputy General Counsel* | C |
| 3 | Deputy General Counsel          [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel          [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel          [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | C |
| 7 | Associate General Counsel, Operations and Enforcement | C |
| 8 | Associate General Counsel, General Law | C |
| 9 | Chief Counsel, Transportation Security Administration | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | C |

---

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position.  In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

Delegation # 00106
Revision # 06

ANNEX M
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| | Immigration and Customs Enforcement, United States | |
|---|---|---|
| 1 | Assistant Secretary | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director, Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Denver | C |
| 8 | Field Officer Director – San Antonio | C |

M-1

Delegation # 00106
Revision # 06

ANNEX N
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| **Inspector General, Office of** | |
|---|---|
| 1 | Inspector General | S |
| 2 | Deputy Inspector General* | C |
| 3 | Counsel to the Inspector General | C |
| 4 | Assistant Inspector General, Audits | C |
| 5 | Assistant Inspector General, Inspections | C |
| 6 | Assistant Inspector General, Emergency Management Oversight | C |

Delegation # 00106
Revision # 06

ANNEX O
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                              Career Status

| | Intelligence and Analysis, Office of | |
|---|---|---|
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Intelligence Operations | C |
| 4 | Deputy Under Secretary for Mission Support | C |
| 5 | Associate Deputy Director, El Paso Intelligence Center/ Strategic Analysis Section | C |

O-1

Delegation # 00106
Revision # 06

ANNEX P
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Legislative Affairs, Office of** | | |
| 1 | Assistant Secretary for Legislative Affairs | P |
| 2 | Deputy Assistant Secretary (Senate) | N |
| 3 | Deputy Assistant Secretary (House) | N |
| 4 | Chief of Staff | C |
| 5 | Director, Management Team | C |
| 6 | Director, FEMA Team | C |
| 7 | Director, Borders and Immigration | C |

Delegation # 00106
Revision # 06

ANNEX Q
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Management Directorate** | |
| 1   Under Secretary for Management | S |
| 2   Deputy Under Secretary for Management* | C |
| 3   Chief Financial Officer | S |
| 4   Chief Information Officer | P |
| 5   Chief Human Capital Officer | C |
| 6   Chief Procurement Officer | C |
| 7   Chief Readiness Support Officer | C |
| 8   Chief Security Officer | C |
| 9   Chief of Staff | C |
| 10  Deputy Director, Federal Law Enforcement Training Center | C |

Delegation # 00106
Revision # 06

ANNEX R
ISSUE DATE: 07/11/2017          APPROVAL: 07/11/2017

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **National Protection and Programs Directorate** | |
| 1     Under Secretary | S |
| 2     Deputy Under Secretary for NPPD* | N |
| 3     Assistant Secretary, Office of Infrastructure Protection | P |
| 4     Assistant Secretary, Office of Cybersecurity and Communications | N |
| 5     Deputy Assistant Secretary, Office of Infrastructure Protection | C |
| 6     Deputy Assistant Secretary, Office of Cybersecurity and Communications | C |
| 7     Director, Management | C |
| 8     Office of Infrastructure Protection, Regional Director for Region 8 | C |

Delegation # 00106
Revision # 08

ANNEX S
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                              Career Status

| | Operations Coordination, Office of | |
|---|---|---|
| 1 | Director | C |
| 2 | Deputy Director | C |
| 3 | Director, Current Operations Division | C |
| 4 | Director, National Operations Center | C |
| 5 | Chief of Staff | C |

Delegation # 00106
Revision # 06

ANNEX T
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| **Partnership and Engagement, Office of** | |
|---|---|
| 1 | Assistant Secretary | N |
| 2 | Assistant Secretary for State and Local Law Enforcement | N |
| 3 | Deputy Assistant Secretary, Intergovernmental Affairs | C |
| 4 | Deputy Assistant Secretary, Private Sector Office | N |
| 5 | Director of Local Affairs | C |

Delegation # 00106
Revision # 06

ANNEX U
ISSUE DATE: 2/15/2019          APPROVAL: 2/15/2019

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Strategy, Policy, & Plans, Office of** | | |
| 1 | Under Secretary | S |
| 2 | Assistant Secretary for Strategy, Plans, Analysis, and Risk* | N |
| 3 | Deputy Under Secretary | C |
| 4 | Assistant Secretary for International Affairs | N |
| 5 | Assistant Secretary for Threat Prevention and Security Policy | N |
| 6 | Assistant Secretary for Border, Immigration, and Trade | N |
| 7 | Assistant Secretary for Cyber, Infrastructure, and Resilience | N |
| 8 | Deputy Assistant Secretary for Screening Coordination Office | C |
| 9 | Deputy Assistant Secretary for International Affairs | C |

