# APPENDICES TO
# PLAINTIFFS' MEMORANDUM OF LAW
# IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

# APPENDIX 1

# February Delegation
(HSA Delegation 00106, Revision 08.4)

## Track 1
In cases of the Secretary's **death, resignation, or inability to perform** the functions of the office



**EO 13753**

**(1) Deputy Secretary**

*as required by 6 U.S.C. § 113(a)(1)(A)*

**(2) Under Secretary of Management**

*as required by 6 U.S.C. § 113(g)(1)*

**(3) FEMA Administrator**

**(4) CISA Director**

## Track 2
In cases where the Secretary was unavailable to act during a **disaster or catastrophic emergency**



**Annex A**

**(1) Deputy Secretary**

*as required by 6 U.S.C. § 113(a)(1)(A)*

**(2) Under Secretary of Management**

*as required by 6 U.S.C. § 113(g)(1)*

**(3) FEMA Administrator**

**(4) CISA Director**

**APPENDIX 2**

# April Delegation
(HSA Delegation 00106, Revision 08.5)

**Track 1**
In cases of the Secretary's **death, resignation, or inability to perform** the functions of the office

⬇

**EO 13753**

(1) **Deputy Secretary**
as required by 6 U.S.C. § 113(a)(1)(A)

(2) **Under Secretary of Management**
as required by 6 U.S.C. § 113(g)(1)

(3) **FEMA Administrator**

(4) **CISA Director**

---

**Track 2**
In cases where the Secretary was unavailable to act during a **disaster or catastrophic emergency**

⬇

**Amended Annex A**

(1) **Deputy Secretary**
as required by 6 U.S.C. § 113(a)(1)(A)

(2) **Under Secretary of Management**
as required by 6 U.S.C. § 113(g)(1)

(3) **CBP Commissioner**

(4) **FEMA Administrator**

(5) **CISA Director**

# APPENDIX 3

## Order of Succession on April 10, 2019
### (after Secretary Nielsen's Resignation)



# APPENDIX 4

## November Delegation
(HSA Delegation 00106, Revision 08.6)

**Track 1**
In cases of the Secretary's **death, resignation, or inability to perform** the functions of the office

**Track 2**
In cases where the Secretary was unavailable to act during a **disaster or catastrophic emergency**




**Further Amended Annex A**

**(1) Deputy Secretary**
*as required by 6 U.S.C. § 113(a)(1)(A)*

**(2) Under Secretary of Management**
*as required by 6 U.S.C. § 113(g)(1)*

**(3) CBP Commissioner**

**(4) Under Secretary for Strategy, Policy, & Plans**

# APPENDIX 5

# Government's Claimed Order of Succession
## (after Mr. McAleenan's Purported Resignation)

**Track 1**
In cases of the Secretary's **death, resignation, or inability to perform** the functions of the office

**Track 2**
In cases where the Secretary was unavailable to act during a **disaster or catastrophic emergency**

**Further Amended Annex A**

**(1) Deputy Secretary**
as required by 6 U.S.C. § 113(a)(1)(A) — **Vacant** since April 14, 2018

**(2) Under Secretary of Management**
as required by 6 U.S.C. § 113(g)(1) — **Resigned** April 10, 2019

**(3) FEMA Administrator** — Held by **Acting Officer** on April 10, 2019

**(4) Under Secretary for Strategy, Policy & Plans**
Defendant Wolf