IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHAD WOLF, *in his official capacity as the Acting Secretary of Homeland Security*, et al.,<br><br>    Defendants. | No. 1:16-cv-04756 (NGG) (JO) |

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL R. SUVOR**

Pursuant to Local Civil Rule 1.3(c), I, Daniel R. Suvor, hereby move for admission *pro hac vice* to appear on behalf of *amicus curiae* the County of Los Angeles in the above-captioned case. In support of this application, annexed hereto is the Affidavit of Daniel R. Suvor, Esq., and the Certificate of Good Standing from the Clerk of the Supreme Court of California verifying that I am a member in good standing of the bar of California. This motion is also accompanied by payment to the Clerk of this Court of the total fee of one hundred fifty dollars ($150.00). A proposed Order is attached.

Dated: August 31, 2020
Los Angeles, CA

Respectfully submitted,

By:   /s/ Daniel R. Suvor_____
Daniel R. Suvor
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: 213.430.6000
E-mail: dsuvor@omm.com

Attorney for *Amicus Curiae* the County of Los Angeles, California