UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Batalla Vidal, et al.,

                Plaintiff(s),

v.

Chad Wolf, et al.,

                Defendant(s).

---

16-cv-4756

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Margaret L. Carter, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of O'Melveny & Myers LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court   True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 220637 (CA)
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 16-cv-4756 for Amicus Curiae the County of Los Angeles.

Date August 28 2020
~~Los Angeles~~ South Pasadena, CA

Signature of Movant
Firm Name O'Melveny & Myers LLP
Address 400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899

Email mcarter@omm.com
Phone 213-430-7592

**NOTARIZED**

ANZHELA MARTIROSYAN
Notary Public - California
Los Angeles County
Commission # 2296715
My Comm. Expires Jul 17, 2023

8/28/20

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles )

On 8/28/20 before me, Anzhela Martirosyan, Notary Public
(insert name and title of the officer)

personally appeared Margaret Louise Carter,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ANZHELA MARTIROSYAN
Notary Public - California
Los Angeles County
Commission # 2296715
My Comm. Expires Jul 17, 2023