IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>*Defendants*. | Case No.  1:16-cv-04756 (NGG)(JO)<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Mark S. Davies, hereby move this Court pursuant to Rule 1.3(c) of the Local Rules of District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an attorney with the firm of Orrick, Herrington & Sutcliffe LLP and a member in good standing of the District of Columbia Bar, as attorney *pro hac vice* to serve as counsel for *amicus curiae* Morton Rosenberg in the above-captioned matter.  There are no pending disciplinary proceedings against me in any State or Federal Court.

Respectfully submitted,

Dated:  September 2, 2020

/s/ Mark S. Davies
Mark S. Davies
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8631
mark.davies@orrick.com

*Counsel for Amicus Curiae*
*Morton Rosenberg*