IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>*Defendants*. | Case No. 1:16-cv-04756 (NGG)(JO)<br><br>**DECLARATION OF MARK S. DAVIES IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Mark S. Davies, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing, dated September 1, 2020, annexed hereto, I am a member in good standing of the District of Columbia Bar.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number with the District of Columbia Bar is 454051.

8. Wherefore I, Mark S. Davies, respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case for *amicus curiae* Morton Rosenburg.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 2, 2020              /s/ Mark S. Davies
                                                              Mark S. Davies
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8631
mark.davies@orrick.com

*Counsel for Amicus Curiae*
*Morton Rosenberg*