AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Martin Batalla Vidal, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-CV-4756 (NGG) (JO) |
| Chad Wolf, Acting Secretary, DHS, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the County of Los Angeles.

Date:  09/04/2020

/s/ Margaret L. Carter
*Attorney's signature*

Margaret L. Carter (S.B. #220736)
*Printed name and bar number*

400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899
*Address*

mcarter@omm.com
*E-mail address*

(213) 430-6000
*Telephone number*

(213) 430-6407
*FAX number*