IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>CHAD F. WOLF, *et al.*, <br><br>    Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>DONALD TRUMP, *et al.*, <br><br>    Defendants. | No. 17-cv-5228 (NGG) (JO) |

**<u>NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law, dated September 11, 2020, as well as Defendants' Responses to Plaintiffs' Local Civil Rule 56.1 Statement and Defendants' Statement of Undisputed Facts, and the exhibits annexed thereto, Defendants in the above-captioned actions will move this Court before the Honorable Nicholas G. Garaufis, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for partial summary judgment in favor of Defendants pursuant to Fed. R. Civ. P. 56.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's August 24, 2020 Order, Plaintiffs' opposition papers shall be filed no later than September 25, 2020 at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's August 24, 2020 Order, Defendants' reply in further support of their motion for partial summary judgment shall be filed no later than October 2, 2020 at 12:00 p.m.

| | |
|---|---|
| Dated: September 11, 2020 | Respectfully submitted,<br><br>JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>DAVID M. MORRELL<br>Deputy Assistant Attorney General<br><br>SETH D. DuCHARME<br>Acting United States Attorney<br><br>BRAD P. ROSENBERG<br>Assistant Branch Director<br><br> /s/   *Stephen M. Pezzi*<br>GALEN N. THORP<br>  Senior Trial Counsel<br>STEPHEN M. PEZZI<br>RACHAEL L. WESTMORELAND<br>  Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 305-8576<br>Fax: (202) 616-8470<br>Email: stephen.pezzi@usdoj.gov<br><br>JOSEPH A. MARUTOLLO<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>Eastern District of New York<br>271-A Cadman Plaza East, 7th Floor<br>Brooklyn, NY  11201<br>Phone:  (718) 254-6288<br>Fax:  (718) 254-7489<br>Email:  joseph.marutollo@usdoj.gov<br><br>*Attorneys for Defendants* |