### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD F. WOLF, *et al.*, <br><br> Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | No. 17-cv-5228 (NGG) (JO) |

### JOINT STATUS REPORT

Pursuant to the Court's August 24, 2020 scheduling order in the above-captioned matters, *State of New York* ECF No. 270, the parties, having conferred, jointly submit the following status report "addressing the status of the production of the Administrative Record." *Id.* at 2. As ordered by the Court, *see id.*, Defendants filed the administrative record (including a privilege log) on the morning of September 4, 2020. *State of New York* ECF No. 282. On September 15, 2020, the parties conferred via telephone, and Plaintiffs asked several questions regarding the record and the privilege log. As part of this conferral, Defendants confirmed that the administrative record and privilege log were compiled by applying the standards set forth in this Court's October 19, 2017 Order, *State of New York* ECF No. 66—that is, all documents directly or indirectly considered by

Acting Secretary Wolf, including all documents considered by Acting Secretary Wolf's "first-tier subordinates—i.e., anyone who advised [him] on the decision," *id.* at 10-11. Regarding the privilege log, Plaintiffs expressed concern that the log lacked sufficient detail to assess whether the privileges asserted apply and requested that Defendants prepare a revised privilege log no later than September 25, 2020. Although Defendants believe that the existing privilege log satisfies all applicable legal requirements, in the interest of avoiding unnecessary ancillary litigation, Defendants have agreed to file a revised privilege log no later than September 25, 2020 by 12:00 p.m. Defendants will endeavor to address Plaintiffs' concerns in that revised privilege log.

Dated: September 17, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SETH D. DUCHARME
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

 /s/   *Stephen M. Pezzi*
GALEN N. THORP
  Senior Trial Counsel
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Phone:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Attorneys for Defendants*

        /s/       Mayra B. Joachin

Camila Bustos, Law Student Intern*
Armando Ghinaglia, Law Student Intern
Angie Liao, Law Student Intern*
Edgar A. Melgar, Law Student Intern*
Medha Swaminathan, Law Student Intern*
Ramis Wadood, Law Student Intern
Muneer I. Ahmad, Esq. (MA 9360)
Marisol Orihuela, Esq. (*pro hac vice*)
Michael J. Wishnie, Esq. (MW 1952)
JEROME N. FRANK LEGAL SERVICES ORG.
P.O. Box 209090
New Haven, CT 06520
(203) 432-4800

Mayra B. Joachin, Esq. (*pro hac vice*)
Araceli Martínez-Olguín, Esq. (AM 2927)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
(213) 639-3900
joachin@nilc.org

Trudy S. Rebert, Esq. (TR 6959)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 721361
Jackson Heights, NY 11372
(646) 867-8793

Karen C. Tumlin, Esq. (*pro hac vice*)
Cooperating Attorney
JEROME N. FRANK LEGAL SERVICES ORG.
P.O. Box 209090
New Haven, CT 06520
(323) 316-0944

Paige Austin, Esq. (PA 9075)
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
(718) 418-7690

* Motion for law student appearance forthcoming

*Attorneys for Batalla Vidal, et al., Plaintiffs*

**LETITIA JAMES**
Attorney General of the State of New York

By: */s/ Matthew Colangelo*
Matthew Colangelo,
    Chief Counsel for Federal Initiatives
Sania Khan, Assistant Attorney General
Joseph Wardenski, Senior Trial Counsel
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Matthew.Colangelo@ag.ny.gov
Tel. (212) 416-6057
Fax (212) 416-6007

*Attorneys for State of New York Plaintiffs*