IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al.*, <br><br> Defendants. | No. 17-cv-5228 (NGG) (JO) |

**NOTICE OF FILING OF REVISED PRIVILEGE LOG**

On September 4, 2020, Defendants in the above-captioned matters filed the Administrative Record for the memorandum issued by Acting Secretary Chad F. Wolf on July 28, 2020, entitled "Reconsideration of the June 15, 2012 Memorandum Entitled 'Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children,'" along with a privilege log for the privileged documents that were directly or indirectly considered by Acting Secretary Wolf in connection with his July 28, 2020 decision. *See Batalla Vidal* ECF No. 319.

After the parties conferred regarding the privilege log, Defendants agreed to provide a revised privilege log in order to narrow the grounds of potential dispute. *See Batalla Vidal* ECF

No. 325. In the attached revised privilege log, Defendants have identified each author or recipient that was acting in their capacity as an attorney, added agency affiliations that were missing, elaborated on the privilege descriptions where appropriate, and specified the time of July 28 entries in relation to the signature of the memorandum. *See* Exhibit 1.

Dated: September 25, 2020                  Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SETH D. DUCHARME
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Galen N. Thorp*
GALEN N. THORP (VA Bar No. 75517)
Senior Trial Counsel
STEPHEN M. PEZZI (D.C. Bar #995500)
RACHAEL L. WESTMORELAND (GA Bar No. 539498)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.: (202) 514-4781
Fax: (202) 616-8470
Email: galen.thorp@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Tel: (718) 254-6288
Fax: (718) 254-7489
Email: joseph.marutollo@usdoj.gov

*Counsel for Defendants*