UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL et al.<br><br>　　On behalf of themselves and all other similarly situated individuals,<br><br>and MAKE THE ROAD NEW YORK,<br><br>　　On behalf of itself, its members, and its clients,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>CHAD WOLF, in his official capacity as the purported Acting Secretary of Homeland Security, et al.,<br><br>　　*Defendants*. | Case No. 1:16-cv-04756 (NGG)(JO)<br><br>October 17, 2020 |

## **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully notify the Court of a recent opinion from the United States District Court for the District of Columbia, issued on October 8, 2020 after parties completed briefing, in *Northwest Immigrant Rights Project, et al., v. U.S. Citizenship and Immigration Services, et al.*, No. 19-cv-03283-RDM, 2020 WL 5995206 (D.D.C. Oct. 8, 2020), a case challenging the United States Citizenship and Immigration Services' proposed and final rules changing application fees. In granting plaintiffs' motion for a preliminary injunction, the district court held that Chad Wolf "acted without authority when he approved the Final Rule and when he attempted to ratify the Proposed and Final Rule." *Id.* at *24.

1

Dated: October 17, 2020

Respectfully submitted,

/s/ Marisol Orihuela
Maria Camila Bustos, Law Student Intern*
Armando Ghinaglia, Law Student Intern
Angie Liao, Law Student Intern*
Edgar A. Melgar, Law Student Intern*
Medha Swaminathan, Law Student Intern*
Ramis Wadood, Law Student Intern
Muneer I. Ahmad, Esq. (MA 9360)
Marisol Orihuela, Esq. (*pro hac vice*)
Michael J. Wishnie, Esq. (MW 1952)
JEROME N. FRANK LEGAL SERVICES ORG.
muneer.ahmad@yale.edu
P.O. Box 209090
New Haven, CT 06520
(203) 432-4800

Karen C. Tumlin, Esq. (*pro hac vice*)
Cooperating Attorney
JEROME N. FRANK LEGAL SERVICES ORG.
P.O. Box 209090
New Haven, CT 06520
(323) 316-0944

Trudy S. Rebert, Esq. (TR 6959)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 721361
Jackson Heights, NY 11372
(646) 867-8793

Araceli Martínez-Olguín, Esq. (AM 2927)
Mayra B. Joachin, Esq. (*pro hac vice*)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
(213) 639-3900

Paige Austin, Esq. (PA 9075)
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
(718) 418-7690


*Attorneys for Plaintiffs*

* Motion for law student appearance forthcoming

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2020, a true and correct copy of the foregoing Plaintiffs' Notice of Supplemental Authority was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                               /s/ Marisol Orihuela
                                               Marisol Orihuela, Esq. (*pro hac vice*)
                                               JEROME N. FRANK LEGAL SERVICES ORG.
                                               marisol.orihuela@yale.edu
                                               P.O. Box 209090
                                               New Haven, CT 06520
                                               (203) 432-4800