UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD WOLF, Acting Secretary, Department of Homeland Security, et al., <br><br> *Defendants*. | **MOTION FOR LEAVE TO FILE LAW STUDENT INTERN APPEARANCES** <br><br> Case No. 1:16-cv-04756 (NGG)(JO) |

To the Clerk of the Court for the United States District Court for the Eastern District of New York, and all parties of record:

The undersigned attorney respectfully moves the Court for leave to file the attached law student appearances for Maria Camila Bustos, Angie Liao, Edgar A. Melgar, Armando Ghinaglia Socorro, Medha Swaminathan, and Ramis Wadood as counsel for Plaintiffs.

I certify that I am admitted to practice before this Court.

Dated: New Haven, Connecticut
November 17, 2020

Respectfully submitted,

/s/ Muneer I. Ahmad

Muneer I. Ahmad, Supervising Attorney
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06511
Phone: (203) 432-4800
muneer.ahmad@ylsclinics.org

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2020, a true and correct copy of the foregoing Motion for Leave to File Law Student Appearances was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Muneer I. Ahmad
Muneer I. Ahmad, Supervising Attorney
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06511
Phone: (203) 432-4800