UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD WOLF, Acting Secretary, Department of Homeland Security, et al., <br><br> *Defendants*. | **LAW STUDENT INTERN APPERANCE FORM** <br><br> Case No. 1:16-cv-04756 (NGG)(JO) |

1. Certification of Law Student

   I, Maria Camila Bustos, certify that:

   (a) I am enrolled in Yale Law School, which is accredited by the American Bar Association;
   (b) I am not receiving any compensation from the client in this matter;
   (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
   (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
   (e) I am participating in a clinical program at Yale Law School.

   _____     11/16/2020
   Signature of Student                   Date

2. Certification of Law School Dean or Authorized Designee

I, Muneer Ahmad, certify that:

(a) this student has completed at least two semesters of law school work;
(b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
(c) this student is a participant in a clinical program that is approved by this law school and taught by Muneer Ahmad, Marisol Orihuela, and Michael Wishnie, who will serve as supervising attorneys.

_____     _11/16/2020_
Muneer Ahmad                                           Date
Deputy Dean for Experiential Education

3. Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, Muneer Ahmad, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the clients, in writing, for the student to appear in this matter; and
(d) I or another supervising attorney will appear with the student in all proceedings before the Court.

_____          _11/16/2020___
Signature of Attorney                               Date

4. Certification of Client or United States Attorney

I, Martin J. Batalla Vidal, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____          11/09/2020
Signature of Client                    Date

I, Carolina Fung Feng, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____          10/19/2020
Signature of Client                                         Date

5

I, Carlos Vargas, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____   11/10/2020
Signature of Client                              Date

I, Antonio Alarcon, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

| | |
|---|---|
| _____ <br> Signature of Client | October 19, 2020 <br> Date |

I, Eliana Fernandez, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____        11/10/2020
Signature of Client                              Date

I, Johana Larios Sainz, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____     10/17/2020
Signature of Client                                   Date

I, Ximena Zamora, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_Ximena Zamora_
Signature of Client

11/12/20
Date

I, M.B.F., by her next friend Lucia Feliz, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____    _11/15/2020_
Signature of Client                 Date

I, Sonia Molina, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____    10/22/20
Signature of Client                 Date

I, Yaritza Mendez, on behalf of Make the Road New York, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

*/s/ Yaritza Mendez*  11/11/2020

Signature of Client  Date