AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Martin Jonathan Batalla Vidal, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:16-cv-04756 |
| Chad Wolf, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Martin Jonathan Batalla Vidal, et al.

Date: 11/23/2020

/s/ Vanessa Dell
*Attorney's signature*

Vanessa Dell, 5200704
*Printed name and bar number*
Make the Road New York
92-10 Roosevelt Avenue
Jackson Heights NY 11372

*Address*

vanessa.dell@maketheroadny.org
*E-mail address*

(917) 484-0200
*Telephone number*

(866) 420-9169
*FAX number*