**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>CHAD WOLF, et al.,<br><br>           Defendants. | 16-CV-4756 (NGG) (VMS) |
| STATE OF NEW YORK, et al.,<br><br>           Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>           Defendants. | 17-CV-5228 (NGG) (VMS) |

**PLAINTIFFS' NOTICE OF MOTION**
**(Fed. R. Civ. P. 56 and 28 U.S.C. § 2201)**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move the Court for partial summary judgment with respect to their claims for relief under the Administrative Procedure Act, 5 U.S.C. §§ 706(2)(A), (C).  *See Batalla Vidal* Pls.' Fourth Am. Compl. ¶¶ 211-18 (Third Claim for Relief) (Dkt. 308); States' Second Am. Suppl. Compl. ¶¶ 328-31 (Eighth Claim for Relief) (States Dkt. 271).

Plaintiffs request that the Court vacate and set aside Chad Wolf's July 28, 2020 memorandum, *Reconsideration of the June 15, 2012 Memorandum Entitled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as*

*Children"*; declare that the memorandum and the September 10, 2020, November 14, 2020, and November 16, 2020 purported ratification efforts by Federal Emergency Management Agency ("FEMA") Administrator Peter Gaynor and Defendant Wolf are unauthorized and therefore without legal effect; and further enter the declaratory, injunctive, and other equitable relief set forth in the Proposed Order accompanying this motion.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law; the Declaration of Matthew Colangelo dated November 24, 2020; the exhibits attached to that Declaration; the pleadings and papers on file in this action; and any argument and evidence that is presented on the hearing of this motion.

DATED:  November 24, 2020

By: */s/ Araceli Martínez-Olguín*
Araceli Martínez-Olguín, Esq. (AM 2927)
Mayra B. Joachin, Esq. (pro hac vice)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
(213) 639-3900
martinez-olguin@nilc.org

Trudy S. Rebert, Esq. (TR 6959)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 721361
Jackson Heights, NY 11372
(646) 867-8793

Camila Bustos, Law Student Intern
Armando Ghinaglia, Law Student Intern
Angie Liao, Law Student Intern*
Edgar A. Melgar, Law Student Intern
Medha Swaminathan, Law Student Intern*
Ramis Wadood, Law Student Intern
Muneer I. Ahmad, Esq. (MA 9360)
Marisol Orihuela, Esq. (pro hac vice)
Michael J. Wishnie, Esq. (MW 1952)
JEROME N. FRANK LEGAL SERVS. ORG.

Respectfully submitted,

By: */s/ Matthew Colangelo*
Matthew Colangelo
   *Chief Counsel for Federal Initiatives*
Anisha S. Dasgupta, *Deputy Solicitor General*
Alex Finkelstein, *Project Attorney*
Sania Khan, *Assistant Attorney General*
Joseph Wardenski, *Senior Trial Counsel*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

*Attorneys for the Plaintiffs in* 17-CV-5228 (NGG) (VMS)

P.O. Box 209090
New Haven, CT 06520
(203) 432-4800

Karen C. Tumlin, Esq. (pro hac vice)
Cooperating Attorney
JEROME N. FRANK LEGAL SERVS. ORG.
P.O. Box 209090
New Haven, CT 06520
(323) 316-0944

Vanessa Dell, Esq. (VD 1157)
Jessica Young, Esq.**
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
(718) 418-7690

*Attorneys for the Batalla Vidal Plaintiffs in*
16-CV-4756 (NGG) (VMS)

\* Motion for law student appearance
pending

\*\*Application forthcoming in E.D.N.Y.