UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, et al., <br><br> Defendants. | 16-CV-4756 (NGG) (VMS) |
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | 17-CV-5228 (NGG) (VMS) |

**DECLARATION OF MATTHEW COLANGELO**

Matthew Colangelo, pursuant to penalty of perjury under 28 U.S.C. § 1746, does hereby state the following:

I am an attorney in the Office of the New York State Attorney General and counsel to Plaintiffs in *New York v. Trump*, No. 17-CV-5228 (NGG) (VMS). I submit this Declaration in support of Plaintiffs' joint motion for partial summary judgment in *Batalla Vidal v. Trump*, No. 16-CV-4756 (NGG) (VMS) and *New York v. Trump*, No. 17-CV-5228 (NGG) (VMS).

Attached to this Declaration are true and correct copies of the following numbered exhibits:

1

1. U.S. Dep't of Homeland Security, *DHS Statement on Recent Challenges to Acting Secretary Wolf's Authority* (Nov. 17, 2020).

2. Order Designating the Order of Succession for the Secretary of Homeland Security (Nov. 14, 2020).

3. Ratification of Actions Taken by the Acting Secretary of Homeland Security (Nov. 16, 2020).

4. Ratification of Certain Actions Taken by Former Acting Secretary Kevin McAleenan and One Action Taken by U.S. Citizenship and Immigration Services Deputy Director for Policy Joseph Edlow (Nov. 16, 2020).

Dated: November 24, 2020          */s/ Matthew Colangelo*
                                  Matthew Colangelo
                                  Office of the New York State Attorney General
                                  28 Liberty Street
                                  New York, NY 10005
                                  Phone: (212) 416-6057
                                  matthew.colangelo@ag.ny.gov