

**U.S. Department of Justice**

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

December 7, 2020

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *State of New York, et al. v. Trump, et al.*, No. 17-cv-5228 (NGG) (VMS)
              *Batalla Vidal, et al. v. Wolf, et al.*, No. 16-cv-4756 (NGG) (VMS)

Dear Judge Garaufis:

        Defendants write to notify the Court that, pursuant to the Court's December 4, 2020 Order in the above-captioned matters, *Batalla Vidal* ECF No. 354, the Department of Homeland Security and United States Citizenship and Immigration Services have each "post[ed] a public notice . . . prominently on [their] websites" in the manner described by the Court's Order.  That notice appears at the following locations:

- https://www.dhs.gov/news/2020/12/07/update-deferred-action-childhood-arrivals
- https://www.dhs.gov/publication/batalla-vidal-et-al-v-wolf-et-al-and-state-new-york-et-al-v-trump-et-al
- https://www.dhs.gov (rotating banner)
- https://www.uscis.gov/
- https://www.uscis.gov/i-821d
- https://www.uscis.gov/i-131

        Defendants thank the Court for its consideration of this matter.

Dated: December 7, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SETH D. DuCHARME
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director


 /s/   *Stephen M. Pezzi*
GALEN N. THORP
  Senior Trial Counsel
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Phone:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Attorneys for Defendants*