UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTÍN JONATHAN BATALLA VIDAL, *et al.*,

                Plaintiffs,

    -against-

CHAD WOLF, *et al.*,

                Defendants.

**ORDER**
**16-CV-4756 (NGG) (VMS)**

STATE OF NEW YORK, *et al.*,

                Plaintiffs,

    -against-

DONALD TRUMP, *et al.*,

                Defendants.

**17-CV-5228 (NGG) (VMS)**

NICHOLAS G. GARAUFIS, United States District Judge.

The court held a status conference on December 10, 2020 to consider outstanding issues addressed by the parties in their Joint Status Report (Dkt. 357).[1] Having considered the positions of the parties, the court ordered the following.

1) The Government is DIRECTED to circulate draft language for individual notices to Plaintiffs no later than 11:59 pm on December 10, 2020. Plaintiffs are DIRECTED to register any significant substantive concerns with the court that have not been resolved by negotiation, by 5:00 pm on Friday, December 11, 2020.

2) The Government is DIRECTED to mail the individual notices, as described in the Joint Status Report, on or before January 8, 2021, and to notify the court when they have done so.

---

[1] Docket cites refer to the *Batalla Vidal v. Wolf* case, 16-cv-4756.

    3) The Government is DIRECTED to mail new Employment Authorization Documents (EADs), with expiration dates that reflect the lawful two-year period for which they should have been issued, no later than 30 days before the unlawful expiration dates with which they were issued, and at no additional cost to the recipient.

The Government's obligation to respond to the Amended Complaints is stayed pending a further order of the court.

SO ORDERED.

Dated:    Brooklyn, New York
             December 10, 2020

                                               /s/ Nicholas G. Garaufis
                                              NICHOLAS G. GARAUFIS
                                              United States District Judge