UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHAD F. WOLF, et al.,<br><br>*Defendants*. | Civil Action No. 1:16-cv-04756 (NGG) (VMS)<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Plaintiffs in the above captioned matter have moved for permission to withdraw Trudy S. Rebert as counsel. Muneer Ahmad, Paige Austin, Vanessa Dell, Mayra B. Joachin, Araceli Martínez-Olguín, Marisol Orihuela, Karen C. Tumlin, and Jessica Young, have appeared and will continue as counsel for Plaintiffs.

Having considered the motion, it is hereby granted.

**SO ORDERED.**

Dated: Brooklyn, New York
_____  \_\_\_, 202\_

_____
NICHOLAS G. GARAUFIS
United States District Judge