IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHAD F. WOLF, *et al.*,<br><br>        Defendants. | No. 16-cv-4756 (NGG) (VMS) |
| STATE OF NEW YORK, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, *et al.*,<br><br>        Defendants. | No. 17-cv-5228 (NGG) (VMS) |

**DEFENDANTS' STATUS REPORT**

      Defendants are hereby filing reports regarding the DACA policy pursuant to the Court's order of December 4, 2020, *Batalla Vidal* ECF No. 354.  Copies of these reports, entitled Request 1 (DACA and Advance Parole Requests from Nov. 14, 2020 - Dec. 31, 2020), Request 2.1 (DACA First-Time Requests Rejected Under Wolf Memo), Request 2.2 (DACA Renewal and Employment Authorization Grants for One-Year Under Wolf Memo), and Request 2.3 (DACA Advance Parole Requests Under Wolf Memo), which correspond to the status report requirements on page 5 of this Court's December 4, 2020 order, are attached to this filing as Exhibits A, B, C, and D.

      Defendants note that the information used to generate these reports is transferred from certain electronic systems to the agency's Enterprise Citizenship and Immigration Services

Centralized Operation Repository (eCISCOR). Because there is a lag time due to the electronic transfer of data, these reports reflect the currently available information in eCISCOR as of January 4, 2021. Additionally, in accordance with standard business procedures, some data may not be entered into USCIS's electronic systems for 72 business hours. New filings may take longer than normal to be data entered into USCIS's electronic systems due to the front-log at the USCIS Lockbox, which occurs when mail, including immigration forms, is arriving at the Lockbox faster than the clerks can enter the information into the electronic systems, the first step to processing immigration filings. Thus, these reports reflect USCIS's best analysis of the currently available data as of January 4, 2021. The notes accompanying the attached reports provide further detail regarding data limitations.

Dated: January 4, 2021

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SETH D. DUCHARME
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

 /s/   *Stephen M. Pezzi*
GALEN N. THORP
  Senior Trial Counsel
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Phone:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Attorneys for Defendants*