Order Designating the Order of Succession for the Secretary of Homeland Security

(a) By the authority vested in me as Acting Secretary of Homeland Security, including the Homeland Security Act, 6 U.S.C. § 113(g)(2), and notwithstanding any Department of Homeland Security (DHS) prior delegation, directive, instruction, policy, or any other document of any kind, including without limitation DHS Delegation No. 00106, I hereby designate the order of succession for the Secretary of Homeland Security as follows:

Order of Succession for the Secretary of Homeland Security
*Pursuant to Title 6, United States Code, Section 113(g)(2)*

1. Deputy Secretary of Homeland Security;

2. Under Secretary for Management;

3. Administrator of the Federal Emergency Management Agency;

4. Administrator, Transportation Security Administration;

5. Under Secretary for Strategy, Policy, and Plans;

6. Commissioner of the U.S. Customs and Border Protection.

(b) No individual who is serving in an office listed above in paragraph (a) in an acting capacity, by virtue of so serving, shall act as Secretary pursuant to this order.

(c) DHS Orders of Succession and Delegations of Authorities for Named Positions, Delegation No. 00106, Annex A, is hereby amended to reflect the officials listed in order in the above designated order of succession for the Secretary of Homeland Security.  Further the title for Annex A shall be amended to state as follows:

"Order of Succession for the Secretary of Homeland Security"
"*Pursuant to Title 6, United States Code, Section 113(g)(2)*"

(d) This order designating the order of succession for the Secretary of Homeland Security is effective on January 11, 2021, at 11:59 p.m. Eastern Standard Time.

Dated: January 11, 2021 4 p.m.

Chad F. Wolf
Acting Secretary of Homeland Security