# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>DAVID PEKOSKE, *et al.*,<br><br>        Defendants.[1] | No. 16-cv-4756 (NGG) (VMS) |
| STATE OF NEW YORK, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>        Defendants. | No. 17-cv-5228 (NGG) (VMS) |

## **NOTICE**

Defendants respectfully notify the Court and the Plaintiffs that, on January 20, 2021, President Joseph R. Biden, Jr. signed a Memorandum on the subject of "Preserving and Fortifying Deferred Action for Childhood Arrivals (DACA)." The Memorandum orders that "[t]he Secretary of Homeland Security, in consultation with the Attorney General, shall take all actions he deems appropriate, consistent with applicable law, to preserve and fortify DACA." Although the

---

[1] In both of the above-captioned matters, pursuant to Federal Rule of Civil Procedure 25(d), President Joseph R. Biden, Jr. is automatically substituted as a Defendant in his official capacity for former President Donald J. Trump, and Acting Secretary of Homeland Security David Pekoske is automatically substituted as a Defendant in his official capacity for former Acting Secretary of Homeland Security Peter T. Gaynor. In addition, in the *Batalla Vidal* matter, as of this filing, the position formerly occupied by official-capacity Defendant Joseph Edlow—Deputy Director for Policy, U.S. Citizenship and Immigration Services—is vacant.

Memorandum has not yet been published in the Federal Register, the full text is available at https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/preserving-and-fortifying-deferred-action-for-childhood-arrivals-daca/, and is also attached to this notice as Exhibit 1.

Dated: January 21, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

SETH D. DuCHARME
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

 /s/   Stephen M. Pezzi
GALEN N. THORP
  Senior Trial Counsel
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Phone:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Attorneys for Defendants*