**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Martin Jonathan Batalla Vidal, et al.,<br><br>    Plaintiffs,<br><br>-v.-<br><br>Kirstjen M. Nielsen, et al.,<br><br>    Defendants. | Civil Action No. 1:16-cv-04756-NGG-VMS<br><br>**NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE THAT I, Daniel J. Suvor, respectfully move the Court for an order permitting the withdrawal of Margaret L. Carter as counsel for *Amicus Curiae* the County of Los Angeles in this matter.  The County will continue to be represented by other counsel who have already filed an appearance in this matter.  A proposed order is attached.

Dated: May 14, 2021
   Los Angeles, California

Respectfully submitted,

*S/ Daniel R. Suvor*
_____

Daniel R. Suvor
O'Melveny & Myers, LLC
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: 213.430.6000
E-mail: dsuvor@omm.com

Counsel for *Amicus Curiae* the County of
Los Angeles, California