IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>Defendants.[1] | No. 16-cv-4756 (NGG) (VMS) |
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>Defendants. | No. 17-cv-5228 (NGG) (VMS) |

**NOTICE**

Defendants respectfully notify the Court and the Plaintiffs that, on Friday, July 16, 2021, the United States District Court for the Southern District of Texas issued an opinion and a permanent injunction on the subject of Deferred Action for Childhood Arrivals (DACA), both of which are attached to this filing. *See Texas v. United States*, No. 1:18-cv-00068, ECF Nos. 575, 576 (S.D. Tex. July 16, 2021). As a result of the permanent injunction, effective on Friday, the Department of Homeland Security (DHS) may no longer grant any "new . . . DACA applications,"

---

[1] In both of the above-captioned matters, pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Homeland Security Alejandro N. Mayorkas is automatically substituted as a Defendant in his official capacity for former Acting Secretary of Homeland Security David Pekoske.

*i.e.*, "those not already granted by" July 16, 2021, *id.*, but (pending appeal) may continue to grant renewal requests.

On Saturday, July 17, 2021, President Biden issued a statement about the decision, noting (among other things) that "[t]he Department of Justice intends to appeal this decision in order to preserve and fortify DACA." *Statement by President Joe Biden on DACA and Legislation for Dreamers* (July 17, 2021), *available at* https://perma.cc/XTY3-JKHA. Secretary of Homeland Security Mayorkas also issued a statement, reiterating that DHS "will engage the public in a rulemaking process to preserve and fortify DACA," and also "will continue processing DACA renewal requests, consistent with the ruling." *Statement by Secretary Mayorkas on DACA Ruling* (July 17, 2021), *available at* https://perma.cc/YG2A-4L53.

The permanent injunction from the Southern District of Texas also requires changes to the websites of DHS and U.S. Citizenship and Immigration Services (USCIS). Defendants will file a notice later this week advising this Court and the Plaintiffs regarding the nature of those changes, once they are completed.

Dated: July 19, 2021            Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JACQUELYN M. KASULIS
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

/s/  *Stephen M. Pezzi*
GALEN N. THORP
  Senior Trial Counsel
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Phone: (718) 254-6288
Fax: (718) 254-7489
Email: joseph.marutollo@usdoj.gov

*Attorneys for Defendants*