IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>   Defendants. | No. 16-cv-4756 (NGG) (VMS) |
| STATE OF NEW YORK, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>   Defendants. | No. 17-cv-5228 (NGG) (VMS) |

## NOTICE

As explained in the notice that Defendants filed earlier this week, "[t]he permanent injunction from the Southern District of Texas . . . requires changes to the websites of DHS and U.S. Citizenship and Immigration Services (USCIS)." *Batalla Vidal* ECF No. 369. Those changes have now been made, and are described in the attached Notice that was filed in the Southern District of Texas.

Dated: July 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JACQUELYN M. KASULIS
Acting United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

/s/  Stephen M. Pezzi
GALEN N. THORP
  Senior Trial Counsel
STEPHEN M. PEZZI
RACHAEL L. WESTMORELAND
  Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Phone: (718) 254-6288
Fax: (718) 254-7489
Email: joseph.marutollo@usdoj.gov

*Attorneys for Defendants*