UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>*Defendants*. | Civil Action No. 1:16-cv-04756 (NGG) (VMS)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL** |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Plaintiffs in the above captioned matter have moved for permission to withdraw Mayra B. Joachin as counsel. Muneer I. Ahmad, Michael J. Wishnie, Marisol Orihuela, Araceli Martínez-Olguin, Karen C. Tumlin, Paige Austin, and Jessica Young have appeared and will continue as counsel for Plaintiffs.

Having considered the motion, it is hereby granted.

**SO ORDERED.**

Dated: Brooklyn, New York
_____  \_\_\_, 2022

_____
NICHOLAS G. GARAUFIS
United States District Judge