IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>        Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>        Defendants. | No. 17-cv-5228 (NGG) (JO) |

### DECLARATION OF CHRISTOPHER D. DODGE

I, Christopher D. Dodge, hereby declare as follows:

1. I am an attorney with the United States Department of Justice and am authorized to represent the United States in this Court.

2. My employment with the United States Department of Justice will conclude on March 17, 2022 and I therefore respectfully request that I be permitted to withdraw as counsel for Defendants in this matter.

3. Brad Rosenberg, Rachael Westmoreland, and Stephen Pezzi of the United States Department of Justice, as well as Joseph A. Marutollo of the United States Attorney's Office for the Eastern District of New York, will continue to serve as counsel for Defendants.

4. I am not retaining or charging a lien.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed this sixteenth day of March, 2022, in Washington, D.C.

/s/   *Christopher D. Dodge*
Christopher D. Dodge
(MA Bar. No. 696172)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-5571
Email: christopher.d.dodge@usdoj.gov