**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, | |
| Plaintiffs, | |
| v. | No. 16-cv-4756 (NGG) (JO) |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, | |
| Plaintiffs, | |
| v. | No. 17-cv-5228 (NGG) (JO) |
| JOSEPH R. BIDEN, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Court hereby **GRANTS** Defendants' motion for Christopher D. Dodge to withdraw as counsel for Defendants in the above-captioned matters.

Dated:  March _____, 2022                    _____

1