UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARTIN JONATHAN BATALLA VIDAL, et al.,

          Plaintiff(s),

v.

ALEJANDRO N. MAYORKAS, et al.,

          Defendant(s).

Case No. 16-cv-04756

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Jessica R. Hanson, being duly sworn, hereby depose and say as follows:

1. I am a(n) staff attorney with the law firm of National Immigration Law Center.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: CA Bar No. 313247
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 16-cv-04756 for Plaintiffs Martin Batalla Vidal, et al.

Date 3/18/2022

Signature of Movant
Firm Name National Immigration Law Center
Address 3450 Wilshire Blvd #108-62
Los Angeles, CA

Email hanson@nilc.org
Phone (213) 639-3900

**NOTARIZED**

State of Massachusetts County of Middlesex
On this 18th day of March 20 22, Jessica Hanson personally appeared before me, and proved to me through satisfactory evidence of identification, which were MA License to be the person whose name is signed on the preceding or attached document in my presence.

_Stephen R Galante_, Notary Public
My Commission Expires 05/25/2023

STEPHEN R. GALANTE
Notary Public
Massachusetts
Commission Expires May 25, 2023