

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JESSICA RAE HANSON*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JESSICA RAE HANSON, State Bar no. 313247, was on the 3RD day of December, 2016, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 17TH day of March, 2022.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
*Simone Voltz, Supervising Deputy Clerk*