## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, *et al.*, <br><br> Defendants. | No. 16-cv-4756 (NGG) (JO) |

## **NOTICE**

To the clerk of the Court and all parties of record:

Please enter the appearance of Cormac A. Early, United States Department of Justice, Civil Division, Federal Programs Branch, as additional counsel for all Defendants in the above-captioned case, pursuant to Local Civil Rule 1.3(c).

Dated: March 30, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BREON PEACE
United States Attorney

BRAD P. ROSENBERG
Assistant Branch Director

*/s/ Cormac A. Early*
CORMAC A. EARLY (DC Bar No. 1033835)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC  20005
Tel.:  (202) 616-7420
Email:  cormac.a.early@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY  11201
Tel:  (718) 254-6288
Fax:  (718) 254-7489
Email:  joseph.marutollo@usdoj.gov

*Counsel for Defendants*