UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCÓN, ELIANA FERNANDEZ, CARLOS VARGAS, CAROLINA FUNG FENG, M.B.F., by her next friend LUCIA FELIZ, XIMENA ZAMORA, SONIA MOLINA and JOHANA LARIOS SAINZ,<br><br>    On behalf of themselves and all other similarly situated individuals,<br><br>And MAKE THE ROAD NEW YORK,<br><br>    On behalf of itself, its members, and its clients,<br><br>    *Plaintiffs,*<br><br>v.<br><br>ALEJANDROS MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security, *et. al.*<br><br>    *Defendants.* | № 1:16-CV-04756 (NGG) (VMS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT I, JESSICA YOUNG, hereby enter my appearance as co-counsel on behalf of Plaintiff in the above-referenced action. I certify that I am admitted to practice before this Court.

Dated April 3, 2022

/s/ Jessica Young
Jessica Young, Esq.
Make the Road New York
92-10 Roosevelt Avenue
Jackson Heights, NY 11372
(917) 821-0202
jessica.young@maketheroadny.org