UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, et al.,<br><br>   *Defendants*. | **MOTION FOR LEAVE TO FILE LAW STUDENT INTERN APPEARANCES**<br><br>Case No. 1:16-cv-04756 (NGG)(VMS) |

To the Clerk of the Court for the United States District Court for the Eastern District of New York, and all parties of record:

The undersigned attorney respectfully moves the Court for leave to file the attached law student appearances for Aaron Bryce Lee, Daniel Ocampo, Aasha Shaik, and Kevin Cheng as counsel for Plaintiffs.

I certify that I am admitted to practice before this Court.

Dated: New Haven, Connecticut
April 20, 2022

Respectfully submitted,

/s/ Muneer I. Ahmad

Muneer I. Ahmad, Supervising Attorney
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06511
Phone: (203) 432-4800
muneer.ahmad@ylsclinics.org

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2022, a true and correct copy of the foregoing Motion for Leave to File Law Student Appearances was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      /s/ Muneer I. Ahmad
      Muneer I. Ahmad, Supervising Attorney
      Jerome N. Frank Legal Services Organization
      Yale Law School
      P.O. Box 209090
      New Haven, CT 06511
      Phone: (203) 432-4800