UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, et al.,<br><br>   *Defendants*. | **LAW STUDENT INTERN APPEARANCE FORM**<br><br>Case No. 1:16-cv-04756 (NGG)(VS) |

1. Certification of Law Student

I, Aasha Shaik, certify that:

(a) I am enrolled in Yale Law School, which is accredited by the American Bar Association;
(b) I am not receiving any compensation from the client in this matter;
(c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
(d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
(e) I am participating in a clinical program at Yale Law School.


_____  03.22.2022
Signature of Student        Date
                _____

2.  Certification of Law School Dean or Authorized Designee

I, Muneer Ahmad, certify that:

(a) this student has completed at least two semesters of law school work;
(b) to the best of my knowledge, this student is qualified to provide the legal
    representation herein; and
(c) this student is a participant in a clinical program that is approved by this law school
    and taught by Muneer Ahmad and Michael Wishnie, who will serve as supervising
    attorneys.


03.22.2022
_____    _____
Muneer Ahmad                        Date
Deputy Dean for Experiential Education

3.  Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, Muneer Ahmad, certify that:

(a)  I will assume personal professional responsibility for this student's work;
(b)  I will assist this student to the extent necessary;
(c)  I will obtain the approval of the clients, in writing, for the student to appear in this matter; and
(d)  I or another supervising attorney will appear with the student in all proceedings before the Court.

_____          03.22.2022
_____

Signature of Attorney                             Date

4.  Certification of Client or United States Attorney

I, Martin J. Batalla Vidal, authorize this student:

(a)  To appear in court and at other proceedings on my behalf, and
(b)  To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____         03.22.2022
                                         _____
Signature of Client                      Date

I, Carolina Fung Feng, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.


_____                    03.22.2022
Signature of Client                                  _____
                                                     Date

I, Carlos Vargas, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____          03.22.2022
Signature of Client                                      _____
                                                                    Date

I, Antonio Alarcon, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

03.22.2022

_____  .   _____
Signature of Client                                              Date

I, Eliana Fernandez, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

03.22.2022

_____     _____
Signature of Client                                                    Date

I, Johana Larios Sainz, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

03.22.2022

_____      _____
Signature of Client                                                                  Date

I, Ximena Zamora, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.


_Ximena Zamora_____
**Signature of Client**

03.22.2022
_____
Date

I, M.B.F., by her next friend Lucia Feliz, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

03.22.2022

_____          _____
Signature of Client                              Date

11

I, Sonia Molina, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____          03.22.2022
Signature of Client                                    _____
                                                                  Date

I, Jessica Young, on behalf of Make the Road New York, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

Signature of Client                             03/25/2022
                                                Date

13