UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | **LAW STUDENT INTERN APPEARANCE FORM** |
| v. | ) ) ) | Case No. 1:16-cv-04756 (NGG)(VS) |
| ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

1. Certification of Law Student

   I, Kevin Cheng, certify that:

   (a) I am enrolled in Yale Law School, which is accredited by the American Bar Association;
   (b) I am not receiving any compensation from the client in this matter;
   (c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
   (d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
   (e) I am participating in a clinical program at Yale Law School.

   _____       03.22.2022
   Signature of Student             _____
                                    Date

2. Certification of Law School Dean or Authorized Designee

I, Muneer Ahmad, certify that:

(a) this student has completed at least two semesters of law school work;
(b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
(c) this student is a participant in a clinical program that is approved by this law school and taught by Muneer Ahmad and Michael Wishnie, who will serve as supervising attorneys.

_____         03.22.2022
Muneer Ahmad                             Date
Deputy Dean for Experiential Education

3. Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, Muneer Ahmad, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the clients, in writing, for the student to appear in this matter; and
(d) I or another supervising attorney will appear with the student in all proceedings before the Court.

_____   03.22.2022
Signature of Attorney                              Date

4. Certification of Client or United States Attorney

I, Martin J. Batalla Vidal, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____     03.22.2022
Signature of Client                 _____
                                    Date

I, Carolina Fung Feng, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

*Carolina Fung Feng*
_____
Signature of Client

03.22.2022
_____
Date

I, Carlos Vargas, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____     03.22.2022
Signature of Client                                    _____
                                                                    Date

I, Antonio Alarcon, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____ _____
Signature of Client                                                                  Date

03.22.2022

I, Eliana Fernandez, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____          03.22.2022
Signature of Client                              _____
                                                 Date

I, Johana Larios Sainz, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

| | |
|---|---|
| _____ | _____ |
| Signature of Client | Date |

03.22.2022

I, Ximena Zamora, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_*Ximena Zamora*_
**Signature of Client**

03.22.2022
_____
Date

I, M.B.F., by her next friend Lucia Feliz, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____
Signature of Client

03.22.2022
_____
Date

I, Sonia Molina, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____          03.22.2022
Signature of Client                                           _____
                                                              Date

I, Jessica Young, on behalf of Make the Road New York, authorize this student:

(a) To appear in court and at other proceedings on my behalf, and
(b) To prepare documents on my behalf.

I am aware that these students are not law school graduates and are not admitted to the bar, and that they will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_____       03/25/2022
Signature of Client                                          Date