

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

April 22, 2022

<u>**VIA ECF**</u>
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Batalla Vidal, et al. v. Mayorkas, et al.*, No. 16-cv-4756 (NGG) (VMS)

Dear Judge Garaufis:

      Defendants submit this letter in response to the Court's order directing them to submit "a proposed timeline for which their obligation to answer an amended complaint, if any, would be stayed." 04/04/2022 Minute Entry.

      Should Plaintiffs file a fifth amended complaint, Defendants propose that their obligation to answer or otherwise respond to the amended complaint be stayed until 21 days after the Court's order on Plaintiffs' motion to clarify.

      Defendants have conferred with Plaintiffs' counsel, who have indicated that Plaintiffs consent to this schedule.

      Defendants thank the Court for its consideration of this matter.


Dated: April 22, 2022              Respectfully submitted,

                                 BRIAN M. BOYNTON
                                 Principal Deputy Assistant Attorney General

                                 BREON PEACE
                                 United States Attorney

                                 BRAD P. ROSENBERG
                                 Assistant Branch Director

                               */s/ Cormac A. Early*
                                 GALEN N. THORP
                                   Senior Trial Counsel
                                 STEPHEN M. PEZZI
                                 CORMAC A. EARLY

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Phone: (718) 254-6288
Fax: (718) 254-7489
Email: joseph.marutollo@usdoj.gov

*Attorneys for Defendants*