
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

April 22, 2022

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Batalla Vidal, et al. v. Mayorkas, et al.*, No. 16-cv-4756 (NGG) (VMS)

Dear Judge Garaufis:

    Defendants submit this letter in response to the Court's order directing them to submit "a proposed timeline for which their obligation to answer an amended complaint, if any, would be stayed." 04/04/2022 Minute Entry.

    Should Plaintiffs file a fifth amended complaint, Defendants propose that their obligation to answer or otherwise respond to the amended complaint be stayed until 21 days after the Court's order on Plaintiffs' motion to clarify.

    Defendants have conferred with Plaintiffs' counsel, who have indicated that Plaintiffs consent to this schedule.

    Defendants thank the Court for its consideration of this matter.

|  |  |
|---|---|
| Dated: April 22, 2022 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| **SO ORDERED.**<br>/s/ Nicholas G. Garaufis<br>**Hon. Nicholas G. Garaufis**<br>**Date:** April 26, 2022 | BREON PEACE<br>United States Attorney<br><br>BRAD P. ROSENBERG<br>Assistant Branch Director<br><br>/s/ *Cormac A. Early*<br>GALEN N. THORP<br> Senior Trial Counsel<br>STEPHEN M. PEZZI<br>CORMAC A. EARLY |

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

JOSEPH A. MARUTOLLO
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
Phone: (718) 254-6288
Fax: (718) 254-7489
Email: joseph.marutollo@usdoj.gov

*Attorneys for Defendants*