UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCÓN, ELIANA FERNANDEZ, CARLOS VARGAS, CAROLINA FUNG FENG, M.B.F., by her next friend LUCIA FELIZ, XIMENA ZAMORA, SONIA MOLINA and JOHANA LARIOS SAINZ, | Case No. 1:16-cv-04756 (NGG)(VMS) |
| On behalf of themselves and all other similarly situated individuals, | April 25, 2022 |
| and MAKE THE ROAD NEW YORK, |  |
| On behalf of itself, its members, and its clients, |  |
| *Plaintiffs*, |  |
| v. |  |
| ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, et al., |  |
| *Defendants*. |  |

**DECLARATION OF MUNEER AHMAD**

Pursuant to 28 U.S.C § 1746, I hereby declare as follows:

1. My name is Muneer Ahmad. I am the Deputy Dean for Experiential Education and Sol Goldman Clinical Professor of Law at Yale Law School. I co-teach the Worker & Immigrant Rights Advocacy Clinic (WIRAC), a part of the Jerome N. Frank Legal Services Organization (LSO).

2. Attached hereto as Exhibit A is a true and correct copy of a receipt confirming the submission of Ms. Johana Larios Sainz's first-time DACA application, and a notice scheduling biometrics in support of this application, entitled "DACA Application Documents, Johana Larios Sainz."

1

3. Attached hereto as Exhibit B is a true and correct copy of a receipt confirming the submission of M.B.F's first-time DACA application, a notice from USCIS of intent to re-use previously-captured biometrics in support of this application, and notice of grant of DACA, entitled "DACA Documents, M.B.F."

4. Attached hereto as Exhibit C is a true and correct excerpted copy of the transcript from the April 4, 2022 pre-motion conference before this Court, entitled "Transcript of Pre-Motion Conference (Excerpt)."

Executed on this 25th day of April 2022, New Haven, Connecticut.

/s/ Muneer I. Ahmad