# EXHIBIT A

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 23, 2020 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-821D, Consideration of Deferred Action for Childhood Arrivals | | ████████ |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| IOE0910274006 | December 09, 2020 | 1 of 1 |
| | | DATE OF BIRTH |
| | | ████ 1994 |

JOHANA L LARIOS SAINZ
████████████              2  00000212

ılıllıllıllıllıllıllıllıllıllıllıllıllıllıllı

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority date does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA  92607-0111

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 23, 2020 |

| CASE TYPE | | USCIS ALIEN NUMBER |
|---|---|---|
| I-765, Application for Employment Authorization | | ▮▮▮▮▮ |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0910274007 | December 09, 2020 | 1 of 1 |
| | | DATE OF BIRTH ▮▮▮ 1994 |

**PAYMENT INFORMATION:**

JOHANA I LARIOS SAINZ
▮▮▮▮▮▮▮▮▮▮   2  00000213

| | |
|---|---|
| **Application/Petition Fee:** | $495.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $495.00 |
| **Total Balance Due:** | $0.00 |

ıldıpnıdlllhlındılıplılılı'''ılllındlılahıllllı'yıdnl

**NAME AND MAILING ADDRESS**

### Eligibility Category: C33

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, this Notice of Action automatically extends the validity of your Employment Authorization Document (EAD) for up to 180 days from the expiration date printed on the front of the card and can be used for employment eligibility verification (Form I-9) purposes if:

- You have timely filed to renew your current Form I-766, Employment Authorization Document (EAD);
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see uscis.gov/i-765 for a list of categories);
- The category on your current EAD matches the "Class Requested" listed on this notice (if you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); **and**
- You do not receive your renewal EAD before your current EAD expires.

If we deny your renewal application, the automatic extension immediately ends and cannot be used for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| California Service Center | |
| P.O. Box 30111 |  |
| Laguna Niguel, CA  92607-0111 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19



epartment of Homeland Security
S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | CASE TYPE I821D; I765 | | | NOTICE DATE 05/01/2021 |
|---|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER IOE0910274006; IOE0910274007 | | | USCIS A# ■■■■■■ | CODE 3 |
| ACCOUNT NUMBER 028720338452 | | TCR | SERVICE CENTER CSC | PAGE 1 of 2 |



JOHANA ITZEL LARIOS SAINZ
c/o CARLOS A VARGAS
UNKNOWN
■■■■■■

PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified

IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS BROOKLYN 1260-1278 60th Street Brooklyn NY 11219 | 05/27/2021 03:00PM |

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:

1. THIS APPOINTMENT NOTICE. If you received multiple ASC notices, bring all notices to your first appointment, and
2. PHOTO IDENTIFICATION. Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

| APPLICATION NUMBER I821D- IOE0910274006 | APPLICATION NUMBER 2 I765- IOE0910274007 |
|---|---|
|  |  |

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

Form I-797C 04/01/19

# EXHIBIT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 28, 2020 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-821D, Consideration of Deferred Action for Childhood Arrivals | | A▮▮▮▮ |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| IOE0910300807 | December 14, 2020 | 1 of 1 |
| | | DATE OF BIRTH |
| | | S▮▮▮▮ 2002 |

M▮▮▮ S. B▮▮▮ F▮▮▮
C/O LINDA KENEPASKE LAW OFFICES OF LINDA KENEPAS
17 BATTERY PLACE STE 1226    2   00000092
NEW YORK, NY 10004

ɪ|ᵗ|ᵗ|ᵗᵗᵗᵗ|ᵗᵗ|ᵗᵗᵗ|ᵗᵗ|ᵗ|ᵗᵗᵗᵗᵗ|

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA  92607-0111

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 28, 2020 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-765, Application for Employment Authorization | | A▊▊▊ |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| IOE0910300808 | December 14, 2020 | 1 of 1 |
| | | DATE OF BIRTH |
| | | ▊▊▊ 2002 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $495.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $495.00 |
| Total Balance Due: | $0.00 |

M▊▊ B▊▊ F▊▊
C/O LINDA KENEPASKE LAW OFFICES OF LINDA KENEPAS
17 BATTERY PLACE STE 1226                2  00000091
NEW YORK, NY  10004

ıllııllınnıllılılılılılılllıalllllılllılılılıllll

**NAME AND MAILING ADDRESS**

### Eligibility Category: C33

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, this Notice of Action automatically extends the validity of your Employment Authorization Document (EAD) for up to 180 days from the expiration date printed on the front of the card and can be used for employment eligibility verification (Form I-9) purposes **if:**
- You have timely filed to renew your current Form I-766, Employment Authorization Document (EAD);
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see uscis.gov/i-765 for a list of categories);
- The category on your current EAD matches the "Class Requested" listed on this notice (if you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); **and**
- You do not receive your renewal EAD before your current EAD expires.

