UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

MARTÍN JONATHAN BATALLA VIDAL, )
ANTONIO ALARCÓN, ELIANA FERNANDEZ, )
CARLOS VARGAS, CAROLINA FUNG FENG, )
M.B.F., by her next friend LUCIA FELIZ, )
XIMENA ZAMORA, SONIA MOLINA )    Case No. 1:16-cv-04756 (NGG)(VMS)
and JOHANA LARIOS SAINZ, )
)    July 8, 2022
    On behalf of themselves and all other )
    similarly situated individuals, )
)
and MAKE THE ROAD NEW YORK, )
)
    On behalf of itself, its members, and its )
    clients, )
)
    *Plaintiffs*, )
)
    v. )
)
ALEJANDRO MAYORKAS, in his official )
capacity as Secretary of Homeland Security, )
et al., )
)
)
    *Defendants*. )
)

---

**NOTICE OF MOTION FOR MARISOL ORIHUELA TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration and pursuant to

this Court's Local Civil Rule 1.4, Plaintiffs hereby moves this Court for leave for Marisol

Orihuela to withdraw as counsel for Plaintiffs, as she is temporarily leaving the Jerome N. Frank

Legal Services Organization.

1

PLEASE TAKE FURTHER NOTICE that other attorneys at the Jerome N. Frank Legal

Services Organization will continue to be counsel of record for Plaintiffs in this action.

Respectfully submitted,

/s/ Marisol Orihuela
Marisol Orihuela, Supervising Attorney[1]
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520
(203) 432-4800
*Counsel for Plaintiffs*

---

[1] Admitted *pro hac vice*.