UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCÓN, ELIANA FERNANDEZ, CARLOS VARGAS, CAROLINA FUNG FENG, M.B.F., by her next friend LUCIA FELIZ, XIMENA ZAMORA, SONIA MOLINA and JOHANA LARIOS SAINZ,<br><br>    On behalf of themselves and all other similarly situated individuals,<br><br>and MAKE THE ROAD NEW YORK,<br><br>    On behalf of itself, its members, and its clients,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, et al.,<br><br>    *Defendants*. | Case No. 1:16-cv-04756 (NGG)(VMS)<br><br>July 8, 2022 |

**ATTORNEY DECLARATION IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL**

I, Marisol Orihuela, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a member of the bars of the States of Connecticut and California. On September 19, 2016, I moved to appear *pro hac vice* in this matter, and the Court granted the motion on September 20, 2016.

1

2. Pursuant to Civil Rule 1.4 of the Local Rules of the United States District Court of the Eastern District of New York, I respectfully submit this declaration in support of Plaintiffs' motion for leave for me to withdraw as counsel for Plaintiffs in this action.

3. I will temporarily cease my affiliation with the Jerome N. Frank Legal Services Organization by July 14, 2022.

4. Other attorneys from the Jerome N. Frank Legal Services Organization have also appeared in this action on behalf of Plaintiffs and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2022   /s/ Marisol Orihuela
New Haven, Connecticut   Marisol Orihuela