UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, ANTONIO ALARCÓN, ELIANA FERNANDEZ, CARLOS VARGAS, CAROLINA FUNG FENG, M.B.F., by her next friend LUCIA FELIZ, XIMENA ZAMORA, SONIA MOLINA and JOHANA LARIOS SAINZ, <br><br> On behalf of themselves and all other similarly situated individuals, <br><br> and MAKE THE ROAD NEW YORK, <br><br> On behalf of itself, its members, and its clients, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, et al., <br><br> *Defendants*. | Case No. 1:16-cv-04756 (NGG)(VMS) |

**[PROPOSED] ORDER**

Upon Plaintiffs' Motion for Leave for Attorney Marisol Orihuela to withdraw from this action as counsel for the Plaintiffs, IT IS HEREBY ORDERED that the motion is granted.

SO ORDERED.

_____
Judge Nicholas G. Garaufis

1