UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al., *Plaintiffs*, v. ALEJANDRO MAYORKAS, et al., *Defendants*. | Civil Action No. 1:16-cv-04756 (NGG) (VMS) **[PROPOSED] ORDER** |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Plaintiffs in the above captioned matter have moved for permission to withdraw Jessica R. Hanson as counsel. Muneer Ahmad, Paige Austin, Araceli Martinez-Olguin, Karen C. Tumlin, Jessica Young, and Michael J. Wishnie have appeared and will continue as counsel for Plaintiffs.

Having considered the motion, it is hereby granted.

**SO ORDERED.**

Dated: Brooklyn, New York
_____  \_\_\_, 2023

_____
NICHOLAS G. GARAUFIS
United States District Judge