UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTIN JONATHAN BATALLA VIDAL, et al.,

Plaintiffs,

v.

ALEJANDRO N. MAYORKAS, et al.,

Defendants.
-----------------------------------------------------------X

Case No. 16-cv-04756-NGG-VMS

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Joshua T. Stehlik__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __the National Immigration Law Center__ and a member in good standing of the bar(s) of the State(s) of __California__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiffs Martin Batalla Vidal, et al.__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 1/31/23

Respectfully submitted,

*Joshua Stehlik*

Signature of Movant
Firm Name  National Immigration Law Center
Address  3450 Wilshire Blvd #108-62
         Los Angeles, CA 90010
Email  stehlik@nilc.org
Phone  (213) 639-3900