UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

Batalla Vidal, et al.,

                    Plaintiff(s),

   v.

Mayorkas, et al.,

                    Defendant(s).

-------------------------------------------------------

Case No 16-cv-04756-NGG-VMS

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE**

I, Joshua T. Stehlik, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of _____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California.
4. There are no pending disciplinary proceedings against me in any state or federal court   True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: CA Bar No. 220241
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case Case No 16-cv-04756-NGG-VMS for _____.

Date 1/31/23

Signature of Movant: *Joshua Stehlik*
Firm Name National Immigration Law Center
Address 3450 Wilshire Blvd #108-62
Los Angeles, CA 90010

Email stehlik@nilc.org
Phone (213) 639-3900

**NOTARIZED**

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF Los Angeles }

Subscribed and sworn to (or affirmed) before me on this __1__ day of __February__, __2023__
<sub>Date</sub> <sub>Month</sub> <sub>Year</sub>

by __Joshua T. Stehlik__

_Name of Signers_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
_Signature of Notary Public_

RACHEL MINTZ
Notary Public - California
Los Angeles County
Commission # 2326504
My Comm. Expires May 11, 2024

Seal
Place Notary Seal Above

--------------------------------------------------- **OPTIONAL** ---------------------------------------------------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Affidavit in Support of Motion To Admit Counsel__

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____