# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JOSHUA TODD STEHLIK

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify JOSHUA TODD STEHLIK #220241 was on the 19th day of June, 2002 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on this day of January 30th, 2023.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Florentino Jimenez, Assistant Deputy Clerk