UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Batalla Vidal, et al.,

                Plaintiff(s),

v.

Mayorkas, et al.,

                Defendant(s).

Case No. 16-cv-04756-NGG-VMS

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, __Chiraayu Gosrani_____, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Associate__ with the law firm of __National Immigration Law Center__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __California__.
4. There are no pending disciplinary proceedings against me in any state or federal court __True__
5. I __Have not__ been convicted of a felony. If you have, please describe facts and circumstances.
6. I __Have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: __CA Bar No. 348220__
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __Case No. 16-cv-04756-NGG-VMS__ for _____.

Date __02/06/2023__

Signature of Movant
Firm Name __National Immigration Law Center__
Address __3450 Wilshire Blvd #108-62__
__Los Angeles, CA 90010__

Email __gosrani@nilc.org__
Phone __(213) 639-3900__

**NOTARIZED**

see attached certificate

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF __Los Angeles__ }

Subscribed and sworn to (or affirmed) before me on this __6__ day of __February__, __2023__
                                                        Date         Month            Year

by __Chiraayu Gosrani__

Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: __[signature]__
Signature of Notary Public

RACHEL MINTZ
Notary Public - California
Los Angeles County
Commission # 2326504
My Comm. Expires May 11, 2024

Seal
Place Notary Seal Above

-------- OPTIONAL --------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Affidavit in Support of Motion to Admit Counsel__

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____