UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>*Defendants*. | Civil Action No. 1:16-cv-04756 (NGG) (VMS)<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL**

Plaintiffs in the above captioned matter have moved for permission to withdraw Araceli Martínez-Olguín as counsel. Other attorneys have entered appearances and will continue as counsel for Plaintiffs.

Having considered the motion, it is hereby granted.

**SO ORDERED.**

Dated: Brooklyn, New York
_____ \_\_\_, 2023

_____
NICHOLAS G. GARAUFIS
United States District Judge