AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Batalla Vidal, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:16-cv-04756 (NGG) (VMS) |
| Mayorkas, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 03/02/2023

/s/ Joshua T. Stehlik
*Attorney's signature*

Joshua T. Stehlik, CA SBN 220241
*Printed name and bar number*

NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd., #108-62
Los Angeles, CA 90010
*Address*

stehlik@nilc.org
*E-mail address*

(213) 639-3900
*Telephone number*

(213) 639-3911
*FAX number*