# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTÍN JONATHAN BATALLA VIDAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | No. 16-cv-4756 (NGG) (JO) |
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH BIDEN, *et al.*, <br><br> Defendants. | No. 17-cv-5228 (NGG) (JO) |

### NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4, Assistant United States Attorney Joseph Marutollo, of the United States Attorney's Office for the Eastern District of New York, respectfully moves to withdraw as counsel in the above-captioned case for the United States of America. United States Department of Justice attorneys will continue to serve as counsel for the United States in this action. The proposed withdrawal will have no impact on any deadlines or court dates in this matter.

In support of this application, the United States submits the annexed Affidavit of Assistant United States Attorney Joseph Marutollo pursuant to Local Civil Rule 1.4.

Dated:    Brooklyn, New York
           August 25, 2023

                                                          BREON PEACE
                                                          United States Attorney

                                 By:        */s/  Joseph Marutollo*
                                                           Joseph Marutollo
                                                          Assistant United States Attorney

cc:    All Counsel of Record