Delegation # 00106
Revision # 08.4

ANNEX V
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                      Career Status

| Privacy Officer, Chief | | |
|---|---|---|
| 1 | Chief Privacy Officer | N |
| 2 | Deputy Chief Privacy Officer | C |
| 3 | Deputy Chief FOIA Officer | C |
| 4 | Senior Director, Privacy Compliance | C |
| 5 | Chief of Staff | C |

Delegation # 00106
Revision # 06

ANNEX W
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| Public Affairs, Office of | |
|---|---|
| 1   Assistant Secretary | P |
| 2   Principal Deputy Assistant Secretary | C |
| 3   Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4   Deputy Assistant Secretary for Strategic Communications | N |
| 5   Director of Communications | N |
| 6   Chief of Staff | C |
| 7   Director, Incident Communications | C |

W-1

ANNEX X
ISSUE DATE: 1/19/2017          APPROVAL: 1/19/2017

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| | Science and Technology | |
|---|---|---|
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Chief of Staff | C |
| 4 | Director, Homeland Security Advanced Research Projects Agency | C |
| 5 | Director, Office of Support to the Homeland Security Enterprise and First Responders Division | C |
| 6 | Director, Capability Development Support Division | C |
| 7 | Director, Research and Development Partnerships | C |
| 8 | Director, Finance and Budget Division | C |
| 9 | Director, Administrative Support Division | C |

X-1

Delegation # 00106
Revision # 07

ANNEX Y
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Secret Service, United States** | | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Assistant Director - Protective Operations | C |
| 5 | Assistant Director - Investigations | C |
| 6 | Assistant Director - Government and Public Affairs | C |
| 7 | Assistant Director -  Human Resources | C |
| 8 | Assistant Director - Professional Responsibility | C |
| 9 | Assistant Director - Strategic Intelligence and Information | C |
| 10 | Assistant Director - Training | C |
| 11 | Chief - Uniformed Division | C |
| 12 | Chief Counsel | C |
| 13 | Chief Technology Officer | C |
| 14 | Chief Financial Officer | C |
| 15 | Chief - Strategic Planning and Policy | C |
| 16 | Deputy Assistant Director(s) - Protective Operations | C |
| 17 | Deputy Assistant Director(s) - Investigations | C |
| 18 | Deputy Assistant Director(s) - Government and Public Affairs | C |
| 19 | Deputy Assistant Director(s) -  Human Resources | C |
| 20 | Deputy Assistant Director(s) - Professional Responsibility | C |
| 21 | Deputy Assistant Director(s) - Strategic Intelligence and Information | C |
| 22 | Deputy Assistant Director(s) - Training | C |
| 23 | Deputy Assistant Director(s) - Technical Development and Mission Support | C |
| 24 | Deputy Assistant Director(s) - Strategic Planning and Policy | C |
| 25 | Special Agent in Charge - Washington | C |
| 26 | Special Agent in Charge - New York | C |
| 27 | Special Agent in Charge - Miami | C |
| 28 | Special Agent in Charge - Los Angeles | C |

Delegation # 00106
Revision # 06

ANNEX Z
ISSUE DATE: 10/23/2018          APPROVAL: 10/23/2018

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Transportation Security Administration** | | |
| 1 | Administrator | S |
| 2 | Deputy Administrator | P |
| 3 | Chief of Staff | N |
| 4 | Executive Assistant Administrator, Security Operations | C |
| 5 | Executive Assistant Administrator, Operations Support | C |
| 6 | Executive Assistant Administrator, Law Enforcement/Federal Air Marshal Service | C |
| 7 | Executive Assistant Administrator, Enterprise Support | C |
| 8 | Regional Director, Atlanta, Security Operations | C |
| 9 | Regional Director, Dallas, Security Operations | C |

Delegation # 00106
Revision # 08.3

ANNEX AA
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | Career Status |
|---|---|
| **Chief Financial Officer (DHS)** | |
| 1      Chief Financial Officer | S |
| 2      Deputy Chief Financial Officer* | C |

AA-1

Delegation # 00106
Revision # 06

ANNEX AB
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

Position                                                                     Career Status

| | Deputy Administrator, Federal Emergency Management Agency (FEMA) | |
|---|---|---|
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Protection and National Preparedness* | S |
| 3 | Associate Administrator, Mission Support | C |
| 4 | Deputy Associate Administrator, Office of Policy and Program Analysis | C |
| 5 | Region IX Administrator | C |
| 6 | Region VI Administrator | C |

AB-1

ANNEX AC
ISSUE DATE: 09/14/2016          APPROVAL: 09/14/2016

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Protection and National Preparedness (FEMA)** | | |
| 1 | Deputy Administrator, Protection and National Preparedness | S |
| 2 | Assistant Administrator, National Preparedness Directorate* | C |
| 3 | Assistant Administrator, Grant Programs | P |
| 4 | Assistant Administrator, National Continuity Programs | N |

AC-1

# EXHIBIT U