If we deny your renewal application, the automatic extension immediately ends and cannot be used for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| California Service Center | ATTORNEY COPY |
| P.O. Box 30111 |  |
| Laguna Niguel, CA  92607-0111 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Notice to Applicants | CASE TYPE<br>I821D; I765 | | | NOTICE DATE<br>12/17/2020 |
|---|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>IOE0910300807; IOE0910300808 | | | USCIS A#<br>A | CODE<br>N/A |
| ACCOUNT NUMBER<br>009329196775 | | TCR | SERVICE CENTER<br>CSC | PAGE<br>1 of 1 |

M████████ B██████ F██████
c/o LINDA KENEPASKE
LAW OFFICES OF LINDA KENEPASKE
17 BATTERY PLACE STE 1226
NEW YORK NY 10004

U. S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past, however, **it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment.** The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

If you have any questions or comments regarding this notice or the status of your case, please contact the NCSC toll free at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

APPLICATION NUMBER
I821D - IOE0910300807



APPLICATION NUMBER 2
I765 - IOE0910300808



**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C 04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| Receipt Number | USCIS Account Number | Case Type |
| --- | --- | --- |
| IOE0910300807 | 009329196775 | I821D - CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS |
| **Received Date** | **Priority Date** | **Requestor** A219 015 920 |
| 12/14/2020 | 12/14/2020 | M████ J B████ F██ |
| **Notice Date** | **Page** | |
| 05/06/2021 | 1 of 1 | |

B████ F█, M████
c/o LUCIA GUILLERMINA FELIZ PENA
████████████████

**Notice Type:** Approval Notice
**Valid from:** 05/05/2021 to 05/04/2023

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. This is a courtesy copy, not the official notice.

### What the Official Notice Said

Notice of Deferred Action:

This notice is to inform you regarding U.S. Citizenship and Immigration Services's (USCIS) decision on your Form I-821D, Consideration of Deferred Action for Childhood Arrivals.

USCIS, in the exercise of its prosecutorial discretion, has decided to defer action in your case. Deferred action is an exercise of prosecutorial discretion by USCIS not to pursue the removal of an individual from the United States for a specific period. Deferred action does not confer or alter any immigration status.

Unless terminated, this decision to defer removal action will remain in effect for the duration of the validity period noted above.

This notice does not constitute employment authorization, nor may it be used in place of an Employment Authorization Document. The 90-day period for reviewing Form I-765, Application for Employment Authorization, filed together with Form I-821D begins as of the date of this approval notice. If Form I-765 is granted, you will receive your Employment Authorization Document separately by mail. Subsequent criminal activity after your case has been deferred is likely to result in termination of your deferred action. This notice does not provide permission to travel outside of the United States.

You are required to notify USCIS if you change your address. You may use the Alien's Change of Address Card, Form AR-11, to report a new address. That form may be found at www.uscis.gov. There is no fee for this change of address form.

NOTICE: USCIS and the U.S. Department of Homeland Security (DHS) reserve the right to verify the information submitted in this request and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of the verification will be used to determine whether termination of deferred action and/or removal proceedings are appropriate if, for example, the requestor committed fraud or misrepresentation in his or her request for consideration of deferred action for childhood arrivals, or engaged in subsequent criminal activity following the submission of his or her request. Individuals for whom removal action is deferred under Deferred Action for Childhood Arrivals may, in the sole discretion of USCIS and DHS, be provided an opportunity to address derogatory information before deferred action is terminated and/or removal proceedings are initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  04/01/19

# EXHIBIT C

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
BATALLA VIDAL, et al.,           :  16-CV-4756(NGG)
                                 :
        Plaintiffs,              :
                                 :
                                 :
                                 :  United States Courthouse
      -against-                  :  Brooklyn, New York
                                 :
                                 :
                                 :
                                 :  Monday, April 4, 2022
KIRSTJEN M. NIELSEN, et al.,     :  3:15 p.m.
                                 :
        Defendants.              :
                                 :
- - - - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

For the Plaintiffs:     JEROME N. FRANK
                        LEGAL SERVICES ORGANIZATION
                        YALE LAW SCHOOL
                        For the Plaintiffs -
                        Antonio Alarcon, et al.
                          P.O. Box 209090
                            New Haven, Connecticut 06520
                        BY: MEDHA SWAMINATHAN, Law Student
                            MUNEER AHMAD, ESQ.
                            DANIEL OCAMPO
                            AASHA SHAIK
                            KEVIN CHENG
                            AARON BRYCE LEE
                            MICHAEL WISHNIE, ESQ.

                        MAKE THE ROAD NEW YORK
                        For the Plaintiffs -
                        Antonio Alarcon, et al.
                          46 Waller Avenue
                            White Plains, New York 10605
                        BY: JESSICA YOUNG, ESQ.

2

                    A P P E A R A N C E S: (Continued.)


 For the Plaintiffs:     NATIONAL IMMIGRATION LAW CENTER
                         Attorneys for the Plaintiff -
                         Antonio Alarcon, et al.
                          3450 Wilshire Boulevard
                          #108-62
                          Los Angeles, California 90010
                         BY: JESSICA HANSON, ESQ.


                         NYS OFFICE OF THE ATTORNEY GENERAL
                         DIVISION OF APPEALS AND OPINIONS
                             28 Liberty Street
                             Suite 23rd Floor
                             New York, New York 10005
                         BY:  ANISHA S. DASGUPTA, ESQ.


 For the Defendants:     UNITED STATES DEPARTMENT OF JUSTICE
                         FEDERAL PROGRAMS BRANCH
                         For the Defendants -
                         Kirstjen M. Nielsen
                             1100 L Street, N.W.
                             Washington, DC 20005
                         BY: STEPHEN M. PEZZI, ESQ.
                             CORMAC A. EARLY, ESQ.


                         BRAD ROSENBERG, ESQ.
                         Associate Director, Federal Programs


                         UNITED STATES ATTORNEY'S OFFICE
                         EASTERN DISTRICT OF NEW YORK
                         For the Defendants -
                         Kirstjen M. Nielsen, et al.
                             271 Cadman Plaza East
                             Brooklyn, New York 11201
                         BY: JOSEPH MARUTOLLO, ESQ.

 Court Reporter:  Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                  Official Court Reporter
                  Telephone: (718) 613-2487
                  Facsimile: (718) 613-2694
                  E-mail: Anthony_Frisolone@nyed.uscourts.gov


 Proceedings recorded by computerized stenography.  Transcript
 produced by Computer-aided Transcription.

Status Conference                    18

1    Texas also referenced.  The Government's efforts to fortify

2    DACA and to address some of the infirmities that he perceived

3    and he expressed his understanding that they would be doing

4    so promptly.

5            As we described in our letter, there was a notice

6    of proposed rule making.  The states provided a comment

7    letter is, and so, that is another development that is

8    ongoing.  Your Honor referred earlier to developments that

9    are ongoing that may resolve this and we believe the rule

10   making to be another source of potential relief for the

11   plaintiffs here.

12           THE COURT:  I see.  Well, before I held this job I

13   was Chief Counsel of the Federal Aviation Administration in

14   Washington and I'm very familiar with how rule makings tend

15   to meander through the system and have to be carefully

16   considered and revised and proposed and received, comment,

17   and then issued.  So I don't know where the Department of

18   Homeland Security is on rule making but this provides me with

19   a momentary opportunity to find out where the rule making is

20   that that has now been referenced.

21           MR. PEZZI:  Sure, your Honor.

22           THE COURT:  Mr. Pezzi.

23           MR. PEZZI:  Ms. Dasgupta is correct.  There was a

24   notice of proposed rule making issued in September of 2021.

25   The comment period closed, I believe, in November of 2021.

1   It's a lengthy notice of proposed rule making, I'm sure many

2   of the folks on the other side have read it.  There were

3   about 16,000 or so comments that were submitted as I

4   understand it and the agency is going through those comments

5   as it is required to do under the APA.  And beyond that, I am

6   unable, of course, to prejudge the final outcome of that rule

7   making but it is under active consideration with the

8   Department of Homeland Security.

9           THE COURT:  Thank you.  And if a rule is issued,

10  then it would be subject to litigation as well.  So, you

11  know, where in a -- this issue is definitely of the future of

12  DACA is definitely in flux.  I understand that, you all

13  understand that, and the possibility of there being a

14  legislative solution which is where we started on this, where

15  I begged Congress to find a legislative solution, seems to

16  have been unrequited, if you will, and I don't know what will

17  happen.  But I'm glad that you mentioned the rule making

18  which is, you know, if a rule is issued, I'm sure we'll all

19  hear about it.

20          I'm going to ask the Government to let me know if

21  there's a new rule and then maybe this is all, you know, this

22  whole all this litigation can be mooted by a rule.  There's a

23  new rule but then there will be more litigation I assume at

24  some point.

25          MS. DASGUPTA:  Precisely, your Honor.  That was our